IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC and<br>SMARTFLASH TECHNOLOGIES<br>LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>APPLE INC., ROBOT ENTERTAINMENT,<br>INC., KINGSISLE ENTERTAINMENT, INC.,<br>and GAME CIRCUS LLC,<br><br>      Defendants. | Civil Action No. 6:13-cv-447 |

I, Michael Duffy, hereby declare as follows:

1. I am employed as a Technical Lead Programmer on the Coin Dozer Project at Game Circus LLC. I have worked at Game Circus since August 21, 2012.

2. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Game Circus in the ordinary course of business. I submit this declaration in connection with Apple's Motions to Sever and Transfer.

3. The Coin Shop in Coin Dozer Halloween on the iOS platform uses the Apple Store Kit (via a third party plug in) and the built-in product delivery model (with modifications) to track and deliver products users purchase from the Coin Shop.

4. The Coin Shop and the Dozer Dollar Shop in Coin Dozer Pro on the iOS platform use the Apple Store Kit (via a third party plug in) and the Developer Server Model (with

1

modifications) to track and deliver products users purchase from the Coin Shop and the Dozer Dollar Shop.

     5.     Game Circus does not oppose Apple's Motion to Sever.

     6.     Game Circus consents to Apple's Motion to Transfer.

Executed on October 16, 2013     _____
                                                 Michael Duffy