# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC and SMARTFLASH TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., ROBOT ENTERTAINMENT, INC., KINGSISLE ENTERTAINMENT, INC., and GAME CIRCUS LLC,<br><br>Defendants. | Civil Action No. 6:13-cv-447 |

I, Patrick Hudson, hereby declare as follows:

1. I am employed as the CEO at Robot Entertainment, Inc. ("Robot"). I have worked at Robot since February 1, 2009.

2. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Robot in the ordinary course of business. I submit this declaration in connection with of Apple's Motions to Sever and Transfer.

3. The store in Hero Academy uses a hybrid of the Apple Store Kit developer built-in and server product delivery models, as described in Exhibit 9 to the Motion to Sever, to track and deliver products users purchase from the store.

4. Robot consents to Apple's Motion to Sever and Motion to Transfer.

Executed on October 18, 2013

_____
Patrick Hudson

1