IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC and<br>SMARTFLASH TECHNOLOGIES LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>APPLE INC., ROBOT ENTERTAINMENT, INC., KINGSISLE ENTERTAINMENT, INC., and GAME CIRCUS LLC,<br><br>      Defendants. | Civil Action No. 6:13-cv-447 |

I, Megan F. Raymond, hereby declare as follows:

1. I am an attorney admitted to practice in the State of Massachusetts and the District of Columbia. I am admitted *pro hac vice* to this Court. I am an associate at the law firm of Ropes & Gray LLP. Ropes & Gray LLP is counsel for Defendant Apple Inc.

2. I submit this declaration in support of Apple's Motion to Sever.

3. Unless otherwise stated as being on information and belief, the facts stated in this declaration are based on my personal knowledge.

4. Attached as Exhibit 1 is a true and correct copy of the iTunes preview for Hero Academy, available at https://itunes.apple.com/us/app/hero-academy/id488156323?mt=8 and downloaded on September 15, 2013.

5. Attached as Exhibit 2 is a true and correct copy of Robot's "Hero Academy" webpage, available at http://www.robotentertainment.com/games/heroacademy/ and downloaded on September 13, 2013.

6. Attached as Exhibit 3 is a true and correct copy of the iTunes preview for Grub Guardian, available at https://itunes.apple.com/us/app/grub-guardian/id498330099?mt=8 and downloaded on September 13, 2013.

7. Attached as Exhibit 4 is a true and correct copy of the WizardBlox webpage, available at www.wizard101.com/game/iphone and downloaded on September 13, 2013.

8. Attached as Exhibit 5 is a true and correct copy of the iTunes preview for WizardBlox, available at https://itunes.apple.com/us/app/wizardblox/id354052015?mt=8 and downloaded on September 13, 2013.

9. Attached as Exhibit 6 is a true and correct copy of the iTunes preview for Coin Dozer Pro, available at https://itunes.apple.com/us/app/coin-dozer-pro/id396825331?mt=8 and downloaded on September 13, 2013.

10. Attached as Exhibit 7 is a true and correct copy of the iTunes preview for Coin Dozer – Halloween, available at https://itunes.apple.com/us/app/coin-dozer-halloween/id396254497?mt=8 and downloaded on September 13, 2013.

11. Attached as Exhibit 8 is the In-App Purchase Programming Guide: Introduction, available at https://developer.apple.com/library/ios/documentation/NetworkingInternet/Conceptual/StoreKit Guide/Introduction/Introduction.html and downloaded on September 15, 2013.

12. Attached as Exhibit 9 is the In-App Purchase Programming Guide: Overview of In-App Purchase, available at

developer.apple.com/library/ios/documentation/NetworkingInternet/Conceptual/StoreKitGuide/APIOverview/OverviewoftheStoreKitAPI.html#//apple_ref/doc/uid/TP40008267-CH100-SW1 and downloaded on September 15, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2013

s/ Megan F. Raymond
Megan F. Raymond
Ropes & Gray LLP
701 12th St. NW Suite 900
Washington, D.C. 20004
megan.raymond@ropesgray.com
(202)508-4600