# EXHIBIT 1

Mac
iPod
iPhone
iPad
iTunes
Support

What's New      What is iTunes      iTunes Charts

### iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To download the free app Hero Academy by Robot Entertainment, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.

## Hero Academy
### By Robot Entertainment
Open iTunes to buy and download apps.

View More By This Developer



This app is designed for both iPhone and iPad

**Free**

Category: Games
Updated: Feb 05, 2013
Version: 1.4.2
Size: 108 MB
Languages: English, French, German, Japanese, Korean, Russian, Spanish
Seller: Robot Entertainment
© 2012 Robot Entertainment, Inc.
Rated 9+ for the following:
Infrequent/Mild Cartoon or Fantasy Violence

**Compatibility:** Requires iOS 4.1 or later. Compatible with iPhone 3GS, iPhone 4, iPhone 4S, iPhone 5, iPhone 5c, iPhone 5s, iPad, iPod touch (3rd generation), iPod touch (4th generation), and iPod touch (5th generation).

### Customer Ratings
Current Version:

### Description
⚅ Mobile Game of the Year winner (2013 D.I.C.E. Awards), featured in App Store's Best of 2012, nominated for Best Handheld/Mobile Game (2013 Game Developer's Choice Awards) and past features in App Store's What's Hot and Staff Favorite!

⚅ "Bite size strategy you can't put down" - Touch Arcade, 4.5 Stars

⚅ "It's a ridiculous amount of fun" - 148Apps, 5 Stars; Editor's Choice

⚅ "What's important is that you download this ridiculously free app for your iOS device immediately" - Penny Arcade

⚅ "The game looks great, and the diverse amount of units allow for some really creative play." - Nine Over Ten, 5 Stars

Test your skills in this lighthearted battle between friends -- from the makers of Age of Empires and Halo Wars!

Heroic teams have gathered to engage in friendly contests on the Academy playfields. Will your team emerge triumphant?

Enter a world of swords and magic, and challenge friends old and new to a contest of tactics and skill. From the human Council to the mysterious Dark Elves, every team needs a fearless captain to lead them to victory. Only those that leverage their team's strengths and capitalize on their opponent's weaknesses will protect their crystal and win the day. The Academy extends a warm welcome to all - whether they're already heroes, or simply heroes in training!

Features:

• Highly accessible turn-based gameplay
• Easy to learn - jump right in and play!
• Play with friends or random opponents
• Colorful light-hearted graphics and sound
• Random playfields keeps battles fresh!
• Get started with the free Council team
• Expand your roster with additional teams!
• Customize your team
• Challenge your Facebook friends!
• Invite your Twitter followers to play!
• Chat with your opponents in-game
• Push notifications alert you to your turns

Follow us on Twitter @HeroAcademy, and visit our Facebook page at HeroAcademyApp!

**Note: Hero Academy is compatible with iPhone 3GS or newer models only.

2330 Ratings
All Versions:
22275 Ratings

**Robot Entertainment Web Site**   **Hero Academy Support**

### What's New in Version 1.4.2

- Fixed First Turn AP to work again
- Fixed train hazard to correctly keep the initiating player's units alive at 100 hit points
- Fixed bug with bamboo tile not appearing until late in the game
- Changed the Shaolin game board to have only one speed-boost tile
- Fixed Bloodrage icon to display when activated
- Fixed bug that kept Shaolin win achievements from being granted
- Changed Paladin description text to mention Revive
- Fixed bug that prevented colors from changing correctly
- Fixed but that prevented taunts from displaying for opponents
- Wraith starting HP increased by 150 and soul charges reduced by 50 HP
- Paladin HP decreased to 900
- Shaolin monk movement increased to 3
- Poisoner debuff increased to 50%
- Sniper crouch bonus reduced to 250
- TF2 heavy HP reduced to 1100

### Top In-App Purchases

1. Team: Dark Elves      $1.99
2. Team: Dwarves         $1.99
3. Team: Tribe           $1.99
4. Uniform Colors        $0.99
5. Team: Shaolin         $1.99
6. Challenge Collection  $0.99
7. Avatars: Council Sa…  $0.99
8. Avatars: Council Elite $2.99
9. Avatars: Dark Elf S…  $0.99
10. Avatars: Dark Elf S… $2.99

### Screenshots                                           iPhone | iPad




### Customer Reviews

**Wonderful concept and execution**
by lightscene

I don't usually like games that require you to play with other people (I prefer AI), but Hero Academy won me over quickly. I think one of the other comments i saw had it exactly right: this game is a combination of chess and an rpg, and if you like either (or both!) you'll love this.

**Awesome game**
by Charles Desper

Heard about it from a Rooster Teeth podcast and love it.

**very disappointed**
by erkage

One of the best game in the store, but still no 4 inch screen support??? that's why only 2 star!

### Customers Also Bought







| Beat Hazard Ultra | Brick Breaker Mara… | Don't Run With a P… | Treasure Defense… | Sentinel 3: Homew… |
|---|---|---|---|---|
| Games | Games | Games | Games | Games |
| View In iTunes | View In iTunes | View In iTunes | View In iTunes | View In iTunes |

 **iTunes** Like 30,512,902     **App Store** Like 8,126,437    Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

### iTunes

| **iTunes** | **More iTunes** | **Working with iTunes** | **iTunes Store** |
|---|---|---|---|
| Download iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What's New? | iTunes Gifts | Content Providers | Browse App Store |
| What is iTunes? | iTunes U | Market with iTunes | Buy Music Now |
| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
| | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
| | Accessibility | | iTunes Corporate Sales |
| | | | Free Single of the Week |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Apple Info | Site Map | Hot News | RSS Feeds | Contact Us |

Copyright © 2013 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy