# EXHIBIT 2



Navigation

# Hero Academy



### Buy Hero Academy

$4.99  ADD TO CART

(Steam, Windows/Mac) – Includes the core game, Council and TF2 teams, 17 Council avatars, and 18 TF2 avatars.

### Buy Hero Academy 2-Pack

$7.99  ADD TO CART

(Steam, Windows/Mac) – Includes two codes for Hero Academy each with the core game, Council and TF2 teams, 17 Council avatars, and 18 TF2 avatars.

### Buy Hero Academy Gold Pack

$16.99  ADD TO CART

(Steam, Windows/Mac) – Includes Hero Academy, Hero Academy – Dark Elves Pack, Hero Academy – Dwarves Pack, Hero Academy – Tribe Pack, Hero Academy – Uniform Colors, Hero Academy – Shaolin Team Pack, Hero Academy – Challenge Pack

## Booster Packs

- [Uniform Colors](#) – $0.99
- [Challenge Pack](#) – $0.99
- [Dark Elves Pack](#) – $4.99
- [Dwarves Pack](#) – $4.99
- [Tribe Pack](#) – $4.99
- [Shaolin Pack](#) – $3.99

## Trailer



## About the Game

Test your skills in this light-hearted battle between friends! Diverse teams have gathered to engage in friendly contests on the Academy playfields. Will your team emerge triumphant? The Academy extends a warm greeting to all players – whether they're already heroes, or simply heroes in training!

# Features

### CROSS PLATFORM PLAY

Challenge friends on Steam, Mac, or iOS to asynchronous one-on-one battles. Play all of your *Hero Academy* matches at your desk, on your iPad, or on the go with your iPhone!

### FREE STARTER TEAM

The core version of *Hero Academy* includes the Council starter team.

### QUICK TO LEARN

Casual players can attack without mercy, while tactics game buffs will love the strategic cat-and-mouse gameplay.

### MULTIPLAYER ON THE GO!

Challenge friends to one-on-one battles via online multiplayer.

### ASYNCHRONOUS STRATEGY

Play a heated bout in twenty minutes or across a full day, whenever you have a few moments!

### HEROIC VISUALS

Colorful fantasy graphics highlight each character and the board's boost tiles.

### VICIOUS VARIETY

Each team features unique units with a broad range of strengths and magical abilities.

### EXCLUSIVE TF2 TEAM

An exclusive new team featuring characters, upgrades, and abilities from *Team Fortress 2*! You can only unlock this team via Steam, but once unlocked you can use them anywhere that you play *Hero Academy*.

Case 3:12-cv-00447-JRG   Document 45-7   Filed 12/12/12   Page 6 of 8 PageID #: 425







Case 3:12-cv-09147-JPO Document 45-7 Filed 12/13/13 Page 7 of 8 PageID #: 466

## PC Minimum Requirements

**OS:** Windows XP, Windows Vista, Windows 7

**Processor:** 2GHz Dual Core

**Memory:** 2 GB RAM

**Video Card:** Graphics: DX11 & DX10 video cards, minimum resolution 1280 x 800

**DirectX®:** 10

**Hard Drive:** 300MB HD space

**Additional:** Broadband Internet Connection recommended

Hero Academy does not officially support Windows Surface.

## Mac Minimum Requirements

**OS:** Snow Leopard

 

Support

Contact

Press Site

Terms of Use

Privacy Policy

    Copyright ©2013 Robot Entertainment, Inc™