# EXHIBIT 3

Mac
iPod
iPhone
iPad
iTunes
Support

**iTunes Preview**

**iTunes is the world's easiest way to organize and** [add] **to your digital media collection.**

We are unable to find iTunes on your computer. To download the free app Grub Guardian by KingsIsle Entertainment, Inc., get [iTunes] now.

Already have iTunes? Click I Have iTunes to open it now.   [I Have iTunes]

# Grub Guardian
## By KingsIsle Entertainment, Inc.
Open iTunes to buy and download apps.



This app is designed for both iPhone and iPad

**Free**
Category: Games

### Description
A Guardian Defense game unlike any other, new from KingsIsle Entertainment

Defend the grub against swarms of different enemies while you train your [pets and earn] Wizard101 game codes.

• 28 Free maps ranging in difficulty from Easy to Wondra
• Each pet has different strengths & abilities
• New maps unlock as you progress
• Different strategy needed for new enemies
• Gold, Silver and Bronze medals for high scores
• Ability to purchase premium in-game items and additional maps with [in-app purchases]

Grub Guardian is the first mini game that ties directly to your live Wizard[101 account and] allows you to unlock new maps as well as train your pets for experience. [You will not be] able to log into Grub Guardian and Wizard101 at the same time. If you [...]

Case 6:13-cv-00447-JRG   Document 45-8   Filed 10/18/13   Page 3 of 4 PageID #: 470

Updated: Aug 26, 2013
Version: 1.40.0
Size: 17.5 MB
Language: English
Seller: KingsIsle Entertainment, Inc.
© 2012 KingsIsle Entertainment, Inc.
Rated 9+ for the following:
Infrequent/Mild Cartoon or Fantasy Violence

**Compatibility:** Requires iOS 4.3 or later. Compatible with iPhone, iPod touch, and iPad. This app is optimized for iPhone 5.

## Customer Ratings

Current Version:
  18 Ratings
All Versions:
  386 Ratings

## Top In-App Purchases

1. 4,500 Crowns     $9.99
2. 1,125 Crowns     $2.99
3. 2,000 Crowns     $4.99
4. 700 Crowns       $1.99
5. 300 Crowns       $0.99
6. 10,000 Crowns    $19.99
7. 22,000 Crowns    $39.99

## More by KingsIsle Entertainment, Inc.



WizardBlox
View In iTunes

create one, but non-logged in players can still play a limited number of codes.

KingsIsle Entertainment, Inc. Web Site     Grub Guardian Support

## What's New in Version 1.40.0

Snack Packs and Mega Snack Packs are now available for purchase on t
You can now easily see what snacks you received from your pack purch
You can now open the Crown Shop from a new button located on the M
Many additional fixes for upkeep and overall user experience improvem

## Screenshots



## Customer Reviews

**I love this game**
by Scoutmomof2boyz

It's a great help in the real game, but if there is one thing I may sugges
can play it on my iPod and iPhone. That would be amazing!

**Awesome**
by Patrickanvilblade

Good app I got health and mana elixir good job Kingsisle

**Fun game**
by french13fries

This is just fun game :)

## Customers Also Bought





Morphs: Cloud Kin...
Games
View In iTunes

Scribble Hero
Games
View In iTunes

Harry Potter: Spells
Games
View In iTunes


**iTunes**
Like  30,507,285


**App Store**
Like  8,115,180

Become a fan of the iTunes and A[pp Store on Facebook for exclusive offers, the inside sco[op...]

### iTunes

**iTunes**
Download iTunes
What's New?
What is iTunes?
iTunes Charts

**More iTunes**
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.   Apple Info  |  Site M[ap]

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use  |  Privacy Policy