# EXHIBIT 4





# Wizardblox
# iPhone Game

**Play WizardBlox from Wizard101 on your iPhone!**

From the makers of Wizard101 for the PC comes WizardBlox, a puzzle mini-game from the hit video game Wizard101! All codes from the iPhone are only for use in the North American version of Wizard101.

WizardBlox is like the mini-game you play in Wizard101 called Sorcery Stones but with a twist – In WizardBlox, you can earn codes for gold, reagents, pet snacks, mount rentals, potions and other surprises to use with your Wizard101 character!

Here's how you play – touch and slide a block to move it horizontally left or right. Create matches of 3 or more blocks of a single color. Don't let the blocks reach the top of the screen or the game will be over!

In addition to normal blocks, various special blocks can appear in the playfield. Pinwheels match any other block. Bombs count as a block of that color, and make a huge explosion when they go off! Jewels match any blocks like pinwheels, and also destroy all the blocks of that color when you make a match. Reinforced blocks must be matched once to destroy their reinforcement. Frozen blocks cannot be swapped around.



## Requirements

<u>Requirements</u>:

- iPhone or iPod Touch
- minimum 3.0 OS
- internet connectivity to receive codes



Like the App? Follow these steps to

## Updates

<u>Updates - Oct 2010</u>:

- WizardBlox iPhone Rewards Updated - see below for what you can win!
- Improved functionality with the iPad, iPhone 4, and OS 4.
- Improved prizes! Players can now earn Reagents, Pet Snacks, Housing Decorations, Elixirs, Mount Rentals and even more gold!

Wizardblox on iPhone | Wizard101 Free Online Game

### Rate It!

- Go to the App Store on your iPhone or iPod Touch
- Search for WizardBlox
- Scroll to the Bottom of the Screen
- Tap "Write a Review"
- Tap the Stars at the top, and select how many Stars you give WizardBlox.
- Click Send

### Updates - Feb 2010:

- Improved connectivity for code redemption.
- Added level bonus graphics and level bonus point total on level up.
- Added level reminder on new/saved game.

See a video of this game on our YouTube page!

## What can I Win?

The higher your score, the better your chance at a really cool prize! Want to know more? Here's what you can win, but remember you must reach the minimum score of 2,500 to receive a reward.

| Min Score | Rewards |
| --- | --- |
| 2,500 | You will win 25 gold, PLUS one bonus item |
| 5,000 | You will win 50 gold, PLUS one bonus item |
| 75,000 | You will win 50 gold, PLUS one bonus item |
| 150,000 | You will win 100 gold, PLUS one bonus item |
| 250,000 | You will win 250 gold, PLUS two bonus items |
| 500,000 | You will win 500 gold, PLUS two bonus items |
| 750,000 | You will win 1000 gold, PLUS three bonus items |
| 1,000,000 | You will win 2000 gold, PLUS three bonus items |

Follow Wizard101 for the latest news!

ABOUT SSL CERTIFICATES

Free to Play | Kid Safe Game | Contact Us | Free Mini Games | About Us | KingsIsle Home

© 2013 KingsIsle Entertainment, Inc. All Rights Reserved | Privacy Policy | Terms of Use