# EXHIBIT 5

Mac
iPod
iPhone
iPad
iTunes
Support

What's New　　What is iTunes　　iTunes Charts

### iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To download the free app WizardBlox by KingsIsle Entertainment, Inc., get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.

# WizardBlox
### By KingsIsle Entertainment, Inc.
Open iTunes to buy and download apps.

View More By This Developer



This app is designed for both iPhone and iPad

**Free**

Category: Games
Updated: Oct 14, 2010
Version: 1.04
Size: 8.4 MB
Language: English
Seller: KingsIsle Entertainment, Inc.
© 2010 KingsIsle Entertainment, Inc.
Rated 4+

**Compatibility:** Requires iOS 3.0 or later. Compatible with iPhone, iPod touch, and iPad.

### Customer Ratings

Current Version:
　　1921 Ratings
All Versions:
　　3885 Ratings

### Description

From the makers of Wizard101 for the PC comes WizardBlox, a puzzle mini-game from the hit video game Wizard101!

WizardBlox is like the game you play in Wizard101 called Sorcery Stones but with a twist - In WizardBlox, you can earn codes for gold, potions, or other surprises to use with your Wizard101 character!

Here's how you play - touch and slide a block to move it horizontally left or right. Create matches of 3 or more blocks of a single color. Don't let the blocks reach the top of the screen or the game will be over!

In addition to normal blocks, various special blocks can appear in the playfield. Pinwheels match any other block. Bombs count as a block of that color, and make a huge explosion when they go off! Jewels match any blocks like pinwheels, and also destroy all the blocks of that color when you make a match. Reinforced blocks must be matched once to destroy their reinforcement. Frozen blocks cannot be swapped around.

KingsIsle Entertainment, Inc. Web Site　　WizardBlox Support

### What's New in Version 1.04

New, improved prizes for high scores, and improved functionality with the iPad, iPhone 4, and OS 4.

### Screenshots

iPhone | iPad

**More by KingsIsle Entertainment, Inc.**



Grub Guardian
View In iTunes

 

## Customer Reviews

**Awesome! J-Zerf**
by J-Zerf

This game is awesome even without a wizard101 account. It's really addicting. I've received six mounts, gold, and elixrs on this game. But the prizes should be upped a bit. A couple times I've played for 20 min. And only got 170 gold. Also, you should make wizard101 an iPod touch app. Everybody would buy it.

**Great!!!**
by DPDWindow

This app is 99% perfect! If only there were some way where I could save my username. Add this for a full 5 stars.

**I TAKE IT BACK**
by The great taco

I played this game a while and got some very good prizes! I got a booster pack full of minions and a regnant pack. Also, I got many elixirs. I love this app! If you could win some exp... Now THAT would be awesome! Keep up the good work!

...More

## Customers Also Bought

    

| Bubble Breaker 2 (… | DropZap | Levers | Rainbow Blocks | my Face 3D Solitaire |
| Games | Games | Games | Games | Games |
| View In iTunes | View In iTunes | View In iTunes | View In iTunes | View In iTunes |

 iTunes   Like  30,507,288      App Store   Like  8,115,191     Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

iTunes

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|---|---|---|---|
| Download iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What's New? | iTunes Gifts | Content Providers | Browse App Store |
| What is iTunes? | iTunes U | Market with iTunes | Buy Music Now |
| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
| | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
| | Accessibility | | iTunes Corporate Sales |
| | | | Free Single of the Week |

Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Shop the Apple Online Store (1–800–MY–APPLE), visit an Apple Retail Store, or find a reseller.

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use  |  Privacy Policy