# EXHIBIT 6

Mac
iPod
iPhone
iPad
iTunes
Support

**iTunes is the world's easiest way to organize and** 
**to your digital media collection.**

We are unable to find iTunes on your computer. To buy and download Coin Dozer Pro by Game Circus LLC, get iTunes no

Already have iTunes? Click I Have iTunes to open it now.

# Coin Dozer Pro
## By Game Circus LLC
Open iTunes to buy and download apps.



$0.99
Category: Games
Updated: Aug 22, 2013
Version: 11.8
Size: 31.8 MB
Language: English

### Description
Limited time SALE! Save 66% of the normal price!

Pro Version Features:
*No Ads!
*Full screen play!
*Better Performance! (as a result of having no ads)
*Starts with 75 Coins!

COIN DOZER, the smash-hit game from Game Circus! The free version counting!!!

#1 app in Japan, UK, Hong Kong, Macau, Nederland, Taiwan, Malaysia,
#1 game in France, Belgium, Denmark, and Indonesia!
#2 game in the U.S and many more!

COIN DOZER comes straight from your favorite arcade or fair park and countless hours playing, now in the palm of your hand! No change nee

Seller: Game Circus LLC
© 2010 Game Circus LLC
Rated 12+ for the following:
Frequent/Intense Simulated Gambling

**Compatibility:** Requires iOS 4.3 or later. Compatible with iPhone, iPod touch, and iPad. This app is optimized for iPhone 5.

## Customer Ratings

Current Version:
    17 Ratings

All Versions:
    2402 Ratings

## Top In-App Purchases

1. Plus 50 Coins         $0.99
2. Get 60 Coins          $0.99
3. Plus 300 Coins        $4.99
4. Get 360 Coins         $4.99
5. Plus 750 Coins        $9.99
6. Get 900 Coins         $9.99
7. Plus 2000 Coins       $24.99
8. 5 Dozer Dollars       $1.99
9. 30 Dozer Dollars      $7.99
10. 100 Dozer Dollars    $14.99

## More iPhone Apps by Game Circus LLC



Coin Dozer
View In iTunes



4 Pics 1 Song
View In iTunes

Push shiny coins and exciting prizes into your hands by dropping some
Watch out though! Try not to push them off the sides and out of your r
sparkling gems and more for special bonuses or even more coins! It's o
your pockets very soon Keep checking back to complete your collection

Game includes:
-Impressive 3-D graphics
-36 prizes to collect
-Amazingly realistic physics
-Over 44 Special Coins and Prizes!
-Lots of special effects
More updates coming soon!

Also, check out "Prize Claw"!

Game Circus LLC Web Site     Coin Dozer Pro Support

## What's New in Version 11.8

Your all-time favorite coin pusher now loads EVEN QUICKER! Direct a d
speed and hopefully, success! Need a bit more with your updates? Che
topper 4 PICS 1 SONG! Can YOU solve for the song? All this, PLUS BUG F

## iPhone Screenshots



Prize Claw
View In iTunes



Paplinko
View In iTunes



Coin Dozer – World Tour
View In iTunes



## Customer Reviews

…
by Mandley~

I think I beat the game, lvl 300+ 100,00+ coins, 99 of all prizes.

Great game
by C.M.F.J

I can't get enough:)

Awesome game
by Precioustmc

Love this game ..... Drop more puzzle pieces

## Customers Also Bought



**iTunes**

Like | 30,507,299



**App Store**

Like | 8,115,206

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.



[Tinha War 天下太平](#)
Games
View In iTunes



[BUBBLE BOBBLE D…](#)
Games
View In iTunes



[Linkoidz](#)
Games
View In iTunes

### iTunes

| iTunes | More iTunes | Working with iTunes |
|---|---|---|
| Download iTunes | Digital Music Basics | Sell Your Content |
| What's New? | iTunes Gifts | Content Providers |
| What is iTunes? | iTunes U | Market with iTunes |
| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program |
|  | AirPlay | Link to iTunes |
|  | Accessibility |  |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Apple Info | Site M

Copyright © 2013 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy