# EXHIBIT 7

Mac
iPod
iPhone
iPad
iTunes
Support

What's New     What is iTunes     iTunes Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To download the free app Coin Dozer - Halloween by Game Circus LLC, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.

View More By This Developer

## Coin Dozer - Halloween
### By Game Circus LLC
Open iTunes to buy and download apps.



This app is designed for both iPhone and iPad

**Free**
Category: Games
Updated: Nov 03, 2011
Version: 2.1
Size: 17.7 MB
Language: English
Seller: Game Circus LLC
© 2011 Game Circus LLC
Rated 9+ for the following:
Infrequent/Mild Horror/Fear Themes

**Compatibility:** Requires iOS 3.0 or later. Compatible with iPhone, iPod touch, and iPad.

### Customer Ratings
Current Version:
534 Ratings
All Versions:
3147 Ratings

### Description
COIN DOZER is back with COIN DOZER: HALLOWEEN! The smash-hit from Game Circus! Over 10,000,000 downloads and counting!!!

#1 app in Japan, UK, Hong Kong, Macau, Netherlands, Taiwan, Malaysia, and Philippines!
#1 game in France, Belgium, Denmark, and Indonesia!
 #2 game in the U.S and many more!

 In COIN DOZER: HALLOWEEN, you'll brave the haunted house to drop coins into the graveyard for prizes and treats! Watch out for ghouls and ghosts! Try not to push the coins into the glowing side pits where monsters could be lurking. Collect jack-o-lanterns, candy, the witch's cauldron and more for special bonuses or even more coins! Gain levels for special effects while you become even more powerful! It's ok if your coins run out, more will be filling up your trick or treat bag very soon. Keep coming back to complete your collection of prizes!

HAPPY HALLOWEEN!

Game includes:
 -Spooky 3-D graphics
 -The best physics of any coin game out there!
 -Over 30 Special Coins and Prizes to collect!
 -Lots of special effects!

 More updates coming soon!

Also, check out "Cookie Dozer" and the original "Coin Dozer"!

Game Circus LLC Web Site    Coin Dozer - Halloween Support

### What's New in Version 2.1
New Puzzle System! Collect Prizes to complete the puzzle!

### Screenshots                                                                                    iPhone | iPad

### Top In-App Purchases

1. Plus 50 Coins      $0.99
2. Plus 300 Coins     $4.99
3. Plus 750 Coins     $9.99
4. Plus 2000 Coins    $24.99

### More by Game Circus LLC



4 Pics 1 Song
View In iTunes



Paplinko
View In iTunes



Coin Dozer - Halloween Pro
View In iTunes



Cookie Dozer - Thanksgiving
View In iTunes




### Customer Reviews

**New puzzle**
by Dicky Dog

How do you play?

**Nanny**
by No willpower

Was going good to 70 levels until last update which added puzzle - how can you collect items for pieces of puzzle?

**Really guys???**
by Mex200

Another update AFTER Halloween is over?

### Customers Also Bought

    

| Triangle Rotation | Tiptop | Animal ResQ FREE | Pirate Jump | Simply Ludo |
| Games | Games | Games | Games | Games |
| View In iTunes | View In iTunes | View In iTunes | View In iTunes | View In iTunes |

 **iTunes**   Like  30,507,302

 **App Store**   Like  8,115,211

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|---|---|---|---|
| Download iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What's New? | iTunes Gifts | Content Providers | Browse App Store |
| What is iTunes? | iTunes U | Market with iTunes | Buy Music Now |

| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
| | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
| | Accessibility | | iTunes Corporate Sales |
| | | | Free Single of the Week |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Copyright © 2013 Apple Inc. All rights reserved.    Terms of Use    |    Privacy Policy