# EXHIBIT 8

# Introduction

In-App Purchase allows you to embed a store directly within your application. You implement In-App Purchase in your application using the Store Kit framework. Store Kit connects to the App Store on your application's behalf to securely process payments from the user. Store Kit prompts the user to authorize the payment, then notifies your application so that it can provide items the user purchased. You can use this in-application payment functionality to collect payment for enhanced functionality or additional content usable by your application.

For example, you could use In-App Purchase to implement any of the following scenarios:

- A basic version of your application with additional premium features.
- A book reader application that allows the user to purchase and download new books.
- A game that offers new environments (levels) to explore.
- An online game that allows the player to purchase virtual property.

> **Important:** In-App Purchase only collects payment. You must provide any additional functionality, including unlocking built-in features or downloading content from your own servers. This documentation details the technical requirements of adding a store to your application. For more information on the business requirements of using In-App Purchase, see the App Store Resource Center. You must also read your licensing agreement for the definitive treatment of what you may sell and how you are required to provide those products in your application.

## Who Should Read This Document

You should read this if you are interested in offering additional paid functionality to users from within your application.

## Organization of This Document

This document contains the following chapters:

- "Overview of In-App Purchase" introduces the functionality offered by In-App Purchase.
- "Retrieving Product Information" describes how your application retrieves information from the App Store about products it offers.
- "Making a Purchase" explains how your application requests payment from the App Store.
- "Adding a Store to Your Application" is a walkthrough that describes how to add a store to your application.
- "Verifying Store Receipts" describes how your server can verify that a receipt came from the App Store.
- "Testing a Store" discusses how to use the sandbox environment to test your application.

- "Auto-Renewable Subscriptions" describes how your application can implement subscriptions using the Apple Store to manage the renewal process for you.

## See Also

The App Store Resource Center describes the business side of using In-App Purchase, as well as the steps you need to take to sell a product within your application.

The iTunes Connect Developer Guide describes how to configure products and test accounts on the App Store.

The Store Kit Framework Reference describes the API for interacting with the App Store.

Copyright © 2012 Apple Inc. All Rights Reserved. Terms of Use | Privacy Policy | Updated: 2012-09-19