# EXHIBIT A

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Smartflash Limited | 03/04/2010 |

RECEIVING PARTY DATA

| Name: | Patrick Racz |
|---|---|
| Street Address: | Union House, Union Street |
| Internal Address: | 8th Floor |
| City: | St Helier |
| State/Country: | JERSEY |
| Postal Code: | JE4 8TQ |

PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 7334720 |
| Application Number: | 12014558 |

CORRESPONDENCE DATA

Fax Number: (415)576-0300
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 4155760200
Email: atm@townsend.com
Correspondent Name: Jason D. Lohr, Esq.
Address Line 1: Townsend and Townsend and Crew LLP
Address Line 2: Two Embarcadero Center, Eighth Floor
Address Line 4: San Francisco, CALIFORNIA 94111

| ATTORNEY DOCKET NUMBER: | 080379-000110US |
|---|---|
| NAME OF SUBMITTER: | Anna Marie Arante |

Total Attachments: 4
source=080379_000110US_Assignment_from_SmartflashLtd_to_Racz#page1.tif

CH $80.00 7334720

source=080379_000110US_Assignment_from_SmartflashLtd_to_Racz#page2.tif
source=080379_000110US_Assignment_from_SmartflashLtd_to_Racz#page3.tif
source=080379_000110US_Assignment_from_SmartflashLtd_to_Racz#page4.tif

Document : 1439700

**ASSIGNMENT** made this Fourth day of March 2010

BETWEEN:

(1) Smartflash Limited, company number 3211062 of Russell Square House, 10/12 Russell Square, London, WC1N 1DB (the "**Assignor**")

and

(2) Patrick Racz of 8th Floor, Union House, Union Street, St Helier, Jersey, JE4 8TQ (the "**Assignee**")

**WHEREAS**

(A) The Assignor is the proprietor of US Patent 7,334,720, and certain other patent applications details of which are set out in the Schedule (together the "Patents") in respect of the inventions disclosed in the Patents (the "Inventions").

(B) The Assignor has agreed to assign the Patents and Inventions to the Assignee upon the terms and conditions set out below.

**OPERATIVE PROVISIONS**

1. In pursuance of the said agreement and for good and valuable consideration (receipt of which the Assignor hereby acknowledges) the Assignor with full title guarantee HEREBY ASSIGNS unto the Assignee:-

1.1 all the rights of the Assignor in and to the Patents and the full and exclusive benefit thereof and in any further application for a patent or patents relating to the Patents and Inventions; and

1.2 the right to bring proceedings as may be necessary for the recovery of damages or other forms of relief in respect of all infringements of the Patents whether such infringements take place before or after the date of this Assignment.

TO HOLD the same unto the Assignee absolutely.

2. The Assignor HEREBY COVENANTS with the Assignee that the Assignor will at the expense of the Assignee execute sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee (or the nominee of the Assignee) to enjoy the full benefit of the property and rights hereby assigned.

**SIGNED for and on behalf of Smartflash Limited:**

............................................ (Director Smartflash Limited)

**SIGNED by Patrick Racz:**

............................................ (Patrick Racz)

SMARTFLASH LIMITED

"RESOLUTIONS OF THE SOLE DIRECTOR OF THE COMPANY"

DATE 2 MARCH 2010

1. **ASSIGNMENT OF INTELLECTUAL PROPERTY TO PATRICK RACZ**

   **IT WAS RESOLVED THAT** following completion of the restoration of Smartflash Ltd to the Register of Companies in December 2009 that all rights to patents and inventions owned by the Company be assigned forthwith to the original inventor Patrick Racz.

2. **IT WAS RESOLVED THAT** the Registrar of Companies be notified immediately on completion of the above assignment in accordance with the requirements of the Treasury Solicitor as stated in the consent order dated 15 December 2010.

3. **IT WAS FURTHER RESOLVED THAT** the Company will immediately on the conclusion of the said action apply to the Registrar of Companies for the voluntary strike off of the Company under Section 1003 of the Companies Act 2006.

