# EXHIBIT C

# TEXAS SECRETARY of STATE
## JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 12999106 | Serve Secretary of State for mailing to | Registered Agent | OAKVILLE CORPORATION | Foreign For-Profit Corporation | Withdrawn |
| ○ | 10341710 | LAWRENCE J. BRANNIAN | Registered Agent | FSC GREENWAY APARTMENTS ASSOCIATES LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Forfeited existence |
| ○ | 25847000 | L H Brannian | Registered Agent | RIP BRANNIAN, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 3413410 | Lawrence J Brannian | Registered Agent | 1900 PACIFIC AVENUE ASSOCIATES, L.P. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 7804810 | Lawrence J Brannian | Registered Agent | FSC/COIT GARDENS ASSOCIATES LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 10617310 | Lawrence J Brannian | Registered Agent | WOODHAVEN SEDONA PINES, LTD. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 147932600 | Lawrence J Brannian | Registered Agent | SEDONA PINES, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 148859100 | Lawrence J Brannian | Registered Agent | SPRING PARK PLAZA ASSOCIATES GP, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 704197622 | Lawrence J Brannian | Registered Agent | FRS, L.L.C. | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 705352022 | Lawrence J Brannian | Registered Agent | SL/ROSEMONT ASSOCIATES, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |

Records 1 to 10 of 144 scroll [Next >>]   OR   proceed to page [  ] of 15 pages [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 800080597 | Lawrence J Brannian | Registered Agent | VERN GP, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 147018200 | Lawrence J Brannian | Registered Agent | VILLAGE SC ASSOCIATES, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 123638400 | Lawrence J Brannian | Registered Agent | KG RECOVERY CORP. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 43658700 | Lawrence J Brannian | Registered Agent | H & H DEVELOPMENT COMPANY | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 6354410 | Lawrence J Brannian | Registered Agent | FIMBERG REALTY PARTNERS LIMITED | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800098339 | Lawrence J Brannian | Registered Agent | MORE DOLLARS, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 800467864 | Lawrence J Brannian | Registered Agent | FSC WILCOX WOODBRIDGE, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800467865 | Lawrence J Brannian | Registered Agent | FSC SACRAMENTO WOODBRIDGE, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800552328 | Lawrence J Brannian | Registered Agent | TRELLIS PHASE COMMUNICATIONS, LP | Domestic Limited Partnership (LP) | In existence |
| ○ | 800577829 | Lawrence J Brannian | Registered Agent | INTOWN RESTAURANT LP | Domestic Limited Partnership (LP) | In existence |

Records 11 to 20 of 144 scroll    [<< Previous]    [Next >>]    OR   proceed to page [   ] of 15 pages [GO]

[Return to Order]    [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 800782632 | Lawrence J Brannian | Registered Agent | FSC VISTA POINTE ASSOCIATES, LP | Domestic Limited Partnership (LP) | In existence |
| ○ | 800896294 | Lawrence J Brannian | Registered Agent | Quadrant Healthcare Partners, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 800978439 | Lawrence J. Brannian | Registered Agent | DD&R, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |
| ○ | 801116871 | Lawrence J. Brannian | Registered Agent | SN Finance Limited Partnership | Domestic Limited Partnership (LP) | In existence |
| ○ | 801236613 | Lawrence J. Brannian | Registered Agent | HDA Properties Inc. | Foreign For-Profit Corporation | In existence |
| ○ | 801289236 | Lawrence J. Brannian | Registered Agent | MC4HER LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |
| ○ | 801786610 | Lawrence J. Brannian | Registered Agent | BPGEX, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 1330910 | Lawrence J Brannian | Registered Agent | FIMBERG & WILLIAMS, L.P. | Domestic Limited Partnership (LP) | In existence |
| ○ | 11125510 | Lawrence J Brannian | Registered Agent | FSC/BRISTOL POINTE ASSOCIATES LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 12272810 | Lawrence J Brannian | Registered Agent | SL/ROSEMONT PLACE APARTMENTS LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Merged |

Records 21 to 30 of 144 scroll  [<< Previous]  [Next >>]   OR   proceed to page [ ] of 15 pages [GO]

