# EXHIBIT D

Case 6:13-cv-00447-JRG   Document 46-11   Filed 10/18/13   Page 2 of 2 PageID #:  581

| home | about us | practices | attorneys | contact us |

## Attorneys

- Casen D. Gregg
- John W. Harris
- Jerry D. Johnson
- Robert C. Prather, Sr.
- William F. Pyne
- Donald H. Snell
- Christopher K. Stobaugh
- J. Michael Tibbals
- Phillip A. Wylie

Copyright © 2010 Snell Wylie & Tibbals. **Disclaimer**.
8150 North Central Expressway, Suite 1800, Dallas, TX 75206 | Tel: (214) 691-2500 | Fax: (214) 691-2501 | **Contact Us**.
This site contains attorney advertising. Snell Wylie & Tibbals is responsible for the content of this website.