# EXHIBIT E



Smartflash Technologies is an innovative technology development and licensing corporation that owns an expanding portfolio of foundational patents relating to **Data Storage and Access Systems** Technology.

Our Technology is widely used throughout the consumer electronics industry and covers products and services contained inter alia within the following categories:

- Smartphones
- Games Consoles
- Portable Satellite Navigation Devices
- Set Top Boxes
- Netbooks
- App Stores
- Portable Computing Devices

- Smart Tvs
- Data Access Kiosks

PRIVACY POLICY        © SMARTFLASH LLC. 2013 :: ALL RIGHTS RESERVED

About Smartflash LLC



The platform technology that we own, develop and license, dates back to the late 1990's – a time when mobile phones were essentially devoid of data storage and were simply used for placing & receiving calls and for sending and receiving text messages.

In 1999, Patrick Racz, a visionary and already highly successful entrepreneur, invented **Data Storage and Access Systems** technology, which he called "Smartflash." This invention was an extremely important technological advancement. The essence of the innovation lay in the inventive digital memory system which was configured and designed so as to permit for the first time, inter alia, the secure and controlled receipt, storage, retrieval, use and transmission of digital data that offered a range of functionality which included, but was not limited to, digital rights management (DRM) and payment facilities.

The invention was auspiciously timed in that in the late 1990's the distribution of digitally compressed media was increasing, and this growth was set to continue on an exponential basis. Mr Racz foresaw the consequences of this growth and the commercial opportunities that would drive this sector for as long as the interests of digital media providers and consumers were protected by reliable and secure methods of data storage and access.

The value of "Smartflash" technology was also recognized at an early stage by leading consumer electronics companies and content providers including Disney and Paramount.

PRIVACY POLICY        © SMARTFLASH LLC. 2013 :: ALL RIGHTS RESERVED

Smartflash LLC



Our **Data Storage and Access Systems** technology fosters the high level of confidence and assurance required for widespread adoption and use. In short the solutions offered by our technology revolutionized the distribution, management and use of digital media and has ultimately become the basis of global and industry wide standards.

Click here to view the brochure (pdf)

Smartflash Technologies development and licensing efforts are based around granted and pending patent applications including:


US 7,334,720


US 7,942,317


US 8,033,458


US 8,061,598


US 8,118,221


US 8,336,772

PRIVACY POLICY        © SMARTFLASH LLC. 2013 :: ALL RIGHTS RESERVED



Page under construction.



PRIVACY POLICY       © SMARTFLASH LLC. 2013 :: ALL RIGHTS RESERVED



For information relating to our technology and the services we provide please contact us at
info@smartflashllc.com

Contact Smartflash LLC

PRIVACY POLICY        © SMARTFLASH LLC. 2013 :: ALL RIGHTS RESERVED