# EXHIBIT F





KAYAK HOTELS FLIGHTS CARS DEALS VACATIONS MORE MY TRIPS LOGIN

JER to TYR, Oct 9 - 16 | AMS to TYR, Oct 9 - 16

Amsterdam (AMS) | Tyler (TYR) | Wed 10/9 - Wed 10/16 | 8 days | Find Flights

**Hide toolbox**

Price alert | Fare charts
Airline Matrix | +/- 3 days

**Price Trend**

Not enough data to make a forecast

**Stops**

| | |
|---|---|
| nonstop | |
| 1 stop | $1004 |
| 2+ stops | $869 |

**Times**

**Take-off Amsterdam**
Wed 7:00a - 3:00p

**Take-off Tyler**
Wed 5:30a - 7:00p

Show landing times

**Cabin**

| | |
|---|---|
| Economy | $869 |
| Mixed | $2337 |

**Airlines**

| | |
|---|---|
| American Airlines | $926 |
| British Airways | $915 |
| United | $869 |
| Multiple airlines | |

Star Alliance SkyTeam oneworld

More filters▸

**695 of 1847 flights** show all Sort by Duration - Shorter

Tyler Flights From $215 ad
www.cheapoair.com/Tyler-Cheap-Flights
Cheap RoundTrip Fare on All Flight. Book Now & Get Up to $15 Off Fees!
Domestic Flight Deals - Daily Flight Deals - Under $89 One Way Flights

**$1096** British Airways
AMS 10:30a ▸ TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 4:40p ▸ AMS 2:05p 14h 25m 2 stops (DFW...)
Select
KAYAK $1096 Cheaptickets $1096 Britishairways $1101 Coach
Orbitz $1114 Expedia Travelocity
Details Fares
American Eagle Airlines For American Air operates flight 6541, 7923.

**$924** British Airways
AMS 7:15a ▸ TYR 4:10p 15h 55m 2 stops (LHR...)
TYR 4:40p ▸ AMS 2:05p 14h 25m 2 stops (DFW...)
Select
KAYAK $924 Cheaptickets $924 Britishairways $930 Coach
Orbitz $942 Expedia Travelocity
Details Fares
American Airlines operates flight 1504.
American Eagle Airlines For American Air operates flight 4930, 7923.

**$1087** British Airways
AMS 10:30a ▸ TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 4:40p ▸ AMS 3:35p 15h 55m 2 stops (DFW...)
Only 1 seat left at this price
Select
KAYAK $1087 Cheaptickets $1087 Britishairways $1087 Coach
Orbitz $1105 Expedia Travelocity
Details Fares
American Airlines operates flight 1521.
American Eagle Airlines For American Air operates flight 6541, 7923.

**$1096** British Airways
AMS 10:30a ▸ TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 4:40p ▸ AMS 3:35p 15h 55m 2 stops (DFW...)
Only 1 seat left at this price
Select
KAYAK $1096 Cheaptickets $1096 Britishairways $1101 Coach
Orbitz $1114 Expedia Travelocity
Details Fares
American Eagle Airlines For American Air operates flight 6541, 7923.

**$1001** United
AMS 10:55a ▸ TYR 8:08p 16h 13m 2 stops (ORD...)
TYR 10:45a ▸ AMS 8:20a 14h 35m 1 stop (IAH)
Only 1 seat left at this price
Select
United $1001 Coach
Details Fares
Expressjet Airlines DBA United Express operates flight 5802, 4183.

**$1117** American Airlines
AMS 10:30a ▸ TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 10:55a ▸ AMS 10:10a 16h 15m 3 stops (DFW...)
Select
AA.com $1117 Coach
Details Fares
American Eagle Airlines operates flight 3710.
British Airways operates flight 6435, 6154, 6205, 6739.
Expressjet AS American Eagle operates flight 2543.

**$1117** American Airlines
AMS 10:30a ▸ TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 10:55a ▸ AMS 10:10a 16h 15m 3 stops (DFW...)
Select
AA.com $1117 Coach
Details Fares
American Eagle Airlines operates flight 3710.
British Airways operates flight 6435, 6154, 6205, 6739.
Expressjet AS American Eagle operates flight 2543.

**$1101** British Airways
AMS 10:30a ▸ TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 6:50p ▸ AMS 6:20p 16h 30m 2 stops (DFW...)
Select
KAYAK $1101 Cheaptickets $1101 Britishairways $1101 Coach
Orbitz $1119 Expedia Travelocity
Details Fares
American Airlines operates flight 1531.
American Eagle Airlines For American Air operates flight 6541, 7734.

**Compare Sites vs. KAYAK**

ORBITZ Compare
travelocity Compare
cheapOair Compare
Expedia Compare

**Tyler Hotels** 10/9 - 1
KAYAK could save you 25% or more

$100+ Country Inn & Suites By
$139+ Hilton Garden Inn Tyler
$96+ Holiday Inn Express Ho

See all hotels on KAYAK

**$1004**

United

AMS 10:10a ► TYR 8:08p 16h 58m 1 stop (IAH)
TYR 10:45a ► AMS 8:20a 14h 35m 1 stop (IAH)

Select

United $1004 Coach

Details Fares

Expressjet Airlines DBA United Express operates flight 5802, 4183.

