# EXHIBIT G







KAYAK HOTELS FLIGHTS CARS DEALS VACATIONS MORE MY TRIPS LOGIN

JER to TYR, Oct 9 - 16 | AMS to TYR, Oct 9 - 16 | AMS to SFO, Oct 9 - 16

Amsterdam (AMS) | San Francisco (SFO) | Wed 10/9 - Wed 10/16 | 8 days | Find Flights

**Hide toolbox**

Price alert | Fare charts
Airline Matrix | +/- 3 days

**Price Trend**

Advice: **Wait** Confidence: **70%**
Prices may fall within 7 days

**Stops**

| | |
|---|---|
| nonstop | $918 |
| 1 stop | $813 |
| 2+ stops | $853 |

**Times**

**Take-off Amsterdam**
Wed 6:00a - 9:00p

**Take-off San Francisco**
Wed 12:00a - Thu 12:00a

Show landing times

**Cabin**

| | |
|---|---|
| Economy | $813 |
| Prem Econ | $2443 |
| Business | $2555 |
| First | $4520 |
| Mixed | $3042 |

**Airlines**

| | |
|---|---|
| Aer Lingus | $1395 |
| Air Canada | $1249 |
| Air Europa | $2154 |
| Alitalia | $1407 |
| American Airlines | $855 |
| ANA | $10728 |
| Austrian Airlines | $1165 |
| British Airways | $853 |
| Cathay Pacific | $4472 |
| China Airlines | $5852 |
| Delta | $919 |
| Emirates | $14906 |
| KLM Royal Dutch | $918 |
| LOT Polish Air | $1554 |
| Lufthansa | $987 |
| SAS | $1554 |
| SWISS | $1050 |
| TAP Portugal | $3042 |
| United | $929 |
| US Airways | $1006 |
| Multiple airlines | |

Star Alliance SkyTeam oneworld

More filters

**1849** of **3592 flights** show all — Sort by Duration - Shorter

San Francisco Cheap Flights
www.virginamerica.com/Cheap-Flights
Low Fares and Great Destinations. Get Cheap Flight Deals to SFO. ad

**$918** KLM Royal Dutch
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 1:55p ► AMS 9:15a 10h 20m nonstop
Select | Klm $918 | Coach | Details Fares

**$921** KLM Royal Dutch
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 10:40a ► AMS 8:30a 12h 50m 1 stop (SEA)
Select | Klm $921 | Coach | Details Fares
Delta operates flight 6032.
Alaska Airlines operates flight 9483.

**$921** KLM Royal Dutch
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 8:30a ► AMS 6:25a 12h 55m 1 stop (MSP)
Select | Klm $921 | Coach | Details Fares
Delta operates flight 7735, 6058.

**$922** Delta
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 8:30a ► AMS 6:25a 12h 55m 1 stop (MSP)
Select | Delta $922 | Coach | Details Fares
KLM Royal Dutch operates flight 9380.

**$246** & up Select
**Save on your San Francisco hotel with Hotels.com**
$246+ 3-star hotels $374+ 4-star hotels
Stay 10 nights Get 1 free with welcomerewards®
Hotels.com ad Hotels.com

**$921** KLM Royal Dutch
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 12:40p ► AMS 10:40a 13h 00m 1 stop (MSP)
Select | Klm $921 | Coach | Details Fares
Delta operates flight 6549, 6064.

**$922** Delta
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 12:40p ► AMS 10:40a 13h 00m 1 stop (MSP)
Select | Delta $922 | Coach | Details Fares
KLM Royal Dutch operates flight 9380.

**$921** KLM Royal Dutch
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 3:00p ► AMS 1:05p 13h 05m 1 stop (MSP)
Select | Klm $921 | Coach | Details Fares
Delta operates flight 5961, 6060.

**$921** KLM Royal Dutch
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 11:25a ► AMS 9:30a 13h 05m 1 stop (DTW)
Select | Klm $921 | Coach | Details Fares
Delta operates flight 7067, 6034.

