# EXHIBIT H



Hotels Flights Vacation Packages Cars Cruises Deals Activities

My Trips Megan

Asiana Airlines

Change search

Saint Helier (JER) to Tyler, TX (TYR) Wed, Oct 9, 2013
Tyler, TX (TYR) to Saint Helier (JER) Wed, Oct 16, 2013

Flexible Dates?
Search +/- 3 days

**Don't miss out**. Save up to $500* by booking your Flight and Hotel together! Search now

| Multiple Airlines | American Airlines | British Airways | Finnair | Virgin Atlantic | Iberia | United Airlines | Lufthan: |
|---|---|---|---|---|---|---|---|
| $1,017.39 | $1,031.20 | $1,240.29 | $1,277.09 | $1,356.70 | $1,399.89 | $3,940.49 | $6,77 |
| 3 STOPS | 3 STOPS | 3 STOPS | 3 STOPS | 3 STOPS | 3 STOPS | 3 STOPS | 3 STOP |

## Refine Results

### Select flight times

**Outbound**

Take-off: 7:00 AM - 6:45 PM

Show landing time

**Inbound**

Take-off: 5:30 AM - 11:00 AM

Show landing time

### Select stops

Any
2+ stops $1,017

### Select price range

Any
$1,017-$1,190 (69)
$1,190-$1,200 (17)
$1,200-$1,250 (64)
$1,250-$1,360 (29)
$1,360-$2,460 (34)
$2,460-$6,880 (32)

### Select airlines

Any
Multiple Airlines $1,017
American Airlines $1,031
British Airways $1,240
Finnair $1,277
Iberia $1,399
Lufthansa $6,773
United Airlines $3,940
Virgin Atlantic $1,356

**Additional baggage fees may apply.**

## Matching Results: 245

**Sort by:** Price Departure Time Shortest Flight

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,183.29**
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **10:05 PM** Tyler TYR — **3 stops** 19hr 10min — **British Airways** 2771 / 2037 **American Airlines** 2291 / 3270 — Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return — **Return** Wed, Oct 16
**10:55 AM** Tyler TYR — **9:15 AM** Saint Helier JER — **3 stops** 16hr 20min — **American Airlines** 2543 / 2290 / 6205 **British Airways** 2772 — Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,183.29**
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **10:05 PM** Tyler TYR — **3 stops** 19hr 10min — **British Airways** 2771 / 2037 **American Airlines** 2291 / 3270 — Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return — **Return** Wed, Oct 16
**10:55 AM** Tyler TYR — **9:15 AM** Saint Helier JER — **3 stops** 16hr 20min — **American Airlines** 2543 / 2291 / 6205 **British Airways** 2772 — Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,183.29**
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **10:05 PM** Tyler TYR — **3 stops** 19hr 10min — **British Airways** 2771 / 2167 **American Airlines** 216 / 3270 — Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return

Sponsored Links

Flights to Tyler, Texas -
Fly to Tyler, Texas and C
Fare.
www.united.com/

JetBlue 2-Day Sale - Low
jetblue.com
Sale ends soon, book no
www.jetblue.com/sale

Southwest - Official Site -
Southwest Offers Low Fa
Book Now!
www.southwest.com/

Tyler Flights @ $49* - c
Lowest Fares on Tyler F
Big. Limited Seats!
www.cheapflightnow.com

Cheap Flight Upto 70% C
Only at $113.00
Cheap Flights Anywhere
www.smartfares.com/Bo

Site Feedback

**Return** Wed, Oct 16
10:55 AM — 9:15 AM — 3 stops — American Airlines 2543 / 2290 / 6205
Tyler TYR   Saint Helier JER   16hr 20min   British Airways 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

Don't miss out! Save up to $500* by booking a flight+hotel together.

---

Act Fast! Only 2 tickets left at this price!

