# EXHIBIT I







Hotels Flights Vacation Packages Cars Cruises Deals Activities My Trips Megan Asiana Airlines

Change search

Saint Helier (JER) to San Francisco, CA (SFO) Wed, Oct 9, 2013
San Francisco, CA (SFO) to Saint Helier (JER) Wed, Oct 16, 2013

Flexible Dates? Search +/- 3 days

**Don't miss out.** Save up to $500* by booking your Flight and Hotel together! Search now

| Multiple Airlines | American Airlines | Air France | Virgin Atlantic | British Airways | Finnair | United Airlines | Iberia |
|---|---|---|---|---|---|---|---|
| $1,097.19 | $1,110.20 | $1,365.89 | $1,624.00 | $2,567.29 | $2,607.09 | $2,841.49 | $3,18 |
| 3 STOPS | 2 STOPS | 3 STOPS | 2 STOPS | 2 STOPS | 3 STOPS | 2 STOPS | 3 STOP |

## Refine Results

### Select flight times

**Outbound**

Take-off: 7:00 AM - 6:00 PM

Show landing time

**Inbound**

Take-off: 5:30 AM - 3:45 PM

Show landing time

### Select stops

Any
2+ stops $1,097

### Select price range

Any
$1,097-$1,220 (33)
$1,220-$1,290 (32)
$1,290-$1,650 (35)
$1,650-$2,850 (34)
$2,850-$3,370 (30)
$3,370-$5,130 (64)

### Select airlines

Any
Multiple Airlines $1,097
Air France $1,365
American Airlines $1,110
British Airways $2,567
Finnair $2,607
Iberia $3,185
Lufthansa $4,753
United Airlines $2,841
Virgin Atlantic $1,624

**Additional baggage fees may apply.**

## Matching Results: 228

**Sort by:** Price Departure Time Shortest Flight

**Act Fast!** Only 4 tickets left at this price!

FREE Price Assurance Flight details

**$1,747.90**
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **5:20 PM** San Francisco SFO — **2 stops** 16hr 25min
**British Airways** 2771, **Virgin Atlantic** 43, **Virgin America** 909
Seat map

Change of airlines.

Select this return — **Return** Wed, Oct 16
**12:51 PM** San Francisco SFO — **1:00 PM** Saint Helier JER — **2 stops** 16hr 9min
**US Airways** 7877, **Virgin Atlantic** 44, **British Airways** 2774
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

Don't miss out! Save up to $500* by booking a flight+hotel together.

**Act Fast!** Only 4 tickets left at this price!

FREE Price Assurance Flight details

**$1,644.00**
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **5:20 PM** San Francisco SFO — **2 stops** 16hr 25min
**British Airways** 2771, **Virgin Atlantic** 43, **Virgin America** 909
Seat map

Change of airlines.

Select this return — **Return** Wed, Oct 16
**12:51 PM** San Francisco SFO — **1:35 PM** Saint Helier JER — **2 stops** 16hr 44min
**US Airways** 7877, **Virgin Atlantic** 44, **Flybe** 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

Don't miss out! Save up to $500* by booking a flight+hotel together.

**Act Fast!** Only 4 tickets left at this price!

FREE Price Assurance Flight details

**$1,747.90**
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **6:25 PM** San Francisco SFO — **2 stops** 17hr 30min
**British Airways** 2771, **Virgin Atlantic** 43, **Virgin America** 919
Seat map

Change of airlines.

Select this return — **Return** Wed, Oct 16
**12:51 PM** San Francisco SFO — **1:00 PM** Saint Helier JER — **2 stops** 16hr 9min
**US Airways** 7877, **Virgin Atlantic** 44, **British Airways** 2774
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

Site Feedback

Don't miss out! Save up to $500* by booking a flight+hotel together.

FREE Price Assurance Flight details

**$4,835.19**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**7:05 AM** Saint Helier JER | **5:00 PM** San Francisco SFO | **3 stops** 17hr 55min | **Flybe** 228 / 763 **Virgin Atlantic** 3004 **Air New Zealand** 9831
Seat map

Change of airlines.

Flight 3004 Operated by AER LINGUS FOR VIRGIN ATLANTIC
Flight 9831 Operated by United Airlines

Select this return | **Return** Wed, Oct 16
**10:50 AM** San Francisco SFO | **11:05 AM** Saint Helier JER | **2 stops** 16hr 15min | **American Airlines** 1585 **British Airways** 1500 **Flybe** 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 1500 Operated by American Airlines

Don't miss out! Save up to $500* by booking a flight+hotel together.

