# EXHIBIT J

[Network Solutions](#) >> [Whois](#) >> Results
Log In

- [Search](#)
- [Renew](#)
- [Transfer](#)
- [Features](#)
- [Private Registration](#)
- Protect
- [Forward](#)

### WHOIS Results for smartflashllc.com

Available domain names similar to smartflashllc.com

Available Extensions

- ☐ **smartflashllc**.net
- ☐ **smartflashllc**.org
- ☐ **smartflashllc**.us
- ☐ **smartflashllc**.us.com

Available Domains

- ☐ richmondtechflashcompany.com
- ☐ smart-flash-llc.com
- ☐ techflashllc.com
- ☐ tech-flash-llc.com

Premium Resale Domains

| | |
|---|---|
| ☐ freshflashgames.com | $1,200 |
| ☐ freshflash.com | $2,388 |
| ☐ creatingllc.com | $2,249 |
| ☐ smart-lighting.com | $988 |
| ☐ **smartflashllc**.info | |
| ☐ **smartflashllc**.mobi | |
| ☐ **smartflashllc**.biz | |
| ☐ **smartflashllc**.co.uk | |
| ☐ **smartflashllc**.pro | |
| ☐ **smartflashllc**.de | |
| ☐ intelligent-flash-llc.com | |
| ☐ intelligentflashllc.com | |
| ☐ smartflashcompany.com | |
| ☐ smart-flash-company.com | |

- ☐ techflashcompany.com
- ☐ intelligent-flash-company.com
- ☐ abnflashparty.com     $877
- ☐ smartchiconline.com     $4,188
- ☐ flashfloods.org     $599

[View more](#)

[Add Selected to Cart]

smartflashllc.com

Is this your domain name? [Renew it now](#).



**Bookmark**

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | [79.170.44.155](#) (ARIN & RIPE IP search) |
| **Lock Status:** | clientTransferProhibited |

Visit AboutUs.org for more information about SMARTFLASHLLC.COM
[AboutUs: SMARTFLASHLLC.COM](#)

**Registrant:**                                                                       [Make this info private](#)

moran, wayne

7 Tanners yard
Treadway Street
London,   E2 6QB
UK

**Domain Name:** SMARTFLASHLLC.COM

---

**Promote your business to millions of viewers for only $1.25 a month!**
Learn how you can get an Enhanced Business Listing here for your domain name. [Learn More](#)

---

**Administrative Contact , Technical Contact :**

moran, wayne
waynemoran@mac.com
7 Tanners yard
Treadway Street
London,  E2 6QB
UK
Phone: 020 7739 7712

**Record expires on** 25-Apr-2014
**Record created on** 25-Apr-2013
**Database last updated on** 07-May-2013

**Domain servers in listed order:**                          Manage DNS

NS.MAINNAMESERVER.COM
NS2.MAINNAMESERVER.COM

Show underlying registry data for this record



Make an instant, anonymous offer to the current domain registrant. Learn More

Search Again

Search again here...

Search by either

● Domain Name e.g. networksolutions.com
○ IP Address e.g. 205.178.187.13

Search




Processing...
