# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GOOGLE INC.**<br><br>    **Defendant.** | **Civil Action No. 2:13-cv-00893**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF ROCKSTAR CONSORTIUM US LP's RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1, Plaintiff Rockstar Consortium US LP ("Rockstar") files this Disclosure Statement and states that Rockstar Consortium LLC is the general partner of Rockstar. Rockstar further states that the publicly-traded companies that directly or indirectly own 10% or more of Rockstar are Apple Inc., Blackberry Limited, Telefonaktiebolaget LM Ericsson (publ), and Microsoft Corporation.

DATED: October 31, 2013    Respectfully submitted,

    By: */s/ Max L. Tribble, Jr.*
        Max L. Tribble, Jr. – Lead Counsel
        State Bar No. 20213950
        Alexander L. Kaplan
        State Bar No. 24046185
        SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone: (713) 651-9366

Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
akaplan@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Parker C. Folse, III, WA State Bar No. 24895
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
pfolse@susmangodfrey.com

*Attorneys for Rockstar Consortium US LP and NetStar Technologies LLC*