# Exhibit B



Tech (/sai) | Finance (/clusterstock) | Politics (/politics)
Strategy (/warroom) | Life (/thelife) | Entertainment (/thewire) | All (/)

**TECH (HTTP://WWW.BUSINESSINSIDER.COM/SAI)**
More:   Mobile (/category/mobile)   Apple (/category/apple)   Big Tech (/category/big-tech)   iAd (/category/iad)   ⌄

# Apple Building A New NYC Office For iAd Team

■ **DAN FROMMER (HTTP://WWW.BUSINESSINSIDER.COM/AUTHOR/DAN-FROMMER)**   NOV. 4, 2010, 11:06 AM   4,526 (HTTP://WWW.BUSINESSINSIDER.COM/APPLE-BUILDING-A-NEW-NYC-OFFICE-FOR-IAD-TEAM-2010-11#COMMENTS) 4 (HTTP://WWW.BUSINESSINSIDER.COM/APPLE-BUILDING-A-NEW-NYC-OFFICE-FOR-IAD-TEAM-2010-11#COMMENTS)

Recommend 3 | Share 7 | Tweet 46 | 0 | ✉ EMAIL | ✚ MORE

Free Website for Business
GYBO.com
Bring Your Business Online for Free Be Found By Customers With Google!

Apple



*Associated Press*

f (//WWW.FACEBOOK.COM/BUSINESSINSIDER)    (//TWITTER.COM/BUSINESSINSIDER)
8+ (//PLUS.GOOGLE.COM/+BUSINESSINSIDER/POSTS)    in (//WWW.LINKEDIN.COM/TODAY/BUSINESSINSIDER.COM)

Tech (/sai)    Finance (/clusterstock)    Politics (/politics)
Strategy (/warroom)    Life (/thelife)    Entertainment (/thewire)    All (/)



(http://www.businessinsider.com/blackboard/apple) is building a new office in Manhattan for its iAd mobile ads sales team, we've heard from multiple sources.

We've heard Apple is going to set up shop near Union Square, which happens to be three blocks from the Business Insider world headquarters (http://www.businessinsider.com/taxi-smashes-into-business-insider-headquarters-2010-10). If true, welcome to the neighborhood!

Currently, Apple's New York iAd team is working from the old Quattro Wireless office in SoHo, a space with a very "start-up feel" to it, we've heard, and one that was never intended to house more than 30 people. (Apple also has a tiny office above its West 14th Street retail store in the Meatpacking district.)

We assume that Apple's new office will look nice -- this is supposed to woo Madison Avenue, after all.

*More information? Let us know at dfrommer@businessinsider.com. Anonymity guaranteed.*

**Read: 15 Things Apple Says Could Kill Its Business (http://www.businessinsider.com /15-things-apple-says-could-kill-its-business-**

**2010-11)**

(/ /WWW.FACEBOOK.COM/BUSINESSINSIDER)  (/ /TWITTER.COM/BUSINESSINSIDER)
(/ /PLUS.GOOGLE.COM/+BUSINESSINSIDER/POSTS)  (/ /WWW.LINKEDIN.COM/TODAY/BUSINESSINSIDER.COM)

Tech (/sai)   Finance (/clusterstock)   Politics (/politics)

Strategy (/warroom)   Life (/thelife)   Entertainment (/thewire)   All (/)

**iPhone Wi-Fi: $0.05/mo**

Boingo.com

Save on your internet data plan at thousands of hotspots. Sign Up Now

---

**Recommended for You**


Stunning Photos Of Martha Stewart As A Young Model
(http://www.businessinsider.com/photos-of-young-martha-stewart-2013-3)


12 Former Porn Stars Who Now Lead Boring, Normal Lives
(http://www.businessinsider.com/former-porn-stars-leading-normal-lives-2013-7)


The 40 Highest-Paying Jobs You Can Get Without A Bachelor's…
(http://www.businessinsider.com/the-40-highest-paying-jobs-you-can-get-without-a-bachelors-degree-2012-8)


The 10 Most Powerful Militaries In The World
(http://www.businessinsider.com/10-most-powerful-militaries-in-the-world-2013-6)

---

Recommend  3   **Share**  7   **Tweet**  46   0   ✉ EMAIL   ➕ MORE

⚠ Alerts (/register?action=index&first=alerts&from_post=4cd2cc05cadcbb1367080000)
✉ Newsletter (/newsletter?source=sharebox)   % URL

**More:**

Mobile (/category/mobile)  |  Apple (/category/apple)
Big Tech (/category/big-tech)  |  iAd (/category/iad)
New York (/category/new-york)  |  Real Estate (/category/real-estate)
NYC Digital (/category/nyc-digital)

