# Exhibit C

You've heard about Apple's Cupertino spaceship. Now meet the company's Austin, Texas crash pad.

- Enterprise
  IT Happens
- Expand/Collapse
- **Cloud**
- Bitcoin
- Data Centers
- History
- Microchips
- Mobile
- Networks
- Out in the Open
- Research
- Security
- Servers
- Software
- Storage
- Tech Law
- Tech Time Warp of the Week
- Announcements

Share on Facebook

556 shares

Tweet  386        37        Share  189

# Apple Breaks Ground on 1-Million-Square-Foot Texas Outpost

- By Robert McMillan
- 12.19.12
- 6:30 AM

Follow @bobmcmillan



Apple's Austin campus — which will soon add about a million square feet. *Photo: Flickr/The Pug Father*

You've heard about Apple's Cupertino spaceship. Now meet the company's Austin, Texas crash pad. Over the past few weeks, Apple has started work on a new 39-acre campus that will be the future home of the company's America's Operations Center. No, Apple isn't ditching Cupertino. That remains the site of the company's global headquarters and it's where the company is erecting a new 2.8-million-square-foot building that looks an awful lot like a spaceship. But Austin will eventually be home to a major portion of the Apple empire.

Apple has run an operations center in Austin for years now. It already employs about 3,500 hardware engineers, support staff and operations people there. But the new buildings will add another 1 million square feet of office space in Austin. And within 10 years, that should mean another 3,600 jobs for the company, bringing Austin's headcount to 7,100.

"To put it in perspective, prior to the Apple announcement, the largest single job creation from one project was 1,000," says Brian Gildea, Austin's economic development manager.

In exchange, Apple gets more than $30 million in tax breaks.

But the planning documents leave a lot out. They don't, for example, mention that Austin is already a center of Apple's support and hardware development groups. Apple is presently hiring nearly 40 hardware engineers in Austin, including chip designers and power-optimization engineers

Although Apple's Cupertino headquarters will be shaped like a sleek ring, the Austin campus will be more terrestrial, says Gildea. "I asked that question right off," he says. Apple's current Austin building looks pretty much like any other office building in town. Gildea doesn't expect any wild designs in the new set of buildings, which will be constructed over the next 10 years. "While they may not look like the existing buildings, they're not going to be outlandish," he says.

Apple has pulled three construction permits on the new campus — the most recent one just last week — and has started preliminary work on the site, county and city planners say.

In its development agreement with the city, Apple says that the new facility will be the overflow for

Apple's America operations outside of its Cupertino, California, headquarters. "The company requires an operational center to centralize various functions, such as accounting, human resources and finance," Apple wrote in a description of the $287 million project, filed with city planners.

But the planning documents leave a lot out. They don't, for example, mention that Austin is already a center of Apple's support and hardware development groups. Apple is presently hiring nearly 40 hardware engineers in Austin, including chip designers and power-optimization engineers.

Under the terms of Apple's economic development agreement with Austin, Apple will first build a $56 million 200,000-square-foot facility in two buildings. That's set to be done by the end of 2015. "Phase II will be up to 800,000 square feet in several buildings," Apple says in planning documents. It will be completed by the end of 2021.

The Apple deal is one of the most significant commercial development projects started in Austin this year, says Jeff Coddington, senior vice president for investment properties with Austin realtor Oxford Commercial. "It's a huge vote of confidence in our region and a terrific corporate citizen to have as a partner in our city."

Although Apple CEO Tim Cook has been talking about bringing Mac manufacturing operations back to North America recently, this new Austin campus isn't zoned for manufacturing, says Austin's Gildea.

"Our operations in Austin have grown dramatically over the past decade, from less than 1,000 employees in 2004 to more than 3,500 today," Apple said in an e-mailed statement. "We're looking forward to building a new campus in Austin, which will more than double the size of our workforce there over the next decade."

- Related
- You Might Like
- Related Links by Contextly



›  Apple Builds a New Home on Facebook's Back Porch

›  Apple Hires Hacker Who Helped Save Windows From Security Hell

›  Apple Doubles Down on Maiden Solar Farm

›  Exclusive Pics: Apple Breaks Ground at Mystery Data Center

› Apple Rolls Into Reno, Eyes $1 Billion Data Center Bet

›  Ex-Facebooker Gifts the Social Network's Data Platform to the World



› Radical Days Are Over. Here's How to Take It Mainstream

› st to Build a Truly Free Version of Android

› , the World's First Bitcoin ATM

Robert McMillan is a writer with Wired Enterprise. Got a tip? Send him an email at: robert_mcmillan [at] wired.com.
Read more by Robert McMillan
Follow @bobmcmillan on Twitter.
Tags: Apple, Austin
Post Comment | 49 Comments | Permalink
Back to top

Share on Facebook
556 shares
Tweet 386          37
Reddit  Digg  Stumble Upon  Email

**Comments for this thread are now closed.**

## 49 comments

⭐ ◂ 2

**Best**   **Community**   Share    

Avatar **Aggielawyer** • 11 months ago
Dozens of major companies, every year, flee California's rampant anti-business environment for states and localities much more welcoming to entities that drive job growth. Texas, over the past decade, has been the biggest recipient of these fleeing companies.

20    4    • Share ›

Avatar **natophonic** ↱ Aggielawyer • 11 months ago
As a former Californian small business owner who moved to Texas, I can say that the far less onerous and complex employment law in Texas was an attraction, though my personal reasons for moving were more about being closer to family and a lower cost of living. But I do chuckle at Texans who gloat about businesses moving here to escape 'anti-business' environments elsewhere, when the primary reasons those major companies are moving are cheap land and cheap labor, and lavish tax abatements like the one being offered here to Apple... as if government tax policy that favors one corporation over others were laissez faire capitalism. Heh!

11    1    • Share ›

Avatar **politicaljules** ↱ natophonic • 10 months ago
Yeah. Texas has nothing to offer fortune 500 companies. Pshaw.

I mean those piddly little companies and their tiny headquarters would never thrive in Texas.

Those failure companies like Texas Instruments, Dell, AT&T, Kimberly-Clark, Game Stop headquarters, Google, Freescale Semiconductor, Perot Systems, Radio Shack headquarters, etc.

Even those unionized industries must HATE Texas like Service Corp. International, Southern Union, United Services Automobile Association would really HATE Texas.....

wait...

3    • Share ›

Avatar **David Lopez** ↱ natophonic • 11 months ago
You have quite a bit of arrogance to chuckle when you've run away from your home state to take advantage of the opportunities of another. About your so called crony capitalism - Apple is a large company, a tech company that hires smart people, Austin needs more smart people and not cheap labor. As an actual Texan, I