# Exhibit D

**Jobs at Apple**

Corporate | Retail | Students | My Profile | Search

**101 job(s) found**

Sign In | My Favorites

Clear all filters | Show filters | Save this mix

Showing 1–20 of 101    Previous   Next

| Job Title | Job Function ▲ | Location | Posted |
|---|---|---|---|
| Sr. Layout Designer | Hardware Engineering | Austin | Oct. 28, 2013 |
| Sr. Layout Designer – Digital | Hardware Engineering | Austin | Oct. 4, 2013 |
| Sr. Layout Designer – Analog | Hardware Engineering | Austin | Oct. 4, 2013 |
| Sr. Layout Designer – Analog | Hardware Engineering | Austin | Oct. 24, 2013 |
| Sr. CAD Engineer – Timing | Hardware Engineering | Austin | Oct. 29, 2013 |
| Investment Credit Analyst | Finance | Reno | Oct. 28, 2013 |
| Accounts Payable Accountant – Portuguese | Finance | Austin | Oct. 28, 2013 |
| Global Travel Ground Transportation Buyer | Finance | Austin | Oct. 24, 2013 |
| Master Data Analyst | Finance | Austin | Oct. 25, 2013 |
| Data Mining Scientist | Finance | Austin | Oct. 28, 2013 |
| DFA Analyst | Finance | Miami | Sep. 26, 2013 |
| Financial Analyst – America's Supply Chain | Finance | Austin | Oct. 29, 2013 |
| General Ledger Accountant | Finance | Austin | Oct. 28, 2013 |
| Disbursement Analyst | Finance | Austin | Oct. 28, 2013 |
| AMR Supply Chain Financial Planning & Analysis… | Finance | Austin | Oct. 29, 2013 |
| Graphics Core Hardware Verification Engineer | Hardware Engineering | Austin | Oct. 1, 2013 |
| Senior Physical Timing Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Graphics Silicon Debug Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Graphics Verification Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Formal Design Verification Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |

Showing 1–20 of 101    Previous   Next       Submit your resume without a profile

**Jobs at Apple**

Corporate    Retail    Students    My Profile    Search

**101 job(s) found**

Sign In    My Favorites

Clear all filters    Show filters    Save this mix

Showing 21–40 of 101        Previous    Next

| Job Title | Job Function ▲ | Location | Posted |
|---|---|---|---|
| Graphics Performance Analysis | Hardware Engineering | Austin | Oct. 24, 2013 |
| Sr. Physical Design Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Design Verification Engineer | Hardware Engineering | Austin | Oct. 3, 2013 |
| Design Implementation Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| ASIC Program Manager | Hardware Engineering | Austin | Oct. 1, 2013 |
| Graphics RTL Designer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Senior Graphics Designer | Hardware Engineering | Austin | Oct. 1, 2013 |
| PHY Circuit Design Engineer | Hardware Engineering | Austin | Aug. 15, 2013 |
| Graphics Software Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Sr. CAD Engineer - EMIR Analysis flow | Hardware Engineering | Austin | Jul. 14, 2013 |
| Graphics Emulation Engineer - New College Grad… | Hardware Engineering | Austin | Oct. 7, 2013 |
| Content Management Administrator | Hardware Engineering | Austin | Jul. 14, 2013 |
| CPU Physical Timing Engineer | Hardware Engineering | Austin | Oct. 14, 2013 |
| CPU Implementation Lead | Hardware Engineering | Austin | Oct. 24, 2013 |
| CPU Verification Lead | Hardware Engineering | Austin | Jul. 12, 2013 |
| Graphics Software Engineer Intern / Co-op | Hardware Engineering | Austin | Oct. 22, 2013 |
| CPU Implementation Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Memory System Verification Engineer | Hardware Engineering | Austin | Jul. 12, 2013 |
| CPU Microarchitect | Hardware Engineering | Austin | Jul. 12, 2013 |
| CPU Verification Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |

