# Exhibit F

Skip to: [Content](#) | [Navigation](#) | [Comments](#)

# Free Map Tools

### How Far is it Between

This tool can be used to find the distance between two named points on a map. You can decide which two points to measure and then find out the distance between them as the crow flies and distance when driving. Type in the names

Maps you can make use of...



**Hilton Garden Inn Tyler**

Hilton.com

$116.10

Book Now! Best Rate Guaranteed

of the places below and click the Show button.

## Options



          City, Country       City, Country

From   15400 Knoll Tr. Dr. Dalla   to   211 W. Ferguson St, Tyl   [ Show ]

Measure in :   ● miles   ○ km

**Distance as the Crow Flies** : 97.742

**Distance by Land Transport** : 106.320

## Map Showing the Distance Between 15400 Knoll Tr. Dr. Dallas, TX and 211 W. Ferguson St, Tyler, TX



# How to Use

Simply type in the name of the two places in the text boxes and click the show button!

The best format to use is [City, Country] to enter a location - that is [City(comma)(space)Country]. You can also type in major places straight in such as "USA", "Tokyo", "London" etc. Postcodes and addresses can also be used.

When you click the search button, a search will be made to find which place you are referring to. Firstly, a search is made of an internal list of common places. If no match is found then a search will be made using the Google Maps API GlocalSearch feature. If this also returns no results then you are asked to indicate the location of the point by clicking on the map. This allows you to then see the distance between the two points and also inputs the location into the internal database so that the next time a visitor searches for that location, it will be found.

Once a result is returned, you can copy a URL to use as a permanent link back to the result for your own reference or to pass on to other people.

**Note** : For UK Postcodes, use the UK Postcode distance tool. Also, to find the distance between points that are not named, you can use the Measure Distance tool.

# About How Far is it Between

This tool can be used to find the distance between countries, cities or towns.

There are two distances output:

- As the Crow Flies - The direct distance between points
- Distance by land transport (When possible) - Distance estimate when you travel by road and sea.

The distances can be output in the following units:

- km (kilometers)
- miles

The output is via a measurement of the distance and also a map that shows that two locations and the path between them as the crow flies and the route by land transport.

You can use the controls on the map to:

- Pan the map
- Zoom the Map
- Switch between Map and Satellite views

## Some Examples of Distances

Some of the distances between cities that can be found using the system. Click on one to see it or type in your own places above in the text boxes.

- How Far is it Between San Francisco, Usa and Sydney, Australia
- How Far is it Between New York, Usa and Tokyo, Japan

## Known Issues

- Red line will not cross the International Date Line
- The Automatic zoom fails when the shortest distance is across the International Date Line
- Allow points to be requested for deletion from the database to keep the information tidy

If you spot anything that needs addressed, then please contact Free Map Tools.

## Version History

- 7th March 2010 - New mode of transport added ... Passenger Aeroplane.
- 2nd December 2009 - Now brings up the suggested cities and countries much faster. Also shows most popular places at the top of the list.
- 20th January 2008 - Improved automatic zoom to give more consistent results
- 15th December 2007 - Added Save Data option
- 29th November 2007 - Added Land Transport measurement option
- 4th November 2007 - Dynamic URL to save how far is it between X and Y
- 21st October 2007 - Added GlocalSearch search to find more places automatically
- 18th July 2007 - Fixed drop down lists so they fall over all content below
- 1st July 2007 - Work done on allowing users to add a new locations if they are not on the system
- 30th June 2007 - Page Created with basic functionality

## Relevant Links

Google Maps API

## Previous Comments For This Page

Hi, when you say it is not working, can you give a bit more details in terms of what you expect to happen and what is actually happening?
By Free Map Tools on 30/10/2013

Not working at all for me!!!
On 30/10/2013

would like to have been able to print
On 29/10/2013

Thanks, super service for planning our trip in WA
By Wendy Anderson on 29/10/2013

On 21/10/2013, it works out as for the crow flies to help people who do find it it useful. If you don't find it
useful then perhaps this isn't the thing for you.
By Free Map Tools on 27/10/2013

its working very good thanks you so much for the help
On 27/10/2013

Be nice if it actually worked. Between city of Brea, CA, USA and city of Orange, CA, USA I got "As the crow
flies" 365 miles; by land transport 11 miles. It showed the correct two cities on the map. Given that it knew the
correct route (was not confusing city with some other city) why two different results? Not particularly reliable.
On 24/10/2013

Extremely helpful, especially for all those reps who are trying to play catch up in their logbooks .
By Bernard on 22/10/2013

As the crow flies is how our members are paid their travel allowance. Great tool for them. Has always been a
challenge . Thanks
By Curt on 21/10/2013

Why is it worked out as the crow flies? this is totally impractical to someone who is travelling by road. this is
very novel but a complete waste of time unless you own an aircraft! This is the reason why I google travel!
On 21/10/2013

very helpful info,thank you.
By bobby on 19/10/2013

This is WONDERFUL!!! Thank you for helping an older lady who is still learning the computer
By Ruth Lee Jackson on 17/10/2013

On 15/10/2013, have a look at this.
By Free Map Tools on 16/10/2013

How about time travel, I need to go somewhere last week.
On 15/10/2013

the app is working fine.
On 15/10/2013

Not working
On 15/10/2013

Umm... the app seems to be not working today! It just gives 0km all the time. I've used this a lot before and I'm
not doing anything different. I hope this is a temporary glitch.
By Alex on 15/10/2013

http://www.freemaptools.com/how-far-is-it-between-johnston_-iowa-and-naples_-florida.htm
By Free Map Tools on 07/10/2013

I was going from Johnston, Iowa to Naples, Florida...the crow stopped at Dothan, Georgia. Why?
By NB on 07/10/2013

What a great way to work out times travelled by road and which is the best route

By Robin Bly on 01/10/2013

Showing the most recent 20 out of 831 comments. Click to see all the comments.

Add your own comment below and let others know what you think:

Comments :

Your Name (optional) :                                    Save

Like      1,546 people like this. Be
          the first of your friends.          64    Tweet   72

# Navigate:

- Popular Map Tools
  - Radius Around Point
  - Find UK Postcodes Inside a User Defined Area
  - How Far is it Between
  - UK Postcode Map
  - ZIP Codes Inside a Radius
  - How Far Can I Travel
  - Radius From UK Postcode
  - Distance Between UK Postcodes
  - UK Postcodes Inside Radius
- Map Resources
  - Download UK Postcodes
- About
- News
- Contact
- FAQs



# Site News:

[API v3 Geocoding Service](#)

Converted to Google Maps JavaScript API v3 Geocoding Service

# Search:

[                    ] [ Search ]

[Back to top](#) | [Contact us](#) | [Disclaimer](#) | [Sitemap](#)  | © 2013 [Free Map Tools](#) | Design by [Andreas Viklund](#)