Exhibit G

- [Choose a City](#)
- [Local Business Directory](#)
- [Book of Lists](#)
- [Upstart Business Journal](#)

- [Contact Us](#)
- [Sign In](#)

- [Like on Facebook](#)
- [Follow on Twitter](#)
- [Follow on LinkedIn](#)
- [Follow on Google+](#)

[Austin Business Journal](#)

Search

- [Home](#)
- [News](#)
- [People](#)
- [Events](#)
- [Jobs](#)
- [Resources](#)
- [Store](#)
-  [Subscribe Now](#)Limited Time Offer

**Sign Up for the TechFlash Newsletter**

[See all newsletters](#)

Enter your email address    Sign Up

Sponsored by:

**Morning Edition**

Aug 30, 2013, 6:45am CDT

# Gemalto upping Austin workforce as it preps for chip expansion



[Sarah Drake](#)

Contributing Editor- Austin Business Journal

[Email](#)  |  [Twitter](#)  |  [LinkedIn](#)

Gemalto NV, one of the largest makers of security chips and software in the world, is increasing workforce numbers at its Austin-based North American operations headquarters as the company prepares for growth across the U.S.

The Amsterdam-based company is adding 40 workers in the engineering and marketing realm to its local 240-employee base by the end of this year, [the Austin American-Statesman reports](#).

Gemalto, which invented the smart chip in banking cards mostly used in Europe, is involved in a multi-year program in the U.S. to switch from using magnetic strips in credit cards to using chips. The smart chip is encrypted with a person's information, making it less prone to being skimmed or copied.

The digital security products developer posted $2.9 billion in revenue in 2012 and employs 10,000 people around the world. It [won a contract last year](#) with the Government Printing Office to supply its technology for ePassports.

Manages the website, news emails and social media sites.

## Related links:

[Austin](#), [Jobs](#), [Mobile](#), [TechFlash](#)

## Industries:

[Technology](#)
[< Older posts](#) [Newer posts >](#)

### We Recommend
by Taboola



Dell lays off an undisclosed number of workers



Google to close 4-month-old Austin office, cut 20 engineers



One of Austin's biggest development looks to corner condo market



Austin mobile app firm seeks strategic partners after capital raise

### From Around The Web
Promoted Content by Taboola



10 Celebrities Scammed by Madoff
Bankrate



10 Business Lessons You Should Know By Age 40
OPEN Forum



The $2B Aircraft Carrier the Navy Paid to Disappear



Michelle Obama's DNA Test Show Slave Owner as Ancestor

Businessweek                    Ancestry.com