# Exhibit H

Home    Login    English

# American Airlines

Plan Travel    Travel Information    AAdvantage    oneworld

- Find Flights
- Choose Flights
- Travelers
- Trip Options
- Select Seats
- Review & Pay
- Finish

**Choose Your Departure Flight**

FRIDAY November 08 from **$2628**

All prices are...
ROUND...

| Lowest Fare from $2628 | Refundable from $2699 | Business / First from $6912 |

Take a look at a... features we've ad...

LON to DFW
Friday Novemb...

**Shopping Cart**

Your Round-Tr...
**$0 USD**

Baggage and Option...

| Flights | Departure | Arrival | Choice | Premium Economy | Business | First |
|---|---|---|---|---|---|---|
| **81** | 12:05 pm LHR | 04:20 pm DFW | ○ $2743 - Lowest fare on this flight is Fully Flexible  Refundable | | | |
| **6154** Operated by British Airways | 10:45 am LHR | 02:40 pm DFW | ○ $2949 - Lowest fare on this flight is Fully Flexible  Refundable | | | |
| **79** | 01:25 pm LHR | 05:55 pm DFW | ○ $2762  Refundable | Unavailable | ○ $8385  3 Seats left | Unavailable |
| **51** | 09:45 am LHR | 01:55 pm DFW | ○ $2762  Refundable | Unavailable | ○ $8385  3 Seats left | Unavailable |
| **6207** Operated by British Airways | 12:00 pm LHR | 02:55 pm YYZ | ○ $2747 - Lowest fare on this flight is Fully Flexible  Refundable | | | |
| **1040** | 06:25 pm YYZ | 08:45 pm DFW | | | | |
| **6195** Operated by British Airways | 12:05 pm LHR | 02:40 pm ORD | ○ $2750 - Lowest fare on this flight is Fully Flexible  Refundable | | | |
| **2345** | 05:15 pm ORD | 07:45 pm DFW | | | | |
| Terminal change | | | | | | |
| **6195** Operated by British Airways | 12:05 pm LHR | 02:40 pm ORD | ○ $2750 - Lowest fare on this flight is Fully Flexible  Refundable | | | |
| **2347** | 06:15 pm ORD | 08:45 pm DFW | | | | |
| Terminal change | | | | | | |
| **6195** Operated by British Airways | 12:05 pm LHR | 02:40 pm ORD | ○ $2750 - Lowest fare on this flight is Fully Flexible  Refundable | | | |
| **2349** | 07:10 pm ORD | 09:35 pm DFW | | | | |
| Terminal change | | | | | | |
| **6195** Operated by British Airways | 12:05 pm LHR | 02:40 pm ORD | Unavailable | ○ $4959  Refundable  1 Seat left | ○ $10100 | ○ $18434 |
| **2339** | 04:30 pm ORD | 06:55 pm DFW | | | | |
| Terminal change | | | | | | |



EARN BONUS ... up to $ ... statemen... and y... checke... fre...

AAdvantage ...
*Learn M...

| Flights | Departure | Arrival | Choice | Premium Economy | Business | First |
|---|---|---|---|---|---|---|
| Sort Options | | | | | | |
| 6130 Operated by British Airways | 12:15 pm LHR | 03:10 pm PHL | ○ $2763 - Lowest fare on this flight is Fully Flexible Refundable | | | |
| 370 | 06:50 pm PHL | 09:35 pm DFW | | | | |

Page 1 of 4   >   >>   Results per page: 10

## More About American

About Us
Corporate Information
Investor Relations
Corporate Responsibility
Join Us
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum
Careers

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
DealFinder
RSS
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
FAQs
Refunds
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy
Legal
Copyright
Site Map
Browser Compatibility

FEEDBACK [+]

Case 6:13-cv-00447-JRG   Document 55-9   Filed 11/05/13   Page 4 of 20 PageID #:  1113

Home    Login    English

**American Airlines**

Plan Travel    Travel Information    AAdvantage    oneworld

Find Flights    Choose Flights    Travelers    Trip Options    Select Seats    Review & Pay    Finish

**Choose Your Departure Flight**

WEDNESDAY
November 06
from **$3124**

All prices are...

| Lowest Fare from $3124 | Refundable from $3166 | Business / First from $10407 |
|---|---|---|

Take a look at... features we've a...

