Exhibit I



Shop Travel ⌄        Account ⌄    Scratchpad 5    Itineraries    Support ⌄

Home    Vacation Packages    Hotels    Cars    Flights    Cruises    Things to Do    Deals

Groupon Getaways    Rewards    Mobile    More ⌄

🚗 Dallas, TX (DFW-Dallas-Fort Worth Intl.) Jan 5 - Jan 9                              Change Search ⌄

# Cars at Dallas airport

All cars include automatic transmission, unlimited mileage and air conditioning

✔Book Now, Pay Later    ✔Free Cancellation

Total includes taxes and fees.

| | **Dollar** Shuttle | **Thrifty** Shuttle | **Budget** Shuttle | **Alamo** Shuttle | **National** Shuttle | **enterprise** Shuttle |
|---|---|---|---|---|---|---|
| Economy | $31 daily $190 total | $31 daily $190 total | $34 daily $210 total | $35 daily $214 total | $43 daily $255 total | $43 daily $255 total |
| Compact | $32 daily $195 total | $32 daily $195 total | $35 daily $215 total | $36 daily $219 total | $47 daily $273 total | $47 daily $273 total |
| Midsize | $33 daily $200 total | $33 daily $200 total | $36 daily $220 total | $37 daily $224 total | $49 daily $285 total | $49 daily $285 total |
| Standard | $35 daily $209 total | $35 daily $209 total | $41 daily $249 total | $49 daily $286 total | $51 daily $297 total | $51 daily $297 total |
| Full Size | $35 daily $214 total | $35 daily $214 total | $41 daily $249 total | $49 daily $286 total | $51 daily $297 total | $51 daily $297 total |
| Premium | $47 daily $275 total | $47 daily $275 total | $73 daily $414 total | $76 daily $422 total | $84 daily $464 total | $84 daily $464 total |
| | **Dollar** | **Thrifty** | **Budget** | **Alamo** | **National** | **enterprise** |
| Midsize SUV | $57 daily $322 total | $57 daily $322 total | $74 daily $419 total | $74 daily $414 total | $95 daily $517 total | $94 daily $517 total |

SPONSORED LISTINGS

**$6.50/day DFW Rentals**
you-will.pay-less.at/Dallas+Airport
For: Automatic, A/C, Insurance Zero Excess, Free Miles, All Taxes

**Thrifty® Dallas**
www.thrifty.com/
Book Now & Save 15% on Select Compact through Premium Vehicles!

**$49.95/week DFW Rentals**
best.dallas.airportrental.us/deals
Dallas Car Rental Deals This Mth. Full Insurance, A/C, All Ta

**$10/Day Economy Cars**
www.carrentals.com/DallasCarRental
Compare Rates from Over 25 Rental Car Companies. Book a
Save Today.

**Car Rentals Dallas Texas**
www.carrental8.com/Dallas-Texas
$10/day Rental Cars in Dallas Texas Unlimited Mileage, New Rental Cars!

**$8 A Day Car Rentals**
www.farespotter.net/Dallas-Car-Deals
Pickup From All Major US Airports. Book Your Rental From $8 A Day!

| | Dollar | Thrifty | Budget | Alamo | National | Enterprise |
|---|---|---|---|---|---|---|
| **Mini Van** | $119 daily $642 total | $119 daily $642 total | $85 daily $475 total | $98 daily $536 total | $111 daily $603 total | $111 daily $603 total |
| **Luxury** | $92 daily $504 total | $92 daily $504 total | $94 daily $521 total | $98 daily $536 total | $111 daily $603 total | $111 daily $603 total |
| **Full Size SUV** | $94 daily $512 total | $94 daily $512 total | No Results | $114 daily $619 total | $115 daily $620 total | $115 daily $620 total |
| **Premium Pickup** | No Results | No Results | No Results | $109 daily $594 total | $114 daily $619 total | $129 daily $773 total |
| **Premium SUV** | $112 daily $607 total | $112 daily $607 total | No Results | $133 daily $712 total | $133 daily $713 total | $133 daily $713 total |
| **Full Size Van** | No Results | No Results | $190 daily $1,012 total | $119 daily $645 total | $124 daily $671 total | $125 daily $676 total |
| **Standard Convertible** | $120 daily $649 total | $120 daily $649 total | $141 daily $761 total | No Results | No Results | No Results |
| **Special** | $32 daily $195 total | $32 daily $195 total | No Results | No Results | No Results | No Results |

About Expedia   Rewards   Jobs   Investor Relations   Advertising   Media Room   About Our Ads   Privacy Policy   Terms of Use
Site Map
Partner Services
Global Sites  ⌄
Other Links  ⌄
Expedia, Inc. is not responsible for content on external Web sites. ©2013 Expedia, Inc. All rights reserved.



