Exhibit J



Start of main content. Read on from here or press tab to access the next link



View on map

# San Francisco, California, United States

Sun 5 - Sat 11, January 2014 , 6 nights 1 room, 2 adults, Change search

Destination, hotel or landmark

San Francisco, California, United

Check in

01/05/14

Check out

01/11/14

Nights

6

Rooms

1

| | **Adults** | **Children** |
|---|---|---|
| Room 1: | Number of adults in Room 0 | Number of children in Room 0 |
| | 2   age 18+ | 0   0-17 |

Search    Cancel

- Most popular
- Star ratings
  - High to low
  - Low to high
- Distance Distance
- Guest rating
- Price
  - High to low
  - Low to high

Sorted by Best Sellers

## Landmarks

- City center
- Alcatraz Island
- Aquarium of the Bay
- AT&T Park
- Bay Bridge
- Candlestick Park
- Downtown San Francisco
- Embarcadero
- Fishermans Wharf Cable Car Turnaround
- Ghirardelli Square
- Golden Gate Bridge

- Golden Gate Park
- Lombard Street
- Moscone Convention Center
- Pier 39
- Presidio of San Francisco
- San Francisco Art Institute
- San Francisco City Hall
- San Francisco State University
- Westfield San Francisco Center Shopping Mall

## Stations

- 16th Street Mission Station
- 24th Street Mission Station
- Balboa Park Station
- Civic Center Station
- Colma Station
- Daly City Station
- Embarcadero Station
- Ferry Building Station
- Glen Park Station
- Millbrae Station
- Montgomery St. Station

- Powell St. Station
- San Bruno Metro Station
- San Bruno Station
- San Francisco 22nd Street Station
- San Francisco 4th and King Station
- San Francisco Bayshore Station
- San Francisco Intl. Airport Station
- South San Francisco Metro Station
- South San Francisco Station

## Airports

- San Francisco International Airport (SFO)

## Narrow results:

## **Narrow results**

**443** hotels match your search results

**Name contains**

Hotel name…

**Average Nightly Rate**

**$0 to $500+**

0

500

**Star rating**

☐ 5

☐ 4

☐ 3

☐ 2

☐ 1

**Guest rating**

0 to 5

0

5

**Neighborhood**

☐ Union Square

☐ Fisherman's Wharf

☐ Financial District - Ferry Building

☐ South of Market

☐ Marina District

☐ Civic Center

☐ Chinatown

☐ Theater District

**Landmarks**

0.5 miles    from

☐ City center

☐ San Francisco International Airport (SFO)

☐ Fishermans Wharf Cable Car Turnaround

☐ Lombard Street

☐ Moscone Convention Center

☐ Pier 39

☐ Downtown San Francisco

☐ Golden Gate Park

☐ Embarcadero

☐ Candlestick Park

☐ Presidio of San Francisco

☐ AT&T Park

☐ Golden Gate Bridge

☐ Aquarium of the Bay

☐ Alcatraz Island

☐ Westfield San Francisco Center Shopping Mall

☐ Bay Bridge

☐ South San Francisco Station

☐ San Francisco City Hall

☐ South San Francisco Metro Station

**Accommodation type**

- All inclusive
- Apart-hotel
- Apartment
- Bed and Breakfast
- Hostel
- Hotel
- Inn
- Motel
- Resort
- Vacation home / Condo

**Amenities**

- Airport transfers
- Bar
- Bathtub in room
- Business facilities
- Childcare
- Connecting rooms available
- Cribs available
- Free Breakfast
- Free wifi
- Gym
- Internet Access
- Meeting Facilities
- Non-smoking
- Pet Friendly
- Pool
- Restaurant
- Smoking areas
- Spa

**Themes / types**

- ☐ Adventure
- ☐ Beach
- ☐ Boutique
- ☐ Business
- ☐ Family-friendly
- ☐ Golf
- ☐ Historic
- ☐ LGBT Welcoming
- ☐ Luxury
- ☐ Romantic
- ☐ Self-catering
- ☐ Shopping
- ☐ Spa Hotel

**Accessibility Features**

- ☐ Accessibility equipment for the deaf
- ☐ Accessible bathroom
- ☐ Accessible path of travel
- ☐ Braille or raised signage
- ☐ Handicapped parking
- ☐ In-room accessibility
- ☐ Roll-in shower

Update results

**Why book with us?**

- Hotels.com doesn't charge cancellation fees
- Best Price Guarantee
- We're just a phone call away: 1-866-678-6350





1
0

- **Radisson Hotel Fisherman's Wharf**

  250 Beach St San Francisco, California, 94133 United States, 866-925-1043



[3 stars](#)

welcomerewards™

Good
**3.9** / 5

**1373**
customer reviews

Sponsored Listing

average nightly rate

Select

- **Stanford Court San Francisco** Last booked 1 hour ago

905 California Street San Francisco, CA, 94108 United States, 1-866-573-4235

[4 stars](#)          Welcome Rewards™

Excellent
**4.1** / 5

**217**
customer reviews

~~$202~~ **$172**
nightly price
$30 saving
**FREE** cancellation

Select

- **Chancellor Hotel on Union Square** Last booked 6 hours ago

433 Powell St San Francisco, CA, 94102 United States, 1-866-678-6350

[3 stars](#)          Welcome Rewards™

Excellent
**4.3** / 5

**1,114**
customer reviews

~~$149~~ **$139**
nightly price
$10 saving
**FREE** cancellation

Select

  Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour  ▶View more

- **The Westin St Francis on Union Square** Last booked 6 hours ago

335 Powell Street San Francisco, CA, 94102 United States, 1-866-767-0278



4 stars      Welcome Rewards™

| Excellent |
| **4.1** / 5 |

**889**
customer reviews

~~$169~~ **$135**
nightly price
$34 saving

[ Select ]

