# Exhibit K




CNNMoney
A Service of CNN, Fortune & Money

U.S. Log In CNN

Enter symbol or keyword Search

Home | Video | Business News | Markets | NEW My Portfolio | Investing | Economy | Tech | Personal Finance | Small Business | Leadership | Like 194k

Real Estate | Retirement | Jobs | Autos | Taxes | Spending | College | Best Places to Live | Ask the Expert | Video

CALCULATORS

# Cost of living: How far will my salary go in another city?

Recommend 7.3k Tweet 0 274 222 Email Print

**I live in**

CA | San Francisco

**I want to live in**

TX | Tyler

**I currently make**

$50K

$0 $500K

Comparable salary in
Tyler, TX

## $28,888

**Price difference in Tyler, TX**

| | |
|---|---|
| Groceries | **23% less** |
| Housing | **70% less** |
| Utilities | **2% less** |
| Transportation | **13% less** |
| Health Care | **20% less** |

**Share your results via:**

Source: C2ER. August 2013

**Find a home**

Tyler, TX GO

POWERED BY

**Best Places to Live**

Key stats on:
Home Prices
Incomes
Job Growth

**Start your search**

## Related

How much house can you afford?

10 things you need to know when buying a home

Latest costs for all U.S. colleges

## Most Popular

Apple's Cook argues for workplace protections for gays

Honda recalls minivans over brake issue

Google's Schmidt 'outraged' by NSA snooping

Sony RX100 is the best point-and-shoot camera

BlackBerry abandons search for buyer

NEW CNNMONEY PORTFOLIO

**How risky is your portfolio?**

Find out in less than a minute, with our New Portfolio Tracker.

Start Tracking

## Search for Jobs

**Millions of job openings!**

Search

Accounting
Finance
Marketing
Engineering
Management
Sales
SEE ALL JOBS ▶

6 ways to find a job in an unfamiliar city


What will your monthly mortgage payment be?


Your local real estate market forecast

## Hot List


**Child care pricier than college**


**Google's dreaded 'blacklist'**


**Lamborghini Aventador: Insanity in the big city**


**Luxury pawn for millionaires**


**'How I retired early'**

**Sponsored Links**

**Invest in FTTN**
A New Era Is Emerging In Energy Markets & FTTN is ahead of the curve!
www.firsttitanenergy.com

**Next Breakout Stock ASCC**
Anticipate massive growth on this stock in a booming industry--Get Inf
www.OTCStockPick.com

**Buy LifeLock® Protection**
LifeLock Ultimate™ Monitors your Credit, Identity and Bank Accounts
LifeLock.com

Buy a link here

### CNNMoney

| About CNNMoney | Content | Magazines | Site Tools | Stay Connected |
|---|---|---|---|---|
| Contact Us | Fortune Magazine | Subscribe to Fortune | Site Map | My Account |
| Advertise with Us | Money Magazine | Subscribe to Money | Watchlist | Mobile Site & Apps |
| User Preferences | Business News | Give the Gift of Fortune | Portfolio | Facebook |
| Career Opportunities | Markets | Give the Gift of Money | Job Search | Twitter |
| Closed Captioning | Term Sheet | Reprints | Real Estate Search | LinkedIn |
| | Economy | Special Sections | Mortgage and Savings Center | YouTube |
| | Tech | Magazine Customer Service | Calculators | RSS Feeds |
| | Personal Finance | Conferences | Corrections | Newsletters |
| | Small Business | | Market Data Alerts | Tumblr |
| | Video | | News Alerts | Google+ |

Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer LIBOR Warning: Neither BBA Enterprises Limited, nor the BBA LIBOR Contributor Banks, nor Reuters, can be held liable for any irregularity or inaccuracy of BBA LIBOR. Disclaimer. Morningstar: © 2013 Morningstar, Inc. All Rights Reserved. Disclaimer The Dow Jones IndexesSM are proprietary to and distributed by Dow Jones & Company, Inc. and have been licensed for use. All content of the Dow Jones IndexesSM © 2013 is proprietary to Dow Jones & Company, Inc. Chicago Mercantile Association. The market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. FactSet Research Systems Inc. 2013. All rights reserved. Most stock quote data provided by BATS.

© 2013 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. AdChoices.