# Exhibit L

# Samsung GALAXY S4

**4G LTE SMARTPHONE**

## User Manual

Please read this manual before operating your phone, and keep it for future reference.



1301 E. Lookout Drive
Richardson, Texas 75082

Phone: 1-800-SAMSUNG
Phone: 1-888-987-HELP (4357)

©2012 Samsung Telecommunications America, LLC. All rights reserved.

No reproduction in whole or in part allowed without prior written approval. Specifications and availability subject to change without notice. [111611]

## End User License Agreement for Software

IMPORTANT. READ CAREFULLY: This End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Samsung Electronics Co., Ltd. ("Samsung") for software, owned by Samsung and its affiliated companies and its third party suppliers and licensors, that accompanies this EULA, which includes computer software and may include associated media, printed materials, "online" or electronic documentation in connection with your use of this device ("Software").

This device requires the use of preloaded software in its normal operation. BY USING THE DEVICE OR ITS PRELOADED SOFTWARE, YOU ACCEPT THE TERMS OF THIS EULA. IF YOU DO NOT ACCEPT THESE TERMS, DO NOT USE THE DEVICE OR THE SOFTWARE.

1. **GRANT OF LICENSE**. Samsung grants you the following rights provided that you comply with all terms and conditions of this EULA: You may install, use, access, display and run one copy of the Software on the local hard disk(s) or other permanent storage media of one computer and use the Software on a single computer or a mobile device at a time, and you may not make the Software available over a network where it could be used by multiple computers at the same time. You may make one copy of the Software in machine readable form for backup purposes only; provided that the backup copy must include all copyright or other proprietary notices contained on the original.

Certain items of the Software may be subject to open source licenses. The open source license provisions may override some of the terms of this EULA. We make the applicable open source licenses available to you on the Legal Notices section of the Settings menu of your device.

Customer Care Center:

1000 Klein Rd.
Plano, TX 75074
Toll Free Tel: 1.888.987.HELP (4357)

Internet Address:
http://www.samsung.com

©2013 Samsung Telecommunications America, LLC. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

Do you have questions about your Samsung Mobile Phone? For 24 hour information and assistance, we offer a new FAQ/ARS System (Automated Response System) at: http://www.samsung.com/us/support.

Nuance®, VSuite™, T9® Text Input, and the Nuance logo are trademarks or registered trademarks of Nuance Communications, Inc., or its affiliates in the United States and/or other countries.

The Bluetooth® word mark, figure mark (stylized "B Design"), and combination mark (Bluetooth word mark and "B Design") are registered trademarks and are wholly owned by the Bluetooth SIG.

microSD™ and the microSD logo are Trademarks of the SD Card Association.

Openwave® is a registered Trademark of Openwave, Inc.

LTE is a trademark of ETSI.

$SRS_{CS\ Headphone}$ and $SRS_{WOW\ HD}$ are trademarks of SRS Labs, Inc. CS Headphone and WOW HD technologies are incorporated under license from SRS Labs, Inc.