# Exhibit M

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMBLAZE LTD,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No.: 11-1079-PSG

**CASE MANAGEMENT ORDER**

On April 17, 2013 the parties appeared for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is thirty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff ........ August 30, 2013

Designation of Opening Experts with Reports ........ October 2, 2013

Designation of Rebuttal Experts with Reports ........ October 30, 2013

Expert Discovery Cutoff........ November 26, 2013

Deadline(s) for Filing Discovery Motions ........ *See* Civil Local Rule 37-3

Case5:11-cv-01079-PSG Document211 Filed06/06/13 Page2 of 2

Last Day for Dispositive Motion Hearing[1] ............................. 10:00 a.m. on January 28, 2014

Final Pretrial Conference........................................................ 10:00 a.m. on March 11, 2014

Trial ......................................................................................... 9:30 a.m. on March 24, 2014

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: June 6, 2013

PAUL S. GREWAL
United States Magistrate Judge

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

ADRMOP,CASREF,CONSENT,E-Filing,ENETERM,PROTO,REFDIS,REFSET-JCS

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:11-cv-01079-PSG

Emblaze Ltd. v. Apple Inc.
Assigned to: Magistrate Judge Paul Singh Grewal
Referred to: Magistrate Judge Joseph C. Spero (Settlement)
Case in other court: New York Southern, 1:10-cv-05713
Cause: 15:1126 Patent Infringement

Date Filed: 03/11/2011
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Emblaze Ltd.**

represented by

**Edward Murray Weisz**
Cohen Pontani Lieberman & Pavane
551 Fifth Avenue, Suite 1210
New York, NY 10176
(212)-687-2770
Fax: (212)-972-5487
Email: eweisz@cplplaw.com
*TERMINATED: 08/01/2011*

**Lisa A. Ferrari**
Cozen O'Connor
277 Park Avenue
New York, NY 10172
212-883-4900
Fax:
Email: lferrari@cozen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marilyn Neiman**
Cozen OConnor
277 Park Avenue
New York, NY 10172
212-883-4900
Fax: 212-656-1692
Email: mneiman@cozen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin L. Fineman**
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-3611
415-276-6575

V.

**Counter-defendant**

**Emblaze Ltd.** represented by **Edward Murray Weisz**
(See above for address)
*TERMINATED: 08/01/2011*

**Lisa A. Ferrari**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marilyn Neiman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin L. Fineman**
Davis Wright Tremaine LLP
One Embarcadero Center, Suite 600
San Francisco, CA 94111-3611
415-276-6575
Fax: 415-276-6599
Email: martinfineman@dwt.com
*ATTORNEY TO BE NOTICED*

**Martin Brian Pavane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger S. Thompson**
(See above for address)
*TERMINATED: 08/12/2011*

**Sarah Elizabeth Barrows**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2010 | 1 | COMPLAINT against Apple Inc.. (Filing Fee $ 350.00, Receipt Number 910616)Document filed by Emblaze Ltd.. (Attachments: # 1 Exhibit)(rdz) (Entered: 07/29/2010) |
| 07/28/2010 | | SUMMONS ISSUED as to Apple Inc.. (rdz) (Entered: 07/29/2010) |
| 07/28/2010 | | Magistrate Judge Ronald L. Ellis is so designated. (rdz) (Entered: 07/29/2010) |
| 07/28/2010 | | Case Designated ECF. (rdz) (Entered: 07/29/2010) |

| | | |
|---|---|---|
| | | trial. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within 30 days. All fact discovery shall be completed by the later of 3 months after the Court's claim construction ruling or 2/15/12, whichever is sooner, and as further set forth in this document.Expert Discovery due by 3/16/2012 or the later of 4 months after the Court's claim construction ruling. Case Management Conference set for 9/7/2011 at 10:00 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 12/10/10) (cd) (Entered: 12/14/2010) |
| 12/17/2010 | 23 | ENDORSED LETTER addressed to Judge P. Kevin Castel from Roger S. Thompson, Esq., dated 12/10/2010, re: Counsel for plaintiff, Emblaze Ltd., writes to request clarification of certain portions of the Case Management Plan [D.E. No. 22] ("the CMP") as set forth. ENDORSEMENT: Paragraph 4 of Order of December 14, 2011, strick "by the later of." Paragraph 5a, Deposition to be completed by the close of fact discovery. Claim hearing adjourned from September 7 to Oct. 14, 2011 at 10:30 am. SO ORDERED. (Signed by Judge P. Kevin Castel on 12/17/2010) (lnl) (Entered: 12/17/2010) |
| 12/17/2010 | | Reset Hearings: Case Management Conference re-set for 10/14/2011 at 10:30 AM before Judge P. Kevin Castel. (lnl) (Entered: 12/20/2010) |
| 02/25/2011 | 24 | MEMORANDUM AND ORDER, granting 13 Motion to Transfer Case. Defendant's motion to transfer venue to United States District Court for the Northern District of California is GRANTED. The Clerk shall transfer the action and close the file in this District. (Signed by Judge P. Kevin Castel on 2/24/11) (pl) (Entered: 02/25/2011) |
| 02/25/2011 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of California (pl) (Entered: 03/04/2011) |
| 03/08/2011 | 26 | NOTICE of Transfer (bw, COURT STAFF) (Filed on 3/8/2011) (Entered: 03/12/2011) |
| 03/08/2011 | 27 | ADR SCHEDULING ORDER: Case Management Statement due by 5/24/2011. Case Management Conference set for 5/31/2011 01:30 PM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Judge Howard R. Lloyd Standing Order re Initial Case Management and Discovery Disputes, # 2 San Jose Division Judges Standing Orders, # 3 Standing Orders for Judges of the Northern District of California)(bw, COURT STAFF) (Filed on 3/8/2011) (Entered: 03/12/2011) |
| 03/08/2011 | | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 3/8/2011) (Entered: 03/12/2011) |
| 03/11/2011 | 25 | Case transferred in from District of New York Southern; Case Number 1:10-cv-05713. Original file certified copy of transfer order and docket sheet received. (Entered: 03/11/2011) |
| 04/21/2011 | 28 | Declination to Proceed Before a U.S. Magistrate Judge and Request for Reassignmen to a United States District Judge by Apple Inc. (Steinthal, |

| | | |
|---|---|---|
| | | ORDER by Judge Saundra Brown Armstrong GRANTING Motion for Leave to Designate Additional Terms for Claim Construction. Signed by Judge Saundra Brown Armstrong, on 5/11/12. (lrc, COURT STAFF) (Filed on 5/11/2012) Modified on 5/14/2012 (jlm, COURT STAFF). Modified on 5/14/2012 (jlm, COURT STAFF). (Entered: 05/11/2012) |
| 05/14/2012 | 104 | STIPULATION WITH PROPOSED ORDER to Reschedule Markman Hearing and Case Management Conference, filed by Emblaze Ltd., Apple Inc.. (Attachments: # 1 Proposed Order)(Ferrari, Lisa) (Filed on 5/14/2012) Modified on 5/15/2012 (jlm, COURT STAFF). (Entered: 05/14/2012) |
| 05/14/2012 | 105 | MOTION to Dismiss Amended Complaint, filed by Apple Inc.. Motion Hearing set for 7/17/2012 01:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong. Responses due by 5/29/2012. Replies due by 6/5/2012. (Attachments: # 1 Proposed Order)(Barrows, Sarah) (Filed on 5/14/2012) Modified on 5/15/2012 (jlm, COURT STAFF). (Entered: 05/14/2012) |
| 05/14/2012 | 106 | ANSWER to Amended Complaint with Jury Demand; COUNTERCLAIM against Emblaze Ltd. by Apple Inc.. (Barrows, Sarah) (Filed on 5/14/2012) Modified on 5/15/2012 (jlm, COURT STAFF). (Entered: 05/14/2012) |
| 05/17/2012 | 107 | ORDER by Judge Saundra Brown Armstrong GRANTING 104 Stipulation. Markman and Case Management Conference CONTINUED to 10/31/12 at 9:00 AM. Signed by Judge Saundra Brown Armstrong, on 05/17/12 (lrc, COURT STAFF) (Filed on 5/17/2012) Modified on 5/18/2012 (jlm, COURT STAFF). (Entered: 05/17/2012) |
| 05/23/2012 | 108 | STIPULATION WITH PROPOSED ORDER Extending Deadlines on Apple's Motion to Dismiss First Amended Complaint, filed by Emblaze Ltd., Apple Inc.. (Attachments: # 1 Proposed Order)(Ferrari, Lisa) (Filed on 5/23/2012) Modified on 5/24/2012 (jlm, COURT STAFF). (Entered: 05/23/2012) |
| 05/24/2012 | 109 | STIPULATION AND ORDER: That the deadline to file Answer/Response to Amended Complaint shall be EXTENDED to 05/21/12. Signed by Judge Saundra Brown Armstrong, on 5/11/12. (lrc, COURT STAFF) (Filed on 5/24/2012) Modified on 5/25/2012 (jlm, COURT STAFF). (Entered: 05/24/2012) |
| 05/24/2012 | 110 | ORDER by Judge Saundra Brown Armstrong GRANTING 108 Stipulation. Opposition to Motion to Dismiss shall be due 06/05/12 and the Reply to Opposition shall be due 06/14/12. Signed by Judge Saundra Brown Armstrong, on 05/24/12 (lrc, COURT STAFF) (Filed on 5/24/2012) Modified on 5/25/2012 (jlm, COURT STAFF). (Entered: 05/24/2012) |
| 05/24/2012 | | Set/Reset Deadlines as to 105 MOTION to Dismiss Amended Complaint. Responses due by 6/5/2012. Replies due by 6/14/2012. (lrc, COURT STAFF) (Filed on 5/24/2012) (Entered: 05/24/2012) |
| 05/31/2012 | 111 | OPENING CLAIM CONSTRUCTION BRIEF, filed by Emblaze Ltd.. (Attachments: # 1 Certificate/Proof of Service)(Pavane, Martin) (Filed on 5/31/2012) Modified on 6/1/2012 (jlm, COURT STAFF). (Entered: 05/31/2012) |

