# Exhibit N

## 2013 Patent Litigation Study
Big cases make headlines, while patent cases proliferate

*1995–2012*



## Median damages rise with time-to-trial
### Chart 7c

## Virginia Eastern, Wisconsin Western speediest in time-to-trial
### Chart 7d

Chart 7c reflects the direct relationship between the median damages award and the number of years to trial. Several factors might influence this relationship. Cases involving higher potential damages awards are more complex and, thus, take longer to reach trial. Also, increased time-to-trial provides a longer period over which sales can occur, thereby increasing the potential damages base.

Since 1995, significant variations have occurred in the median time-to-trial across jurisdictions. To assess the lead time, we focused on the most active districts. Chart 7d summarizes the median time-to-trial among these courts from 1995 to 2012. As indicated, the Virginia Eastern and Wisconsin Western districts boast the shortest time-to-trial, which has been significantly lower than the next district or the median. The fastest five districts and overall median time-to-trial have remained consistent from our last study.



Chart 7c. Median damages based on time-to-trial: 1995–2012

Median damages are adjusted for inflation and represented in 2012 US dollars.

The number of identified decisions is indicated within the respective column.

Chart 7d. Median time-to-trial by district from 1995–2012

| Rank | District | Total # of identified decisions with time-to-trial data | In years |
|---|---|---|---|
| 1 | Virginia Eastern | 22 | 0.97 |
| 2 | Wisconsin Western | 10 | 1.07 |
| 3 | Florida Middle | 15 | 1.74 |
| 4 | Delaware | 113 | 1.94 |
| 5 | Texas Southern | 11 | 2.00 |
| 6 | Texas Eastern | 85 | 2.19 |
| 7 | California Central | 29 | 2.34 |
| 8 | Texas Northern | 18 | 2.42 |
| 9 | Florida Southern | 15 | 2.50 |
| 10 | Minnesota | 12 | 2.66 |
| 11 | New Jersey | 27 | 2.70 |
| 12 | California Northern | 39 | 2.72 |
| 13 | New York Southern | 36 | 2.95 |
| 14 | Massachusetts | 25 | 3.63 |
| 15 | Illinois Northern | 35 | 3.67 |
| | Overall (all decisions identified) | 685 | 2.35 |

Includes only the 15 most active districts for which time-to-trial data was available.