# Exhibit A

# In-App Purchase

In-App Purchase is a feature that allows your users to purchase content within your app. You configure this feature by clicking the Manage In-App Purchases button on the App Summary page. This button is only visible if your iTunes Connect account was assigned the admin or technical role, and your team agent agreed to the latest iOS Developer Program or Mac Developer Program license agreement.

**Note:**  In-App Purchase is available in iOS 3.0 and later and OS X 10.7 and later.

## About In-App Purchase

You implement In-App Purchase in your app using the Store Kit framework. Store Kit connects to the App Store on your app's behalf to securely process payments from the user. Store Kit prompts the user to authorize the payment and then notifies your app so that it can provide items the user purchased. Use In-App Purchase to collect payment for enhanced functionality or additional content that can be used by your app.

For example, you can use In-App Purchase to implement any of the following scenarios:

- A basic version of your app with additional premium features
- A book reader app that allows the user to purchase and download new books
- A game that offers new environments (levels) to explore
- An online game that allows the player to purchase virtual property
- Access to a turn-by-turn map service
- A subscription to a digital magazine or newsletter

Promo codes available for apps cannot be used to purchase In-App Purchases. There is no support for bulk-purchasing of In-App Purchases.

To enable In-App Purchase in your apps, you need to have the latest Paid Applications contract in effect with Apple, and your team agent needs to agree to the latest Program License Agreement.

Before being sent to Apple for review, all In-App Purchases must be registered through iTunes Connect and tested in a sandbox environment to ensure proper functionality.