# Exhibit E

Law360
A LexisNexis® Company

News, cases, companies, firms    Search    Advanced Search    FREE TRIAL

News | Rankings | Jobs    Cases    Tracking    *Platform Tools*    Subscribe | **Sign In**

# Novak Druce Opens Silicon Valley Office

By **Richard Vanderford**    0 Comments    Share us on:

Law360, New York (September 07, 2011, 5:09 PM ET) -- Intellectual property firm Novak Druce & Quigg LLP said Tuesday that it has opened a new Silicon Valley office in Cupertino, Calif., to be closer to clients, including famous Cupertino resident Apple Inc.

**Sign up for our free daily newsletters.**

**Email** (professional email required)

**Primary area of interest**

☐ **California**        ☐ **Intellectual Property**
                        ☐ **Technology**

More [+]

Sign up now

The office will be the firm's second in Northern California — it opened shop in San Francisco in 2007. Novak Druve CEO Gregory V. Novak told Law360 he plans to aggressively expand the firm's presence in the Bay Area.

"We're in discussions with several potential laterals right now to come into Cupertino," he said.

"We definitely want to grow more," he said. "Our goal is really to take some dominance out in the IP market out here."

So far, Novak Druce has staffed its Silicon Valley with about six attorneys, Novak said. It hopes to add more partners and associates over the next two years, until its Bay Area attorney count is about 50 —double its present size, he said.

The firm, which focuses exclusively on IP, is well known for its litigation-driven patent re-examination practice, which Novak says is the largest in the country.

Novak wants to establish the firm as a premier IP "super-boutique," he said.

"It's been years since a firm like that has emerged," he said. "We can't really think of in recent times another IP firm that has developed an IP platform like we have."

Much of that development has been on the strength of California's technology sector. The firm's California offices now drive Novak Druce's patent, trademark, litigation and patent re-examination practices, he said.

Novak Druce employs 80 attorneys in Houston, Silicon Valley, San Francisco, Washington, and West Palm Beach, Fla.

**Related**

**Sections**
- California
- Intellectual Property
- Technology

**Law Firms**
- TRACK  Ditthavong Mori
- TRACK  Novak Druce

**Companies**
- TRACK  Apple Inc.

In recent months, Novak Druce has bolstered its patent prosecution ranks with hires from other firms, particularly the defunct Howrey LLP. In April the firm announced it had hired ex-Howrey patent specialist Patricia A. Kammerer to its Houston office.

She had worked at Howrey for 11 years, since the 2000 merger with her previous firm, Arnold White & Durkee PC. Kammerer said she was one of the first working in the biotech field in patent law.

Days earlier, Novak announced that it hired Michael J. Bell, Howrey's former national intellectual property practice co-chair, to work at its Washington office.

In his 14-year stint at Howrey, Bell focused his practice primarily on transactional work and patent prosecution, with a heavy emphasis on business method patents. He also focused on client counseling and the preparation of patent applications and related filings.

Howrey partners Henry "Hank" A. Petri and Janelle D. Waack joined Novak Druce's Houston office in early March.

Also in March, Novak Druce announced it had also hired international prosecution specialist Raymond J. Ho from Ditthavong Mori & Steiner PC to join its Washington office as of counsel.

--Additional reporting by Carolina Bolado. Editing by Kat Laskowski.

### Related Articles

Novak Druce Adds Ex-Howrey Patent Partner

Novak Druce, Perkins Coie Pick Up Howrey IP Attys

Novak Druce Lands Patent Pro From Kilpatrick Townsend

Novak Druce Absorbs IP Boutique To Break Into Boston

Novak Druce Snaps Up Ex-Howrey IP Co-Chair

**0 Comments**  Sign in to comment

Terms of Service

© Copyright 2013, Portfolio Media, Inc. | Home | About | Contact Us | Site Map | Site Index | Jobs | Careers at Law360 | Mobile | Terms
**Beta Tools:** Track docs | Track attorneys | Track judges