# Exhibit F

# Jürg Domenig

Partner at Novak Druce Connolly Bove + Quigg LLP
San Francisco Bay Area | Law Practice

**Join LinkedIn and access Jürg Domenig's full profile. It's free!**

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Jürg Domenig** know in common
- Get introduced to **Jürg Domenig**
- Contact **Jürg Domenig** directly

View Jürg's full profile

## Jürg Domenig's Overview

| | |
|---|---|
| Current | **Partner (elected in 2013)** at **Novak Druce Connolly Bove + Quigg LLP** |
| Past | Visiting Counsel at Apple |
| | Law Clerk at U.S. International Trade Commission |
| Education | University of New Hampshire School of Law |
| | North Carolina State University |
| | North Carolina State University |
| Connections | **500+** connections |
| Websites | Company Website |

## Jürg Domenig's Experience

**Partner (elected in 2013)**
**Novak Druce Connolly Bove + Quigg LLP**
Privately Held; 201-500 employees; Law Practice industry
August 2007 – Present (6 years 4 months) | San Francisco Bay Area

Draft patent applications and responses to office actions. Assist clients, from large corporations to small start-ups, to develop and execute tailored patent portfolio management strategies that cost-effectively improve identification, protection and monetization of their inventions.

**Visiting Counsel**
**Apple**
Public Company; 10,001+ employees; AAPL; Consumer Electronics industry
October 2010 – January 2012 (1 year 4 months) | Cupertino, CA

Visiting counsel in Apple's Patent Development Department

**Law Clerk**
**U.S. International Trade Commission**
Government Agency; 201-500 employees; International Trade and Development industry
May 2006 – August 2006 (4 months) | Washington D.C. Metro Area

Assisted OUII staff attorneys in pre-trial and trial stages of ITC litigation.

## Jürg Domenig's Languages

- Conversational German

## Jürg Domenig's Skills & Expertise

Intellectual Property    Patent Prosecution    Patent Analysis    Patents

## Jürg Domenig's Education

**University of New Hampshire School of Law**
JD
Franklin Pierce Merit Scholar

**North Carolina State University**
BS (cum laude), Electrical Engineering
1998 – 2003
EIT certified by North Carolina Board of Engineers

**North Carolina State University**
BS (cum laude), Computer Engineering
2003 – 2004

## Jürg Domenig's Additional Information

Websites:


Case 6:13-cv-00447-JRG   Document 75-8   Filed 11/25/13   Page 3 of 5 PageID #: 1878

- Company Website

| Groups and Associations: |  Audio Engineering Society |
| --- | --- |
| |  Patents - Intellectual Property |
| |  Phi Delta Theta - NC Delta Alumni |

### Contact Jürg for:

- job inquiries
- business deals
- getting back in touch
- expertise requests
- reference requests

### View Jürg Domenig's full profile to...

- See who you and **Jürg Domenig** know in common
- Get introduced to **Jürg Domenig**
- Contact **Jürg Domenig** directly

View Full Profile

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

LinkedIn Corporation © 2013



### Steven Chang
Patent Attorney at Fountainhead Law
San Francisco Bay Area | Legal Services

**Join LinkedIn and access Steven Chang's full profile. It's free!**

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Steven Chang** know in common
- Get introduced to **Steven Chang**
- Contact **Steven Chang** directly

View Steven's full profile

## Steven Chang's Overview

| | |
|---|---|
| Current | **Patent Attorney** at **Fountainhead Law** |
| Past | Patent Attorney at Novak Druce + Quigg LLP |
| | Secondee at Apple |
| | Patent Attorney at Kokka & Backus |
| | see all |
| Connections | **375** connections |

## Steven Chang's Experience

**Patent Attorney**
**Fountainhead Law**
May 2013 – Present (7 months) | Santa Clara, CA

**Patent Attorney**
**Novak Druce + Quigg LLP**
April 2011 – May 2013 (2 years 2 months)

**Secondee**
**Apple**
May 2011 – January 2012 (9 months)

**Patent Attorney**
**Kokka & Backus**
May 2009 – March 2011 (1 year 11 months)

**Patent Agent**
**Beyer Law Group**
February 2008 – May 2009 (1 year 4 months)

**Patent Agent**
**Fountainhead Law Group, P.C.**
March 2006 – January 2008 (1 year 11 months)

**Instructor**
**Ivy-West SAT Prep**
February 2003 – March 2006 (3 years 2 months)

**Senior Software Development Engineer**
**Synopsys, Inc**
June 2004 – June 2005 (1 year 1 month)

**Software Development Engineer**
**Monterey Design Systems**
November 2001 – December 2003 (2 years 2 months)

## Steven Chang's Languages

- Chinese
- Taiwanese

## Steven Chang's Skills & Expertise

Patents　Intellectual Property　Patent Prosecution　Patent Litigation　Software　Verilog　Legal Research　Licensing
Litigation　Semiconductors

### View Steven Chang's full profile to...

- See who you and **Steven Chang** know in common

Case 6:13-cv-00447-JRG   Document 75-8   Filed 11/25/13   Page 5 of 5 PageID #:  1880

- Get introduced to **Steven Chang**
- Contact **Steven Chang** directly

View Full Profile

Not the Steven Chang you were looking for? View more »

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

LinkedIn Corporation © 2013