IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SMARTFLASH LCC,** *et al.*, <br><br> Plaintiffs, <br> v. <br><br> **APPLE INC,** *et al.*, <br><br> Defendants. | Case No. 6:13-CV-00447-MHS-KNM |

## ORDER

This Order addresses Defendants' Motion to Stay.  For the reasons stated in Plaintiffs Smartflash LLC and Smartflash Technologies Limited's response, the Court denies the motion.