# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| vs. | § | |
| | § | CASE NO. 2:10-CV-113-TJW-CE |
| RESEARCH IN MOTION LIMITED | § | |
| and | § | |
| RESEARCH IN MOTION CORP. | § | |

## ORDER

Pending before the court is Plaintiff's emergency motion to compel adherence to the scheduling order and Plaintiff's notice of no objection to immediate transfer of this case (Dkt. No. 109). Having reviewed the parties' arguments, the court ORDERS that the suspension of the court's transfer order is lifted and that this case is to be immediately transferred to the Northern District of Texas. The court further ORDERS that, in light of the transfer of venue, the docket control order and discovery order in this case are VACATED. Likewise, the court SUSPENDS any deadline under the Local Rules for responding to pending motions.

SIGNED this 8th day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE