# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **SMARTFLASH LLC**, *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | CIVIL ACTION NO. 6:13cv447 |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **APPLE INC.**, *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| | § | |
| **SMARTFLASH LLC**, *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | CIVIL ACTION NO. 6:13cv448 |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SAMSUNG ELECTRONICS CO., LTD.** *et al.*, | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER TO PAY TECHNICAL ADVISOR

Previously, the Court appointed David Keyzer as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiffs and Defendants and timely paid as billed. The Court has received Mr. Keyzer's invoice for services from May 30, 2014 through July 19, 2014 in the amount of $29,108.28 and herby **ORDERS** payment to be promptly made to Mr. Keyzer at the Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762 as follows:

| | |
|---|---|
| Plaintiffs: | $14,554.14 |
| Defendants: | $14,554.14 |

| | |
|---|---|
| Total: | $29,108.28 |

As there are multiple Defendants in this matter, the Court further **ORDERS** Apple, Inc. to collect each remaining Defendant's portion of the payment and make a single collective payment to Mr. Keyzer in the amount of $14,554.14.

So ORDERED and SIGNED this 2nd day of September, 2014.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE