IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC and<br>SMARTFLASH TECHNOLOGIES<br>LIMITED<br><br>    Plaintiffs,<br><br>vs.<br><br>APPLE INC., ROBOT<br>ENTERTAINMENT, INC.,<br>KINGSISLE ENTERTAINMENT, INC.,<br>and GAME CIRCUS LLC,<br><br>    Defendants. | Civil Action No. 6:13-cv-447-KNM<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court is of the opinion that the Stipulation of Dismissal Without Prejudice agreed to by Plaintiffs Smartflash LLC and Smartflash Technologies Limited (collectively "Smartflash"), and Defendant KingsIsle Entertainment Incorporated ("KingsIsle") should be GRANTED.

IT IS THEREFORE ORDERED that claims asserted by Smartflash against KingsIsle are DISMISSED WITHOUT PREJUDICE and all other claims, defenses, and counterclaims made by KingsIsle against Smartflash in the above-entitled case are hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all costs and expenses relating to this litigation (including, but not limited to, attorneys' fees and expenses) shall be borne solely by the party incurring the same.

**Sep 11, 2014**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE