**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SMARTFLASH LLC,** *et al.***,** <br><br> Plaintiffs, <br> v. <br><br> **APPLE INC.,** *et al.***,** <br><br> Defendants. | Case No. 6:13-cv-00447-KNM <br><br> JURY TRIAL DEMANDED |

## SMARTFLASH'S REBUTTAL TRIAL WITNESS LIST

Pursuant to the Discovery Order (Dkt. No. 67), and the Amended Docket Control Order (Dkt. No. 207), entered in this case, Plaintiffs Smartflash LLC and Smartflash Technologies Limited ("Smartflash") files this Rebuttal Trial Witness List for identification and categorization of rebuttal trial witnesses.

At this time, Smartflash identifies the following rebuttal witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | All witnesses identified by Apple in its Trial Witness List or Rebuttal Trial Witness List. | | √ | |
| 2. | All witnesses identified by Game Circus in its Trial Witness List or Rebuttal Trial Witness List. | | √ | |

Smartflash incorporates its Trial Witness List filed on September 16, 2014 (Docket No. 221) and expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendants' witness lists and rebuttal witness lists. Smartflash

hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

Dated: September 26, 2014

Respectfully submitted,

**CALDWELL CASSADY & CURRY**

Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Jason S. McManis
Texas State Bar No. 24088032
Email: jmcmanis@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Rd., Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

T. John Ward
Texas State Bar No. 20848000
Email: tjw@wsfirm.com
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
**Ward & Smith Law Firm**
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFFS SMARTFLASH, LLC AND SMARTFLASH TECHNOLOGIES LIMITED**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 26th day September, 2014. Local Rule CV-5(a)(3)(A).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell