# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| SMARTFLASH LLC, *et al.*, | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 6:13-CV-00447-KNM |
| APPLE INC., *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |

**GAME CIRCUS'S TRIAL WITNESS LIST**

Defendant Game Circus, LLC ("Game Circus"), pursuant to the Court's Amended Docket Control Order [Dkt. #207], files this Trial Witness List for identification and categorization of trial witnesses.

At this time, Game Circus identifies the following witnesses for trial:

| | **Witness** | **(A) Will Call** | **(B) May Call** | **(C) May Call But Probably Will Not** | **Deposed?** | **Expected Duration of Direct Examination** |
|---|---|---|---|---|---|---|
| 1. | Michael Duffy, Technical Lead Programmer, Game Circus, all technical issues relating to the accused instrumentalities.<br><br>c/o<br>S. Wallace Dunwoody<br>Munck Wilson Mandala, LLP | X | | | YES | 1.5 hours |
| 2. | Benjamin Goldberg, Computer Science Dept. N.Y.U., non-infringement expert. | | X | | NOT TO DATE | |

1

| | Witness | (A) Will Call | (B) May Call | (C) May Call But Probably Will Not | Deposed? | Expected Duration of Direct Examination |
|---|---|---|---|---|---|---|
| 3. | Michael Grobe, CEO of Game Circus, all non-technical issues relating to Game Circus's business and the accused instrumentalities.<br><br>c/o<br>S. Wallace Dunwoody<br>Munck Wilson Mandala, LLP | X | | | YES | 1.0 hour |
| 4. | Edward R. Tittel, independent consultant, non-infringement expert. | X | | | NOT TO DATE | 1.5 hours |
| 5. | Keith R. Ugone, Analysis Group, damages expert. | X | | | NOT TO DATE | 1.5 hours |
| 6. | Anthony Wechselberger, Entropy Management Solutions, invalidity and non-infringement expert. | | X | | NOT TO DATE | |
| 7. | Andrew Wolfe, Wolfe Consulting, invalidity expert. | | X | | NOT TO DATE | |

Game Circus reserves the right to question witnesses called by other parties, to call rebuttal witnesses, and to amend this witness list for good cause.

Respectfully Submitted,

*/s/ Jordan C. Strauss*
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
Jordan C. Strauss
Texas Bar No. 24088480
jstrauss@munckwilson.com

MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
Phone: (972) 628-3600
Fax: (972) 628-3616

Thomas B. Walsh, IV
Texas Bar No. 00785173
walsh@fr.com
Robert C. Earle
Texas Bar No. 24002029
earle@fr.com
Andrew T. Gorham
Texas Bar No. 24012715
gorham@fr.com
Michael A. Bittner
Texas Bar No. 24064905
bittner@fr.com

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Phone: (214) 747-5070
Fax: (214) 747-2091

COUNSEL FOR DEFENDANT
GAME CIRCUS, LLC

3

## CERTIFICATE OF SERVICE

  This document was filed and served to all counsel of record using the Court's ECF system on September 16, 2014.

*/s/ Jordan C. Strauss*
Jordan C. Strauss

633990.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

SMARTFLASH LLC, *et al.*,

Plaintiffs,

v.

APPLE INC., *et al.*, Defendants.

Case No. 6:13-CV-00447-KNM

JURY TRIAL DEMANDED

# GAME CIRCUS'S REBUTTAL TRIAL WITNESS LIST

Defendant Game Circus, LLC ("Game Circus"), pursuant to the Court's Amended Docket Control Order [Dkt. #207], files this Rebuttal Trial Witness List for identification and categorization of rebuttal trial witnesses.

At this time, Game Circus identifies the following rebuttal witnesses for trial:

|   | **Witness** | **(A) Will Call** | **(B) May Call** | **(C) May Call But Probably Will Not** |
|---|---|---|---|---|
| 1. | All witnesses identified by Smartflash in its Trial Witness List or Rebuttal Trial Witness List. | | X | |
| 2. | All witnesses identified by Apple in its Trial Witness List or Rebuttal Trial Witness List. | | X | |

Game Circus incorporates its Trial Witness List filed on September 16, 2014 [Dkt. #219]. Game Circus reserves the right to question witnesses called by other parties, and to amend this rebuttal trial witness list for good cause

1

Respectfully Submitted,

*/s/ Jordan C. Strauss*
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
Jordan C. Strauss
Texas Bar No. 24088480
jstrauss@munckwilson.com

MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
Phone: (972) 628-3600
Fax: (972) 628-3616

COUNSEL FOR DEFENDANT
GAME CIRCUS, LLC

## CERTIFICATE OF SERVICE

This document was filed and served to all counsel of record using the Court's ECF system on September 26, 2014.

*/s/ Jordan C. Strauss*
Jordan C. Strauss

2