**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SMARTFLASH LLC**, *et al.*, | |
| **Plaintiffs,** | **Case No.  6:13-CV-00447-KNM** |
| **v.** | |
| | **JURY TRIAL DEMANDED** |
| **APPLE INC.**, *et al.*, | |
| **Defendants.** | |

## JOINT SUBMISSION OF JURY MATERIALS

Pursuant to this Court's Docket Control Order, Plaintiffs Smartflash LLC and Smartflash Technologies Limited ("Smartflash") and Defendants Apple Inc. and Game Circus LLC ("Defendants'") hereby submit the following jury materials:

Attached as **Exhibit  A** hereto are Smartflash's and Defendants' Joint Proposed Preliminary Jury Instructions, with bracketed and highlighted individual proposals and footnoted objections and comments.

Attached as **Exhibit  B** hereto are Smartflash's and Defendants' Joint Proposed Final Jury Instructions, with bracketed and highlighted individual proposals and footnoted objections and comments.

Attached as **Exhibit C** hereto is Smartflash's Proposed Verdict Form.

Attached as **Exhibit D** hereto is Apple's Proposed Verdict Form.

Attached as **Exhibit E** hereto is Game Circus's Proposed Verdict Form.

The parties reserve the right to amend, supplement, or modify these proposed jury materials as the case proceeds toward the final pretrial conference and trial, and as the parties continue to meet and confer regarding these materials.  Additionally, the parties do not waive any objections to issues that are the subject of pending or anticipated motions, including *Daubert* motions, motions to strike, motions for summary judgment, and motions *in limine*.

DATED:  December 3, 2014.                       Respectfully submitted,

**CALDWELL CASSADY & CURRY**

/s/ *Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email:  bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email:  jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email:  acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email:  dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email:  hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email:  cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Jason S. McManis
Texas State Bar No. 24088032
Email: jmcmanis@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848

Facsimile: (214) 888-4849

T. John Ward
Texas State Bar No. 20848000
Email: tjw@wsfirm.com
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
**Ward & Smith Law Firm**
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFFS
SMARTFLASH, LLC AND
SMARTFLASH TECHNOLOGIES
LIMITED**

By: */s/ Ching-Lee Fukuda*
Ching-Lee Fukuda
NY Bar No. 2884088
(Eastern District of Texas Member)
Ching-Lee.Fukuda@ropesgray.com
Kevin J. Post (*pro hac vice*)
Kevin.Post@ropesgray.com
Josef B. Schenker (*pro hac vice*)
Josef.Schenker@ropesgray.com
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9050

James R. Batchelder
CA Bar No. 136347
(Eastern District of Texas Member)
James.Batchelder@ropesgray.com
Lauren N. Robinson
CA Bar No. 255028
(Eastern District of Texas Member)
Lauren.Robinson@ropesgray.com
Daniel W. Richards (*pro hac vice*)
Daniel.Richards@ropesgray.com
**ROPES & GRAY LLP**
1900 University Ave., 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Megan F. Raymond (*pro hac vice*)
Megan.Raymond@ropesgray.com
Sharon Lee (*pro hac vice*)
Sharon.Lee@ropesgray.com
**ROPES & GRAY LLP**
700 12th St. NW Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEY FOR DEFENDANT,
APPLE INC.**

By: */s/ Michael C. Wilson*
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
Jordan C. Strauss
Texas Bar No. 24088480
jstrauss@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Phone: (972) 628-3600
Fax: (972) 628-3616
**COUNSEL FOR DEFENDANT
GAME CIRCUS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 3rd day of December, 2014. Local Rule CV5(a)(3)(A).

 */s/ Bradley W. Caldwell*
Bradley W. Caldwell