# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SMARTFLASH LLC**, *et al.*, | |
| Plaintiffs, | Case No. 6:13-CV-00447-KNM |
| v. | **JURY TRIAL DEMANDED** |
| **APPLE INC.**, *et al.*, | |
| Defendants. | |
| **SMARTFLASH LLC**, *et al.*, | |
| Plaintiffs, | Case No. 6:13-CV-00448-KNM |
| v. | **JURY TRIAL DEMANDED** |
| **SAMSUNG ELECTRONICS CO.**, *et al.*, | |
| Defendants. | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court is of the opinion that the Stipulation of Dismissal Without Prejudice agreed to by Plaintiffs Smartflash LLC and Smartflash Technologies Limited (collectively "Smartflash"), and Defendant Game Circus LLC ("Game Circus") should be GRANTED.

IT IS THEREFORE ORDERED that claims asserted by Smartflash against Game Circus are DISMISSED WITHOUT PREJUDICE and all other claims, defenses, and counterclaims made by Game Circus against Smartflash in the above-entitled case are hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all costs and expenses relating to this litigation (including, but not limited to, attorneys' fees and expenses) shall be borne solely by the party incurring the same.

So ORDERED and SIGNED this 23rd day of December, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE