## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **SMARTFLASH LLC, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-cv-447** |
| | § | |
| **APPLE, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Apple's Emergency Motion to Extend Trial Time. (Docket No. 412).

After considering the parties' arguments, the Court **GRANTS-IN-PART** the Motion.   The

parties are given the following trial times:

| | |
|---|---|
| Voir Dire: | 30 minutes per side |
| Opening Statement: | 20 minutes per side |
| Direct/Cross examination: | 15 hours per side |
| Closing Argument: | 30 minutes per side |

So ORDERED and SIGNED this 29th day of January, 2015.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE