**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SMARTFLASH LLC and SMARTFLASH TECHNOLOGIES LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., ROBOT ENTERTAINMENT, INC., KINGSISLE ENTERTAINMENT, INC., and GAME CIRCUS LLC, <br><br> *Defendants*. | Civil Action No. 6:13-cv-447-JRG-KNM <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT APPLE INC.'S SECOND AMENDED
IDENTIFICATION OF REBUTTAL TRIAL WITNESSES**

| | Witnesses | Will Call | May Call | May, But Probably Will Not Call |
|---|---|---|---|---|
| 1 | Max Muller (Apple Inc.): Background on Apple Inc. and Fact Testimony re: Accused Products | X | | |
| 2 | Patrick Racz (Smartflash LLC): Fact Testimony | X | | |
| 3 | Anthony Wechselberger (Entropy Management Solutions (EMS)): Invalidity and Non-Infringement | X | | |
| 4 | George Ligler (GTL Associates): Non-Infringement | X | | |
| 5 | Ravi Dhar (Yale School of Management): Consumer Survey Analysis and Rebuttal | X | | |
| 6 | Stephen Becker (Applied Economics Consulting Group, Inc.): Damages | X | | |
| 7 | Payam Mirrashidi (Apple Inc.): Fact Testimony re: Accused Products | X | | |
| 8 | Augustin Farrugia (Apple Inc.): Fact Testimony re: Accused Products | X | | |
| 9 | Christopher Wysocki (Apple Inc.): Fact Testimony re: Accused Products | | | X |
| 10 | Sean Kelly (Apple Inc.): Fact Testimony re: Accused Products | | | X |

| | | | | |
|---|---|---|---|---|
| 11 | Chris Bell (Apple Inc.): Fact Testimony re: Marketing | | | X |
| 12 | Jeff Risher (Apple Inc.): Fact Testimony re: Licensing and Legal | | X | |
| 13 | Leon Unterhalter (Smartflash LLC): Fact Testimony | | X | |
| 14 | Harold Kramer (Smartflash LLC): Fact Testimony | | X | |
| 15 | Lawrence Brannian (Smartflash LLC): Fact Testimony | | X | |
| 16 | Nigel Misfud (Kestrel SA): Fact Testimony | | X | |
| 22 | Jeff Lotspiech (Lotspiech.com, LLC): Prior Art | | X | |
| 23 | Steven T. Ansell (Phase 2 Industries, LLC): Prior Art | X | | |
| 28 | Steven Landau (N/A): Fact Testimony | | | X |
| 29 | Dominique Trempont (N/A): Fact Testimony | | | X |

Apple may present the testimony of the above witnesses for plaintiff Smartflash and third parties by means of deposition. To the extent Smartflash presents any testimony of Apple or third-party witnesses by deposition, Apple reserves the right to present additional deposition testimony for completeness or in rebuttal.

Apple may call any witnesses that Smartflash calls at trial. Apple may call any witnesses that have yet to be identified by Smartflash.