IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC, *et al.*, § § | |
| Plaintiffs, § § | |
| v. § § | CASE NO. 6:13-CV-447-JRG-KNM |
| APPLE, INC., *et al.*, § § | |
| Defendants. § | |

## ORDER

The parties previously submitted Proposed Jury Instructions (Doc. No. 350). The parties disputed substantial portions of the proposed instructions. Additionally, one party has since been dismissed from the case. Therefore, the parties are ORDERED to meet and confer to cwgo r v'\q" narrow the'disputed portions and resubmit joint proposed jury instructions. Where disputes remain, the parties shall highlight and bracket individual proposals and footnote objections, comments, and supporting authority.

So ORDERED and SIGNED this 9th day of February, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE