IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SMARTFLASH LLC**, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | CASE NO. 6:13cv447-JRG-KNM |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **APPLE INC.**, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | | |
| | § | |
| **SMARTFLASH LLC**, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | CASE NO. 6:13cv448-JRG-KNM |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SAMSUNG ELECTRONICS CO., LTD.** | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court are Defendants' Objections to the Magistrate Judge's January 26, 2015 Memorandum Opinion and Order on Claim Construction (6:13CV447, Doc. No. 467; 6:13CV448, Doc. No. 479) and Plaintiff's Objections to the same (6:13CV447, Doc. No. 470).  After reviewing the parties' Objections, and having conducted a *de novo* determination of those portions of the Order as to which objection was made, the Court finds no error therein.  Accordingly, the parties' Objections are OVERRULED and the Magistrate Judge's Order (6:13CV447, Doc. Nos. 432; 6:13CV448, Doc. No. 467) is hereby ADOPTED.

**So ORDERED and SIGNED this 13th day of February, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE