# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **SMARTFLASH LLC,** *et al.,* | § | |
| | § | |
| **Plaintiffs,** | § | CASE NO. 6:13cv447-JRG-KNM |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **APPLE INC.,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are Apple's Objections to the Magistrate Judge's January 26, 2015 Order Denying Apple's Emergency Motion to Strike the Second Supplemental Expert Report of Robert Mills (Doc. No. 463). After reviewing the parties' Objections, the Court finds the Magistrate Judge's ruling neither clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a). Accordingly, the parties' Objections are OVERRULED and the Magistrate Judge's Order is hereby ADOPTED.

**So ORDERED and SIGNED this 13th day of February, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE