# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

SMARTFLASH LLC and
SMARTFLASH TECHNOLOGIES LIMITED,

     *Plaintiffs*,

    v.

APPLE INC.

     *Defendant*.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 6:13-cv-447-JRG

## <u>VERDICT FORM</u>

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Smartflash" means Smartflash LLC and Smartflash Technologies Limited, and "Apple" means "Apple Inc." As used herein, "'720 Patent" means U.S. Patent No. 7,334,720, "'221 Patent" means U.S. Patent No. 8,118,221, and "'772 Patent" means U.S. Patent No. 8,336,772.

1

**QUESTION 1:**

Did Smartflash prove by a preponderance of the evidence that Apple infringes the following claims of the following patents?

**Answer "Yes" or "No" for each Claim.**

**'720 Patent**

Claim 13 YES

**'221 Patent**

Claim 32 YES

**'772 Patent**

Claim 26 YES

Claim 32 YES

For each claim you have found to be infringed, if any, answer Question 2:

ANSWER QUESTION 2 ONLY FOR THOSE CLAIMS YOU ANSWERED "YES" FOR IN QUESTION 1 ABOVE — OTHERWISE DO NOT ANSWER THIS QUESTION AND PROCEED TO QUESTION 3.

**QUESTION 2:**

Did Smartflash prove by clear and convincing evidence that Apple's infringement was willful?

**Answer "Yes" or "No" for each patent below.**

'720 Patent    _YES_

'221 Patent    _YES_

'772 Patent    _YES_

**QUESTION 3:**

Did Apple prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?

**If you find the claim invalid, answer "Yes;" otherwise, answer "No."**

      **'720 Patent**

      Claim 13   *No*

      **'221 Patent**

      Claim 32   *No*

      **'772 Patent**

      Claim 26   *No*

      Claim 32   *NO*

ANSWER QUESTION FOUR ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS TO BE INFRINGED AND NOT INVALID.


**QUESTION 4**


What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Smartflash for Apple's infringement of Smartflash's patents?


$ _533,900,000.00_


Signed this _24th_ day of February, 2015


___
**JURY FOREPERSON**