Melvin Henderson Simpson

Director

Smartflash Patent Schedule

| Country | Filing Date | Appln Number | Publn. Number | Status | Comment |
|---|---|---|---|---|---|
| GB | 25 Oct 99 | 9925227.2 | Not Published | Lapsed | Priority Application |
| USA | 9 Oct 00 | 09/0697534 | Not Published | Lapsed | Claimed GB priority, allowed to lapse in favour of PCT/US below |
| PCT | 25 Oct 00 | PCT/GB00/04110 | WO01/31599 | Lapsed | Claimed GB priority<br>Basis for later US, JP, EP filings |
| European Patent Office | 25 Oct 00 | 00969706.1 | 1238379 | Lapsed | Regional Processing of PCT |
| Japan | 25 Oct 00 | 2001-534106 | 2003-513379 | Pending | National Processing of PCT |
| USA | 19 Jan 06 | 11/336758<br>(Continuation of 10/111716 filed 17 Sep 2002 filed based on PCT/GB00/04110) | US2006/0118619<br>US7334720 | Granted<br>06 Feb 08 | National Processing of PCT |
| USA | 15 Jan 08 | 12/014558<br>(Continuation of 11/336758 etc.) | | Pending | |
| | | | | | |

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Patrick Racz | 06/17/2010 |

RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Smartflash Technologies Limited |
| Street Address: | 1070908 Palm Grove House |
| Internal Address: | P.O. Box 438 |
| City: | Wickhams' Cay, Road Town, Tortola |
| State/Country: | BRITISH VIRGIN ISLANDS |

PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 7334720 |
| Application Number: | 12014558 |

CORRESPONDENCE DATA

Fax Number: (415)576-0300
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 4155760200
Email: atm@townsend.com
Correspondent Name: Jason D. Lohr, Esq
Address Line 1: Townsend and Townsend and Crew LLP
Address Line 2: Two Embarcadero Center, 8th Floor
Address Line 4: San Francisco, CALIFORNIA 94111

| ATTORNEY DOCKET NUMBER: | 080379-000110US |
|---|---|
| NAME OF SUBMITTER: | Anna Marie Arante |

Total Attachments: 3
source=80379_000110US_Assignment_from_Racz_to_SmartflashTechnologies#page1.tif
source=80379_000110US_Assignment_from_Racz_to_SmartflashTechnologies#page2.tif

CH $80.00 7334720

source=80379_000110US_Assignment_from_Racz_to_SmartflashTechnologies#page3.tif

**ASSIGNMENT** made this 17th day of June 2010

**BETWEEN:**

(1) Patrick Racz of Petit Alva, Rue de Petit Aleval, St Peter, Jersey, JE3 7ET (the "**Assignor**")

and

(2) Smartflash Technologies Limited, company number 1070908 of Palm Grove House, PO Box 438, Wickham's Cay, Road Town, Tortola, British Virgin Islands (the "**Assignee**")

WHEREAS

(A) The Assignor is the proprietor of US Patent 7,334,720, and certain other patent applications details of which are set out in the Schedule (together the ("Patents") in respect of the inventions disclosed in the Patents (the "Inventions").

(B) The Assignor has agreed to assign the Patents and Inventions to the Assignee upon the terms and conditions set out below.

OPERATIVE PROVISIONS

1. In pursuance of the said agreement and for good and valuable consideration (receipt of which the Assignor hereby acknowledges) the Assignor with full title guarantee HEREBY ASSIGNS unto the Assignee:-

1.1 all the rights of the Assignor in and to the Patents and the full and exclusive benefit thereof and in any further application for a patent or patents relating to the Patents and Inventions; and

1.2 the right to bring proceedings as may be necessary for the recovery of damages or other forms of relief in respect of all infringements of the Patents whether such infringements take place before or after the date of this Assignment.

TO HOLD the same unto the Assignee absolutely.

2. The Assignor HEREBY COVENANTS with the Assignee that the Assignor will at the expense of the Assignee execute sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee (or the nominee of the Assignee) to enjoy the full benefit of the property and rights hereby assigned.