[Return to Order]  [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 137895700 | Lawrence J Brannian | Registered Agent | IRI HERITAGE GOLF CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 153799600 | Lawrence J Brannian | Registered Agent | FSC/ROSEMONT APARTMENTS, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 704277322 | Lawrence J Brannian | Registered Agent | STAGEN REALTY COMPANY, LLC. | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 141187400 | Lawrence J Brannian | Registered Agent | IRI/RIDGEVIEW RANCH HOLDING CO., INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 31018500 | Lawrence J Brannian | Registered Agent | VISTA DEVELOPMENT COMPANY, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 29266300 | Lawrence J Brannian | Registered Agent | MASTER BUSINESS MACHINES, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 800234428 | Lawrence J. Brannian | Registered Agent | FIVE AND SEVEN FOUNTAIN VILLAGE L.P. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800258748 | Lawrence J Brannian | Registered Agent | ET TECHNOLOGY ASSOCIATES LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 2076710 | Lawrence J Brannian | Registered Agent | DELLCREST ASSOCIATES, LTD. | Domestic Limited Partnership (LP) | Forfeited existence |
| ○ | 800417622 | Lawrence J Brannian | Registered Agent | FSC PARKWAY ASSOCIATES, LTD. | Foreign Limited Partnership | Cancelled |

Records 31 to 40 of 144 scroll   [<< Previous]   [Next >>]   OR   proceed to page [  ] of 15 pages [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 800544512 | Lawrence J Brannian | Registered Agent | SPEG GP, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |
| ○ | 800544516 | Lawrence J Brannian | Registered Agent | SPEG L.P. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800552019 | Lawrence J Brannian | Registered Agent | Texas Trellis Phase, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800779305 | Lawrence J Brannian | Registered Agent | GEOBROWSER INNOVATIONS, LP | Domestic Limited Partnership (LP) | In existence |
| ○ | 154855400 | Lswrence J Brannian | Registered Agent | FRONTIER FIRE SYSTEMS, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 29184700 | Lawrence J Brannian | Registered Agent | DALANTA CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 39405000 | Lawrence J Brannian | Registered Agent | THE RIB ROOM, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 46789400 | Lawrence J Brannian | Registered Agent | THREE FOUNTAINVIEW CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 56210100 | Lawrence J Brannian | Registered Agent | CARY/CANTWELL, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 121830900 | Lawrence J Brannian | Registered Agent | 1900 PACIFIC AVENUE CORPORATION | Domestic For-Profit Corporation | Forfeited existence |

Records 41 to 50 of 144 scroll    [<< Previous]    [Next >>]    OR   proceed to page [   ] of 15 pages [GO]

[Return to Order]    [New Search]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

**REGISTERED AGENT SEARCH**

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 705351922 | Lawrence J Brannian | Registered Agent | SL/ROSEMONT PLACE ASSOCIATES, LLC | Domestic Limited Liability Company (LLC) | Merged |
| ○ | 119536000 | Lawrence J Brannian | Registered Agent | LOS RIOS GOLF MANAGEMENT, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 109999100 | Lawrence J Brannian | Registered Agent | 418 CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 12109610 | Lawrence J Brannian | Registered Agent | FSC/ROSEMONT PLACE ASSOCIATES LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800145496 | Lawrence J Brannian | Registered Agent | MSJR BERRY STREET L.P. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800470086 | Lawrence J Brannian | Registered Agent | FSC PARKWAY, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800577534 | Lawrence J Brannian | Registered Agent | INTOWN AUSTIN, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800606008 | Lawrence J Brannian | Registered Agent | ALL IN A ROW, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 2852510 | Lawrence J. Brannian | Registered Agent | OLD BULLARD ASSOCIATES, LTD. | Domestic Limited Partnership (LP) | In existence |
| ○ | 10372310 | Lawrence J Brannian | Registered Agent | VILLAGE SHOPPING CENTER ASSOCIATES LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Forfeited existence |