---

**$1101**

British Airways

AMS 10:30a ► TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 2:20p ► AMS 2:05p 16h 45m 2 stops (DFW...)

Select

KAYAK $1101 Cheaptickets $1101 Britishairways $1101 Coach
Orbitz $1119 Expedia Travelocity

Details Fares

American Eagle Airlines For American Air operates flight 6541, 6668.

---

**$1101**

British Airways

AMS 10:30a ► TYR 6:20p 14h 50m 2 stops (LHR...)
TYR 2:20p ► AMS 2:05p 16h 45m 2 stops (DFW...)

Select

KAYAK $1101 Cheaptickets $1101 Britishairways $1101 Coach
Orbitz $1119 Expedia Travelocity

Details Fares

American Airlines operates flight 1505.
American Eagle Airlines For American Air operates flight 6541, 6668.

---

**$915**

British Airways

AMS 7:15a ► TYR 4:10p 15h 55m 2 stops (LHR...)
TYR 4:40p ► AMS 3:35p 15h 55m 2 stops (DFW...)

**Only 1 seat left at this price**

Select

KAYAK $915 Cheaptickets $915 Britishairways $915 Coach
Orbitz $933 Expedia Travelocity

Details Fares

American Airlines operates flight 1504, 1521.
American Eagle Airlines For American Air operates flight 4930, 7923.

---

**$924**

British Airways

AMS 7:15a ► TYR 4:10p 15h 55m 2 stops (LHR...)
TYR 4:40p ► AMS 3:35p 15h 55m 2 stops (DFW...)

**Only 1 seat left at this price**

Select

KAYAK $924 Cheaptickets $924 Britishairways $930 Coach
Orbitz $942 Expedia Travelocity

Details Fares

American Airlines operates flight 1504.
American Eagle Airlines For American Air operates flight 4930, 7923.

---

**$1096**

British Airways

AMS 11:40a ► TYR 10:05p 17h 25m 2 stops (LHR...)
TYR 4:40p ► AMS 2:05p 14h 25m 2 stops (DFW...)

Select

KAYAK $1096 Cheaptickets $1096 Britishairways $1101 Coach
Orbitz $1114 Expedia Travelocity

Details Fares

American Airlines operates flight 1520.
American Eagle Airlines For American Air operates flight 7934, 7923.

---

**$1001**

United

AMS 10:55a ► TYR 8:08p 16h 13m 2 stops (ORD...)
TYR 10:45a ► AMS 9:30a 15h 45m 2 stops (IAH...)

**Only 1 seat left at this price**

Select

United $1001 Coach

Details Fares

Expressjet Airlines DBA United Express operates flight 5802, 4183.

---

« **Prev** 1 2 3 4 ... 47 **Next** »

Southwest Business Travel ads
www.swabiz.com/
Southwest Airlines Business Travel.
Save your Company Time and Money.
Corporate Travel

Cheap Last Minute Flight
www.southwest.com/
Southwest Offers Low Fares
and Nonstop Flights. Book Now!

JetBlue 2-Day Sale
www.jetblue.com/sale
Low fares from $59 one way.
Sale ends soon, book now. +Restr

Tyler Flights @ $231
www.onetravel.com/Tyler-Cheap-Fligh
Up to $15 OFF fees on All Flights.
Low Fare Promise. Book Now & Save!
onetravel.com is rated ★★★★★

* Prices are per person and are for e–tickets and include all taxes & fees in USD.

We make every attempt to get accurate prices, however, prices are not guaranteed.

[1] Hacker Fares look for better round-trip deals by combining two tickets issued by different airlines for each direction of travel. Because two tickets will be issued, different rules and policies (for example, for baggage fees, change fees, and

refunds) may apply in each direction. Any changes made to one of your tickets will not affect the other ticket (for example, if your initial flight is cancelled by either you or the airline, the other airline with which you booked your return flight is not obligated to issue a refund or change your itinerary). You are responsible for complying with each airline's terms and conditions, which may differ (for example, check-in times and limits on baggage size/weight). Please carefully review the details of each airline's contract before booking, and ensure that you complete the booking requirements for both tickets. Because fares change frequently, please check that both of the listed fares are still available before proceeding with your bookings. If you are traveling internationally, you may need to provide proof that you have a return flight at check in and at immigration. You may want to print both of your e-ticket confirmations before starting travel.

§ The rates displayed include all taxes and fees for car rentals for the class listed and were found by KAYAK users in the last 48 hours. Rentals are subject to change and may not be available on all car rentals listed or dates of travel. Some car rental providers charge additional fees for other services (gps, infant car seats, etc.). Please check the car rental providers' sites.

About • Privacy • AdChoices • Help •
©2013 KAYAK.com