**$922**

**Compare Sites vs. KAYAK**

ORBITZ Compare
travelocity Compare
cheapOair Compare
Expedia Compare

**San Francisco Hotels** 10/9 - 1
KAYAK could save you 25% or more

$381+ The Westin San Francis
$380+ Parc 55 Wyndham
$302+ Villa Florence

See all hotels on KAYAK

**San Francisco Cars** 10/9 - 1
KAYAK could save you 40% or more

| | |
|---|---|
| Economy | $35 |
| Compact | $38 |
| Intermediate | $39 |
| Full-size | $44 |
| Standard | $44 |
| Minivan | $55 |

See all car rentals on KAYAK

KAYAK

Get the #1 Mobile Travel App for free.

Free KAYAK app

Delta
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 3:00p ► AMS 1:05p 13h 05m 1 stop (MSP)
Select Delta $922 Coach
Details Fares KLM Royal Dutch operates flight 9380.

$435 & up
Select
Exclusive deals on last minute hotels!
$435 4-star hotels
Book now and save!
Priceline.com
ad priceline.com

$922
Delta
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 11:25a ► AMS 9:30a 13h 05m 1 stop (DTW)
Select Delta $922 Coach
Details Fares KLM Royal Dutch operates flight 9380.

$1119
KLM Royal Dutch / Air France
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 3:40p ► AMS 1:50p 13h 10m 1 stop (CDG)
Select Klm $1119 Coach
Details Fares

$1147
Air France / KLM Royal Dutch
AMS 8:00a ► SFO 12:50p 13h 50m 1 stop (CDG)
SFO 1:55p ► AMS 9:15a 10h 20m nonstop
Select Airfrance $1147 Coach
Details Fares KLM Royal Dutch operates flight 8229.

$921
KLM Royal Dutch
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 1:05p ► AMS 11:35a 13h 30m 1 stop (DTW)
Select Klm $921 Coach
Details Fares Delta operates flight 6545, 6048.

$922
Delta
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 1:05p ► AMS 11:35a 13h 30m 1 stop (DTW)
Select Delta $922 Coach
Details Fares KLM Royal Dutch operates flight 9380.

$5855
Hacker Fare[1]
KLM Royal Dutch / British Airways
AMS 9:50a ► SFO 11:45a 10h 55m nonstop
SFO 4:55p ► AMS 3:35p 13h 40m 1 stop (LHR)
Select Hacker Fare $5855 Coach
Details Fares

« Prev 1 2 3 4 … 124 Next »

Cheap Last Minute Flight ads
www.southwest.com/
Southwest Offers Low Fares
and Nonstop Flights. Book Now!

San Francisco @ $174 RT
www.cheapoair.com/San-Francisco-Air
Cheap Airfares to San Francisco.
Get Up to $15 Off Fees. Book Now!
cheapoair.com is rated ★★★★★

Napa Wine Tours
www.rixoslimousine.com/
6 Passenger SUV 6 hrs $390
Easy Booking. Online or Call!

$138+ Flights to San Fran
www.travelzoo.com/San-Francisco
Find Cheap Flights to San Francisco
Compare Fares up to 80% Off.
travelzoo.com is rated ★★★★★

* Prices are per person and are for e–tickets and include all taxes & fees in USD.

We make every attempt to get accurate prices, however, prices are not guaranteed.

[1] Hacker Fares look for better round-trip deals by combining two tickets issued by different airlines for each direction of travel. Because two tickets will be issued, different rules and policies (for example, for baggage fees, change fees, and refunds) may apply in each direction. Any changes made to one of your tickets will not affect the other ticket (for example, if your initial flight is cancelled by either you or the airline, the other airline with which you booked your return

Download a
ng
optimum.
1-866-389-4387

flight is not obligated to issue a refund or change your itinerary). You are responsible for complying with each airline's terms and conditions, which may differ (for example, check-in times and limits on baggage size/weight). Please carefully review the details of each airline's contract before booking, and ensure that you complete the booking requirements for both tickets. Because fares change frequently, please check that both of the listed fares are still available before proceeding with your bookings. If you are traveling internationally, you may need to provide proof that you have a return flight at check in and at immigration. You may want to print both of your e-ticket confirmations before starting travel.

§ The rates displayed include all taxes and fees for car rentals for the class listed and were found by KAYAK users in the last 48 hours. Rentals are subject to change and may not be available on all car rentals listed or dates of travel. Some car rental providers charge additional fees for other services (gps, infant car seats, etc.). Please check the car rental providers' sites.

About • Privacy • AdChoices • Help •
©2013 KAYAK.com