FREE Price Assurance  ▶Flight details

**$1,183.29** Total cost  [Select]

☐ Select this departure  **Leave** Wed, Oct 9
8:55 AM — 10:05 PM — 3 stops — British Airways 2771 / 2167
Saint Helier JER   Tyler TYR   19hr 10min   American Airlines 216 / 3270
Seat map

Change of airlines.
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

☐ Select this return  **Return** Wed, Oct 16
10:55 AM — 9:15 AM — 3 stops — American Airlines 2543 / 2291 / 6205
Tyler TYR   Saint Helier JER   16hr 20min   British Airways 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

Don't miss out! Save up to $500* by booking a flight+hotel together.

---

Act Fast! Only 4 tickets left at this price!

FREE Price Assurance  ▶Flight details

**$1,197.10** Total cost  [Select]

☐ Select this departure  **Leave** Wed, Oct 9
8:55 AM — 10:05 PM — 3 stops — British Airways 2771
Saint Helier JER   Tyler TYR   19hr 10min   American Airlines 6206 / 2291 / 3270
Seat map

Change of airlines.
Flight 6206 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

☐ Select this return  **Return** Wed, Oct 16
10:55 AM — 9:15 AM — 3 stops — American Airlines 2543 / 2290 / 6205
Tyler TYR   Saint Helier JER   16hr 20min   British Airways 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

Don't miss out! Save up to $500* by booking a flight+hotel together.

---

Act Fast! Only 4 tickets left at this price!

FREE Price Assurance  ▶Flight details

**$1,197.10** Total cost  [Select]

☐ Select this departure  **Leave** Wed, Oct 9
8:55 AM — 10:05 PM — 3 stops — British Airways 2771
Saint Helier JER   Tyler TYR   19hr 10min   American Airlines 6206 / 2291 / 3270
Seat map

Change of airlines.
Flight 6206 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

☐ Select this return  **Return** Wed, Oct 16
10:55 AM — 9:15 AM — 3 stops — American Airlines 2543 / 2291 / 6205
Tyler TYR   Saint Helier JER   16hr 20min   British Airways 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

Don't miss out! Save up to $500* by booking a flight+hotel together.

---

Act Fast! Only 4 tickets left at this price!

Site Feedback



**$1,214.29** Total cost — Select

FREE Price Assurance  Flight details

Select this departure — **Leave** Wed, Oct 9 — 8:55 AM Saint Helier JER — 10:05 PM Tyler TYR — 3 stops 19hr 10min — British Airways 2771 / 2167 / 1761, American Airlines 3270 — Seat map

Change of airlines.
Flight 1761 Operated by American Airlines
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return — **Return** Wed, Oct 16 — 10:55 AM Tyler TYR — 9:15 AM Saint Helier JER — 3 stops 16hr 20min — American Airlines 2543 / 2290 / 6205, British Airways 2772 — Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.
Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

Don't miss out! Save up to $500* by booking a flight+hotel together.

Act Fast! Only 4 tickets left at this price!

**$1,214.29** Total cost — Select

FREE Price Assurance  Flight details

Select this departure — **Leave** Wed, Oct 9 — 8:55 AM Saint Helier JER — 10:05 PM Tyler TYR — 3 stops 19hr 10min — British Airways 2771 / 2167 / 1761, American Airlines 3270 — Seat map

Change of airlines.
Flight 1761 Operated by American Airlines
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return — **Return** Wed, Oct 16 — 10:55 AM Tyler TYR — 9:15 AM Saint Helier JER — 3 stops 16hr 20min — American Airlines 2543 / 2291 / 6205, British Airways 2772 — Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.
Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

Don't miss out! Save up to $500* by booking a flight+hotel together.

Act Fast! Only 4 tickets left at this price!

**$1,215.09** Total cost — Select

FREE Price Assurance  Flight details

Select this departure — **Leave** Wed, Oct 9 — 8:55 AM Saint Helier JER — 10:05 PM Tyler TYR — 3 stops 19hr 10min — British Airways 2771, Finnair 5447, American Airlines 2291 / 3270 — Seat map

Change of airlines.
Flight 5447 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return — **Return** Wed, Oct 16 — 10:55 AM Tyler TYR — 9:15 AM Saint Helier JER — 3 stops 16hr 20min — American Airlines 2543 / 2290 / 6205, British Airways 2772 — Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.
Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

Don't miss out! Save up to $500* by booking a flight+hotel together.