FREE Price Assurance Flight details

**$4,835.19**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**7:05 AM** Saint Helier JER | **5:00 PM** San Francisco SFO | **3 stops** 17hr 55min | **Flybe** 228 / 763 **Virgin Atlantic** 3004 **Air New Zealand** 9831
Seat map

Change of airlines.

Flight 3004 Operated by AER LINGUS FOR VIRGIN ATLANTIC
Flight 9831 Operated by United Airlines

Select this return | **Return** Wed, Oct 16
**10:50 AM** San Francisco SFO | **11:05 AM** Saint Helier JER | **2 stops** 16hr 15min | **British Airways** 6558 / 1500 **Flybe** 455

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 6558 / 1500 Operated by American Airlines

Don't miss out! Save up to $500* by booking a flight+hotel together.

**Act Fast!** Only 4 tickets left at this price!

FREE Price Assurance Flight details

**$1,644.00**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **6:25 PM** San Francisco SFO | **2 stops** 17hr 30min | **British Airways** 2771 **Virgin Atlantic** 43 **Virgin America** 919
Seat map

Change of airlines.

Select this return | **Return** Wed, Oct 16
**12:51 PM** San Francisco SFO | **1:35 PM** Saint Helier JER | **2 stops** 16hr 44min | **US Airways** 7877 **Virgin Atlantic** 44 **Flybe** 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

Don't miss out! Save up to $500* by booking a flight+hotel together.

**Act Fast!** Only 2 tickets left at this price!

FREE Price Assurance Flight details

**$1,644.00**
Total cost
Select

Select this departure | **Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER | **5:20 PM** San Francisco SFO | **2 stops** 16hr 25min | **British Airways** 2771 **Virgin Atlantic** 43 **Virgin America** 909
Seat map

Change of airlines.

Select this return | **Return** Wed, Oct 16
**11:20 AM** San Francisco SFO | **1:35 PM** Saint Helier JER | **2 stops** 18hr 15min | **US Airways** 7885 **Virgin Atlantic** 44 **Flybe** 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Site Feedback

Flight 7885 Operated by SKYWEST DBA UNITED EXPRESS

**Don't miss out!** Save up to $500* by booking a flight+hotel together.

Act Fast! Only **4 tickets** left at this price!

FREE Price Assurance   ▶Flight details

**$1,682.**10
Total cost

Select

☐ Select this departure

**Leave** Wed, Oct 9
**7:00 AM**
Saint Helier JER

**5:20 PM**
San Francisco SFO

2 stops
18hr 20min

Flybe 930
Virgin Atlantic 43
Virgin America 909
Seat map

Change of airlines.

☐ Select this return

**Return** Wed, Oct 16
**12:51 PM**
San Francisco SFO

**1:35 PM**
Saint Helier JER

2 stops
16hr 44min

US Airways 7877
Virgin Atlantic 44
Flybe 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

**Don't miss out!** Save up to $500* by booking a flight+hotel together.

FREE Price Assurance   ▶Flight details

**$3,082.**49
Total cost

Select

☐ Select this departure

**Leave** Wed, Oct 9
**7:05 AM**
Saint Helier JER

**4:25 PM**
San Francisco SFO

2 stops
17hr 20min

British Airways 2769
Lufthansa 897
United Airlines 902
Seat map

Change of airlines.

☐ Select this return

**Return** Wed, Oct 16
**9:20 AM**
San Francisco SFO

**11:05 AM**
Saint Helier JER

2 stops
17hr 45min

United Airlines 1739 / 81
Flybe 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

**Don't miss out!** Save up to $500* by booking a flight+hotel together.

Act Fast! Only **4 tickets** left at this price!

FREE Price Assurance   ▶Flight details

**$4,762.**49
Total cost

Select

☐ Select this departure

**Leave** Wed, Oct 9
**7:05 AM**
Saint Helier JER

**4:25 PM**
San Francisco SFO

2 stops
17hr 20min

British Airways 2769
Lufthansa 897 / 9052
Seat map

Change of airlines.