Get Alerts for these topics » (/register?action=index&first=alerts&from_post=4cd2cc05cadcbb1367080000&redirect=/apple-building-a-new-nyc-office-for-iad-team-2010-11)


(http://www.businessinsider.com/author/dan-frommer)

Dan Frommer (http://www.businessinsider.com/author/dan-frommer)   ✉ (mailto:dfrommer@businessinsider.com)   % (http://

**Comments** 🔊(http://www.businessinsider.com/apple-building-a-new-nyc-office-for-iad-team-2010-11/comments.rss)

Comments on this post are now closed.

| Insiders 0 | All Comments 4 | Apply To Be An Insider » | f (//WWW.FACEBOOK.COM/BUSINESSINSIDER) | ♥ (//TWITTER.COM/BUSINESSINSIDER) |

(/register?first=index&
g+ (//PLUS.GOOGLE.COM/106355852551169685) in (//WWW.LINKEDIN.COM/TODAY/BUSINESSINSIDER.COM)
pundit_request=1)

| Tech (/sai) | Finance (/clusterstock) | Politics (/politics) |
| Strategy (/warroom) | Life (/thelife) | Entertainment (/thewire) | All (/) |

Click to read all comments »

* Copyright © 2013 Business Insider, Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service (/terms) and Privacy Policy (/privacy-policy).

Disclaimer (/disclaimer)   Commerce Policy (/commerce-on-business-insider)

Powered by MongoDB (http://www.mongodb.org)   Hosted by Datapipe (http://hub.am/16BKYF8)   Stock quotes by YCharts (http://ycharts.com)

Ad Serving by 24/7 Open AdStream (http://www.247media.com/en-us/technology/capabilities.html)   Made in NYC (http://nytm.org/made)

International Editions:   AUS (http://www.businessinsider.com.au/)   IN (http://www.businessinsider.in/)



- Front Page
- Mac Blog
- iOS Blog
- Roundups
    - iMac
    - iOS 7
    - iPad Air
    - iPad mini
    - iPhone 5c
    - iPhone 5s
    - iWatch
    - Mac mini
    - Mac Pro
    - MacBook Air
    - MacBook Pro
    - OS X Mavericks
    - Thunderbolt Display
- Buyer's Guide
- Forums


Got a tip for us? Share it...
Push Twitter Facebook RSS

- a. Send us an email
- b. Anonymous form
- close (x)

**New in OS X:** Get MacRumors Push Notifications on your Mac

Subscribe Now Close

# Apple Expanding New York City Office Space Targeting iAd and Business Projects

Thursday August 18, 2011 2:04 pm PDT by Eric Slivka

The *New York Post* reports that Apple has signed a lease for 45,000 square feet of space in a Fifth Avenue office building in New York City near Union Square. The company has been running its iAd program out of a 10,000 square-foot space in the building on a short-term lease, but is significantly expanding its presence there with the new long-term lease.

According to *Business Insider*, the larger space will be used not only for the iAd team but also corporate-level efforts focused on "new business projects".

> Apple already leased a 10,000 square-foot chunk of the Kaufman building back in January for the iAd group, and now it is taking a bigger chunk of the building for its first executive office in NYC.
>
> Apple will use the space to launch new business projects. The office will look and feel like the retail stores with an all-white lobby, sleek elevators and LED lights.

Apple is also said to retain options on other floors in the building.

Apple's iAd initiative has been somewhat slower to take off than many would have liked and may be entering a period of flux as Quattro Wireless founder Andy Miller, who joined Apple as a vice president to lead the iAd team when Apple acquired Quattro last year, is reportedly leaving the company to join a venture capital firm.
[ 21 comments ]

Tweet 122
Like 16

**Five Microsoft services to make any business smarter (including yours)**
by Tony Bradley / itworld

0       3       0

October 28, 2013, 7:14 AM - Microsoft's operating system may be the primary engine in most businesses, but there is a world outside Windows. Microsoft offers an array of services that address some of the most common headaches small businesses face and enable them to operate like much bigger organizations. Here are five of the gems. 1.... read more ▸

**Office 2013 review**

TechRadar ▸

**Microsoft Office 2013 now available to business users via...**

ZDNET ▸

sponsored

## Top Rated Comments

(View all)



ThisIsNotMe
29 months ago

A lot are, don't believe all the sensationalist news people who claim that the world is ending soon, and economies are crashing everywhere.

Keep in mind, this is in regards to an office lease....