Showing 21–40 of 101        Previous    Next        Submit your resume without a profile

**Jobs at Apple**                              Corporate    Retail    Students    My Profile    Search

101 job(s) found                                                                           Sign In    My Favorites

Clear all filters    Show filters                                                                                     Save this mix

Showing 41–60 of 101                        Previous    Next

| Job Title | Job Function ▲ | Location | Posted |
|---|---|---|---|
| SerDes PCS Designer | Hardware Engineering | Austin | Jul. 11, 2013 |
| Physical Design Engineer | Hardware Engineering | Austin | Jul. 14, 2013 |
| Processor Random Testing Engineer | Hardware Engineering | Austin | Jul. 14, 2013 |
| Sr. CAD Engineer – Transistor Timing | Hardware Engineering | Austin | Jul. 14, 2013 |
| DFT Verification Engineer | Hardware Engineering | Austin | Oct. 24, 2013 |
| Sr. CAD Engineer – Synthesis | Hardware Engineering | Austin | Aug. 15, 2013 |
| Custom CAD Engineer | Hardware Engineering | Austin | Jul. 14, 2013 |
| Design Verification Engineer | Hardware Engineering | Austin | Sep. 28, 2013 |
| RFIC Validation/Characterization Engineer | Hardware Engineering | Austin | Oct. 26, 2013 |
| PMIC Design Engineer | Hardware Engineering | Austin | Oct. 23, 2013 |
| WSDEG Field Technician – Dallas | Hardware Engineering | Dallas | Sep. 23, 2013 |
| WSDEG Field Technician – New York | Hardware Engineering | New York City | Sep. 23, 2013 |
| CAD Physical Design Verification | Hardware Engineering | Austin | Aug. 12, 2013 |
| Sr. Power Design Engineer | Hardware Engineering | Austin | Oct. 28, 2013 |
| ADC/DAC Analog Designer | Hardware Engineering | Austin | Sep. 2, 2013 |
| Physical Design Engineer [SoC] | Hardware Engineering | Austin | Oct. 15, 2013 |
| Sr RF IC Design Engineer | Hardware Engineering | Austin | Sep. 24, 2013 |
| RF / Mixed-Signal Design engineer | Hardware Engineering | Austin | Oct. 26, 2013 |
| Power Management IC Designer | Hardware Engineering | Austin | Oct. 27, 2013 |
| Sr.ACDC Design Engineer | Hardware Engineering | Austin | Oct. 17, 2013 |

Showing 41–60 of 101                        Previous    Next                         Submit your resume without a profile

# Jobs at Apple

Corporate | Retail | Students | My Profile | Search

**101 job(s) found**

Sign In | My Favorites

Clear all filters | Show filters | Save this mix

Showing 61–80 of 101    Previous   Next

| Job Title | Job Function ▲ | Location | Posted |
|---|---|---|---|
| Sr.ACDC Design Engineer | Hardware Engineering | Austin | Oct. 10, 2013 |
| Tapeout Sign off Engineer | Hardware Engineering | Austin | Jul. 14, 2013 |
| Junior Logic Implementation Engineer | Hardware Engineering | Austin | Aug. 26, 2013 |
| Physical Design Engineer | Hardware Engineering | Austin | Aug. 28, 2013 |
| Implementation Design Verification Engineer | Hardware Engineering | Austin | Oct. 28, 2013 |
| Silicon Validation Engineer | Hardware Engineering | Austin | Oct. 28, 2013 |
| Formal Verification Engineer | Hardware Engineering | Orlando | Oct. 28, 2013 |
| Graphics Performance Analysis Engineer | Hardware Engineering | Orlando | Oct. 28, 2013 |
| Graphics Software Engineer | Hardware Engineering | Orlando | Oct. 2, 2013 |
| Graphics Verification Engineer | Hardware Engineering | Orlando | Oct. 28, 2013 |
| Senior Graphics Designer | Hardware Engineering | Orlando | Oct. 28, 2013 |
| Site Manager – Orlando | Hardware Engineering | Orlando | Oct. 28, 2013 |
| Graphics Core Hardware Verification Engineer | Hardware Engineering | Orlando | Oct. 28, 2013 |
| Graphics Silicon Debug Engineer | Hardware Engineering | Orlando | Oct. 28, 2013 |
| Processor Verification Engineer | Hardware Engineering | Austin | Oct. 28, 2013 |
| Graphics RTL Designer | Hardware Engineering | Orlando | Oct. 28, 2013 |
| PLL Designer | Hardware Engineering | Austin | Oct. 15, 2013 |
| PLL Designer | Hardware Engineering | Austin | Sep. 9, 2013 |
| DDR PHY Design Engineer | Hardware Engineering | Austin | Oct. 17, 2013 |
| Design Implementation Engineer | Hardware Engineering | Austin | Oct. 10, 2013 |