| Flights | Departure | Arrival | Choice | Premium Economy | Business | First |
|---|---|---|---|---|---|---|
| **6188** Operated by British Airways | 10:50 am LHR | 01:45 pm SFO | | ○ $3188 - Lowest fare on this flight is Fully Flexible  Refundable | | |
| **6190** Operated by British Airways | 02:40 pm LHR | 05:30 pm SFO | | ○ $3352 - Lowest fare on this flight is Fully Flexible  Refundable | | |
| **137** | 12:00 pm LHR | 03:15 pm LAX | ○ $3124 | Unavailable | ○ $6036  1 Seat left | ○ $21219  1 Seat left |
| **219** | 06:05 pm LAX | 07:25 pm SFO | | | | |
| Terminal change | | | | | | |
| **137** | 12:00 pm LHR | 03:15 pm LAX | ○ $3124 | Unavailable | ○ $6036 | ○ $21219 |
| **2465** | 07:55 pm LAX | 09:15 pm SFO | | | | |
| Terminal change | | | | | | |
| **6195** Operated by British Airways | 12:05 pm LHR | 02:40 pm ORD | | ○ $3359 - Lowest fare on this flight is Fully Flexible  Refundable | | |
| **1399** | 05:50 pm ORD | 08:20 pm SFO | | | | |
| Terminal change | | | | | | |
| **6195** Operated by British Airways | 12:05 pm LHR | 02:40 pm ORD | | ○ $3359 - Lowest fare on this flight is Fully Flexible  Refundable | | |
| **2457** | 07:40 pm ORD | 10:10 pm SFO | | | | |
| Terminal change | | | | | | |
| **6134** Operated by British Airways | 11:30 am LHR | 02:25 pm JFK | | ○ $3359 - Lowest fare on this flight is Fully Flexible  Refundable  2 Seats left | | |
| **177** | 06:45 pm JFK | 10:10 pm SFO | | | | |
| Terminal change | | | | | | |
| **39** | 12:35 pm LHR | 05:15 pm MIA | ○ $3187 | Unavailable | ○ $6163 | ○ $20042 |
| **69** | 07:40 pm MIA | 10:40 pm SFO | | | | |



**LON** to **SFO**
Wednesday No...

**Shopping Cart**

Your Round-Tr...
**$0 USD**

Baggage and Option...

EARN BONUS up to $ statemen and yo checke fre AAdvanta *Learn M





| Flights | Departure | Arrival | Choice | Premium Economy | Business | First |
|---|---|---|---|---|---|---|
| Sort Options | | | | | | |
| 6142 Operated by British Airways | 01:05 pm LHR | 04:00 pm JFK | $3359 - Lowest fare on this flight is Fully Flexible Refundable 2 Seats left | | | |
| 177 | 06:45 pm JFK | 10:10 pm SFO | | | | |
| Terminal change | | | | | | |
| 47 | 01:15 pm LHR | 03:50 pm ORD | $3124 | Unavailable | $6036 2 Seats left | $20759 2 Seats left |
| 1399 | 05:50 pm ORD | 08:20 pm SFO | | | | |
| Terminal change | | | | | | |

Page 1 of 4 > >> Results per page: 10

## More About American

About Us
Corporate Information
Investor Relations
Corporate Responsibility
Join Us
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum
Careers

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
DealFinder
RSS
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
FAQs
Refunds
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy
Legal
Copyright
Site Map
Browser Compatibility

FEEDBACK [+]

Home

Buy Travel

**Dates and flights** Price Passengers Payment Confirmation

# Outbound flight

Change

London - Dallas Ft Worth (TX) (Dallas)

Tuesday 05 Nov 2013

These are the lowest single adult prices **including** taxes, fees and carrier charges. Prices are quoted in GB Pounds (GBP, £).
Currency converter

We offer you a generous free checked baggage allowance on all these flights.
Extra bags can be taken for a charge

Next Day

| | | | | | | |
|---|---|---|---|---|---|---|
| No flights available | No flights available | Mon 04 Nov from £914 | Tue 05 Nov from £852 | Wed 06 Nov from £852 | Thu 07 Nov from £852 | Fri 08 Nov from £852 |