San Francisco, CA (SFO-San Francisco Intl.) Jan 5 - Jan 11                    Change Search ⌄

# Cars at San Francisco airport

All cars include automatic transmission, unlimited mileage and air conditioning

✔ Book Now, Pay Later    ✔ Free Cancellation

Total includes taxes and fees.                          1 - 8 out of 10        **Next ›**

| | ADVANTAGE | DOLLAR | Thrifty | enterprise | Alamo | Budget |
|---|---|---|---|---|---|---|
| | Shuttle | Shuttle | Shuttle | Shuttle | Shuttle | Shuttle |
| **Economy** | $35 daily $280 total | $48 daily $379 total | $48 daily $379 total | $58 daily $459 total | $56 daily $439 total | $56 daily $445 total |
| **Mini Van** | $69 daily $539 total | $78 daily $606 total | $78 daily $606 total | $73 daily $571 total | $92 daily $714 total | $97 daily $752 total |
| **Compact** | $36 daily $290 total | $48 daily $384 total | $48 daily $384 total | $60 daily $472 total | $57 daily $452 total | $58 daily $458 total |
| **Midsize** | $37 daily $300 total | $49 daily $389 total | $49 daily $389 total | $62 daily $484 total | $59 daily $464 total | $60 daily $470 total |
| **Standard** | $37 daily $300 total | $50 daily $394 total | $50 daily $394 total | $61 daily $478 total | $58 daily $458 total | $64 daily $500 total |
| **Full Size** | $40 daily $319 total | $50 daily $394 total | $50 daily $394 total | $62 daily $484 total | $59 daily $464 total | $64 daily $500 total |
| | ADVANTAGE | DOLLAR | Thrifty | enterprise | Alamo | Budget |
| **Standard Convertible** | $45 daily $357 total | $51 daily $404 total | $51 daily $404 total | $50 daily $397 total | $82 daily $636 total | $81 daily $636 total |

SPONSORED LISTINGS

**Cheap Car Rentals**
www.kayak.com/RentalCars
Don't Overpay For Your **Car Rental**. Compare 100s Of **Car Rental** Rates.

**San Francisco Car Rentals**
www.economybookings.com/San-Francisco
Compare Best **Car Rental** Brands. $12/Day **Rental Cars** @ SFO Airport

**Cheap San Fran Car Rental**
www.fireflycarrental.com/SanFrancisco
Cheap SF **Car Rental** Base Rates! $14.99/Weekend Day unt 11/21

**One Way Rentals at SAN**
www.thrifty.com/San_Diego_Airport
Act Now & Get Our Best **Rental** Rate. Thrifty Saves When Yc Book Direct!

**SFO Airport Car Rentals**
www.lowfares.com/San-Francisco
Today's Lowest Rate – $11.95 Book Now for the Lowest Rates!

**Rent Cars From $11.95/Day**
www.hotwire.com/Rental-Cars
Deep Discounts for Price Conscious Travellers. Book Any **Car** Now.

| | | | | | | |
|---|---|---|---|---|---|---|
| Premium | No Results | $85 daily $661 total | $85 daily $661 total | $101 daily $783 total | $98 daily $763 total | $100 daily $776 total |
| Special Sports car | No Results | No Results | No Results | No Results | No Results | No Results |
| Luxury | No Results | $125 daily $967 total | $125 daily $967 total | $125 daily $964 total | $123 daily $944 total | $122 daily $945 total |
| Compact SUV | $66 daily $520 total | No Results | No Results | No Results | No Results | No Results |
| | ADVANTAGE | Dollar | Thrifty | enterprise | Alamo | Budget |
| Premium Van | No Results | No Results | No Results | No Results | No Results | No Results |
| Midsize SUV | $70 daily $545 total | $87 daily $676 total | $87 daily $676 total | $72 daily $559 total | $83 daily $646 total | $92 daily $716 total |
| Standard SUV | $70 daily $548 total | $69 daily $540 total | $69 daily $540 total | $78 daily $607 total | $81 daily $633 total | $81 daily $633 total |
| Full Size SUV | $74 daily $580 total | $86 daily $670 total | $86 daily $670 total | $97 daily $754 total | $99 daily $765 total | $115 daily $893 total |
| Standard Pickup | No Results | No Results | No Results | No Results | No Results | No Results |
| Premium Pickup | No Results | No Results | No Results | No Results | No Results | No Results |

About Expedia | Reviews    Jobs | Investor Relations | Advertising    Media Room | About Our Ads | Privacy Policy    Terms of Use

Site Map

**Partner Services** ⌄

**Global Sites** ⌄

**Other Links** ⌄

Expedia, Inc. is not responsible for content on external Web sites. ©2013 Expedia, Inc. All rights reserved.

| | ADVANTAGE Shuttle | DOLLAR Shuttle | Thrifty Shuttle | enterprise Shuttle | Alamo Shuttle | Budget Shuttle |
|---|---|---|---|---|---|---|
| **Premium SUV** | **$100** daily $778 total | **$103** daily $799 total | **$103** daily $799 total | **$93** daily $719 total | **$93** daily $719 total | **$107** daily $829 total |
| **Full Size Van** | No Results | No Results | No Results | No Results | No Results | **$134** daily $1,034 total |
| **Standard Special** | No Results | No Results | No Results | **$127** daily $980 total | No Results | No Results |
| **Premium SUV** | No Results | No Results | No Results | No Results | **$220** daily $1,686 total | No Results |
| **Special** | No Results | **$48** daily $384 total | **$48** daily $384 total | No Results | No Results | No Results |