- **Handlery Union Square Hotel** **Last booked 2 hours ago**
  351 Geary St San Francisco, CA, 94102 United States, 1-866-925-4159



3.5 stars      Welcome Rewards™

| Excellent |
| **4.0** / 5 |

**1,243**
customer reviews

~~$241~~ **$169**
nightly price
$72 saving

[ Select ]

- **Hotel Diva** **Last booked 3 hours ago**
  440 Geary St San Francisco, CA, 94102 United States, 1-866-925-8676



3.5 stars      Welcome Rewards™

| Excellent |
| **4.0** / 5 |

**769**
customer reviews

~~$199~~ **$149**
nightly price
$50 saving
**FREE** cancellation

[ Select ]

- **Kensington Park Hotel** **Last booked 3 hours ago**
  450 Post St San Francisco, CA, 94102 United States, 1-866-538-0251



3 stars                    Welcome Rewards™

| Excellent |
| 4.3 / 5 |

**655**
customer reviews

~~$199~~ **$149**
nightly price
$50 saving
**FREE** cancellation

Select

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ▶ View more

- **Orchard Garden Hotel**
  466 Bush St San Francisco, CA, 94108 United States, 1-866-538-1314



3.5 stars                  Welcome Rewards™

| Excellent |
| 4.5 / 5 |

**415**
customer reviews

~~$189~~ **$170**
nightly price
$19 saving

Select

- **The Mosser**
  54 4th Street San Francisco, CA, 94103 United States, 1-866-538-6252

2.5 stars                  Welcome Rewards™

| Good |
| 3.9 / 5 |

**1,320**
customer reviews

~~$129~~ **$114**
nightly price
$15 saving
**FREE** cancellation
2 rooms left  Select

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ▶ View more

- **The Opal - San Francisco** Last booked 1 hour ago

1050 Van Ness Ave San Francisco, CA, 94109 United States, 1-866-538-9298



2.5 stars                    Welcome Rewards™

Good
**3.8** / 5

**1,287**
customer reviews

~~$199~~ **$89**
nightly price
Great Rate
**FREE** cancellation

Select

- **Hotel Stratford** Last booked 16 hours ago

242 Powell St San Francisco, CA, 94102 United States, 1-866-539-5067



2 stars                    Welcome Rewards™

Good
**3.9** / 5

**698**
customer reviews

~~$229~~ **$141**
nightly price
Great Rate
**FREE** cancellation

Select

🚌 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ❯View more

- **Sir Francis Drake, a Kimpton Hotel** Last booked 1 hour ago

450 Powell Street San Francisco, CA, 94102 United States, 1-866-539-9234



4 stars                    Welcome Rewards™

Excellent
**4.0** / 5

**823**
customer reviews

~~$229~~ **$183**
nightly price
$46 saving
**FREE** cancellation

Select

- **Hotel Nikko San Francisco**

222 Mason St San Francisco, CA, 94102 United States, 1-866-582-3258



4 stars  Welcome Rewards™

> Excellent
> **4.3** / 5

**1,795**
customer reviews

~~$589~~ **$222**
nightly price
Great Rate
**FREE** cancellation
1 room left [ Select ]

- **Hotel Whitcomb, A Historic Hotel of America** Booked 1 hour ago

1231 Market St San Francisco, CA, 94103 United States, 1-866-711-3751



3.5 stars  Welcome Rewards™

> Good
> **3.2** / 5

**1,799**
customer reviews

~~$215~~ **$129**
nightly price
$86 saving
**FREE** cancellation
[ Select ]

- **Hotel Monaco San Francisco, a Kimpton Hotel** Last booked 2 hours ago

501 Geary St San Francisco, CA, 94102 United States, 1-866-925-0548



4 stars  Welcome Rewards™

> Excellent
> **4.4** / 5

**380**
customer reviews

~~$239~~ **$179**
nightly price
$60 saving
[ Select ]

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour ➤ View more

- **Hotel Mark Twain**

345 Taylor St San Francisco, CA, 94102 United States, 1-866-925-4218



3 stars        Welcome Rewards™

> Good
> **3.5** / 5

**824**
customer reviews

~~$339~~ **$132**
nightly price
Great Rate
**FREE** cancellation
1 room left   Select