| | | |
|---|---|---|
| | | (Court Reporter: Lee-Anne Shortridge.) (ofr, COURT STAFF) (Date Filed: 4/17/2013) (Entered: 04/17/2013) |
| 04/19/2013 | 169 | **ORDER re 111 Brief filed by Emblaze Ltd.. Signed by Judge Paul S. Grewal on April 19, 2013. (psglc2, COURT STAFF) (Filed on 4/19/2013) (Entered: 04/19/2013)** |
| 04/19/2013 | 170 | RESPONSE (re 156 MOTION to Compel *EMBLAZE TO SEARCH ITS ELECTRONICALLY STORED INFORMATION WITH APPLE'S PROPOSED KEYWORD SEARCHES AND IDENTIFY AVAILABLE ELECTRONIC DATA FOR RELEVANT CUSTODIANS* ) filed byEmblaze Ltd.. (Attachments: # 1 Proposed Order)(Ferrari, Lisa) (Filed on 4/19/2013) (Entered: 04/19/2013) |
| 04/19/2013 | 171 | Declaration of Lisa A. Ferrari in Support of 170 Opposition/Response to Motion, filed byEmblaze Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 170 ) (Ferrari, Lisa) (Filed on 4/19/2013) (Entered: 04/19/2013) |
| 04/19/2013 | 172 | Declaration of Hagit Gal in Support of 170 Opposition/Response to Motion, filed byEmblaze Ltd.. (Related document(s) 170 ) (Ferrari, Lisa) (Filed on 4/19/2013) (Entered: 04/19/2013) |
| 04/22/2013 | 173 | NOTICE of Appearance by Stephen M. Ullmer (Ullmer, Stephen) (Filed on 4/22/2013) (Entered: 04/22/2013) |
| 04/22/2013 | 174 | NOTICE OF WITHDRAWAL OF COUNSEL - KENNETH STEINTHAL (Ullmer, Stephen) (Filed on 4/22/2013) Modified on 4/22/2013 (cv, COURT STAFF). (Entered: 04/22/2013) |
| 04/22/2013 | 175 | NOTICE OF WITHDRAWAL OF COUNSEL - SCOTT J. BORNSTEIN (Ullmer, Stephen) (Filed on 4/22/2013) Modified on 4/22/2013 (cv, COURT STAFF). (Entered: 04/22/2013) |
| 04/22/2013 | 176 | NOTICE OF WITHDRAWAL OF COUNSEL - JULIE P. BOOKBINDER (Ullmer, Stephen) (Filed on 4/22/2013) Modified on 4/22/2013 (cv, COURT STAFF). (Entered: 04/22/2013) |
| 04/23/2013 | 177 | TRANSCRIPT ORDER by Apple Inc. 168 minutes - for Court Reporter Lee-Anne Shortridge. (Barrows, Sarah) (Filed on 4/23/2013) Modified on 4/24/2013 (cv, COURT STAFF). (Entered: 04/23/2013) |
| 04/26/2013 | 178 | TRANSCRIPT ORDER by Emblaze Ltd. for Court Reporter Lee-Anne Shortridge. (Neiman, Marilyn) (Filed on 4/26/2013) (Entered: 04/26/2013) |
| 04/26/2013 | 179 | REPLY (re 156 MOTION to Compel *EMBLAZE TO SEARCH ITS ELECTRONICALLY STORED INFORMATION WITH APPLE'S PROPOSED KEYWORD SEARCHES AND IDENTIFY AVAILABLE ELECTRONIC DATA FOR RELEVANT CUSTODIANS* ) filed byApple Inc.. (Attachments: # 1 Declaration Steven Ullmer, # 2 Exhibit 1 - Under Seal, # 3 Exhibit 2 - Under Seal, # 4 Exhibit 3, # 5 Exhibit 4)(Barrows, Sarah) (Filed on 4/26/2013) (Entered: 04/26/2013) |
| 04/26/2013 | 180 | Administrative Motion to File Under Seal filed by Apple Inc.. (Barrows, Sarah) (Filed on 4/26/2013) (Entered: 04/26/2013) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

Plaintiff,

v.

EBAY, INC.,

Defendant.

Case No.: 3:12-cv-680 JSC

**PRETRIAL ORDER**

Following the Case Management Conference held on May 2, 2013 the Court adopts the schedule set forth in the Joint Case Management Conference Statement (Dkt. No. 53) as follows:

**I. CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Last Day for Plaintiff to serve final Infringement Contentions: | July 7, 2013 |
| Last Day for Defendant to serve final Invalidity Contentions: | July 28, 2013 |
| Fact Discovery Cut-Off: | August 23, 2013 |
| Last Day to Amend Pleadings: | August 30, 2013 |
| Last Day to Designate Experts: | September 13, 2013 |
| Last Day for Rebuttal Expert Reports: | October 11, 2013 |

| | |
|---|---|
| Last Day to Complete Expert Discovery: | November 18, 2013 |
| Last Day to File Dispositive Motions: | November 22, 2013 |
| Dispositive Motion Hearing: | January 16, 2014 |
| Last Day to file Daubert Motions: | January 16, 2014 |
| Pretrial Filings Due: | February 20, 2014 |

**II. TRIAL DATE**

A. Jury trial will begin on April 21, 2014, at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

**III. PRETRIAL CONFERENCE**

A Final Pretrial Conference shall be held on April 3, 2014 at 2:00 p.m., in Courtroom F, 15th Floor. Lead trial counsel for each party shall attend.

A. At least seven days prior to date of the Final Pretrial Conference the parties shall do the following:

1. In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person, and then prepare and file a jointly signed Proposed Final Pretrial Order that contains: (a) a brief description of the substance of claims and defenses which remain to be decided; (b) a statement of all relief sought; (c) all stipulated facts; (d) a joint exhibit list in numerical order, including a brief description of the exhibit and Bates numbers, a blank column for when it will be offered into evidence, a blank column for when it may be received into evidence, and a blank column for any limitations on its use; and (e) each party's separate witness list for its case-in-chief witnesses (including those appearing by deposition), including, for all such witnesses (other than party plaintiffs or defendants), a short statement of the substance of his/her testimony and, separately, what, if any, non-cumulative testimony the witness will offer. For each witness, state an hour/minute time estimate for the direct examination (only). Items (d) and (e) should be submitted as appendices to the proposed order. The proposed order should also state which issues, if any, are for the Court to decide, rather than the jury.

United States District Court
Northern District of California

2. File a joint set of proposed instructions on substantive issues of law arranged in a logical sequence. If undisputed, an instruction shall be identified as "Stipulated Instruction No. ____ Re ____________," with the blanks filled in as appropriate. If disputed, each version of the instruction shall be inserted together, back to back, in their logical place in the overall sequence. Each such disputed instruction shall be identified as, for example, "Disputed Instruction No. ____ Re _____________ Offered by __________________," with the blanks filled in as appropriate. All disputed versions of the same basic instruction shall bear the same number. Any modifications to a form instruction must be plainly identified. If a party does not have a counter version and simply contends that no such instruction in any version should be given, then that party should so state (and explain why) on a separate page inserted in lieu of an alternate version. With respect to form preliminary instructions, general instructions, or concluding instructions, please simply cite to the numbers of the requested instructions in the current edition of the Ninth Circuit Model Jury Instructions. Other than citing the numbers, the parties shall not include preliminary, general, or concluding instructions in the packet.

3. File a separate memorandum of law in support of each party's disputed instructions, if any, organized by instruction number.

4. File a joint set of proposed voir dire questions supplemented as necessary by separate requests.

5. File trial briefs on any controlling issues of law.

6. File proposed verdict forms, joint or separate.

7. File and serve any objections to exhibits.

8. File a joint simplified Statement of the Case to be read to the jury during voir dire as part of the proposed jury instructions. Unless the case is extremely complex, this statement should not exceed one page.