**SIGNED by Patrick Racz:**

.................................................. (Patrick Racz)

**SIGNED for and on behalf of Smartflash Technologies Limited:**

.................................................. (Kestrel SA. Director Smartflash Technologies Ltd)

MAURICE EMERY OLIVIER AMADIO

Smartflash Patent Schedule

| Country | Filing Date | Appln Number | Publn. Number | Status | Comment |
|---|---|---|---|---|---|
| GB | 25 Oct 99 | 9925227.2 | Not Published | Lapsed | Priority Application |
| USA | 9 Oct 00 | 09/0687534 | Not Published | Lapsed | Claimed GB priority, allowed to lapse in favour of PCT/US below |
| PCT | 25 Oct 00 | PCT/GB00/04110 | WO01/31589 | Lapsed | Claimed GB priority<br>Basis for later US, JP, EP filings |
| European Patent Office | 25 Oct 00 | 00960706.1 | 1236379 | Lapsed | Regional Processing of PCT |
| Japan | 25 Oct 00 | 2001-534105 | 2003-513379 | Pending | National Processing of PCT |
| USA | 19 Jan 06 | 11/336758<br>(Continuation of 10/111716 filed 17 Sep 2002 filed based on PCT/GB00/04110) | US2006/0118619<br>US7334720 | Granted<br>06 Feb 08 | National Processing of PCT |
| USA | 15 Jan 08 | 12/014558<br>(Continuation of 11/336758 etc.) | | Pending | |
| | | | | | |

2521342-1-jfeistead

**502367252 05/31/2013**

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| SMARTFLASH TECHNOLOGIES LIMITED | 05/30/2013 |

RECEIVING PARTY DATA

| Name: | SMARTFLASH LLC |
|---|---|
| Street Address: | 100 E. Ferguson St. |
| Internal Address: | 406 First Place |
| City: | Tyler |
| State/Country: | TEXAS |
| Postal Code: | 75702 |

PROPERTY NUMBERS Total: 6

| Property Type | Number |
|---|---|
| Patent Number: | 7334720 |
| Patent Number: | 7942317 |
| Patent Number: | 8033458 |
| Patent Number: | 8061598 |
| Patent Number: | 8118221 |
| Patent Number: | 8336772 |

OP $240.00 7334720

CORRESPONDENCE DATA

Fax Number: 4155760300
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 925-472-5000
Email: avaldivia@kilpatricktownsend.com
Correspondent Name: Kilpatrick Townsend Stockton LLP
Address Line 1: Two Embarcadero Center
Address Line 2: Eighth Floor
Address Line 4: San Francisco, CALIFORNIA 94111

| | |
|---|---|
| ATTORNEY DOCKET NUMBER: | 87790-707431 |
| NAME OF SUBMITTER: | Benjamin J. Holt |
| Signature: | /Benjamin J. Holt/ |
| Date: | 05/31/2013 |
| Total Attachments: 2<br>source=SmartflashAssignment#page1.tif<br>source=SmartflashAssignment#page2.tif | |

# ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, SMARTFLASH TECHNOLOGIES LIMITED, having its registered office at Palm Grove House, PO Box 438, Road Town, Tortola, British Virgin Islands ("**Assignor**"), does hereby with an effective date of May 24th 2013 sell, assign, transfer, and convey unto SMARTFALSH LLC, of 100 E. Ferguson, 406 First Place, Tyler, Texas, 75702, United States of America ("**Assignee**"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "**Patent Rights**"):

(a) United States Patent Nos. US 7,334,720, US 7,942,317, US 8,033,458, US 8,061,598, US 8,118,221, US 8,336,772 (the "**Patents**");

(b) all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c) all reissues, reexaminations and/or registrations of any item in any of the foregoing categories (a) and (b);

(d) to the extent they exist, all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) and (c), including, without limitation, all causes of action and other enforcement rights for

(i) damages,
(ii) injunctive relief, and
(iii) any other remedies of any kind for past, current, and future infringement;

and

(iv) all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) and (c).

Assignor represents, warrants and covenants that:

(1) Assignor has the full power and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2) Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement of the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

IN WITNESS WHEREOF this Assignment of Patent Rights is executed.

**ASSIGNOR:**

By: ______________________
Name: Maurice Emery
Title: Director for and on behalf of Kestrel S.A. acting in its capacity as corporate director of Assignor.

By: ______________________
Name: Jean-Maurice Emery
Title: Director for and on behalf of Kestrel S.A. acting in its capacity as corporate director of Assignor.