Records 51 to 60 of 144 scroll   [<< Previous]   [Next >>]   OR   proceed to page [     ] of 15 pages [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 140793800 | Lawrence J Brannian | Registered Agent | IRI/SHORES HOLDING CO., INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 800034241 | Lawrence J Brannian | Registered Agent | HPOP INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 150643900 | Lawrence J Brannian | Registered Agent | CEC INVESTORS, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 145651601 | Lawrence J Brannian | Registered Agent | IRI/THORNTREE HOLDING CO., INC. | Domestic Nonprofit Corporation | Forfeited existence |
| ○ | 122771700 | Lawrence J Brannian | Registered Agent | ERAM HOLDING CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 800346684 | Lawrence J Brannian | Registered Agent | WESTVIL MANAGEMENT COMPANY | Domestic For-Profit Corporation | Merged |
| ○ | 800386119 | Lawrence J. Brannian | Registered Agent | COMMERCIAL PROPERTY ADVISORS, LP | Domestic Limited Partnership (LP) | In existence |
| ○ | 800417620 | Lawrence J Brannian | Registered Agent | FSC PARKWAY TEXAS GP, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800582419 | Lawrence J Brannian | Registered Agent | ROYAL ST. MORITZ GP, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 801236635 | Lawrence J. Brannian | Registered Agent | BWWSA, L.P. | Foreign Limited Partnership | In existence |

Records 61 to 70 of 144 scroll   [<< Previous]   [Next >>]   OR   proceed to page [___] of 15 pages [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

**REGISTERED AGENT SEARCH**

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 1848011 | Lawrence J Brannian | Registered Agent | SAN JOSE VILLAGE COMPANY | Foreign Limited Partnership | Cancelled |
| ○ | 2324810 | Lawrence J Brannian | Registered Agent | CINNAMON CREEK ASSOCIATES, LTD. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 2614211 | Lawrence J Brannian | Registered Agent | PRESIDIO ASSOCIATES, LTD. | Foreign Limited Partnership | Cancelled |
| ○ | 2614311 | Lawrence J Brannian | Registered Agent | SOUTHWEST LAND ASSOCIATES, LTD. | Foreign Limited Partnership | Cancelled |
| ○ | 10807610 | Lawrence J Brannian | Registered Agent | SPRING PARK PLAZA ASSOCIATES LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Forfeited existence |
| ○ | 13465506 | Lawrence J Brannian | Registered Agent | WORKPLACE AVIATION BROKERAGE & SALES, INC. | Foreign For-Profit Corporation | In existence |
| ○ | 32709400 | Lawrence J Brannian | Registered Agent | 2001 LAND DEVELOPMENT CORPORATION | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 46047400 | Lawrence J Brannian | Registered Agent | ST. PAUL CONSTRUCTION COMPANY | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 79440900 | Lawrence J Brannian | Registered Agent | WOODHAVEN INVESTORS, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 153797800 | Lawrence J Brannian | Registered Agent | FSC/ROSEMONT PLACE APARTMENTS, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |

Records 71 to 80 of 144 scroll  [<< Previous]  [Next >>]  OR  proceed to page [ ] of 15 pages [GO]

[Return to Order]  [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 703976023 | Lawrence J Brannian | Registered Agent | FSC REALTY, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 129953100 | Lawrence J Brannian | Registered Agent | E.G. GOLF CORP. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 800110804 | Lawrence J Brannian | Registered Agent | RJR RESTAURANTS OF TYLER LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800161894 | Lawrence J Brannian | Registered Agent | Chateaux Normandie Apartments Limited Partnership | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800178597 | Lawrence J Brannian | Registered Agent | JAMRSS FOREST OAKS L. P. | Domestic Limited Partnership (LP) | Forfeited existence |
| ○ | 800294586 | Lawrence J. Brannian | Registered Agent | FSC GREENBRIAR CHATEAU, LTD., a California Limited Partnership | Foreign Limited Partnership | Cancelled |
| ○ | 800386115 | Lawrence J. Brannian | Registered Agent | CP ADVISORS ONE, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800569302 | Lawrence J Brannian | Registered Agent | HASKELL/LIVE OAK PARTNERS, LTD. | Domestic Limited Partnership (LP) | Forfeited existence |
| ○ | 800638614 | Lawrence J Brannian | Registered Agent | SWR Ranch, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 800886378 | Lawrence J. Brannian | Registered Agent | GECESP Associates, LLC | Domestic Limited Liability Company (LLC) | In existence |