Act Fast! Only 4 tickets left at this price!

**$1,215.09** Total cost — Select

FREE Price Assurance  Flight details

Select this departure — **Leave** Wed, Oct 9 — 8:55 AM Saint Helier JER — 10:05 PM Tyler TYR — 3 stops 19hr 10min — British Airways 2771, Finnair 5447, American Airlines 2291 / 3270 — Seat map

Change of airlines.
Flight 5447 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Site Feedback





Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2291 / 6205 **British Airways** 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,236.10**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 **American Airlines** 6211 / 216 / 3270
Seat map

Change of airlines.

Flight 6211 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2290 / 6205 **British Airways** 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,236.10**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 **American Airlines** 6211 / 216 / 3270
Seat map

Change of airlines.

Flight 6211 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2291 / 6205 **British Airways** 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 6205 Operated by British Airways

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,240.29**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 / 2037 **American Airlines** 2291 / 3270
Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2291 **British Airways** 2036 / 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

Site Feedback

FREE Price Assurance Flight details

**$1,240.29**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 / 2037 **American Airlines** 2291 / 3270
Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 **British Airways** 5554 / 2036 / 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 5554 Operated by American Airlines

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,240.29**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 / 2167 **American Airlines** 216 / 3270
Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2291 **British Airways** 2036 / 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,240.29**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 / 2167 **American Airlines** 216 / 3270
Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 **British Airways** 5554 / 2036 / 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 5554 Operated by American Airlines

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,254.10**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 **American Airlines** 6206 / 2291 / 3270
Seat map

Change of airlines.

Flight 6206 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return

Site Feedback

| | | **Return** Wed, Oct 16 | | | | |
|---|---|---|---|---|---|---|
| | | 10:55 AM<br>Tyler TYR | 9:15 AM<br>Saint Helier JER | 3 stops<br>16hr 20min | | American Airlines<br>2543 / 2291<br>British Airways<br>2036 / 2772<br>Seat map |

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

---

FREE Price Assurance    Flight details

**$1,254.10**
Total cost
[Select]

☐ Select this departure   **Leave** Wed, Oct 9
8:55 AM          10:05 PM         3 stops         British Airways 2771
Saint Helier JER  Tyler TYR       19hr 10min      American Airlines
                                                  6206 / 2291 / 3270
                                                  Seat map

Change of airlines.
Flight 6206 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

☐ Select this return   **Return** Wed, Oct 16
10:55 AM         9:15 AM          3 stops         American Airlines
Tyler TYR        Saint Helier JER 16hr 20min      2543
                                                  British Airways
                                                  5554 / 2036 / 2772
                                                  Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 5554 Operated by American Airlines

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

---

**Act Fast!** Only **2 tickets** left at this price!

FREE Price Assurance    Flight details

**$1,271.29**
Total cost
[Select]

☐ Select this departure   **Leave** Wed, Oct 9
8:55 AM          10:05 PM         3 stops         British Airways
Saint Helier JER  Tyler TYR       19hr 10min      2771 / 2167 / 1761
                                                  American Airlines
                                                  3270
                                                  Seat map

Change of airlines.
Flight 1761 Operated by American Airlines
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

☐ Select this return   **Return** Wed, Oct 16
10:55 AM         9:15 AM          3 stops         American Airlines
Tyler TYR        Saint Helier JER 16hr 20min      2543 / 2291
                                                  British Airways
                                                  2036 / 2772
                                                  Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

---

FREE Price Assurance    Flight details

**$1,271.29**
Total cost
[Select]

☐ Select this departure   **Leave** Wed, Oct 9
8:55 AM          10:05 PM         3 stops         British Airways
Saint Helier JER  Tyler TYR       19hr 10min      2771 / 2167 / 1761
                                                  American Airlines
                                                  3270
                                                  Seat map