Flight 9052 Operated by United Airlines

☐ Select this return

**Return** Wed, Oct 16
**9:20 AM**
San Francisco SFO

**11:05 AM**
Saint Helier JER

2 stops
17hr 45min

United Airlines 1739
Lufthansa 7634
Flybe 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7634 Operated by United Airlines

**Don't miss out!** Save up to $500* by booking a flight+hotel together.

FREE Price Assurance   ▶Flight details

**$3,051.**49
Total cost

Select

☐ Select this departure

**Leave** Wed, Oct 9
**7:05 AM**
Saint Helier JER

**4:25 PM**
San Francisco SFO

2 stops
17hr 20min

British Airways 2769
Lufthansa 897
United Airlines 902
Seat map

Change of airlines.

☐ Select this return

**Return** Wed, Oct 16
**8:46 AM**
San Francisco SFO

**11:05 AM**
Saint Helier JER

2 stops
18hr 19min

United Airlines 414 / 81
Flybe 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

**Don't miss out!** Save up to $500* by booking a flight+hotel together.

•••
Site Feedback



**Act Fast!** Only **4 tickets** left at this price!

FREE Price Assurance | Flight details

**$4,762**.49
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
7:05 AM — Saint Helier JER
4:25 PM — San Francisco SFO
2 stops 17hr 20min
British Airways 2769
Lufthansa 897 / 9052
Seat map

Change of airlines.

Flight 9052 Operated by United Airlines

Select this return — **Return** Wed, Oct 16
8:46 AM — San Francisco SFO
11:05 AM — Saint Helier JER
2 stops 18hr 19min
United Airlines 414
Lufthansa 7634
Flybe 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7634 Operated by United Airlines

**Don't miss out! Save up to $500\* by booking a flight+hotel together.**

---

**Act Fast!** Only **2 tickets** left at this price!

FREE Price Assurance | Flight details

**$1,644**.00
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
8:55 AM — Saint Helier JER
6:25 PM — San Francisco SFO
2 stops 17hr 30min
British Airways 2771
Virgin Atlantic 43
Virgin America 919
Seat map

Change of airlines.

Select this return — **Return** Wed, Oct 16
11:20 AM — San Francisco SFO
1:35 PM — Saint Helier JER
2 stops 18hr 15min
US Airways 7885
Virgin Atlantic 44
Flybe 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7885 Operated by SKYWEST DBA UNITED EXPRESS

**Don't miss out! Save up to $500\* by booking a flight+hotel together.**

---

FREE Price Assurance | Flight details

**$4,783**.19
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
7:05 AM — Saint Helier JER
4:25 PM — San Francisco SFO
2 stops 17hr 20min
British Airways 2769
Lufthansa 897
United Airlines 902
Seat map

Change of airlines.

Select this return — **Return** Wed, Oct 16
2:45 PM — San Francisco SFO
5:25 PM — Saint Helier JER
3 stops 18hr 40min
United Airlines 990
Flybe 3004 / 511 / 511
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 3004 Operated by Air France

**Don't miss out! Save up to $500\* by booking a flight+hotel together.**

---

**Act Fast!** Only **4 tickets** left at this price!

FREE Price Assurance | Flight details

**$4,891**.99
Total cost
Select

Select this departure — **Leave** Wed, Oct 9
7:05 AM — Saint Helier JER
4:25 PM — San Francisco SFO
2 stops 17hr 20min
British Airways 2769
Lufthansa 897 / 9052
Seat map

Change of airlines.

Flight 9052 Operated by United Airlines

Select this return — **Return** Wed, Oct 16
2:45 PM — San Francisco SFO
5:25 PM — Saint Helier JER
3 stops 18hr 40min
United Airlines 990
Flybe 3004 / 511 / 511
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 3004 Operated by Air France

**Don't miss out! Save up to $500\* by booking a flight+hotel together.**

Site Feedback



**Act Fast!** Only **4 tickets** left at this price!

FREE Price Assurance   ▶Flight details

**$1,682.¹⁰**
Total cost

☐ Select this departure

**Leave** Wed, Oct 9
7:00 AM                    6:25 PM                    2 stops
Saint Helier JER           San Francisco SFO          19hr 25min

Flybe 930
Virgin Atlantic 43
Virgin America 919
Seat map

Change of airlines.