Um....office vacancy rates are at 20 year highs........
**Rating:** 3 Positives



Sedrick

29 months ago
Well, the whole US economy is going to hell, but at least Apple continues to take over the world. :o
**Rating:** 3 Positives



dumb terminal
29 months ago
Apple should lease space at One World Trade Center; that tower is in line with their latest store designs.
**Rating:** 2 Positives



deannnnn
29 months ago
I live a couple blocks away and pass that building all the time! I had no idea Apple was in there. Sweet :)
**Rating:** 2 Positives



MacSince1990
29 months ago
Riveting.
**Rating:** 2 Positives



winston1236
29 months ago

Well, the whole US economy is going to hell, but at least Apple continues to take over the world. :o


seriously, is any other company expanding like this?
**Rating:** 2 Positives



SockRolid
29 months ago
Why would Apple open a really fancy "executive" office in NYC? To be closer to Madison Avenue and its hotbed of advertising. Obvious. iAd will become more and more important to Apple as hardware power increases and its cost decreases. Eventually cheap devices will have far more computing and graphics power than most consumers would ever need. Apple will need to move into ads and video media in addition to apps and music to make money.

Which brings me to the "additional business projects" to be developed in the new NYC offices. I'd guess that Apple is going to use the offices to pitch its redesign of TV in its own image. And when enough media execs are on board, they'll plan the next generation of TV with Apple in those new offices.

What next generation of TV? The post-network era. Sure, we already have cable / satellite / internet streaming TV. So in a sense we're already post-network. But I expect Apple to go far beyond that.

New York Yankees baseball? There's going to be an app for that. "Lost" reruns? App for that. Any TV show or movie with Megan Fox? App for that.

Apple TV is just a placeholder now. A hobby. An experiment. But it uses iOS, which is all about its apps. Think about it. When Steve Jobs said that Apple would need to "tear up" set-top boxes in order to change the TV status quo, I think he meant "make apps for everything". Way past the Netflix / Hulu / YouTube model of one app running a bunch of content.

The current Netflix model is pretty much like the web browser model. An app that you can use to search for and display data and/or media. The same old thing we've had for almost 20 years. But Apple's iOS devices are moving away from that. To apps for web sites, like the Wikipedia app. To apps for TV channels. Like the CNN app. To apps for sports. Like the MLB app. Live and pre-recorded streaming of specific genres, stars, sports, teams, whatever.

Can't all happen overnight, but all the pieces are in place. Ubiquitous high-speed internet, whether wired or wireless is one of the finishing touches. Updating standalone Apple TV or embedded Apple TV to run apps more like the way the other iOS devices do is another finishing touch. And when I say TV, I don't mean just the big living room TV. All iOS devices including the Apple TV, whether it's an add-on like Apple TV 2 or if it's the Apple TV built into your Sony 60" flat panel TV.

The next decade will see Apple make its move into 21st century TV. It's going to be very interesting.

Oh, and one more thing about iAd. I think Apple had big-screen TV in mind for iAd from day one. Isn't it obvious?
**Rating:** 1 Positives


snebes
29 months ago

Um....office vacancy rates are at 20 year highs........

That doesn't mean companies aren't newly leasing offices now. There may be *more* companies dropping office space (borderline businesses, staff/office reductions, etc.), than ones gaining, but I was replying to a guy who was acting like Apple was the only company expanding right now.

Where my offices are, there are plenty of business offices being leased out now, where in the last 1-2 years, businesses were leaving. And this is on the [expensive] north side of Chicago.
**Rating:** 1 Positives


snebes
29 months ago

seriously, is any other company expanding like this?

A lot are, don't believe all the sensationalist news people who claim that the world is ending soon, and economies are crashing everywhere.

Keep in mind, this is in regards to an office lease....
**Rating:** 1 Positives


accessoriesguy
29 months ago
If Apple Owned Facebook, they would own the United States :rolleyes:
**Rating:** 1 Positives

[ Read All Comments ]

Case 6:13-cv-00447-JRG   Document 55-3   Filed 11/05/13   Page 10 of 13 PageID #: 1031

## More Blog Stories

- **Fantastical 2 Debuts on iPhone With Reminders and Improved Event Parser**

  5 hours ago on iOS Blog
  
  Flexibits today released Fantastical 2, a fully reworked version of the popular iOS calendar app. The new app, which is a separate purchase for existing Fantastical owners, includes reminders...
  78 comments

- **Sprint Sells 1.4 Million iPhones in Q3 2013, 40% to New Customers**

  5 hours ago on iOS Blog
  
  Sprint revealed today in its Q3 2013 results that it had sold 1.4 million iPhones in the last quarter, with 40% of those iPhones being sold to new customers. The company announced a 5% year-over-year...
  14 comments