Showing 61–80 of 101    Previous   Next            Submit your resume without a profile

**Jobs at Apple**

Corporate | Retail | Students | My Profile | Search

101 job(s) found

Sign In    My Favorites

Clear all filters    Show filters                                                           Save this mix

Showing 81–100 of 101                    ⊙ Previous    Next ⊙

| Job Title | Job Function ▲ | Location | Posted |
|---|---|---|---|
| CPU Physical Verification and Integration Engineer | Hardware Engineering | Austin | Oct. 2, 2013 |
| Analog Mixed Signal Design Manager | Hardware Engineering | Austin | Oct. 28, 2013 |
| Design Implementation Engineer | Hardware Engineering | Austin | Oct. 21, 2013 |
| RF IC Architect | Hardware Engineering | Austin | Oct. 28, 2013 |
| RFIC RTL Design Engineer | Hardware Engineering | Austin | Oct. 28, 2013 |
| Sr.ACDC Design Engineer | Hardware Engineering | Austin | Oct. 10, 2013 |
| iOS Telephony QA Engineer | Hardware Engineering | New York City | Aug. 30, 2013 |
| RF / Mixed-Signal Design engineer | Hardware Engineering | Austin | Oct. 29, 2013 |
| Operations Support Tech | Software Engineering | Maiden, NC | Oct. 15, 2013 |
| Sr. Systems Administrator | Software Engineering | Maiden, NC | Sep. 19, 2013 |
| Cross Functional Producer, ALAC | Marketing | Miami | Sep. 10, 2013 |
| iAd Sales Marketing Specialist | Marketing | New York City | Oct. 18, 2013 |
| Professional Development Specialist | Marketing | Charleston, WV | Oct. 27, 2013 |
| Natl Professional Development Specialist | Marketing | Bethesda | Oct. 17, 2013 |
| Senior Manager, Education Advocacy | Marketing | Washington DC | Aug. 20, 2013 |
| Professional Development Specialist | Marketing | Charleston | Oct. 15, 2013 |
| UI Engineer | Software Engineering | New York City | Sep. 20, 2013 |
| Geo Team Content Sourcing Manager – Europe | Software Engineering | New York City | Oct. 11, 2013 |
| Geo Team Content Sourcing Manager – Japan & A… | Software Engineering | New York City | Oct. 11, 2013 |
| Software Engineer, iWork for iCloud | Software Engineering | Pittsburgh | Sep. 10, 2013 |

Showing 81–100 of 101           ⊙ Previous    Next ⊙              Submit your resume without a profile

# Jobs at Apple

Corporate | Retail | Students | My Profile | Search

**101 job(s) found**

Sign In | My Favorites

Clear all filters | Show filters | Save this mix

Showing 101–101 of 101 | Previous | Next

| Job Title | Job Function ▲ | Location | Posted |
|---|---|---|---|
| iAd Program/Project Manager | Software Engineering | New York City | Oct. 7, 2013 |

Showing 101–101 of 101 | Previous | Next | Submit your resume without a profile