**Travel Classes**

| Departs | Arrives | Flight Operator | Economy | Premium Economy | Business Class |
|---|---|---|---|---|---|
| **Outbound direct flights** Hide | | | | | |
| 09:45 5 Nov LHR | 13:55 5 Nov DFW | American Airlines BA1504 | Lowest £852 | Not available | Not available |
| 10:45 5 Nov LHR | 14:40 5 Nov DFW | British Airways BA0193 | Lowest £852 | Lowest £1488 | £4282 |
| 13:25 5 Nov LHR | 17:55 5 Nov DFW | American Airlines BA1520 | Lowest £852 | Not available | Not available |
| **Outbound connecting flight options** Hide | | | | | |
| 10:15 5 Nov LHR | 17:15 5 Nov DFW | American Airlines LHR-ORD American Airlines ORD-DFW | £972 | Not available | £2104 |
| 1 Connection Show journey details + | | | | | Total journey time: **13 hours 00 minutes** |
| 10:25 5 Nov LHR | 18:05 5 Nov DFW | British Airways LHR-IAH American Airlines IAH-DFW | £1001 | £1490 | Lowest £1926 |
| 1 Connection Show journey details + | | | | | Total journey time: **13 hours 40 minutes** |
| 11:30 5 Nov LHR | 19:50 5 Nov DFW | British Airways LHR-BOS American Airlines BOS-DFW | £972 | £1490 | £3649 |
| 1 Connection Show journey details + | | | | | Total journey time: **14 hours 20 minutes** |

| Departs | Arrives | Flight Operator | Economy | Premium Economy | Business Class |
|---|---|---|---|---|---|
| 12:05 5 Nov LHR | 18:55 5 Nov DFW | British Airways LHR-ORD  American Airlines ORD-DFW | £972 | £1490 | Not available |
| 1 Connection   Show journey details + | | | | Total journey time: | 12 hours 50 minutes |
| 14:30 5 Nov LHR | 21:25 5 Nov DFW | British Airways LHR-IAH  American Airlines IAH-DFW | £1001 | £1490 | £3649 |
| 1 Connection   Show journey details + | | | | Total journey time: | 12 hours 55 minutes |
| 14:30 5 Nov LHR | 21:55 5 Nov DFW | British Airways LHR-ATL  American Airlines ATL-DFW | £1000 | £1490 | £4284 |
| 1 Connection   Show journey details + | | | | Total journey time: | 13 hours 25 minutes |
| 16:05 5 Nov LHR | 22:35 5 Nov DFW | British Airways LHR-ORD  American Airlines ORD-DFW | £972 | £1490 | £4284 |
| 1 Connection   Show journey details + | | | | Total journey time: | 12 hours 30 minutes |

More flight options

## Inbound flight    [Change]
Dallas Ft Worth (TX) (Dallas) - London
Wednesday 06 Nov 2013

These are the lowest single adult prices **including** taxes, fees and carrier charges.  Prices are quoted in GB Pounds (GBP, £).
   Currency converter

We offer you a generous free checked baggage allowance on all these flights.
Extra bags can be taken for a charge

[Previous Day]    [Next Week]

| No flights available | No flights available | Tue 05 Nov from £964 | Wed 06 Nov from £852 | Thu 07 Nov from £975 | Fri 08 Nov from £975 | Sat 09 Nov from £975 | Travel Classes | | |
|---|---|---|---|---|---|---|---|---|---|
| Departs | Arrives | | Flight Operator | | | | Economy | Premium Economy | Business Class |
| **Inbound direct flights**   Hide | | | | | | | | | |
| 16:45 6 Nov DFW | 07:25 7 Nov LHR | | British Airways BA0192 | | | | Lowest £975 | Lowest £1426 | £4220 |
| 18:35 6 Nov DFW | 09:35 7 Nov LHR | | American Airlines BA1505 | | | | Lowest £975 | Not available | £3585 |
| 20:15 6 Nov DFW | 11:35 7 Nov LHR | | American Airlines BA1521 | | | | Lowest £975 | Not available | Not available |
| **Inbound connecting flight options**   Hide | | | | | | | | | |

British Airways - Choose your flights                                              http://www.britishairways.com/travel/fx/public/en_us?eId=111011&time...