- **Orchard Hotel** Last booked 1 hour ago

665 Bush St San Francisco, CA, 94108 United States, 1-866-925-8709



3.5 stars        Welcome Rewards™

> Excellent
> **4.5** / 5

**467**
customer reviews

~~$209~~ **$188**
nightly price
$21 saving
Select

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▸View more

- **The Fairmont San Francisco** Last booked 1 hour ago

950 Mason Street Atop Nob Hill San Francisco, CA, 94108 United States, 1-866-538-0157



4.5 stars        Welcome Rewards™

> Excellent
> **4.4** / 5

**993**
customer reviews

~~$274~~ **$233**
nightly price
$41 saving
Select

- **Parc 55 Wyndham San Francisco - Union Square** Booked 1

**hour ago**

55 Cyril Magnin St San Francisco, CA, 94102 United States, 1-866-538-0192



4 stars            Welcome Rewards™

Excellent
**4.2** / 5

**2,604**
customer reviews

$429 **$232**
nightly price
Great Rate
**FREE** cancellation

Select

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ▶ View more

- **Clift** Last booked 2 hours ago

495 Geary St San Francisco, CA, 94102 United States, 1-866-538-0294



4 stars            Welcome Rewards™

Excellent
**4.2** / 5

**931**
customer reviews

$249 **$212**
nightly price
$37 saving

Select

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ▶ View more

- **Hotel Union Square** Last booked 3 hours ago

114 Powell St San Francisco, CA, 94102 United States, 1-866-538-0315



3.5 stars            Welcome Rewards™

Good
**3.9** / 5

**683**
customer reviews

$186 **$140**
nightly price
$46 saving
**FREE** cancellation

Select

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶View more

○ **BridgePoint Inn Daly City**

3255 Geneva Ave Daly City, CA, 94014 United States, 866-925-1474



2 stars

welcomerewards™

| Fair |
| **2.7** / 5 |

49

customer reviews

Sponsored Listing

average nightly rate

Select

○ **Grand Hyatt San Francisco Union Square**

345 Stockton St San Francisco, California, 94108 United States, 866-925-2508



4 stars

welcomerewards™

| Excellent |
| **4.4** / 5 |

546

customer reviews

Sponsored Listing

**$259**

average nightly rate

Select

• **The Westin San Francisco Market Street** Last booked 2 hours ago

50 3rd St San Francisco, CA, 94103 United States, 1-866-538-1351



4 stars                    Welcome Rewards™

| Excellent |
| **4.3** / 5 |

2,016
customer reviews

$232 **$209**

nightly price

$23 saving

**FREE** cancellation

Select

- **Executive Hotel Vintage Court** Booked 1 hour ago

650 Bush Street San Francisco, CA, 94108 United States, 1-866-538-2362



3 stars                          Welcome Rewards™

> Good
> 3.7 / 5

**864**
customer reviews

~~$294~~ **$159**
nightly price
Great Rate
**FREE** cancellation

[ Select ]

🚌 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶ View more

- **The Pickwick Hotel** Booked 1 hour ago

85 5th St San Francisco, CA, 94103 United States, 1-866-538-6218



3 stars                          Welcome Rewards™

> Good
> 3.7 / 5

**608**
customer reviews

~~$349~~ **$139**
nightly price
Great Rate
**FREE** cancellation

[ Select ]

🚌 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶ View more

- **The Powell Hotel** Booked 1 hour ago

28 Cyril Magnin St San Francisco, CA, 94102 United States, 1-866-538-6315



3 stars                          Welcome Rewards™

> Good
> 3.4 / 5

**715**
customer reviews

~~$219~~ **$99**
nightly price
Great Rate
**FREE** cancellation

Select

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ❯View more

- **Hotel Carlton, a Joie de Vivre Boutique Hotel** Booked 1 hour ago

1075 Sutter St San Francisco, CA, 94109 United States, 1-866-538-9367



3 stars                                Welcome Rewards™

Good
**3.9** / 5

**1,082**
customer reviews

$139 **$111**
nightly price
$28 saving
**FREE** cancellation

Select

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ❯View more

- **Serrano Hotel, a Kimpton Hotel**

405 Taylor St San Francisco, CA, 94102 United States, 1-866-573-4235



3.5 stars                              Welcome Rewards™

Excellent
**4.3** / 5

**923**
customer reviews

$179 **$157**
nightly price
$22 saving

Select

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ❯View more

- **Hotel Kabuki - a Joie de Vivre Boutique Hotel** Last booked 3 hours ago

1625 Post St San Francisco, CA, 94115 United States, 1-866-678-6350



3.5 stars                              Welcome Rewards™

Excellent
**4.1** / 5

**1,008**
customer reviews

Case 6:13-cv-00447-JRG    Document 55-11    Filed 11/05/13    Page 20 of 46 PageID #:  1155

~~$164~~ **$148**

nightly price
$16 saving
**FREE** cancellation

[ Select ]

- **Hotel Tomo, a Joie de Vivre Hotel** Booked 1 hour ago

1800 Sutter St San Francisco, CA, 94115 United States, 1-866-767-0278



3 stars                      Welcome Rewards™

> Excellent
> **4.2** / 5

**706**
customer reviews

~~$145~~ **$123**

nightly price
$22 saving
**FREE** cancellation

[ Select ]