B. Any motions in limine shall be submitted as follows: at least twenty (20) calendar days before the conference, the moving party shall serve, but not file, the opening brief. At least ten (10) calendar days before the conference, the responding party shall serve

the opposition. There will be no reply. When the oppositions are received, the moving party should collate the motion and the opposition together, back-to-back, and then file the paired sets at least seven (7) calendar days before the conference. Each motion should be presented in a separate memorandum and properly identified, for example, "Plaintiff's Motion in Limine No. 1 to Exclude . . . ." Each party is limited to bringing five motions in limine. The parties are encouraged to stipulate where possible, for example, as to the exclusion of witnesses from the courtroom. Each motion should address a single, separate topic, and contain no more than seven pages of briefing per side.

C. Hard-copy courtesy copies of the above documents shall be delivered by NOON the day after filing. The Joint Proposed Final Pretrial Order, jury instructions, and verdict form shall be submitted via e-mail as attachments to JSCpo@cand.uscourts.gov. The Court requests that all hard-copy submissions be three-hole-punched.

**IV. PRETRIAL ARRANGEMENTS**

A. Should a daily transcript and/or real-time reporting be desired, the parties shall make arrangements with Debra Campbell, Supervisor of the Court Reporting Services, at (415) 522-2079, at least ten (10) calendar days prior to the trial date.

B. During trial, counsel may wish to use overhead projectors, laser-disk/computer graphics, poster blow-ups, models, or specimens of devices. Equipment should be shared by all counsel to the maximum extent possible. The Court provides no equipment other than an easel. The United States Marshal requires a court order to allow equipment into the courthouse. For electronic equipment, parties should be prepared to maintain the equipment or have a technician handy at all times. The parties shall tape extension cords to the carpet for safety. The parties may work with the deputy clerk, Ada Means (415-522-2015), on all courtroom-layout issues.

**SCHEDULING**

Trial will be conducted from 8:30 a.m. to 2:30 or 3:00 p.m., depending on the preference of the jury and the parties, Monday through Friday. Counsel must arrive by 8:15

United States District Court
Northern District of California

a.m., or earlier as needed, for any matters to be heard out of the presence of the jury. The jury will be called at 8:30 a.m.

**THE JURY**

In civil cases, there are no alternate jurors and the jury is selected as follows: Eighteen to twenty jurors are called to fill the jury box and the row in front of the bar, and are given numbers (1 through 18). The remaining potential jurors will be seated in the public benches. Hardship excuses will usually be considered at this point. The Court will then ask questions of those in the box and in the front of the bar. Counsel may then conduct a limited voir dire. Challenges for cause will then be addressed out of the presence of the potential jurors. The Court will consider whether to fill in the seats of the stricken jurors. If so, questions will be asked of the additional jurors and cause motions as to them will be considered. After a short recess, each side may exercise its allotment of peremptory challenges out of the presence of the potential jurors. The eight (or such other size as will constitute the jury) surviving the challenge process with the lowest numbers become the final jury. For example, if the plaintiff strikes 1, 5, and 7 and the defendant strikes 2, 4, and 9, then 3, 6, 8, 10, 11, 12, 13, and 14 become the final jury. If more (or fewer) than eight jurors are to be seated, then the starting number will be adjusted. So too if more than a total of six peremptories are allowed. Once the jury selection is completed, the jurors' names will be read again and they will be seated in the jury box and sworn. The Court may alter this procedure in its discretion and after consultation with the parties.

**WITNESSES**

At the close of each trial day, all counsel shall exchange a list of witnesses for the next two full court days and the exhibits that will be used during direct examination (other than for impeachment of an adverse witness). Within 24 hours of such notice, all other counsel shall provide any objections to such exhibits and shall provide a list of all exhibits to be used with the same witness on cross-examination (other than for impeachment). The first notice shall be exchanged prior to the first day of trial. All such notices shall be provided in writing.

United States District Court
Northern District of California

United States District Court
Northern District of California

**EXHIBITS**

A. Prior to the Final Pretrial Conference, counsel must meet and confer in person toconsider all exhibit numbers and objections and to eliminate duplicate exhibits and confusion over the precise exhibit.

B. Use numbers only, not letters, for exhibits, preferably the same numbers as were used in depositions. Blocks of numbers should be assigned to fit the need of the case (e.g., Plaintiff has 1 to 100, Defendant A has 101 to 200, Defendant B has 201 to 300, etc.). A single exhibit should be marked only once. If the plaintiff has marked an exhibit, then the defendant should not re-mark the exact document with another number. Different versions of the same document, e.g., a copy with additional handwriting, must be treated as different exhibits with different numbers. To avoid any party claiming "ownership" of an exhibit, all exhibits shall be marked and referred to as "Trial Exhibit No. ______," not as "Plaintiff's Exhibit" or "Defendant's Exhibit."

C. The exhibit tag shall be in the following form:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**TRIAL EXHIBIT 100**

Case No. _________________

Date Entered ______________

By________________________

Deputy Clerk

Counsel preferably will make the tag up in a color that will stand out (yet still allow for photocopying), but that is not essential. Place the tag on or near the lower right-hand corner or, if a photograph, on the back. Counsel should fill in the tag but leave the last two spaces blank. The parties must jointly prepare a single set of all trial exhibits that will be the official

United States District Court
Northern District of California

record set to be used with the witnesses and on appeal. Each exhibit must be tagged, three-hole-punched, separated with a label divider identifying the exhibit number, and placed in 3-ring binders. Spine labels should indicate the numbers of the exhibits that are in the binders. Each set of exhibit binders should be marked as "Original." Deposit the exhibits with the deputy clerk seven (7) days before the Pretrial Conference.

D. Counsel must consult with each other and with the deputy clerk at the end of each trial day and compare notes as to which exhibits are in evidence and any limitations thereon. If there are any differences, counsel should bring them promptly to the Court's attention.

E. In addition to the official record exhibits, a single, joint set of bench binders containing a copy of the exhibits must be provided to the Court seven (7) days before the Pretrial Conference, and should be marked as "Chambers Copies." Each exhibit must be separated with a label divider identifying the exhibit number. (An exhibit tag is unnecessary for the bench set.) Spine labels should indicate the numbers of the exhibits that are in the binders.

F. Before the closing arguments, counsel must confer with the deputy clerk to make sure the exhibits in evidence are in good order.

G. Exhibit notebooks for the jury will not be permitted without prior permission from the Court. Publication must be by poster blow-up, overhead projection, or such other method as is allowed in the circumstances. It is permissible to highlight, circle or underscore in the enlargements as long as it is clear that it was not on the original.

**CHARGING CONFERENCE**

As the trial progresses and the evidence is heard, the Court will fashion a comprehensive set of jury instructions to cover all issues actually being tried. Prior to the close of the evidence, the Court will provide a draft final charge to the parties. After a reasonable period for review, one or more charging conferences will be held at which each party may object to any passage, ask for modifications, or ask for additions. Any instruction request must be renewed specifically at the conference or it will be deemed waived, whether

or not it was requested prior to trial. If, however, a party still wishes to request an omitted instruction after reviewing the Court's draft, then it must affirmatively re-request it at the charging conference in order to give the Court a fair opportunity to correct any error. Otherwise, as stated, the request will be deemed abandoned or waived.

**IT IS SO ORDERED.**

Dated: May 6, 2013

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

ADRMOP,AO279,CONSENT,PRVADR

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:12-cv-00680-JSC

Masterobjects, Inc. v. eBay, Inc.
Assigned to: Magistrate Judge Jacqueline Scott Corley
Cause: 35:271 Patent Infringement

Date Filed: 02/10/2012
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Masterobjects, Inc.** represented by

**Spencer Hosie**
Hosie Rice LLP
Transamerica Pyramid
600 Montgomery Street
34th Floor
San Francisco, CA 94111
(415) 247-6000
Fax: (415) 247-6001
Email: shosie@hosielaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darrell Rae Atkinson**
Hosie Rice LLP
600 Montgomery St., 34th Floor
Transamerica Pyramid
San Francisco, CA 94111
415-247-6000
Fax: 415-247-6001
Email: datkinson@hosielaw.com
*ATTORNEY TO BE NOTICED*

**Diane Sue Rice**
Hosie Rice LLP
Transamerica Pyramid
600 Montgomery Street
34th Floor
San Francisco, CA 94111
415-247-6000
Fax: 415-247-6001
Email: drice@hosielaw.com
*ATTORNEY TO BE NOTICED*