Records 81 to 90 of 144 scroll   [<< Previous]   [Next >>]   OR  proceed to page [   ] of 15 pages [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 800973075 | Lawrence J Brannian | Registered Agent | Fry Ellerbee and Wright, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 801116867 | Lawrence J. Brannian | Registered Agent | SN Finance GP LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 801193218 | Lawrence J Brannian | Registered Agent | FSC Colonnade Associates, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 46884800 | Lawrence J Brannian | Registered Agent | ATRIUM PHARMACY & GIFT SHOP, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 92279702 | Lawrence J Brannian | Registered Agent | LAWRENCE J. BRANNIAN, P.C. | Domestic Professional Corporation | In existence |
| ○ | 122836000 | Lawrence J Brannian | Registered Agent | Daphne Realty Advisors, Inc. | Domestic For-Profit Corporation | In existence |
| ○ | 706150022 | Lawrence J Brannian | Registered Agent | BOX 21 ASSOCIATES GP, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 146823900 | Lawrence J Brannian | Registered Agent | FSC GREENWAY ASSOCIATES, INC. | Domestic For-Profit Corporation | In existence |
| ○ | 10617410 | Lawrence J Brannian | Registered Agent | WOODHAVEN SEDONA PINES CORPORATE, L.P. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800098743 | Lawrence J Brannian | Registered Agent | TOWNE OAKS LONGVIEW, INC. | Foreign For-Profit Corporation | Forfeited existence |

Records 91 to 100 of 144 scroll   [<< Previous]   [Next >>]   OR   proceed to page [    ] of 15 pages [GO]

[Return to Order]   [New Search]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 801774781 | Lawrence J Brannian | Registered Agent | SmartFlash LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 137196000 | Larry Brannian | Registered Agent | NORTH CENTRAL DEVELOPMENT COMPANY | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 2614111 | Lawrence J Brannian | Registered Agent | MARFA ASSOCIATES, LTD. | Foreign Limited Partnership | Cancelled |
| ○ | 2683011 | Lawrence J Brannian | Registered Agent | JEFF DAVIS ASSOCIATES, LTD. | Foreign Limited Partnership | Cancelled |
| ○ | 2852410 | Lawrence J Brannian | Registered Agent | EASTMAN ASSOCIATES, LTD. | Domestic Limited Partnership (LP) | Forfeited existence |
| ○ | 12109710 | Lawrence J Brannian | Registered Agent | FSC/ROSEMONT ASSOCIATES LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 30137400 | Lawrence J Brannian | Registered Agent | ECTOR CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 124744200 | Lawrence J Brannian | Registered Agent | LOST CREEK HOLDINGS CORPORATION | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 132224800 | Lawrence J Brannian | Registered Agent | RVW-LSA, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 800080598 | Lawrence J Brannian | Registered Agent | VERN, L.P. | Domestic Limited Partnership (LP) | In existence |

Records 111 to 120 of 144 scroll   [ << Previous ]   [ Next >> ]   OR   proceed to page [    ] of 15 pages [ GO ]

[ Return to Order ]   [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 800161891 | Lawrence J Brannian | Registered Agent | Chateaux Associates, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |
| ○ | 800170495 | Lawrence J Brannian | Registered Agent | HARWOOD CEDAR SPRINGS GP LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800258757 | Lawrence J Brannian | Registered Agent | EAST TEXAS TECHNOLOGY PARTNERS, LP | Domestic Limited Partnership (LP) | In existence |
| ○ | 800320056 | Lawrence J. Brannian | Registered Agent | NOTABLES LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 800352175 | Lawrence J Brannian | Registered Agent | AV GRAPHICS, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 800352037 | Lawrence J Brannian | Registered Agent | AMERICAN VIDEO GRAPHICS, L.P. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800439102 | Lawrence J. Brannian | Registered Agent | GRAY/LBJ JOINT VENTURE ASSOCIATES, L.P. | Domestic Limited Partnership (LP) | Involuntarily dissolved |
| ○ | 800577539 | Lawrence J Brannian | Registered Agent | UP SCHNEIDER, LP | Domestic Limited Partnership (LP) | In existence |
| ○ | 800706979 | Lawrence J. Brannian | Registered Agent | AUSTIN DOGTOWN BOARDING AND DAYCARE, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 801289239 | Lawrence J. Brannian | Registered Agent | Pinky Chan West Village LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |

Records 101 to 110 of 144 scroll   [<< Previous]   [Next >>]   OR   proceed to page [ ]  of 15 pages  [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