Change of airlines.
Flight 1761 Operated by American Airlines
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

☐ Select this return   **Return** Wed, Oct 16
10:55 AM         9:15 AM          3 stops         American Airlines
Tyler TYR        Saint Helier JER 16hr 20min      2543
                                                  British Airways
                                                  5554 / 2036 / 2772
                                                  Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 5554 Operated by American Airlines

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

---

**Act Fast!** Only **2 tickets** left at this price!

Site Feedback



FREE Price Assurance Flight details

$1,284.29
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 / 2037 **American Airlines** 2291 / 3270 Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2290 **British Airways** 2036 / 2772 Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

$1,284.29
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 / 2167 **American Airlines** 216 / 3270 Seat map

Change of airlines.

Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2290 **British Airways** 2036 / 2772 Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

$1,293.10
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 **American Airlines** 6211 / 216 / 3270 Seat map

Change of airlines.

Flight 6211 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return | **Return** Wed, Oct 16
**10:55 AM** Tyler TYR | **9:15 AM** Saint Helier JER | **3 stops** 16hr 20min | **American Airlines** 2543 / 2291 **British Airways** 2036 / 2772 Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

$1,293.10
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **10:05 PM** Tyler TYR | **3 stops** 19hr 10min | **British Airways** 2771 **American Airlines** 6211 / 216 / 3270 Seat map

Change of airlines.

Flight 6211 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

Select this return

Site Feedback





| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Return** Wed, Oct 16 | | | | |
| | | 10:55 AM<br>Tyler TYR | 9:15 AM<br>Saint Helier JER | 3 stops<br>16hr 20min | | American Airlines<br>2543<br>British Airways<br>5554 / 2036 / 2772<br>Seat map |

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE
Flight 5554 Operated by American Airlines

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

Act Fast! Only **2 tickets** left at this price!

FREE Price Assurance  **Flight details**

**$1,298.10**
Total cost

[Select]

☐ Select this departure
**Leave** Wed, Oct 9
8:55 AM  Saint Helier JER
10:05 PM  Tyler TYR
3 stops  19hr 10min
British Airways 2771
American Airlines
6206 / 2291 / 3270
Seat map

Change of airlines.
Flight 6206 Operated by British Airways
Flight 3270 Operated by AMERICAN EAGLE AIRLINES

☐ Select this return
**Return** Wed, Oct 16
10:55 AM  Tyler TYR
9:15 AM  Saint Helier JER
3 stops  16hr 20min
American Airlines
2543 / 2290
British Airways
2036 / 2772
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 2543 Operated by EXPRESSJET AS AMERICAN EAGLE

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**See 25 more result(s)**

Return to top | Change search                    Showing: 25 of 245 results

Prices shown are 'from prices' and are an average per traveller including all airfare taxes and fees and any applicable service fees.
*Savings based on all vacation package bookings with Flight + Hotel on Orbitz.com in 2012, as compared to price of the same components booked separately. Savings will vary based on origin/destination, length of trip, stay dates and selected travel supplier(s). Savings not available on all packages.

**Sponsored Links**

$49 Tyler Flights - LowCostAirlines.com
Cheapest **Tyler Flights**. Save Upto 70%. Limited Offers!
www.lowcostairlines.com/Tyler

Tyler Flight Deals - AirfareWatchdog.com
Compare **Tyler Flights** on Multiple Sites with One Click!
www.airfarewatchdog.com/Tyler

$49 Tyler Flights - Tyler Fare Sale On Now - FareSpotter.net
Hurry, Deals End Soon.
www.farespotter.net/Tyler-Flights

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español
About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Business | Orbitz for Agents | Terms and conditions | Your Privacy Rights
Low Fare Promise | Low Price Guarantee | Price Assurance | Travel deals | Add Orbitz RSS feeds | Mobile | Facebook | Twitter | Pinterest

**ORBITZ**

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2013, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada** 2003-0387; Washington 602-102-724

Norton SECURED powered by VeriSign | TRUSTe CERTIFIED PRIVACY


Site Feedback