☐ Select this return

**Return** Wed, Oct 16
12:51 PM                   1:35 PM                    2 stops
San Francisco             Saint Helier JER           16hr 44min
SFO

US Airways 7877
Virgin Atlantic 44
Flybe 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

**Act Fast!** Only **5 tickets** left at this price!

FREE Price Assurance   ▶Flight details

**$1,128.¹⁹**
Total cost

☐ Select this departure

**Leave** Wed, Oct 9
8:55 AM                    8:55 PM                    3 stops
Saint Helier JER           San Francisco SFO          20hr 0min

British Airways 2771
Finnair 5457
American Airlines
1213 / 2411
Seat map

Change of airlines.

Flight 5457 Operated by British Airways

☐ Select this return

**Return** Wed, Oct 16
10:50 AM                   11:05 AM                   2 stops
San Francisco             Saint Helier JER           16hr 15min
SFO

American Airlines
1585 / 54
Flybe 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

FREE Price Assurance   ▶Flight details

**$3,496.⁹⁹**
Total cost

☐ Select this departure

**Leave** Wed, Oct 9
8:55 AM                    8:55 PM                    3 stops
Saint Helier JER           San Francisco SFO          20hr 0min

British Airways 2771
Iberia 4683
American Airlines
1213 / 2411
Seat map

Change of airlines.

Flight 4683 Operated by British Airways

☐ Select this return

**Return** Wed, Oct 16
10:50 AM                   11:05 AM                   2 stops
San Francisco             Saint Helier JER           16hr 15min
SFO

Alaska Airlines 1224
Iberia 4194
Flybe 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 1224 Operated by AMERICAN AIRLINES
Flight 4194 Operated by American Airlines

**Don't miss out! Save up to $500* by booking a flight+hotel together.**

FREE Price Assurance   ▶Flight details

**$3,496.⁹⁹**
Total cost

☐ Select this departure

**Leave** Wed, Oct 9
8:55 AM                    8:55 PM                    3 stops
Saint Helier JER           San Francisco SFO          20hr 0min

British Airways 2771
Iberia 4683
American Airlines
1213 / 2411
Seat map

Change of airlines.

Flight 4683 Operated by British Airways

☐ Select this return

**Return** Wed, Oct 16
10:50 AM                   11:05 AM                   2 stops
San Francisco             Saint Helier JER           16hr 15min
SFO

American Airlines
1585
Iberia 4194
Flybe 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 4194 Operated by American Airlines

Site Feedback



Don't miss out! Save up to $500* by booking a flight+hotel together.

**Act Fast!** Only 4 tickets left at this price!

FREE Price Assurance Flight details

**$1,644.00**
Total cost
Select

Select this departure
**Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **8:36 PM** San Francisco SFO — **2 stops** 19hr 41min
**British Airways** 2771
**Virgin Atlantic** 43
**US Airways** 6725
Seat map

Change of airlines.

Flight 6725 Operated by United Airlines

Select this return
**Return** Wed, Oct 16
**12:51 PM** San Francisco SFO — **1:35 PM** Saint Helier JER — **2 stops** 16hr 44min
**US Airways** 7877
**Virgin Atlantic** 44
**Flybe** 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

Don't miss out! Save up to $500* by booking a flight+hotel together.

**Act Fast!** Only 4 tickets left at this price!

FREE Price Assurance Flight details

**$1,663.00**
Total cost
Select

Select this departure
**Leave** Wed, Oct 9
**8:55 AM** Saint Helier JER — **8:40 PM** San Francisco SFO — **2 stops** 19hr 45min
**British Airways** 2771
**Virgin Atlantic** 43
**Virgin America** 913
Seat map

Change of airlines.

Select this return
**Return** Wed, Oct 16
**12:51 PM** San Francisco SFO — **1:35 PM** Saint Helier JER — **2 stops** 16hr 44min
**US Airways** 7877
**Virgin Atlantic** 44
**Flybe** 941
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7877 Operated by SKYWEST DBA UNITED EXPRESS

Don't miss out! Save up to $500* by booking a flight+hotel together.

FREE Price Assurance Flight details

**$4,835.19**
Total cost
Select

Select this departure
**Leave** Wed, Oct 9
**7:05 AM** Saint Helier JER — **5:00 PM** San Francisco SFO — **3 stops** 17hr 55min
**Flybe** 228 / 763
**Virgin Atlantic** 3004
**Air New Zealand** 9831
Seat map

Change of airlines.