- **Sharp's Low Yield of Displays Reportedly Causing Retina iPad Mini Shortage**

  8 hours ago on iOS Blog
  
  A day after Apple CEO Tim Cook stated that it is unclear as to whether Apple will have enough supply of the Retina iPad mini to meet market demand, Digitimes is reporting that Japanese manufacturer...
  26 comments

- **Snapseed for iOS Updated With New HDR Scape Filter, 'Shadows' Image Tuning Option**

- 22 hours ago on iOS Blog

  Award winning image editing app Snapseed has received little attention since being acquired by Google in late 2012, but today the app was updated to version 1.6.0, adding a new HDR-style filter and a...
  9 comments

- **Twitter for iOS Updated With In-Line Video and Image Previews**

  22 hours ago on iOS Blog

  Twitter for iOS has been updated to version 5.12, adding in-stream previews of Twitter photos and Vine videos that are displayed directly in a user's main timeline. Full screen media content can...
  25 comments

- **Oculus Rift Virtual Reality Headset Coming to iOS Devices [Update: No]**

  1 day ago on iOS Blog

  Oculus VR is developing a mobile version of its Oculus Rift headset that will be compatible with iOS devices, according to CEO Brendan Iribe who announced the news during VentureBeat's GamesBeat...
  58 comments

- **CalDigit's $199 Thunderbolt Station Shipping November 4**

  1 day ago on Mac Blog

  CalDigit today announced that its $199 Thunderbolt Station will begin shipping on November 4, with pre-orders available now through the company's online store. Announced back in April,...
  76 comments

- **Amazon Launches Cloud Player App for Mac**

  1 day ago on Mac Blog

  Back in 2011, Amazon launched its Cloud Drive and Cloud Player services, with Cloud Drive offering cloud-based file storage and Cloud Player serving as the interface for playing music stored in Cloud...
  16 comments

• Nike SB App Launches for iOS Devices with Interactive Trick Guides, Live Game Events (4)
• NBA Game Time Updated for 2013-2014 Season with Visual Redesign, Additional Content (11)
• Developers Can Now Delete Fake Scores from Game Center Leaderboards (38)
• iLife, iWork and OS X Updates Will Continue to Be Free in the Future (111)
• Apple Retail Stores Post $4.5 Billion in Revenue in Q4 2013, 30 New Stores Coming in Fiscal 2014 (9)
• Burst Mode Improvements Added to iPhone 5s Camera With iOS 7.0.2 (25)
• Logitech Announces Lineup of Cases and Keyboard Covers for iPad Air (37)

## Rumors by Product

iPhone - iPad - iPad Mini - iPod
MacBook Pro - Retina MacBook Pro
MacBook Air
Mac mini - iMac - Mac Pro

Blogs: [iPhone](#) - [Mac](#)





MacRumors attracts a broad audience of both consumers and professionals interested in the latest technologies and products. We also boast an active community focused on purchasing decisions and technical aspects of the iPhone, iPod, iPad, and Mac platforms.

Advertise on MacRumors

## Our Staff

Arnold Kim
Editorial Director
Email • Twitter
Eric Slivka
Editor in Chief
Email • Twitter • Google+
Jordan Golson
Editor
Email • Twitter
Marianne Schultz
Editor
Email • Twitter
Juli Clover
Editor
Email • Twitter
Husain Sumra
Contributor

## Links

## Touch Arcade

- 'Street View Adventures' Converts Google Maps Street View to Gameplay
- iPad Air is Twice as Fast as iPad 4 in Geekbench Benchmarks
- 'Pocket God: Ooga Jump', 'Anomaly 2', and More Hit the New Zealand App Store
- First 'Infinity Blade III' Expansion, Dubbed Soul Hunter, Coming this Week
- 'RollerCoaster Tycoon 3' Could Come to Mobile Devices Courtesy of Frontier Developments
- Telltale Posts 'The Walking Dead: Season 2' Teaser Trailer

## AppShopper

- Apple Announces Fifth-Generation iPad and Retina Display iPad mini
- Apple Releases OS X Mavericks Today as a Free Download
- Apple to Hold Media Event on October 22
- Find Apps Updated for iPhone 5s, iOS 7, and Game Controllers Easily on AppShopper
- 'Clear' Makes Its Way to iPad
- Apple Releases iOS 7 With Redesigned Interface, iTunes Radio, Air Drop, and More

Copyright © 2000-2013 MacRumors.com, LLC.
Privacy / DMCA contact / Affiliate and FTC Disclosure


Mobile Version | Fixed | Fluid | Fluid HD