<-- stamp -->

Case 6:13-cv-00447-JRG   Document 55-9   Filed 11/05/13   Page 8 of 20 PageID #: 1117

| Depart | Arrive | Flights | | | |
|---|---|---|---|---|---|
| 06:00 6 Nov DFW | 22:40 6 Nov LHR | American Airlines DFW-ORD  American Airlines ORD-LHR | ○ £976 | Not available | Lowest ○ £2582 |
| **1** Connection | Show journey details + | | | Total journey time: **10 hours 40 minutes** | |
| 11:20 6 Nov DFW | 05:05 7 Nov LHR | American Airlines DFW-BOS  British Airways BOS-LHR | ○ £976 | ○ £1427 | ○ £4221 |
| **1** Connection | Show journey details + | | | Total journey time: **11 hours 45 minutes** | |
| 13:25 6 Nov DFW | 06:50 7 Nov LHR | American Airlines DFW-ORD  British Airways ORD-LHR | ○ £976 | ○ £1427 | ○ £4221 |
| **1** Connection | Show journey details + | | | Total journey time: **11 hours 25 minutes** | |
| 14:10 6 Nov DFW | 07:45 7 Nov LHR | American Airlines DFW-ORD  American Airlines ORD-LHR | ○ £976 | Not available | Not available |
| **1** Connection | Show journey details + | | | Total journey time: **11 hours 35 minutes** | |
| 16:30 6 Nov DFW | 10:10 7 Nov LHR | American Airlines DFW-ORD  British Airways ORD-LHR | ○ £976 | Not available | ○ £4221 |
| **1** Connection | Show journey details + | | | Total journey time: **11 hours 40 minutes** | |
| 18:00 6 Nov DFW | 11:35 7 Nov LHR | American Airlines DFW-ORD  American Airlines ORD-LHR | ○ £976 | Not available | Not available |
| **1** Connection | Show journey details + | | | Total journey time: **11 hours 35 minutes** | |
| 18:55 6 Nov DFW | 11:35 7 Nov LHR | American Airlines DFW-ORD  American Airlines ORD-LHR | ○ £976 | Not available | Not available |
| **1** Connection | Show journey details + | | | Total journey time: **10 hours 40 minutes** | |

More flight options

**ABOUT YOUR FARE**

- Taxes, fees and carrier charges for the entire journey are approximately **£357.55** - **£572.05** per adult and are included in the prices above.
- The prices shown are intended to help you choose your most appropriate journey. The exact total will be shown after you have selected your outbound and inbound flights and may be higher than the amount shown on this page.
- If you choose to pay using a UK billed credit card or PayPal, you will incur a surcharge of £4.50 per passenger.
- If the payment card used is not billed in GB Pounds (GBP, £) there may be a difference between the final amount shown and the amount billed on your statement.
- Prices are quoted in GB Pounds (GBP, £).



3 of 4                                                                                                                                                                 11/4/2013 8:54 AM

Start again

Help and contacts     Accessibility and site help     About BA     Legal     Media Centre     Careers     Corporate Responsibility     Iberia.com     Customer Service and Contingency Plans

BA on Facebook     BA on Twitter     BA on Google+     BA on LinkedIn     © British Airways - all rights reserved

# Buy Travel

Home

| Dates and flights | Price | Passengers | Payment | Confirmation |

## Outbound flight    [Change]
London - San Francisco International (CA)
Tuesday 05 Nov 2013

These are the lowest single adult prices **including** taxes, fees and carrier charges. Prices are quoted in GB Pounds (GBP, £).
Currency converter

We offer you a generous free checked baggage allowance on all these flights.
Extra bags can be taken for a charge

[Next Day]

| No flights available | No flights available | Mon 04 Nov from £1005 | Tue 05 Nov from £986 | Wed 06 Nov from £986 | Thu 07 Nov from £986 | Fri 08 Nov from £986 |

**Travel Classes**

| Departs | Arrives | Flight Operator | Economy | Premium Economy | Business Class |
|---|---|---|---|---|---|
| **Outbound direct flights** Hide | | | | | |
| 10:50 5 Nov LHR | 13:45 5 Nov SFO | British Airways BA0285 | ○ £986 | Lowest ○ £1421 | ○ £4602 |
| 14:40 5 Nov LHR | 17:30 5 Nov SFO | British Airways BA0287 | ○ £986 | Lowest ○ £1421 | ○ £4026 |
| **Outbound connecting flight options** Hide | | | | | |
| 09:45 5 Nov LHR | 17:45 5 Nov SFO | American Airlines LHR-DFW  American Airlines DFW-SFO | ○ £1157 | Not available | Not available |
| 1 Connection   Show journey details + | | | | Total journey time: **16 hours 00 minutes** | |
| 10:15 5 Nov LHR | 18:30 5 Nov SFO | American Airlines LHR-ORD  American Airlines ORD-SFO | Lowest ○ £931 | Not available | Lowest ○ £2634 |
| 1 Connection   Show journey details + | | | | Total journey time: **16 hours 15 minutes** | |
| 10:25 5 Nov LHR | 16:55 5 Nov SFO | British Airways LHR-LAX  American Airlines LAX-SFO | Not available | ○ £1723 | Not available |
| 1 Connection   Show journey details + | | | | Total journey time: **14 hours 30 minutes** | |
| 10:45 5 Nov LHR | 17:45 5 Nov SFO | British Airways LHR-DFW  American Airlines DFW-SFO | ○ £1157 | ○ £1723 | ○ £4604 |
| 1 Connection   Show journey details + | | | | Total journey time: **15 hours 00 minutes** | |