🚌 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ▶ View more

- **Grand Hyatt San Francisco Union Square** Last booked 1 hour ago

345 Stockton St San Francisco, CA, 94108 United States, 1-866-925-4159



4 stars                      Welcome Rewards™

> Excellent
> **4.4** / 5

**712**
customer reviews

~~$414~~ **$259**

nightly price
Great Rate
**FREE** cancellation

[ Select ]

🚌 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ▶ View more

- **Villa Florence** Last booked 1 hour ago

225 Powell St San Francisco, CA, 94102 United States, 1-866-925-8676



3.5 stars                    Welcome Rewards™

> Excellent
> **4.0** / 5

[1,221](#)
customer reviews

**$110**
nightly price
**Special** deal
**FREE** cancellation

<div style="border:1px solid">Select</div>

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶ View more

- **Omni San Francisco Hotel** Booked 1 hour ago

500 California St San Francisco, CA, 94104 United States, 1-866-538-0251



4.5 stars                          Welcome Rewards™

Outstanding
**4.7** / 5

[1,263](#)
customer reviews

~~$519~~ **$275**
nightly price
Great Rate
**FREE** cancellation

<div style="border:1px solid">Select</div>

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶ View more

- **Grant Hotel**

753 Bush St San Francisco, CA, 94108 United States, 1-866-538-1314



2 stars                          Welcome Rewards™

Good
**3.6** / 5

[821](#)
customer reviews

~~$160~~ **$90**
nightly price
Great Rate
**FREE** cancellation
4 rooms left   <div style="border:1px solid">Select</div>

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶ View more

- **Best Western Plus The Tuscan** Last booked 1 day ago

425 North Point San Francisco, CA, 94133 United States, 1-866-538-6252





3.5 stars          Welcome Rewards™

Excellent
**4.3** / 5

**1,119**
customer reviews

~~$379~~ **$202**
nightly price
Great Rate
**FREE** cancellation

Select

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ❯ View more

- **Mystic Hotel by Charlie Palmer**

417 Stockton St San Francisco, CA, 94108 United States, 1-866-538-9298



3 stars          Welcome Rewards™

Good
**3.9** / 5

**437**
customer reviews

~~$189~~ **$151**
nightly price
$38 saving
**FREE** cancellation
1 room left   Select

- **Cartwright Hotel Union Square** Last booked 9 hours ago

524 Sutter Street San Francisco, CA, 94102 United States, 1-866-539-5067



3 stars          Welcome Rewards™

Good
**3.9** / 5

**578**
customer reviews

~~$194~~ **$165**
nightly price
$29 saving

Select

- **Hotel Palomar San Francisco, a Kimpton Hotel** Last booked
21 hours ago

12 4th St San Francisco, CA, 94103 United States, 1-866-539-9234



4 stars                          Welcome Rewards™

Excellent
**4.5** / 5

**433**
customer reviews

$249 **$218**
nightly price
$31 saving

Select

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶ View more

- **Hotel Zetta San Francisco** Last booked 20 hours ago

55 5th St San Francisco, CA, 94103 United States, 1-866-582-3258



4 stars                          Welcome Rewards™

Excellent
**4.0** / 5

**84**
customer reviews

$229 **$195**
nightly price
$34 saving

Select

Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▶ View more

- **The Andrews Hotel**

624 Post St San Francisco, CA, 94109 United States, 1-866-711-3751



2 stars                          Welcome Rewards™

Good
**3.8** / 5

**327**
customer reviews

$279 **$109**
nightly price
Great Rate
**FREE** cancellation
2 rooms left   Select

- **King George Hotel - Union Square** Last booked 1 day ago

334 Mason At Geary San Francisco, CA, 94102 United States, 1-866-925-0548



3 stars                Welcome Rewards™

| | Good |
| --- | --- |
| | **3.7** / 5 |

**949**
customer reviews

~~$309~~ **$179**
nightly price
Great Rate
**FREE** cancellation

Select

🚌 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ❯ View more

- **Hotel Fusion, a C-Two Hotel**
  140 Ellis St San Francisco, CA, 94102 United States, 1-866-925-4218



3 stars                Welcome Rewards™

| | Good |
| --- | --- |
| | **3.7** / 5 |

**590**
customer reviews

~~$249~~ **$182**
nightly price
Great Rate
**FREE** cancellation

3 rooms left   Select

🚌 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ❯ View more

- **InterContinental Mark Hopkins** Booked 1 hour ago
  1 Nob Hill San Francisco, CA, 94108 United States, 1-866-925-8709