**George F. Bishop**
Hosie Rice LLP

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2012 | 1 | COMPLAINT against eBay, Inc. ( Filing fee $ 350, receipt number 34611070432.). Filed byMasterobjects, Inc.. (ga, COURT STAFF) (Filed on 2/10/2012) (Entered: 02/10/2012) |
| 02/10/2012 | 2 | Summons Issued as to eBay, Inc.. (ga, COURT STAFF) (Filed on 2/10/2012) (Entered: 02/10/2012) |
| 02/10/2012 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 6/7/2012. Case Management Conference set for 6/14/2012 01:30 PM in Courtroom F, 15th Floor, San Francisco.. Signed by Judge Jacqueline Scott Corley on 2/10/12. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 2/10/2012) (Entered: 02/10/2012) |
| 02/10/2012 | 4 | REPORT on the filing of an action regarding PATENT INFRINGEMENT (cc: form mailed to register). (ga, COURT STAFF) (Filed on 2/10/2012) (Entered: 02/10/2012) |
| 02/21/2012 | 5 | SUMMONS Returned Executed by Masterobjects, Inc.. eBay, Inc. served on 2/14/2012, answer due 3/6/2012. *Proof of Service Summons in a Civil Case* (Hosie, Spencer) (Filed on 2/21/2012) (Entered: 02/21/2012) |
| 02/22/2012 | 6 | CERTIFICATE OF SERVICE by Masterobjects, Inc. (Hosie, Spencer) (Filed on 2/22/2012) (Entered: 02/22/2012) |
| 03/01/2012 | 7 | STIPULATION *TO EXTEND TIME TO RESPOND TO COMPLAINT* filed by Masterobjects, Inc.. (Nelson, William) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 04/12/2012 | 8 | STIPULATION *TO EXTEND TIME TO RESPOND TO COMPLAINT* filed by Masterobjects, Inc.. (Nelson, William) (Filed on 4/12/2012) (Entered: 04/12/2012) |
| 04/16/2012 | 9 | NOTICE of Appearance by Martin Lukas Pitha (Pitha, Martin) (Filed on 4/16/2012) (Entered: 04/16/2012) |
| 04/16/2012 | 10 | MOTION for leave to appear in Pro Hac Vice *by Chris Shield* ( Filing fee $ 305, receipt number 0971-6745777.) filed by eBay, Inc.. (Attachments: # 1 Proposed Order)(Pitha, Martin) (Filed on 4/16/2012) (Entered: 04/16/2012) |
| 04/16/2012 | 11 | MOTION for leave to appear in Pro Hac Vice *by John Barr* ( Filing fee $ 305, receipt number 0971-6745794.) filed by eBay, Inc.. (Attachments: # 1 Proposed Order)(Pitha, Martin) (Filed on 4/16/2012) (Entered: 04/16/2012) |
| 04/19/2012 | 12 | ORDER by Magistrate Judge Jacqueline Scott Corley granting 10 Motion for Pro Hac Vice (ahm, COURT STAFF) (Filed on 4/19/2012) (Entered: 04/19/2012) |
| 04/19/2012 | 13 | ORDER by Magistrate Judge Jacqueline Scott Corley granting 11 Motion for Pro Hac Vice (ahm, COURT STAFF) (Filed on 4/19/2012) (Entered: 04/19/2012) |
| 04/20/2012 | 14 | |

| | | |
|---|---|---|
| 03/13/2013 | 50 | Transcript of Proceedings held on 2-6-2013, before Judge Jacqueline Scott Corley. Court Reporter/Transcriber Debra L. Pas, CRR, Telephone number (415) 431-1477. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/11/2013. (Pas, Debra) (Filed on 3/13/2013) (Entered: 03/13/2013) |
| 03/28/2013 | 51 | CLAIM CONSTRUCTION ORDER. Signed by Magistrate Judge Jacqueline Scott Corley on 3/28/2013. (ahm, COURT STAFF) (Filed on 3/28/2013) (Entered: 03/28/2013) |
| 03/28/2013 | | Set Deadlines/Hearings: Joint Case Management Statement due by 4/25/2013. Case Management Conference set for 5/2/2013 01:30 PM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. (ahm, COURT STAFF) (Filed on 3/28/2013) (Entered: 03/28/2013) |
| 04/03/2013 | 52 | ORDER by Magistrate Judge Jacqueline Scott Corley denying without prejudice 36 Motion for Partial Summary Judgment (ahm, COURT STAFF) (Filed on 4/3/2013) Modified on 4/3/2013 (ahm, COURT STAFF). (Entered: 04/03/2013) |
| 04/25/2013 | 53 | CASE MANAGEMENT STATEMENT **Further Case Management Conference Statement** filed by Masterobjects, Inc.. (Hosie, Spencer) (Filed on 4/25/2013) (Entered: 04/25/2013) |
| 04/26/2013 | 54 | MOTION for Partial Summary Judgment **Plaintiff MasterObjects, Inc.'s Notice of Motion and Motion for Partial Summary Adjudication of Non-Anticipation** filed by Masterobjects, Inc.. Motion Hearing set for 6/6/2013 09:00 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. Responses due by 5/10/2013. Replies due by 5/17/2013. (Attachments: # 1 Declaration Spencer Hosie Declaration, # 2 Exhibit Ex. A, # 3 Exhibit Ex. B, # 4 Exhibit Ex. C (pgs 1-30), # 5 Exhibit Ex. C (pgs 31-61), # 6 Exhibit Ex. C (pgs 62-92), # 7 Exhibit Ex. C (pgs 93-111), # 8 Exhibit Ex. D, # 9 Proposed Order Proposed Order)(Hosie, Spencer) (Filed on 4/26/2013) (Entered: 04/26/2013) |
| 04/26/2013 | | CLERKS NOTICE CONTINUING MOTION HEARING. TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice that the hearing on Plaintiffs Motion for Partial Summary Adjudication on Non-Anticipation (Dkt. No. 54) currently scheduled for June 6, 2013 is continued to June 20, 2013 at 9:00 a.m., before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ahm, COURT STAFF) (Filed on 4/26/2013) (Entered: 04/26/2013) |
| | | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

**CASE NO. 3:11-cv-06237 JCS**

**CASE NAME: NANOEN TEK, INC. ET AL., v. BIO-RAD LABS.**

**MAGISTRATE JUDGE JOSEPH C. SPERO** **COURTROOM DEPUTY: Karen Hom**

**DATE: Feb. 15, 2013** **TIME: 5 M** **COURT REPORTER: Not Reported**

**COUNSEL FOR PLAINTIFF:**
**David Cotta**

**COUNSEL FOR DEFENDANT:**
**Ronald Lopez & Jennifer Hayes**

---

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| **1. Case Mgmt Conference** | **Held** |

---

**ORDERED AFTER HEARING:**
**Court modified the dates in the joint cmc statement filed on 2/7/13.**
**Updated joint cmc statement due 5/17/13.**

---

**ORDER TO BE PREPARED BY: () Plaintiff () Defendant (X) Court**

**CASE CONTINUED TO: 05/24/13 at 1:30 PM for a further case management conference.**

---

**Discovery Cutoff: 07/01/13**
**Expert reports on party with burden of proof: 07/22/13**

**Expert Rebuttal: 08/12/13**
**Expert Discovery Cutoff: 08/30/13**

**File dispositive motions by: 09/13/13**
**Opposition to dispositive motion due: 09/27/13**

**Replies to dispositive motion due: 10/4/13**
**Motions Hearing: 11/01/13 at 9:30 a.m.**

**File Daubert motions: 12/06/13**
**Opposition to motions in limine: 12/20/13**

**Replies to motions in limine: 01/3/2014**
**Pretrial Conference: 01/31/2014 at 1:30 p.m.**

**Trial Date: 02/26/14 at 8:30 a.m. (X)Jury ()Court Set for 6 days**

---

**cc: Chambers; Karen**
* (T) = Telephonic Appearance

ADRMOP,CONSENT,MEDTERM,STAYED

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:11-cv-06237-JCS

NanoEn Tek, Inc. et al v. Bio-Rad Laboratories, Inc.
Assigned to: Magistrate Judge Joseph C. Spero
Case in other court: Virginia Eastern, 2:11-cv-00427
Cause: 35:281

Date Filed: 12/15/2011
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**NanoEn Tek, Inc.** represented by

**Robert Emmett Scully , Jr.**
Stites & Harbison, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
(703) 739- 4900
Fax: (703) 739- 9577
Email: rscully@stites.com
*TERMINATED: 02/03/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Phillip Samansky**
Edwards Wildman Palmer LLP
111 Huntington Ave
Boston, MA 02199
**NA**
(617) 239-0100
Fax: (617) 227-4420
Email:
asamansky@edwardswildman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clinton Judd McCord**
Edwards Wildman Palmer LLP
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
(310) 860-8700
Fax: (310) 860-3800
Email: cmccord@edwardswildman.com
*ATTORNEY TO BE NOTICED*