**REGISTERED AGENT SEARCH**

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 800034242 | Lawrence J Brannian | Registered Agent | BAUSTIN HYDE PARK OFFICE LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 800310135 | Lawrence J. Brannian | Registered Agent | WorkPlace Aviation Services, Inc. | Foreign For-Profit Corporation | In existence |
| ○ | 800470079 | Lawrence J Brannian | Registered Agent | FSC PARKWAY MANAGER, LLC | Foreign Limited Liability Company (LLC) | In existence |
| ○ | 800582422 | Lawrence J Brannian | Registered Agent | ROYAL ST. MORITZ, LTD. | Domestic Limited Partnership (LP) | In existence |
| ○ | 800864307 | Lawrence J Brannian | Registered Agent | Foxco Fashing, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 801289234 | Lawrence J. Brannian | Registered Agent | MC4HER West Village LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |
| ○ | 52522500 | Larence J Brannian | Registered Agent | MURIAN, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 1259410 | Lawrence J Brannian | Registered Agent | LUBBOCK SQUARE APARTMENTS, LTD. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 5325706 | Lawrence J Brannian | Registered Agent | THE MIDWOOD COMPANY, INC. | Foreign For-Profit Corporation | Forfeited existence |
| ○ | 11100010 | Lawrence J Brannian | Registered Agent | NORTH DALLAS RENOVATION ASSOCIATES, LP | Domestic Limited Partnership (LP) | Cancelled |

Records 121 to 130 of 144 scroll  [<< Previous]  [Next >>]  OR  proceed to page [   ] of 15 pages [GO]

[Return to Order]  [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### REGISTERED AGENT SEARCH

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|---------------|--------|-------|-------------|-------------|---------------|
| ○ | 800080204 | Lawrence J Brannian | Registered Agent | Amend Construction, LLC | Domestic Limited Liability Company (LLC) | Voluntarily dissolved |
| ○ | 124622200 | Lawrence J Brannian | Registered Agent | REGENCY GOLF GROUP, INC. | Domestic For-Profit Corporation | Voluntarily dissolved |
| ○ | 122836100 | Lawrence J Brannian | Registered Agent | LPBC, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 12272910 | Lawrence J Brannian | Registered Agent | SL/ROSEMONT APARTMENTS LIMITED PARTNERSHIP | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 11305510 | Lawrence J Brannian | Registered Agent | SRF ASSOCIATES, LTD. | Domestic Limited Partnership (LP) | Cancelled |
| ○ | 6506906 | Lawrence J Brannian | Registered Agent | CONVY-FIMBERG PRODUCTIONS, INC. | Foreign For-Profit Corporation | Forfeited existence |
| ○ | 800111100 | Lawrence J Brannian | Registered Agent | HARWOOD/CEDAR SPRINGS, L.P. | Domestic Limited Partnership (LP) | In existence |
| ○ | 800384915 | Lawrence J. Brannian | Registered Agent | AMEND RE ADVISORS, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800384925 | Lawrence J Brannian | Registered Agent | AMEND REAL ESTATE ADVISORS, LP | Domestic Limited Partnership (LP) | In existence |
| ○ | 800467863 | Lawrence J Brannian | Registered Agent | THE FEIGER FAMILY, LLC | Foreign Limited Liability Company (LLC) | Forfeited existence |

Records 131 to 140 of 144 scroll   [<< Previous]   [Next >>]   OR   proceed to page [____] of 15 pages [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN STEEN

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

**REGISTERED AGENT SEARCH**

This search was performed on with the following search parameter:
**REGISTERED AGENT NAME :** Brannian

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|---|---|---|---|---|---|---|
| ○ | 800786171 | Lawrence J. Brannian | Registered Agent | SOUTH ALLEY LOFT, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 1183010 | Lawrence J. Brannian | Registered Agent | TARTAN APARTMENTS, LTD. | Domestic Limited Partnership (LP) | In existence |
| ○ | 801319331 | Lawrence J Brannian | Registered Agent | Directions 12 | Domestic Nonprofit Corporation | In existence |
| ○ | 800151277 | [No Name Provided] | Registered Agent | WEST COAST FASHIONS INC. | Domestic For-Profit Corporation | Forfeited existence |

Records 141 to 144 of 144 scroll [<< Previous]   OR   proceed to page [    ] of 15 pages [GO]

[Return to Order]   [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.