Flight 3004 Operated by AER LINGUS FOR VIRGIN ATLANTIC
Flight 9831 Operated by United Airlines

Select this return
**Return** Wed, Oct 16
**8:25 AM** San Francisco SFO — **11:05 AM** Saint Helier JER — **2 stops** 18hr 40min
**American Airlines** 1282
**British Airways** 1500
**Flybe** 455
Seat map

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 1500 Operated by American Airlines

Don't miss out! Save up to $500* by booking a flight+hotel together.

FREE Price Assurance Flight details

**$4,835.19**
Total cost
Select

Select this departure
**Leave** Wed, Oct 9
**7:05 AM** Saint Helier JER — **5:00 PM** San Francisco SFO — **3 stops** 17hr 55min
**Flybe** 228 / 763
**Virgin Atlantic** 3004
**Air New Zealand** 9831
Seat map

Change of airlines.

Flight 3004 Operated by AER LINGUS FOR VIRGIN ATLANTIC
Flight 9831 Operated by United Airlines

Select this return
**Return** Wed, Oct 16
**8:25 AM** San Francisco SFO — **11:05 AM** Saint Helier JER — **2 stops** 18hr 40min
**Alaska Airlines** 1668
**British Airways** 1500
**Flybe** 455
Seat map

Site Feedback

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 1668 Operated by AMERICAN AIRLINES
Flight 1500 Operated by American Airlines

**Don't miss out! Save up to $500\* by booking a flight+hotel together.**

FREE Price Assurance   ▶Flight details

**$4,835.19**
Total cost

[ Select ]

| | | | | |
|---|---|---|---|---|
| ☐ Select this departure | **Leave** Wed, Oct 9 | | | |
| | 7:05 AM Saint Helier JER | 5:00 PM San Francisco SFO | 3 stops 17hr 55min | Flybe 228 / 763 Virgin Atlantic 3004 Air New Zealand 9831 |
| | | | | Seat map |

Change of airlines.

Flight 3004 Operated by AER LINGUS FOR VIRGIN ATLANTIC
Flight 9831 Operated by United Airlines

| | | | | |
|---|---|---|---|---|
| ☐ Select this return | **Return** Wed, Oct 16 | | | |
| | 8:25 AM San Francisco SFO | 11:05 AM Saint Helier JER | 2 stops 18hr 40min | British Airways 4368 / 1500 Flybe 455 |

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 4368 / 1500 Operated by American Airlines

**Don't miss out! Save up to $500\* by booking a flight+hotel together.**

**Act Fast!** Only 4 tickets left at this price!

FREE Price Assurance   ▶Flight details

**$4,811.29**
Total cost

[ Select ]

| | | | | |
|---|---|---|---|---|
| ☐ Select this departure | **Leave** Wed, Oct 9 | | | |
| | 8:55 AM Saint Helier JER | 7:50 PM San Francisco SFO | 3 stops 18hr 55min | British Airways 2771 / 2760 Lufthansa 993 / 9126 |
| | | | | Seat map |

Change of airlines.

Flight 9126 Operated by United Airlines

| | | | | |
|---|---|---|---|---|
| ☐ Select this return | **Return** Wed, Oct 16 | | | |
| | 9:20 AM San Francisco SFO | 11:05 AM Saint Helier JER | 2 stops 17hr 45min | United Airlines 1739 Lufthansa 7634 Flybe 455 |
| | | | | Seat map |

This is an overnight flight, which will arrive one (1) day later.
Change of airlines.

Flight 7634 Operated by United Airlines

**Don't miss out! Save up to $500\* by booking a flight+hotel together.**

**See 25 more result(s)**

Return to top | Change search                                    Showing: 25 of 228 results

Prices shown are 'from prices' and are an average per traveller including all airfare taxes and fees and any applicable service fees.
\*Savings based on all vacation package bookings with Flight + Hotel on Orbitz.com in 2012, as compared to price of the same components booked
separately. Savings will vary based on origin/destination, length of trip, stay dates and selected travel supplier(s). Savings not available on all
packages.

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español

About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Business | Orbitz for Agents | Terms and conditions | Your Privacy Rights

Low Fare Promise | Low Price Guarantee | Price Assurance | Travel deals | Add Orbitz RSS feed 🔊 | Mobile | Facebook | Twitter | Pinterest 🔊

**ORBITZ**

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2013, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-
102-724

Norton SECURED
powered by Verisign

TRUSTe
CERTIFIED PRIVACY



Site Feedback