| Departs | Arrives | Flight Operator | Economy | Premium Economy | Business Class |
|---|---|---|---|---|---|
| 10:45 5 Nov LHR | 18:20 5 Nov SFO | British Airways LHR-DFW; American Airlines DFW-SFO | £1157 | £1723 | £4604 |
| 1 Connection | Show journey details + | | | | Total journey time: **15 hours 35 minutes** |
| 10:45 5 Nov LHR | 18:45 5 Nov SFO | American Airlines LHR-JFK; American Airlines JFK-SFO | £959 | Not available | Lowest £2634 |
| 1 Connection | Show journey details + | | | | Total journey time: **16 hours 00 minutes** |
| 12:05 5 Nov LHR | 20:20 5 Nov SFO | British Airways LHR-ORD; American Airlines ORD-SFO | Lowest £931 | £1423 | £4604 |
| 1 Connection | Show journey details + | | | | Total journey time: **16 hours 15 minutes** |
| 13:15 5 Nov LHR | 20:20 5 Nov SFO | American Airlines LHR-ORD; American Airlines ORD-SFO | Lowest £931 | Not available | Lowest £2634 |
| 1 Connection | Show journey details + | | | | Total journey time: **15 hours 05 minutes** |

More flight options

# Inbound flight

Change

San Francisco International (CA) - London

Wednesday 06 Nov 2013

These are the lowest single adult prices **including** taxes, fees and carrier charges. Prices are quoted in GB Pounds (GBP, £).
Currency converter

We offer you a generous free checked baggage allowance on all these flights.
Extra bags can be taken for a charge

Previous Day | Next Week

| | | | | | | |
|---|---|---|---|---|---|---|
| No flights available | No flights available | Tue 05 Nov from £986 | Wed 06 Nov from £986 | Thu 07 Nov from £1091 | Fri 08 Nov from £1091 | Sat 09 Nov from £1091 |

**Travel Classes**

| Departs | Arrives | Flight Operator | Economy | Premium Economy | Business Class |
|---|---|---|---|---|---|
| **Inbound direct flights** | Hide | | | | |
| 16:20 6 Nov SFO | 10:35 7 Nov LHR | British Airways BA0284 | £1148 | Lowest £1541 | £4800 |
| 19:45 6 Nov SFO | 14:00 7 Nov LHR | British Airways BA0286 | £1148 | Lowest £1541 | £4800 |
| **Inbound connecting flight options** | Hide | | | | |

| Depart | Arrive | Flights | | | |
|---|---|---|---|---|---|
| 08:25 6 Nov SFO | 06:50 7 Nov LHR | American Airlines SFO-ORD British Airways ORD-LHR | £1149 | £1542 | Not available |
| 1 Connection | Show journey details + | | | Total journey time: **14 hours 25 minutes** | |
| 09:20 6 Nov SFO | 07:25 7 Nov LHR | American Airlines SFO-DFW British Airways DFW-LHR | Lowest £1043 | £1542 | £4801 |
| 1 Connection | Show journey details + | | | Total journey time: **14 hours 05 minutes** | |
| 10:30 6 Nov SFO | 07:25 7 Nov LHR | American Airlines SFO-DFW British Airways DFW-LHR | Lowest £1043 | £1542 | £4801 |
| 1 Connection | Show journey details + | | | Total journey time: **12 hours 55 minutes** | |
| 10:50 6 Nov SFO | 07:45 7 Nov LHR | American Airlines SFO-ORD American Airlines ORD-LHR | £1149 | Not available | Not available |
| 1 Connection | Show journey details + | | | Total journey time: **12 hours 55 minutes** | |
| 12:10 6 Nov SFO | 09:35 7 Nov LHR | American Airlines SFO-DFW American Airlines DFW-LHR | Lowest £1043 | Not available | Lowest £3847 |
| 1 Connection | Show journey details + | | | Total journey time: **13 hours 25 minutes** | |
| 12:50 6 Nov SFO | 10:10 7 Nov LHR | American Airlines SFO-ORD British Airways ORD-LHR | £1149 | Not available | £4801 |
| 1 Connection | Show journey details + | | | Total journey time: **13 hours 20 minutes** | |
| 13:20 6 Nov SFO | 11:15 7 Nov LHR | American Airlines SFO-LAX British Airways LAX-LHR | £1149 | Not available | £4801 |
| 1 Connection | Show journey details + | | | Total journey time: **13 hours 55 minutes** | |
| 17:40 6 Nov SFO | 14:55 7 Nov LHR | American Airlines SFO-LAX British Airways LAX-LHR | £1149 | £1542 | Not available |
| 1 Connection | Show journey details + | | | Total journey time: **13 hours 15 minutes** | |