4 stars                Welcome Rewards™

| | Excellent |
| --- | --- |
| | **4.3** / 5 |

**732**
customer reviews

~~$399~~ **$168**
nightly price
Great Rate

Select

- **Prescott Hotel, a Kimpton Hotel** Last booked 1 hour ago

545 Post St San Francisco, CA, 94102 United States, 1-866-538-0157



4 stars                    Welcome Rewards™

> Excellent
> **4.2** / 5

**950**
customer reviews

~~$469~~ **$159**
nightly price
Great Rate
**FREE** cancellation

Select

🟢 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ➤ View more

- **Hyatt Fisherman's Wharf** Last booked 11 hours ago

555 N Point St San Francisco, CA, 94133 United States, 1-866-538-0192



4 stars                    Welcome Rewards™

> Excellent
> **4.2** / 5

**589**
customer reviews

~~$379~~ **$169**
nightly price
Great Rate
**FREE** cancellation

Select

🟢 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ➤ View more

- **San Remo Hotel** Last booked 2 hours ago

2237 Mason Street San Francisco, CA, 94133 United States, 1-866-538-0294



1.5 stars                  Welcome Rewards™

> Excellent
> **4.0** / 5

**355**
customer reviews

~~$109~~ **$76**
nightly price
$33 saving
**FREE** cancellation

Select

 Free wireless internet    ▸ View more

- **[Hotel Majestic](#) Booked 1 hour ago**

1500 Sutter St San Francisco, CA, 94109 United States, 1-866-538-0315



[3 stars](#)          Welcome Rewards™

| Good |
| 3.8 / 5 |

[430](#)
customer reviews

~~$360~~ **$111**
nightly price
Great Rate

[Select]

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▸ View more

- **[InterContinental San Francisco](#) Booked 1 hour ago**

888 Howard Street San Francisco, CA, 94103 United States, 1-866-538-1351



[4.5 stars](#)          Welcome Rewards™

| Excellent |
| 4.4 / 5 |

[834](#)
customer reviews

~~$499~~ **$217**
nightly price
Great Rate

[Select]

 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour   ▸ View more

- **[Hilton San Francisco Union Square](#) Last booked 2 hours ago**

333 O'Farrell St. San Francisco, CA, 94102 United States, 1-866-538-2362



[4 stars](#)          Welcome Rewards™

| Excellent |
| 4.0 / 5 |

[1,944](#)
customer reviews

~~$429~~ **$279**
nightly price
Great Rate
**FREE** cancellation

Select

- **Hotel Triton, a Kimpton Hotel** **Booked 1 hour ago**

342 Grant Ave San Francisco, CA, 94108 United States, 1-866-538-6218



3 stars        Welcome Rewards™

> Excellent
> **4.3** / 5

**370**
customer reviews

~~$179~~ **$161**
nightly price
$18 saving

Select

- **Galleria Park Hotel, a Joie de Vivre Boutique Hotel** **Last booked 20 hours ago**

191 Sutter St San Francisco, CA, 94104 United States, 1-866-538-6315



3.5 stars        Welcome Rewards™

> Excellent
> **4.4** / 5

**567**
customer reviews

~~$330~~ **$200**
nightly price
Great Rate
**FREE** cancellation

Select

   Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ▶ View more

- **Baldwin Hotel**

321 Grant Ave San Francisco, CA, 94108 United States, 1-866-538-9367



2 stars        Welcome Rewards™

> Excellent
> **4.1** / 5

**524**
customer reviews

~~$209~~ **$129**
nightly price
Great Rate

**FREE** cancellation

1 room left    [ Select ]

💳 Get a free 24 hour hop-on, hop-off sightseeing tour when you buy one tour    ❯View more

Loading more hotels

All prices are per room per night unless otherwise stated. They exclude taxes and fees and are subject to availability.

- **Top Destinations**

  - **Hotels in New York**
  - **Hotels in Las Vegas**
  - **Hotels in Chicago**
  - **Hotels in San Francisco**
  - **Hotels in Washington**
  - **Hotels in Boston**
  - **Hotels in San Diego**
  - **Hotels in Orlando**
  - **Hotels in London**
  - **Hotels in New Orleans**
  - **Hotels in Los Angeles**
  - **Hotels in San Antonio**
  - **Hotels in Paris**
  - **Hotels in Seattle**
  - **Hotels in Atlanta**
  - **Hotels in Philadelphia**
  - **Hotels in Austin**
  - **Hotels in Atlantic City**
  - **Hotels in Rome**
  - **Hotels in Myrtle Beach**
  - **Hotels in Dallas**
  - **Hotels in Houston**
  - **Hotels in Denver**
  - **Hotels in Miami**

- **Change language**

  - Ελληνικά
  - Italiano
  - Français
  - 한국어
  - Deutsch
  - Русский
  - Bahasa indonesia
  - Latviešu
  - Íslensku
  - Türkçe
  - Polski
  - English
  - Español
  - עברית
  - Português
  - Dansk
  - العربية
  - Українська
  - Svenska
  - Česky
  - Slovenčina
  - Magyar
  - 简体中文
  - Suomi
  - Lietuvių
  - Eesti
  - 日本語

- Bahasa melayu
- Hrvatski
- Nederlands
- Norsk
- Tiếng việt
- ภาษาไทย
- English
- English
- English
- English
- Español
- English
- Português
- 繁體中文
- Español



ABOUT SSL CERTIFICATES

## Explore Expedia further

- Top 50 Cities
- All countries
- All hotels

- Hotels
- Travel Guides
- Travel blog
- About Us
- Contact Us
- Jobs
- FAQs
- Privacy Policy
- Cookie Policy
- About our ads
- Site Feedback
- Site Index
- Terms & Conditions

**For Suppliers, Affiliates and the Media**

- Add Hotel
- Affiliate with us
- Private Label
- Promote with Us
- Travel Agents
- Press Office