**David Cotta**
Edwards Wildman Palmer LLP

| | | |
|---|---|---|
| 08/02/2011 | 1 | COMPLAINT against Bio-Rad Laboratories, Inc. ( Filing fee $ 350 receipt number 14683023243.), filed by NanoEn Tek, Inc., Digital-Bio Technology Co., Ltd.. (Attachments: # 1 Receipt, # 2 Civil Cover Sheet, # 3 Letter)(ldab, ) (Entered: 08/04/2011) |
| 08/04/2011 | 2 | Report on the filing of an action regarding patent 7,842,157. (jcow, ) (Entered: 08/04/2011) |
| 08/04/2011 | | Notice of Correction re 1 Complaint; a financial disclosure statement was not filed with the party's first appearance as required by Local Rule 7.1. The party is allowed seven (7) days to correct the deficiency and file the financial disclosure statement. Failure to file the financial disclosure statement within this period of time will subject the (1) complaint to be stricken from the record. (jcow, ) (Entered: 08/04/2011) |
| 08/04/2011 | 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Scully, Robert) (Entered: 08/04/2011) |
| 08/05/2011 | 4 | One Summons with one copy issued as to Bio-Rad Laboratories, Inc. and mailed to counsel. (Attachments: # 1 Magistrate Judge Notice & Judge's Instructions)(rsim) (Entered: 08/05/2011) |
| 10/03/2011 | 5 | MOTION for Extension of Time to File Answer by Bio-Rad Laboratories, Inc.. (Attachments: # 1 Proposed Order)(Carr, Dabney) (Entered: 10/03/2011) |
| 10/03/2011 | 6 | Financial Interest Disclosure Statement (Local Rule 7.1) by Bio-Rad Laboratories, Inc.. (Carr, Dabney) (Entered: 10/03/2011) |
| 10/05/2011 | 7 | ORDER granting 5 Motion for Extension of Time to Answer and IT IS HEREBY ORDERED that the time for Bio-Rad Laboratories, Inc. to respond to the Complaint filed herein is hereby EXTENDED to October 19, 2011. Signed by Magistrate Judge Tommy E. Miller and filed on 10/5/2011. (rsim) (Entered: 10/05/2011) |
| 10/19/2011 | 8 | ANSWER to 1 Complaint by Bio-Rad Laboratories, Inc..(Carr, Dabney) (Entered: 10/19/2011) |
| 10/19/2011 | | Refer for 16(b) (rsim) (Entered: 10/19/2011) |
| 10/20/2011 | 9 | RULE 26(f) PRETRIAL ORDER: Rule 16(b) Scheduling Conference set for 11/10/2011 at 09:00 AM in Norfolk. Signed by Magistrate Judge Tommy E. Miller and filed on October 20, 2011. (sche) (Entered: 10/20/2011) |
| 10/24/2011 | 10 | MOTION to Change Venue *Pursuant to 28 U.S.C. Sec. 1404(a)* by Bio-Rad Laboratories, Inc.. (Carr, Dabney) (Entered: 10/24/2011) |
| 10/24/2011 | 11 | Memorandum in Support re 10 MOTION to Change Venue *Pursuant to 28 U.S.C. Sec. 1404(a)* filed by Bio-Rad Laboratories, Inc.. (Attachments: # 1 Declaration of Jennifer Hayes, # 2 Declaration of Ronald W. Hutton)(Carr, Dabney) (Entered: 10/24/2011) |
| 10/28/2011 | | Rule 16b Scheduling Conference reset for 11/7/2011 at 09:00 AM in Norfolk. (sche) (Entered: 10/28/2011) |

| | | |
|---|---|---|
| 12/13/2011 | 41 | Case transferred in from District of Virginia Eastern; Case Number 2:11-cv-00427. Original file certified copy of transfer order and docket sheet received. (Additional attachment(s) added on 12/15/2011: # 2 Transmittal) (ga, COURT STAFF). (Entered: 12/15/2011) |
| 12/13/2011 | 42 | ADR SCHEDULING ORDER: Case Management Statement due by 4/19/2012. Case Management Conference set for 4/26/2012 01:30 PM in Courtroom F, 15th Floor, San Francisco.. Signed by Judge Jacqueline Scott Corley on 12/13/11. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 12/13/2011) (Entered: 12/15/2011) |
| 12/23/2011 | 43 | NOTICE of Appearance by Clinton Judd McCord (McCord, Clinton) (Filed on 12/23/2011) (Entered: 12/23/2011) |
| 12/28/2011 | 44 | MOTION for attorney Deborah H. Dodge leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 34611068597.) filed by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Attachments: # 1 Proposed Order) (ga, COURT STAFF) (Filed on 12/28/2011) (Entered: 12/29/2011) |
| 12/28/2011 | 45 | MOTION for attorney George William Neuner leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 34611068600.) filed by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Attachments: # 1 Proposed Order) (ga, COURT STAFF) (Filed on 12/28/2011) (Entered: 12/29/2011) |
| 12/28/2011 | 46 | MOTION for attorney Peter J. Cuomo leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 34611068601.) filed by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 12/28/2011) (Entered: 12/29/2011) |
| 12/28/2011 | 47 | MOTION for attorney Adam P. Samansky leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 34611068595.) filed by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Attachments: # 1 Proposed Order) (ga, COURT STAFF) (Filed on 12/28/2011) (Entered: 12/29/2011) |
| 12/28/2011 | 48 | MOTION for attorney David Cotta leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 34611068593.) filed by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 12/28/2011) (Entered: 12/29/2011) |
| 01/03/2012 | 49 | ORDER by Magistrate Judge Jacqueline Scott Corley granting 44 Motion for Pro Hac Vice (ahm, COURT STAFF) (Filed on 1/3/2012) (Entered: 01/03/2012) |
| 01/03/2012 | 50 | ORDER by Magistrate Judge Jacqueline Scott Corley granting 45 Motion for Pro Hac Vice (ahm, COURT STAFF) (Filed on 1/3/2012) (Entered: 01/03/2012) |
| 01/03/2012 | 51 | ORDER by Magistrate Judge Jacqueline Scott Corley granting 46 Motion for Pro Hac Vice (ahm, COURT STAFF) (Filed on 1/3/2012) (Entered: 01/03/2012) |
| 01/03/2012 | 52 | |

| | | |
|---|---|---|
| | | 4 (to Cotta Decl), # 7 Exhibit 5 (to Cotta Decl), # 8 Exhibit 6 (to Cotta Decl), # 9 Exhibit 7 (to Cotta Decl), # 10 Exhibit 8 (to Cotta Decl), # 11 Exhibit 9 (to Cotta Decl), # 12 Exhibit 10 (to Cotta Decl))(Cuomo, Peter) (Filed on 10/18/2012) (Entered: 10/18/2012) |
| 11/01/2012 | 99 | Brief *Responsive Claim Construction Brief* filed byBio-Rad Laboratories, Inc.. (Attachments: # 1 Declaration of Jennifer Hayes, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Hayes, Jennifer) (Filed on 11/1/2012) (Entered: 11/01/2012) |
| 11/15/2012 | 100 | Brief re 99 Brief, *Markman Reply Brief* filed byDigital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Related document(s) 99 ) (Cuomo, Peter) (Filed on 11/15/2012) (Entered: 11/15/2012) |
| 11/15/2012 | 101 | CLAIM CONSTRUCTION STATEMENT *(AMENDED)* filed by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Attachments: # 1 Exhibit A - AMENDED Joint Claim Construction Chart)(Cuomo, Peter) (Filed on 11/15/2012) (Entered: 11/15/2012) |
| 12/13/2012 | 102 | Minute Entry: Tutorial Hearing held on 12/12/2012 before Joseph C. Spero. (Recording #Not Reported.) (klhS, COURT STAFF) (Date Filed: 12/13/2012) (Entered: 12/13/2012) |
| 12/13/2012 | 103 | Minute Entry: Claims Construction / Markman Hearing held on 12/13/2012 before Joseph C. Spero. Claim Construction Order to issue. (Court Reporter Belle Ball.) (klhS, COURT STAFF) (Date Filed: 12/13/2012) (Entered: 12/13/2012) |
| 01/23/2013 | 104 | CLAIM CONSTRUCTION ORDER. Signed by Judge Joseph C. Spero on January 23, 2013. (jsclc1S, COURT STAFF) (Filed on 1/23/2013) (Entered: 01/23/2013) |
| 01/23/2013 | | Set Deadlines/Hearings: Case Management Statement due by 2/8/2013. Case Management Conference set for 2/15/2013 01:30 PM in Courtroom G, 15th Floor, San Francisco. (klhS, COURT STAFF) (Filed on 1/23/2013) (Entered: 01/23/2013) |
| 02/07/2013 | 105 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-7465223.) filed by Bio-Rad Laboratories, Inc.. (Attachments: # 1 Certificate of Good Standing)(Harris, Maia) (Filed on 2/7/2013) (Entered: 02/07/2013) |
| 02/07/2013 | 106 | CASE MANAGEMENT STATEMENT *(Joint and Updated)* filed by Digital-Bio Technology Co., Ltd., NanoEn Tek, Inc.. (Cuomo, Peter) (Filed on 2/7/2013) (Entered: 02/07/2013) |
| 02/08/2013 | 107 | ORDER, signed 2/8/13, by Judge Joseph C. Spero granting 105 Motion for Pro Hac Vice for Maia H. Harris. (klhS, COURT STAFF) (Filed on 2/8/2013) (Entered: 02/08/2013) |
| 02/15/2013 | 108 | Minute Entry: Initial Case Management Conference held on 2/15/2013 before Joseph C. Spero. Case Management Statement due by 5/17/2013. Motions due by 9/13/2013. Replies due by 10/4/2013. Responses due by 9/27/2013. Further Case Management Conference set for 5/24/2013 01:30 PM in Courtroom G, |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SANDISK CORPORATION,

Plaintiff,

v.