More flight options

## ABOUT YOUR FARE

- Taxes, fees and carrier charges for the entire journey are approximately **£382.05 - £572.05** per adult and are included in the prices above.
- The prices shown are intended to help you choose your most appropriate journey. The exact total will be shown after you have selected your outbound and inbound flights and may be higher than the amount shown on this page.

Continue



Case 6:13-cv-00447-JRG   Document 55-9   Filed 11/05/13   Page 13 of 20 PageID #:  1122

- If you choose to pay using a UK billed credit card or PayPal, you will incur a surcharge of £4.50 per passenger.
- If the payment card used is not billed in GB Pounds (GBP, £) there may be a difference between the final amount shown and the amount billed on your statement.
- Prices are quoted in GB Pounds (GBP, £).

Start again

Help and contacts　　Accessibility and site help　　About BA　　Legal　　Media Centre　　Careers　　Corporate Responsibility　　Iberia.com　　Customer Service and Contingency Plans

BA on Facebook　　BA on Twitter　　BA on Google+　　BA on LinkedIn　　© British Airways - all rights reserved



| Flight # / Carrier | Depart | Arrive | Stops | Travel time | Economy Non-refundable | Economy Flexible | Envoy Non-refundable | Envoy Flexible |
|---|---|---|---|---|---|---|---|---|
| 2009<br>897 | 5:15 PM PHL<br>8:15 PM CLT | 6:57 PM CLT<br>10:04 PM DFW | (2) | 15h 59m Seats | $1,086 | $1,557 | $4,093 | $4,494 |
| 729<br>2009<br>425 | 12:05 PM LHR<br>5:15 PM PHL<br>10:14 PM CLT | 3:30 PM PHL<br>6:57 PM CLT<br>11:57 PM DFW | (2) | 17h 52m Seats | $1,086 | $1,557 | $4,169 | $4,662 |

## Return

Need help? Call 800-327-7810.

**Dallas/Fort Worth, TX (DFW Airport) → London, United Kingdom (Heathrow)**

Date: Thursday, November 07, 2013

| Flight # / Carrier | Depart | Arrive | Stops | Travel time | Economy Non-refundable | Economy Flexible | Envoy Non-refundable | Envoy Flexible |
|---|---|---|---|---|---|---|---|---|
| 2063<br>730 | 10:20 AM DFW<br>6:15 PM CLT | 1:42 PM CLT<br>7:05 AM LHR | (1) | 14h 45m Seats | $896 | $1,367 | Sold Out | $4,364 |
| 1773<br>730 | 12:14 PM DFW<br>6:15 PM CLT | 3:35 PM CLT<br>7:05 AM LHR | (1) | 12h 51m Seats | $896 | $1,367 | Sold Out | $4,364 |
| 555<br>728 | 12:56 PM DFW<br>9:15 PM PHL | 5:05 PM PHL<br>9:25 AM LHR | (1) | 14h 29m Seats | $898 | $1,368 | Not Available | $4,197 |
| 724<br>730 | 1:55 PM DFW<br>6:15 PM CLT | 5:18 PM CLT<br>7:05 AM LHR | (1) | 11h 10m Seats | $896 | $1,367 | Sold Out | $4,364 |
| 1890<br>728 | 3:20 PM DFW<br>9:15 PM PHL | 7:30 PM PHL<br>9:25 AM LHR | (1) | 12h 5m Seats | $898 | $1,368 | Not Available | $4,197 |
| 7604<br>*Operated by Shuttle America dba United Express*<br>1829<br>730 | 9:52 AM DFW<br><br>2:00 PM ORD<br>6:15 PM CLT | 12:07 PM ORD<br><br>4:52 PM CLT<br>7:05 AM LHR | (2) | 15h 13m Seats | Not Available | $2,190 | Sold Out | $5,212 |
| 1773<br>830 | 12:14 PM DFW<br>5:50 PM CLT | 3:35 PM CLT<br>7:25 PM PHL | (2) | 15h 11m Seats | $903 | $1,374 | $3,802 | $4,371 |