© 2002-2013 Hotels.com L.P. All rights reserved. – An Expedia Inc. brand
Hotels.com, Hotels.com logo, Smart character, Welcome Rewards™, and 'Smart. So Smart.' are trademarks or service marks of Hotels.com L.P.
* Learn more about Welcome Rewards™
AT=1810 RMIRC=8 HSS=0 PR=0 EAN=0 RSRC=0 DB=1 CTRL=2196



**Narrow results**

Start of main content. Read on from here or press tab to access the next link

View on map

# Tyler Pounds Regional Airport (TYR), Texas, United States

Sun 5 - Sat 11, January 2014 , 6 nights 1 room, 2 adults, Change search

Destination, hotel or landmark

Tyler Pounds Regional Airport (T)

Check in

01/05/14

Check out

01/11/14

Nights

6

Rooms

1

| | **Adults** | **Children** |
|---|---|---|
| Room 1: | Number of adults in Room 0 | Number of children in Room 0 |
| | 2   age 18+ | 0   0-17 |

Search    Cancel

- Most popular
- Star ratings
  High to low
  Low to high
- Distance Distance
- Guest rating
- Price
  High to low
  Low to high

Sorted by Best Sellers

---

Landmarks

### Narrow results

- City center
- Broadway Square Mall
- Bullard Golf Course
- Caldwell Zoo
- Discovery Place Museum
- Garden Valley Golf Resort
- Love's Lookout Park

- New York - Texas Zipline Adventure
- Pine Springs Golf Course
- Tyler Municipal Rose Garden Center and Museum
- Tyler Museum of Art
- University of Texas at Tyler

---

Stations

- Mineola Station

---

## Name contains

Hotel name…   [                    ]   [                    ]

## Average Nightly Rate

**$0 to $500+**

[ 0 ]   [ 500 ]

## Star rating

☐ 5

☐ 4

☐ 3

☐ 2

☐ 1

## Guest rating

0 to 5

[ 0 ]   [ 5 ]

## Neighborhood

☐ Tyler

☐ Lindale

**Landmarks**

0.5 miles    from

**Narrow results**

☐ City center

☐ Broadway Square Mall

☐ University of Texas at Tyler

☐ Tyler Municipal Rose Garden Center and Museum

☐ Caldwell Zoo

☐ Garden Valley Golf Resort

☐ Bullard Golf Course

☐ Discovery Place Museum

☐ Mineola Station

☐ Pine Springs Golf Course

☐ Tyler Museum of Art

☐ New York - Texas Zipline Adventure

☐ Love's Lookout Park

**Accommodation type**

☐ All inclusive

☐ Bed and Breakfast

☐ Hotel

☐ Motel

**Amenities**

**Narrow results**

☐ Airport transfers

☐ Bar

☐ Bathtub in room

☐ Business facilities

☐ Connecting rooms available

☐ Cribs available

☐ Free Breakfast

☐ Free wifi

☐ Gym

☐ Internet Access

☐ Meeting Facilities

☐ Non-smoking

☐ Pet Friendly

☐ Pool

☐ Restaurant

☐ Smoking areas

**Themes / types**

☐ Business

**Accessibility Features**

☐ Accessibility equipment for the deaf

☐ Accessible bathroom

☐ Accessible path of travel

☐ Braille or raised signage

☐ Handicapped parking

☐ In-room accessibility

☐ Roll-in shower

Update results

Case 6:13-cv-00447-JRG   Document 55-11   Filed 11/05/13   Page 35 of 46 PageID #:  1170

**Why book with us?**

- Hotels.com doesn't charge cancellation fees
- Best Price Guarantee
- We're just a phone call away: 1-866-678-6350

**Narrow results**





1
0

- ### Baymont Inn and Suites Tyler
  3913 Frankston Hwy Tyler, TX, 75701 United States, 1-866-573-4235

**Narrow results**



2.5 stars                    Welcome Rewards™

> Excellent
> **4.1** / 5

**44**
customer reviews

~~$110~~ **$88**
nightly price
$22 saving
**FREE** cancellation

[ Select ]

- ### Super 8 Tyler TX **Last booked 15 hours ago**
  2616 N Northwest Loop 323 Tyler, TX, 75702 United States, 1-866-678-6350



2 stars                    Welcome Rewards™

> Good
> **3.8** / 5

**152**
customer reviews

~~$69~~ **$65**
nightly price
Great Rate
**FREE** cancellation

[ Select ]

- ### Days Inn and Suites Tyler
  2631 W NW Loop 323 Tyler, TX, 75702 United States, 1-866-767-0278



2 stars                    Welcome Rewards™

> Fair
> **2.9** / 5

**86**
customer reviews

~~$56~~ **$42**
nightly price
Great Rate

[ Select ]