ROUND ROCK RESEARCH LLC,

Defendant.

_____________________________________/

No. C 11-05243 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 30, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY. On or before September 12, 2013 all non-expert discovery shall be completed by the parties.

2. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

A. On or before October 8, 2013, parties will make initial expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before November 8, 2013, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before December 9, 2013, parties will submit their reply expert reports.

D. On or before January 22, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. PRETRIAL MOTIONS. All pretrial dispositive motions must be filed and served no later than January 30, 2014. All pretrial motions shall be heard on March 6, 2014.

4. JURY MATERIALS. All jury materials, including proposed voir dire questions, jury instructions, and forms of verdict shall be filed no later than July 16, 2014.

5. MOTIONS IN LIMINE. All motions in limine shall be filed no later than July 21, 2014. All oppositions shall be filed no later than July 28, 2014.

6. DEPOSITION AND DISCOVERY DESIGNATIONS. Parties shall file and serve excerpts from depositions, interrogatory responses, and request for admissions responses no later than August 4, 2014. Objections and counter-designations shall be filed no later than August 8, 2014.

7. PRETRIAL CONFERENCE. The final pretrial conference will be held on **July 31, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally. A joint pretrial statement shall be filed no later than July 21, 2014.

8. TRIAL DATE. Trial shall commence on **August 11, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 6/10/13

RICHARD SEEBORG
United States District Judge

ADRMOP,AO279,E-Filing,MEDIATION,RELATE

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:11-cv-05243-RS

Sandisk Corporation v. Round Rock Research LLC
Assigned to: Hon. Richard Seeborg
Demand: $0
Relate Case Case: 3:13-mc-80165-RS
Cause: 28:1338 Patent Infringement

Date Filed: 10/27/2011
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Sandisk Corporation** represented by

**Chuck P. Ebertin**
Vinson & Elkins LLP
1841 Page Mill Road, Suite 200-B
Palo Alto, CA 94304
650-687-8204
Fax: 650-618-8508
Email: cebertin@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Joshua Tobin ,**
Vinson and Elkins LLP
2001 Ross Ave., Suite 3700
Dallas, TX 75201
United Sta
214-220-7700
Fax: 512-542-8600
Email: dtobin@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janice Le Ta ,**
Vinson and Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
United Sta
512-542-8400
Fax: 512-542-8600
Email: jta@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Xinghan Ng**
1001 Fannin, Suite 2500

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2011 | 1 | COMPLAINT for Declaratory Judgment of Patent Non-Infringement and or Patent Invadility & Demand for Jury Trial - [Summons Issued] against Round Rock Research LLC, [Filing Fee: $350.00, Receipt Number 54611010636] Filed by Plaintiff Sandisk Corporation. (tn, COURT STAFF) (Filed on 10/27/2011) (tnS, ). (Additional attachment(s) added on 11/1/2011: # 1 Complaint) (tnS, ). (Entered: 10/28/2011) |
| 10/27/2011 | 2 | SUMMONS Issued as to Defendant Round Rock Research LLC. (tn, COURT STAFF) (Filed on 10/27/2011) (tnS, ). (Entered: 10/28/2011) |
| 10/27/2011 | 3 | ADR SCHEDULING ORDER: Joint Case Management Statement due 1/31/2012 & InitialCase Management Conference set for 2/7/2012 at 10:00 AM.. (tn, COURT STAFF) (Filed on 10/27/2011) (tnS, ). (Entered: 10/28/2011) |
| 10/27/2011 | 4 | REPORT on the Filing or Determination of an Action Regarding Patent Infringement. (cc: form mailed to register). (tn, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/28/2011) |
| 10/27/2011 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 10/28/2011) |
| 11/10/2011 | 5 | SUMMONS Returned Executed by Sandisk Corporation. Sandisk Corporation served on 11/1/2011, answer due 11/22/2011. (Ebertin, Chuck) (Filed on 11/10/2011) (Entered: 11/10/2011) |
| 11/17/2011 | 6 | NOTICE of Appearance by Bradford John Black *on behalf of Defendant Round Rock Research LLC* (Black, Bradford) (Filed on 11/17/2011) (Entered: 11/17/2011) |
| 11/17/2011 | 7 | NOTICE of Appearance by Andrew Grant Hamill *on behalf of Defendant Round Rock Research LLC* (Hamill, Andrew) (Filed on 11/17/2011) (Entered: 11/17/2011) |
| 11/17/2011 | 8 | MOTION to Dismiss filed by Round Rock Research LLC. Motion Hearing set for 1/3/2012 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 12/1/2011. Replies due by 12/8/2011. (Attachments: # 1 Proposed Order)(Black, Bradford) (Filed on 11/17/2011) (Entered: 11/17/2011) |
| 11/17/2011 | 9 | Declaration of Gerard A. deBlasi in Support of 8 MOTION to Dismiss filed byRound Rock Research LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Related document(s) 8 ) (Black, Bradford) (Filed on 11/17/2011) (Entered: 11/17/2011) |
| 11/17/2011 | 10 | CLERKS NOTICE REQUESTING BOTH PARTIES FILE CONSENT OR DECLINATION. Admissions due by 11/28/2011. (kns, COURT STAFF) (Filed on 11/17/2011) (Entered: 11/17/2011) |
| 11/17/2011 | 11 | |

| | | |
|---|---|---|
| | | bySandisk Corporation. (Ebertin, Chuck) (Filed on 4/24/2013) (Entered: 04/24/2013) |
| 04/24/2013 | 163 | Declaration of CHUCK EBERTIN in Support of 162 Reply to Opposition/Response, *Re Motion for Summary Judgment on Count VII of Round Rock's Counterclaims -- Asserted Claims 1-4 of U.S. Patent No. 6,383,839* filed bySandisk Corporation. (Attachments: # 1 Exhibit 1)(Related document(s) 162 ) (Ebertin, Chuck) (Filed on 4/24/2013) (Entered: 04/24/2013) |
| 04/30/2013 | 164 | STATUS REPORT *JOINT SCHEDULING PROPOSAL* by Sandisk Corporation. (Ebertin, Chuck) (Filed on 4/30/2013) (Entered: 04/30/2013) |
| 05/02/2013 | 165 | CLERKS NOTICE SCHEDULING A CASE MANAGEMENT CONFERENCE. Case Management Conference set for 5/30/2013 10:00 AM in Courtroom 3, 17th Floor, San Francisco. (cl, COURT STAFF) (Filed on 5/2/2013) (Entered: 05/02/2013) |
| 05/07/2013 | 166 | **FILED IN ERROR- DISREGARD. SEE DKT. NO 167 for correct document CLAIM CONSTRUCTION ORDER. Signed by Judge Richard Seeborg on 5/7/13. (cl, COURT STAFF) (Filed on 5/7/2013) Modified on 5/7/2013 (rslc1, COURT STAFF). (Entered: 05/07/2013)** |
| 05/07/2013 | 167 | **CLAIM CONSTRUCTION ORDER. Signed by Judge Seeborg on 5/7/2013. (rslc1, COURT STAFF) (Filed on 5/7/2013) (Entered: 05/07/2013)** |
| 05/09/2013 | 168 | MOTION for leave to appear in Pro Hac Vice *on behalf of Efren Garcia* ( Filing fee $ 305, receipt number 0971-7688197.) filed by Sandisk Corporation. (Ebertin, Chuck) (Filed on 5/9/2013) (Entered: 05/09/2013) |
| 05/09/2013 | 169 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EFREN GARCIA PRO HAC VICE. by Judge Richard Seeborg (cl, COURT STAFF) (Filed on 5/9/2013) (Entered: 05/09/2013)** |
| 05/10/2013 | 170 | ADR Clerks Notice Appointing James Gilliland as Mediator. (af, COURT STAFF) (Filed on 5/10/2013) (Entered: 05/10/2013) |
| 05/20/2013 | 171 | MOTION to Appear by Telephone filed by Round Rock Research LLC. (Black, Bradford) (Filed on 5/20/2013) (Entered: 05/20/2013) |
| 05/20/2013 | 172 | CLERKS NOTICE All parties shall appear telephonically for their case management conference scheduled for 11:00 a.m. on Thursday, May 30, 2013. (rslc3, COURT STAFF) (Filed on 5/20/2013) (Entered: 05/20/2013) |
| 05/23/2013 | 173 | CASE MANAGEMENT STATEMENT *[JOINT]* filed by Sandisk Corporation. (Ebertin, Chuck) (Filed on 5/23/2013) (Entered: 05/23/2013) |
| 05/30/2013 | 174 | Minute Entry: Further Case Management Conference held on 5/30/2013 before Judge Richard Seeborg (Date Filed: 5/30/2013). (Court Reporter Not Reported.) (cl, COURT STAFF) (Date Filed: 5/30/2013) (Entered: 05/30/2013) |
| 05/30/2013 | 175 | |



United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

Plaintiff,

v.