| Flight | Depart | Arrive | | Duration | | | | |
|---|---|---|---|---|---|---|---|---|
| 731 | 9:55 AM LHR | 2:10 PM CLT | | | | | | |
| 2095 | 4:10 PM CLT | 5:11 PM ORD | (2) | 19h 50m Seats | ○ $992 | ○ $1,644 | ○ $3,945 | ○ $5,066 |
| 6175 | 7:01 PM ORD | 9:45 PM SFO | | | | | | |
| Operated by United | | | | | | | | |
| 731 | 9:55 AM LHR | 2:10 PM CLT | | | | | | |
| 835 | 5:50 PM CLT | 8:25 PM PHX | (2) | 20h 34m Seats | ○ $992 | ○ $1,644 | ○ $4,686 | ○ $5,066 |
| 736 | 9:15 PM PHX | 10:29 PM SFO | | | | | | |
| 731 | 9:55 AM LHR | 2:10 PM CLT | | | | | | |
| 2095 | 4:10 PM CLT | 5:11 PM ORD | (2) | 20h 54m Seats | ○ $992 | ○ $1,644 | ○ $3,945 | ○ $5,066 |
| 6081 | 8:15 PM ORD | 10:49 PM SFO | | | | | | |
| Operated by United | | | | | | | | |
| 731 | 9:55 AM LHR | 2:10 PM CLT | | | | | | |
| 2873 | 4:15 PM CLT | 6:12 PM AUS | (2) | 20h 5m Seats | ○ $1,434 | ○ $1,934 | ○ $4,202 | ○ $7,067 |
| Operated by Mesa Airlines dba US Airways Express | | | | | | | | |
| 7693 | 8:02 PM AUS | 10:00 PM SFO | | | | | | |
| Operated by Skywest Airlines dba United Express | | | | | | | | |
| 731 | 9:55 AM LHR | 2:10 PM CLT | | | | | | |
| 2896 | 4:10 PM CLT | 5:27 PM IAD | (2) | 20h 57m Seats | Not Available | ○ $2,883 | Not Available | ○ $6,402 |
| Operated by Mesa Airlines dba US Airways Express | | | | | | | | |
| 6471 | 7:59 PM IAD | 10:52 PM SFO | | | | | | |
| Operated by United | | | | | | | | |
| 729 | 12:05 PM LHR | 3:30 PM PHL | | | | | | |
| 2009 | 5:15 PM PHL | 6:57 PM CLT | (2) | 18h 37m Seats | ○ $992 | ○ $1,644 | ○ $3,884 | ○ $4,668 |
| 827 | 7:59 PM CLT | 10:42 PM SFO | | | | | | |
| 729 | 12:05 PM LHR | 3:30 PM PHL | | | | | | |
| 7459 | 8:00 PM PHL | 9:10 PM IAD | | | | | | |
| Operated by Trans States Airlines dba United Express | | | (2) | 21h 10m Seats | ○ $994 | ○ $1,645 | Not Available | ○ $5,067 |
| 6535 | 10:14 PM IAD | 1:15 AM SFO | | | | | | |
| Operated by United | | | | | | | | |

## Return

Need help? Call 800-327-7810.