- ### Country Inn & Suites By Carlson, Tyler South **Last booked 1**

**day ago**

6702 S Broadway Ave Tyler, TX, 75703 United States, 1-866-925-4159

**Narrow results**



2.5 stars          Welcome Rewards™

> Outstanding
> **4.6** / 5

**151**
customer reviews

~~$102~~ **$90**
nightly price
Great Rate
**FREE** cancellation

Select

- **La Quinta Inn Tyler** Last booked 5 hours ago

1601 W Southwest Loop 323 Tyler, TX, 75701 United States



2.5 stars          Welcome Rewards™

> Good
> **3.7** / 5

**142**
customer reviews

~~$69~~ **$60**
nightly price
Great Rate
**FREE** cancellation

Select

- **Hilton Garden Inn Tyler** Last booked 1 day ago

220 East Grande Tyler, TX, 75703 United States, 1-866-538-0251



3 stars          Welcome Rewards™

> Outstanding
> **4.6** / 5

**92**
customer reviews

~~$189~~ **$118**
nightly price
Great Rate

Select

- **Comfort Suites At South Broadway Mall** Last booked 1 day

ago

303 East Rieck Road Tyler, TX, 75703 United States, 1-866-538-1314

**Narrow results**



2 stars        Welcome Rewards™

Outstanding
**4.6** / 5

**58**
customer reviews

**$102**
nightly price
**FREE** cancellation

Select

- **Comfort Suites Lindale**

200 W Centennial Dr Lindale, TX, 75771 United States, 1-866-538-6252



2.5 stars       Welcome Rewards™

Outstanding
**4.7** / 5

**75**
customer reviews

~~$111~~ **$93**
nightly price
Great Rate
**FREE** cancellation

Select

- **Staybridge Suites University Area** Last booked 4 hours ago

2759 Mcdonald Rd Tyler, TX, 75701 United States, 1-866-538-9298



3 stars        Welcome Rewards™

Outstanding
**4.9** / 5

**59**
customer reviews

~~$140~~ **$102**
nightly price
Great Rate

Select

- **Courtyard by Marriott Tyler**

7424 S Broadway Ave Tyler, TX, 75703 United States, 1-866-539-5067



## **Narrow results**

**3 stars**      Welcome Rewards™



Excellent
**4.4** / 5

**47**
customer reviews

$139 **$129**
nightly price
Great Rate
**FREE** cancellation

Select

- **Hampton Inn Tyler** Last booked 5 hours ago

3130 Troup Hwy Tyler, TX, 75701 United States, 1-866-539-9234



**2.5 stars**      Welcome Rewards™

Excellent
**4.1** / 5

**109**
customer reviews

$119 **$84**
nightly price
Great Rate

Select

- **Residence Inn By Marriott Tyler**

3303 Troup Hwy Tyler, TX, 75701 United States, 1-866-582-3258



**3 stars**      Welcome Rewards™

Excellent
**4.0** / 5

**39**
customer reviews

$129 **$99**
nightly price
Great Rate
**FREE** cancellation

Select

- **La Quinta Inn & Suites Lindale**

204 West Centennial Blvd Lindale, TX, 75771 United States



**Narrow results**



2.5 stars          Welcome Rewards™

Excellent
**4.4** / 5

**54**
customer reviews
**$96**
nightly price
**FREE** cancellation
Select

- **Holiday Inn Express Suites Tyler**

3247 W Gentry Pkwy Tyler, TX, 75702 United States, 1-866-925-0548



2.5 stars          Welcome Rewards™

Excellent
**4.3** / 5

**23**
customer reviews
~~$287~~ **$112**
nightly price
Great Rate
Select

- **Sleep Inn & Suites Tyler** Last booked 1 hour ago

5555 Donnybrook Avenue Tyler, TX, 75703 United States, 1-866-925-4218



2 stars          Welcome Rewards™

Outstanding
**4.8** / 5

**46**
customer reviews
**$97**
nightly price
**FREE** cancellation
Select

- **Fairfield Inn Tyler** Last booked 5 hours ago

1945 W Southwest Loop 323 Tyler, TX, 75701 United States, 1-866-925-8709



### **Narrow results**

2.5 stars                    Welcome Rewards™

| | Excellent<br>**4.1** / 5 |

**42**
customer reviews

~~$110~~ **$94**

nightly price
Great Rate

Select

- **Holiday Inn South Broadway Tyler** Last booked 2 hours ago
5701 S Broadway Ave Tyler, TX, 75703 United States, 1-866-538-0157



3 stars                    Welcome Rewards™

| | Good<br>**3.6** / 5 |

**38**
customer reviews

~~$129~~ **$104**

nightly price
Great Rate

Select

- **Knights Inn Tyler**
2600 W Northwest Loop 323 Tyler, TX, 75702 United States, 1-866-538-0192



1.5 stars                    Welcome Rewards™

| | Good<br>**3.2** / 5 |

**5**
customer reviews

**$47**

nightly price
**FREE** cancellation

Select

- **Quality Inn Conference Center** Last booked 1 day ago
2843 N Northwest Loop 323 Tyler, TX, 75702 United States, 1-866-538-0294