ACRONIS, INC. et al,

Defendant.
___________________________________/

Case No. C11-5310 EMC

**CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, THE FOLLOWING DEADLINES ARE HEREBY ORDERED:

| | | |
|---|---|---|
| 1. | TRIAL DATE: | 5/5/2014, at 8:30 a.m.<br>Courtroom 5, 17th Floor<br>Jury (x) or Court ( ) |
| 2. | TRIAL LENGTH: | Estimated ten (10) court days<br>(typical court day for trial is 8:30 a.m. to 2:00 p.m.; **Thursdays are dark**) |
| 3. | FINAL PRETRIAL CONFERENCE: | 4/22/2014, at 2:30 p.m.<br>**LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND.** |
| 4. | DISPOSITIVE MOTIONS: | Last day to be *heard* 1/23/2014 at 1:30 p.m.<br>See Civil Local Rules for notice and filing requirements. |
| 5. | NON-EXPERT DISCOVERY CUT-OFF: | 7/12/2013 |
| 6. | EXPERT REPORTS: | Opening reports by 8/9/2013<br><br>Rebuttal reports by 9/13/2013 |

United States District Court
For the Northern District of California

7. EXPERT DISCOVERY CUT-OFF: 10/18/2013

8. DISCOVERY LIMITATIONS: (F.R.C.P. applies unless otherwise indicated)

Prior to completion of ADR, each party is limited to:

Note: Parties may proceed with depositions and written discovery in conformance with the Federal Rules of Civil Procedure. Parties shall contact Magistrate Judge Corley for resolution of all discovery disputes.

Interrogatories ____

Depositions _____

Document Requests ___

Requests for Admission ____

After ADR, each party is limited to: FRCP

Interrogatories ____

Depositions ____

Document Requests ____

Requests for Admission ____

9. ADR: To be completed by 9/19/13* (see Other below)

Court-sponsored mediation _

Court-sponsored ENE ___

Mag. Judge Settlement Conf.___

Private mediation ____

Private arbitration ____

Other : *Parties to submit joint letter re choice of ADR by 6/20/13.

10. LAST DAY TO AMEND PLEADING: N/A

11. FURTHER STATUS CONFERENCE: 10/10/2013 at 10:30 a.m.

United States District Court
For the Northern District of California

**PRETRIAL INSTRUCTIONS**

**A. <u>MEET AND CONFER</u>**

At least forty-two (42) days prior to the final pretrial conference, lead counsel who will try the case shall meet and confer regarding the following:

- Preparation and content of the joint pretrial conference statement, *see* Part B, *infra*;
- Preparation and exchange of pretrial materials, *see* Part C, *infra*; and
- Settlement of the action.

**B. <u>JOINT PRETRIAL CONFERENCE STATEMENT</u>**

At least twenty-one (21) days prior to the final pretrial conference, the parties shall file a joint pretrial conference statement. The statement shall contain the following information:

**1. <u>The Action</u>.**

a. <u>Substance of the Action</u>. A brief description of the substance of claims and defenses which need to be decided.

b. <u>Relief Prayed</u>. A statement of all relief sought, particularly itemizing all elements of damages claimed.

**2. <u>Factual Basis of the Action</u>.**

a. <u>Undisputed Facts</u>. A list of all stipulated facts, *i.e.*, all facts parties to which the parties will stipulate to for incorporation into the trial record without the necessity of supporting testimony or exhibits.

b. <u>Disputed Factual Issues</u>. A list of all factual issues that remain to be tried, stating the issues with the same generality/specificity as any contested elements in the relevant jury instructions and organized by counts.

United States District Court
For the Northern District of California

**3.** **Disputed Legal Issues.** *Without extended legal argument*, a concise statement of each disputed point of law concerning liability or relief, citing supporting statutes and decisions.

**4.** **Estimate of Trial Time.** An estimate of the number of hours needed for the presentation of each party's case.

**5.** **Trial Alternatives and Options.**

a. Settlement Discussion. A statement summarizing the status of settlement negotiations and indicating whether further negotiations are likely to be productive.

b. Consent to Trial Before a Magistrate Judge. A statement whether reference of all or part of the action to a master or magistrate judge is feasible, including whether the parties consent to a court or jury trial before a magistrate judge, with appeal directly to the Ninth Circuit.

c. Amendments or Dismissals. A statement of requested or proposed amendments to pleadings or dismissals of parties, claims, or defenses.

d. Bifurcation or Separate Trial of Issues. A statement of whether bifurcation or a separate trial of specific issues is feasible and desired.

**6.** **Witnesses.** *The following information should be provided as an appendix to the joint pretrial conference statement.* For each party, a list of all witnesses likely to be called at trial, including those appearing by deposition. For each witness, there should be a short statement of the substance of his or her testimony and an estimate regarding the length of testimony (including direct and cross-examination). If the witness is an expert witness, the short statement should clearly state the expert's theories and conclusions and the bases therefor; in addition, the expert's curriculum

vitae and report (if any) should be attached. If there are objections to a live witness's testimony, whether in whole or in part, that objection should be raised through a motion in limine. For objections to deposition testimony, *see* Part B.8, *infra*.

7. **Exhibits.** *The following information should be provided as an appendix to the joint pretrial conference statement.* A *joint* exhibit list in tabular form, with (a) a column that briefly describes the exhibit; (b) a column that describes for what purpose the party will offer the exhibit and identifies its sponsoring witness; (c) a column that states any objections to the exhibit; (d) a column that briefly responds to the objections; and (e) a blank column for the Court's use. Before this list is filed with the Court, the parties shall meet and confer, in person, to consider exhibit numbers, to eliminate duplicate exhibits and confusion over exhibits, and to make a good faith effort to stipulate to admissibility. If stipulation is not possible, the parties shall make every effort to stipulate to authenticity and foundation absent a legitimate (not tactical) objection. In addition to the above, a *joint* statement in which each party identifies fifteen (15) of the opposing party's exhibits for which the identifying party seeks rulings on objections *in advance* of trial. A party may identify, *e.g.*, an exhibit that it believes is critical to the case (if admitted or if not admitted) or an exhibit that it believes is representative of other exhibits such that the identified exhibit will provide a bellwether as to how the Court will rule on other exhibits.

8. **Use of Discovery Responses.** *The following information should be provided as an appendix to the joint pretrial conference statement.* Excerpts of interrogatory responses, responses to requests for admission, and deposition testimony (with specific line references identified) that each party intends to present at trial. If there are objections to the use of written responses, the parties should include a joint

memorandum that briefly states the objecting party's objection and the opposing party's response. If there is an objection to the general subject matter of a deponent's testimony, the objection should be made through a motion in limine. If specific objections were made during the deposition that are still in need of a Court ruling, the parties should include a joint memorandum that identifies the deposition testimony at issue and that briefly states the objecting party's objection (including any counter-designation) and the opposing party's response (including any counter-designation). The Court expects the parties to meet and confer in good faith in the attempt to resolve those specific objections regarding deposition testimony before any memorandum regarding objections are filed.

**C. PRETRIAL MATERIALS**

At least twenty-one (21) days prior to the final pretrial conference, the parties shall file the following pretrial materials.

**1. Motions in Limine.** The following procedure should be used with respect to motions in limine. At least thirty-two (32) days before the pretrial conference, serve – but do not file – the moving papers. At least twenty-five (25) days before the conference, serve – but do not file – the oppositions. When the oppositions are received, the moving party should collate the motion and opposition together, back to back, and then file the paired sets (each under separate cover) at least twenty-one (21) days prior to the conference.

Each motion in limine should address a single topic and contain no more than seven pages of briefing per side. Reply briefs are not permitted. Usually, each party or side should not need to file more than five motions in limine. Each party shall number its motions in limine in order of importance, the first being the most important.

**2. Preliminary Statement to the Jury.** In a jury trial, the parties shall provide a



United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

simplified statement of the case to be read to the jury during voir dire and as a part of the proposed jury instructions. Unless the case is extremely complex, this statement should not exceed one paragraph.

**3.** **Jury Instructions.** In a jury trial, a *joint* set of proposed jury instructions on substantive issues of law, arranged in a logical sequence.

If undisputed, an instruction shall be identified as "Stipulated Instruction No. ____ re ____________________," with the blanks filled in as appropriate. Even if stipulated, the instruction shall be supported by citation.

If disputed, each version of the instruction shall be inserted together, back to back, in their logical place in the overall sequence. A disputed instruction shall be identified as "Disputed Instruction No. ____ re ____________________ offered by __________," with the blanks filled in as appropriate. All disputed versions of the same basic instruction shall bear the same number. If a party does not have a counter-version and simply contends that no such instruction in any version should be given, then that party should so state on a separate page inserted in lieu of an alternate version. Each party should support its version of a disputed instruction, and/or oppose the version offered by the opposing party, with a brief argument and citation to any relevant authority. The argument and citation should be provided immediately following the disputed instructions. The parties are encouraged to keep disputed instructions to a minimum.