**San Francisco, CA → London, United Kingdom (Heathrow)**
Date: Thursday, November 07, 2013

| Flight # / Carrier | Depart | Arrive | Stops | Travel time | Economy Non-refundable | Economy Flexible | Envoy Non-refundable | Envoy Flexible |
|---|---|---|---|---|---|---|---|---|
| 1734 | 7:25 AM SFO | 3:22 PM CLT | (1) | 15h 40m  Seats | ○ $803 | ○ $1,454 | Sold Out | ○ $4,768 |
| 730 | 6:15 PM CLT | 7:05 AM LHR | | | | | | |
| 710 | 8:20 AM SFO | 4:38 PM PHL | (1) | 17h 5m  Seats | ○ $804 | ○ $1,455 | Not Available | ○ $4,371 |
| 728 | 9:15 PM PHL | 9:25 AM LHR | | | | | | |
| 835 | 8:56 AM SFO | 4:50 PM CLT | (1) | 14h 9m  Seats | ○ $803 | ○ $1,454 | Sold Out | ○ $4,768 |
| 730 | 6:15 PM CLT | 7:05 AM LHR | | | | | | |
| 403 | 10:50 AM SFO | 7:10 PM PHL | (1) | 14h 35m  Seats | ○ $804 | ○ $1,455 | Not Available | ○ $4,371 |
| 728 | 9:15 PM PHL | 9:25 AM LHR | | | | | | |
| 6779 Operated by United | 5:44 AM SFO | 9:11 AM DEN | (2) | 17h 21m  Seats | ○ $810 | ○ $1,431 | Sold Out | ○ $4,775 |
| 472 | 12:10 PM DEN | 5:15 PM CLT | | | | | | |
| 730 | 6:15 PM CLT | 7:05 AM LHR | | | | | | |
| 489 | 6:00 AM SFO | 8:55 AM PHX | (2) | 17h 5m  Seats | ○ $810 | ○ $1,461 | Sold Out | ○ $4,775 |
| 424 | 10:58 AM PHX | 4:50 PM CLT | | | | | | |
| 730 | 6:15 PM CLT | 7:05 AM LHR | | | | | | |
| 6900 Operated by United | 6:35 AM SFO | 12:44 PM ORD | (2) | 16h 30m  Seats | ○ $810 | ○ $1,461 | Sold Out | ○ $4,775 |
| 1829 | 2:00 PM ORD | 4:52 PM CLT | | | | | | |
| 730 | 6:15 PM CLT | 7:05 AM LHR | | | | | | |
| 6900 Operated by United | 6:35 AM SFO | 12:44 PM ORD | (2) | 18h 50m  Seats | ○ $811 | ○ $1,462 | Not Available | ○ $4,776 |
| 798 | 4:15 PM ORD | 7:13 PM PHL | | | | | | |
| 728 | 9:15 PM PHL | 9:25 AM LHR | | | | | | |

| Flight | | Depart | Arrive | Stops | Duration | Coach | | | |
|---|---|---|---|---|---|---|---|---|---|
| 728 | | 9:15 PM PHL | 9:25 AM LHR | | | | | | |
| 1734 | WiFi | 7:25 AM SFO | 3:22 PM CLT | | | | | | |
| 830 | | 5:50 PM CLT | 7:25 PM PHL | (2) | 18h 0m Seats | ○ $810 | ○ $1,461 | ○ $3,593 | ○ $4,775 |
| 728 | | 9:15 PM PHL | 9:25 AM LHR | | | | | | |
| 6197 UA Operated by United | | 7:27 AM SFO | 10:25 AM PHX | | | | | | |
| 1803 | | 11:55 AM PHX | 6:15 PM PHL | (2) | 17h 58m Seats | ○ $811 | ○ $1,462 | Not Available | ○ $4,776 |
| 728 | | 9:15 PM PHL | 9:25 AM LHR | | | | | | |
| 6864 UA Operated by United | | 8:20 AM SFO | 11:54 AM DEN | | | | | | |
| 1838 | WiFi | 1:45 PM DEN | 7:16 PM PHL | (2) | 17h 5m Seats | ○ $811 | ○ $1,432 | Not Available | ○ $4,776 |
| 728 | | 9:15 PM PHL | 9:25 AM LHR | | | | | | |
| 835 | WiFi | 8:56 AM SFO | 4:50 PM CLT | | | | | | |
| 830 | | 5:50 PM CLT | 7:25 PM PHL | (2) | 16h 29m Seats | ○ $810 | ○ $1,461 | ○ $3,593 | ○ $4,775 |
| 728 | | 9:15 PM PHL | 9:25 AM LHR | | | | | | |
| 1725 | WiFi | 9:15 AM SFO | 12:08 PM PHX | | | | | | |
| 421 | WiFi | 1:10 PM PHX | 7:35 PM PHL | (2) | 16h 10m Seats | ○ $811 | ○ $1,462 | Not Available | ○ $4,776 |
| 728 | | 9:15 PM PHL | 9:25 AM LHR | | | | | | |



Legend

US Airways            Alert message

ase