## Narrow results

2.5 stars        Welcome Rewards™

Good
**3.3** / 5

**6**
customer reviews

**$83**
nightly price
**FREE** cancellation

Select

- **Holiday Inn Express Suites South - Tyler**

2421 E Se Loop 323 Tyler, TX, 75701 United States, 1-866-538-0315



2.5 stars        Welcome Rewards™

Outstanding
**4.6** / 5

**59**
customer reviews

~~$149~~ **$113**
nightly price
Great Rate

Select

- **Hampton Inn Lindale/Tyler**

3505 South Main Lindale, TX, 75771 United States, 1-866-538-1351



2.5 stars        Welcome Rewards™

Excellent
**4.5** / 5

**33**
customer reviews

**$99**
nightly price
**FREE** cancellation

Select

- **Americas Best Value Inn & Suites**

2828 N Northwest Loop 323 Tyler, TX, 75702 United States, 1-866-538-2362



**Narrow results**

2 stars                Welcome Rewards™

Good
**3.6** / 5

**16**
customer reviews

~~$57~~ **$49**
nightly price
Great Rate
**FREE** cancellation

Select

- **Travelodge Tyler TX** Booked 1 hour ago

3300 Mineola Hwy Tyler, TX, 75702 United States, 1-866-538-6218



1.5 stars              Welcome Rewards™

Fair
**2.7** / 5

**52**
customer reviews

~~$62~~ **$50**
nightly price
$12 saving
**FREE** cancellation

Select

- **Candlewood Suites Tyler**

315 E Rieck Rd Tyler, TX, 75703 United States, 1-866-538-6315



2 stars                Welcome Rewards™

Excellent
**4.4** / 5

**45**
customer reviews

~~$102~~ **$77**
nightly price
Great Rate

Select

- **Magnuson Hotel & Conference Center Tyler**

3310 Troup Highway Tyler, TX, 75701 United States, 1-866-538-9367



### Narrow results

**2 stars**                Welcome Rewards™

Fair
**2.8** / 5

**56**
customer reviews
**$200**
nightly price
**FREE** cancellation
Select

- **BEST WESTERN MINEOLA INN**

  100 Debby Ln MINEOLA TX US 75773 Mineola, TX, 75773 United States, 1-866-573-4235

  Outstanding
  **4.7** / 5



  **20**
  customer reviews
  **$90**
  nightly price
  Select

- **BEST WESTERN LINDALE INN**

  3501 South Main Street Lindale, TX, 75771 United States, 1-866-678-6350

  Good
  **3.4** / 5

  **7**
  customer reviews
  **$75**
  nightly price
  Select

  **3 additional hotels are** *not available* **on your travel dates.**

  **Want to see more hotels?** **Change your travel dates** **or call us:**

- Speak to a Hotels.com travel specialist: **1-866-678-6350**, 24 hours a day, 7 days a week

All prices are per room per night unless otherwise stated. They exclude taxes and fees and are subject to availability.

- **Top Destinations**

  - **Hotels in New York**
  - **Hotels in Las Vegas**
  - **Hotels in Chicago**
  - **Hotels in San Francisco**
  - **Hotels in Washington**
  - **Hotels in Boston**
  - **Hotels in San Diego**
  - **Hotels in Orlando**
  - **Hotels in London**
  - **Hotels in New Orleans**

- - **Hotels in Los Angeles**
  - **Hotels in San Antonio**
  - **Hotels in Paris**
  - **Hotels in Seattle**
  - **Hotels in Atlanta**
  - **Hotels in Philadelphia**
  - **Hotels in Austin**
  - **Hotels in Atlantic City**
  - **Hotels in Rome**
  - **Hotels in Myrtle Beach**
  - **Hotels in Dallas**
  - **Hotels in Houston**
  - **Hotels in Denver**
  - **Hotels in Miami**

**Narrow results**

- **Change language**

  - Ελληνικά
  - Italiano
  - Français
  - 한국어
  - Deutsch
  - Русский
  - Bahasa indonesia
  - Latviešu
  - Íslensku
  - Türkçe
  - Polski
  - English
  - Español
  - עברית
  - Português
  - Dansk
  - العربية
  - Українська
  - Svenska
  - Česky
  - Slovenčina
  - Magyar
  - 简体中文
  - Suomi
  - Lietuvių
  - Eesti
  - 日本語
  - Bahasa melayu
  - Hrvatski
  - Nederlands
  - Norsk
  - Tiếng việt
  - **ภาษาไทย**
  - English
  - English
  - English
  - English
  - Español
  - English
  - Português
  - 繁體中文
  - Español

**[Narrow results](#)**



ABOUT SSL CERTIFICATES

## Explore Expedia further

- [Top 50 Cities](#)
- [All countries](#)
- [All hotels](#)

- [Hotels](#)
- [Travel Guides](#)
- [Travel blog](#)
- [About Us](#)
- [Contact Us](#)
- [Jobs](#)
- [FAQs](#)
- [Privacy Policy](#)
- [Cookie Policy](#)
- [About our ads](#)
- [Site Feedback](#)
- [Site Index](#)
- [Terms & Conditions](#)

### For Suppliers, Affiliates and the Media

- [Add Hotel](#)
- [Affiliate with us](#)
- [Private Label](#)
- [Promote with Us](#)
- [Travel Agents](#)
- [Press Office](#)

© 2002-2013 Hotels.com L.P. All rights reserved. – An Expedia Inc. brand
Hotels.com, Hotels.com logo, Smart character, Welcome Rewards™, and 'Smart. So Smart.' are trademarks and/or service marks of Hotels.com L.P.
[* Learn more about Welcome Rewards™](#)
AT=416 RMIRC=7 HSS=0 PR=0 EAN=750 RSRC=0 DB=4 CTRL=1427