Finally, absent objection, the Court shall give the following jury instructions from the Ninth Circuit Manual of Model Civil Jury Instructions (2007 ed.): 1.1-1.2, 1.6-1.14, 1.18-1.19, 3.1-3.3.

///

///

///

**4. <u>Voir Dire</u>.** In a jury trial, the Court will conduct a voir dire based on the attached (or a similar) questions/subjects. Counsel may also submit for the Court's consideration an *agreed upon* set of additional voir dire questions to be posed by the Court. Any voir dire questions on which counsel cannot agree may be submitted separately. Counsel will be allowed a brief (15 minutes) follow-up voir dire after the Court's questioning.

**5. <u>Verdict Form</u>.** In a jury trial, the parties shall submit a *joint* proposed verdict form. If the parties are unable to stipulate to a verdict form, then each party or side shall submit a proposed verdict form.

**6. <u>Proposed Findings of Fact and Conclusions of Law</u>.** In a bench trial, each party or side shall submit proposed findings of fact and conclusions of law.

**7. <u>Exhibits</u>.** The parties shall submit *two* sets of all exhibits. Exhibits are not to be filed but rather shall be submitted to chambers. *Exhibits must be premarked. In addition, one set of exhibits must be tagged.* Exhibits shall be three-hole punched and shall be submitted in binders. Sample tags may be obtained from the Courtroom Deputy and are attached as Exhibit A hereto.

**8. <u>Trial Brief</u>.** Each party shall submit a trial brief not to exceed 15 pages absent court order. A trial brief is most helpful to the Court when it: (1) summarizes the party's theory of the case, (2) identifies key evidence, and (3) provides summary briefing on any controlling issues of law.

Dated: June 7, 2013

EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California

**JUROR QUESTIONNAIRE**

1. Name.

2. City of residence.

3. Occupational status.

4. Educational background.

5. Organizations.

6. Hobbies.

7. Marital status.

8. Spouse’s occupation.

9. Children (including ages).

10. If a juror on another case.

11. If ever a grand juror.

12. If ever in the military.

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO.______________

Date Admitted:__________________________

By:__________________________________

Betty Lee, Deputy Clerk

-----------------------------------------------------

ADRMOP,AO279,CONSOL,PROTO,PRVADR,REFDIS,REFSET-EDL

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:11-cv-05310-EMC

Symantec Corporation v. Acronis, Inc
Assigned to: Hon. Edward M. Chen
Referred to: Magistrate Judge Jacqueline Scott Corley
Magistrate Judge Elizabeth D. Laporte (Settlement)
Cause: 35:271 Patent Infringement

Date Filed: 11/01/2011
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Symantec Corporation** represented by

**Eric Earl Wall**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: ericwall@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Perez-Daple**
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
312-705-7400
Fax: 312-705-7401
*TERMINATED: 04/24/2013*

**Amanda S. Williamson**
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street
Suite 2450
Chicago, IL 60661
(312) 705-7400
Fax: (312) 705-7400
*ATTORNEY TO BE NOTICED*

**Amit B. Patel**
Quinn Emanuel Urquhart & Sullivan, LLP

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Acronis International GmbH** represented by **Joanna M Fuller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Winston Thornburgh**
(See above for address)
*TERMINATED: 07/02/2012*
*ATTORNEY TO BE NOTICED*

**Olga Ivanovna May**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2011 | 1 | COMPLAINT FOR PATENT INFRINGEMENT: DEMAND FOR JURY TRIAL; against Acronis, Inc ( Filing fee $ 350.00, receipt number 56411010669.). Filed bySymantec Corporation. (Attachments: # 1 Civil Cover Sheet)(aaa, COURT STAFF) (Filed on 11/1/2011). (Entered: 11/03/2011) |
| 11/01/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/8/2012. Case Management Conference set for 2/15/2012 10:00 AM. Signed by Magistrate Judge Nathanael M. Cousins on 11/1/11. (Attachments: # 1 NC Standing Order, # 2 Standing Order)(aaa, COURT STAFF) (Filed on 11/1/2011) (Entered: 11/03/2011) |
| 11/01/2011 | 3 | Certificate of Interested Entities or Parties; by Symantec Corporation (aaa, COURT STAFF) (Filed on 11/1/2011) (Entered: 11/03/2011) |
| 11/01/2011 | 4 | Summons Issued as to Acronis, Inc. (aaa, COURT STAFF) (Filed on 11/1/2011) . (Entered: 11/03/2011) |
| 11/01/2011 | 5 | REPORT on the filing or determination of an action regarding:**PATENT INFRINGEMENT** (cc: form mailed to register). (aaa, COURT STAFF) (Filed on 11/1/2011) (Entered: 11/03/2011) |
| 11/04/2011 | 6 | Declination to Proceed Before a U.S. Magistrate Judge by Symantec Corporation *AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE*. (Kash, Jennifer) (Filed on 11/4/2011) (Entered: 11/04/2011) |
| 11/07/2011 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (lmh, COURT STAFF) (Filed on 11/7/2011) (Entered: 11/07/2011) |
| 11/08/2011 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Edward M. Chen for all further proceedings. Magistrate Judge Nathanael M. Cousins no |

| | | |
|---|---|---|
| | | Under Seal, # 2 Proposed Order)(May, Olga) (Filed on 2/22/2013) (Entered: 02/22/2013) |
| 02/22/2013 | 200 | RESPONSE (re 177 MOTION to Amend/Correct *Infringement Counterclaims and Infringement Contentions; Memorandum of Points and Authorities* ) *Response to Sur-Reply* filed byAcronis International GmbH, Acronis, Inc. (Attachments: # 1 Declaration of Olga May ISO Resposne to Sur-Reply, # 2 Exhibit 1 - Submitted Under Seal, # 3 Exhibit 2, # 4 Exhibit 3)(May, Olga) (Filed on 2/22/2013) (Entered: 02/22/2013) |
| 02/26/2013 | 201 | Declaration of Olga I. May in Support of 194 Order on Administrative Motion to File Under Seal *Re Good Cause to File Exhibits 4 and 5 to Symantec's Motion to Amend Infringement Contentions Under Seal* filed byAcronis International GmbH, Acronis, Inc. (Related document(s) 194 ) (May, Olga) (Filed on 2/26/2013) (Entered: 02/26/2013) |
| 02/27/2013 | 202 | ORDER - Claim Construction Order - Symantec's Patents. Signed by Judge Edward M. Chen on 2/27/2013. (emcsec, COURT STAFF) (Filed on 2/27/2013) (Entered: 02/27/2013) |
| 02/27/2013 | 203 | ORDER - Claim Construction Order - Acronis's Patents. Signed by Judge Edward M. Chen on 2/27/2013. (emcsec, COURT STAFF) (Filed on 2/27/2013) (Entered: 02/27/2013) |
| 02/27/2013 | 204 | ORDER by Judge Edward M. Chen granting 199 Administrative Motion to File Under Seal (bpf, COURT STAFF) (Filed on 2/27/2013) (Entered: 02/27/2013) |
| 02/27/2013 | 205 | RESPONSE (re 190 MOTION to Amend/Correct *Symantec's Infringement Contentions* ) filed byAcronis International GmbH, Acronis, Inc. (May, Olga) (Filed on 2/27/2013) (Entered: 02/27/2013) |
| 02/28/2013 | | ***Motions terminated: 169 MOTION to Strike *Symantec's Post-Hearing Claim Construction Filing* filed by Acronis International GmbH, Acronis, Inc. Denied as moot. See Order #202. THIS IS A TEXT ONLY DOCKET ENTRY; THERE IS NO DOCUMENT ASSOCIATED WITH THIS NOTICE. (bpf, COURT STAFF) (Filed on 2/28/2013) (Entered: 02/28/2013) |
| 03/04/2013 | 206 | Minute Entry: Motion Hearing held on 2/28/2013 before Edward M. Chen (Date Filed: 3/4/2013) re 173 MOTION for Relief from the Magistrate Judge's December 28, 2012 Order filed by Acronis International GmbH, Acronis, Inc, 177 MOTION to Amend/Correct *Infringement Counterclaims and Infringement Contentions; Memorandum of Points and Authorities* filed by Acronis International GmbH, Acronis, Inc. For the reasons stated on the record, the Court affirmed Magistrate Judge Corleys 12/28 order and granted in part and denied in part Acronis motion to amend infringement counterclaims and infringement contentions. Court to issue order. Case Management Statement due by 5/30/2013. Further Case Management Conference set for 6/6/2013 010:30 AM in Courtroom 5, 17th Floor, San Francisco. Motion Hearing set for 1/23/2014 01:30 PM in Courtroom 5, 17th Floor, San Francisco before Hon. Edward M. Chen. (Court Reporter Kathy |