# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SMARTFLASH LLC and<br>SMARTFLASH TECHNOLOGIES LIMITED,<br>Plaintiffs,<br>v.<br>APPLE INC., ROBOT ENTERTAINMENT,<br>INC., KINGSISLE ENTERTAINMENT, INC.,<br>and GAME CIRCUS LLC,<br>Defendants. | APPLE INC.'s EXHIBIT LIST<br><br>Case Number: 6:13-cv-00447-JRG-KNM<br>JURY TRIAL DEMANDED | RODNEY GILSTRAP<br>Judge Presiding<br><br>Jury Trial / Hearing<br><br>Date(s): 2/16 - 2/19;<br>2/23 - 2/24 |
| PLAINTIFF'S ATTORNEY:<br>Bradley W. Caldwell<br>Jason D. Cassady<br>J. Austin Curry | DEFENDANTS' ATTORNEYS:<br>James R. Batchelder<br>Ching-Lee Fukuda<br>Kevin J. Post<br>Megan F. Raymond<br>Eric M. Albritton | COURT REPORTER: Shelly Holmes<br><br>COURT ROOM DEPUTY: Jan Lockhart |

## APPLE INC.'S FINAL EXHIBIT LIST OF EXHIBITS ADMITTED DURING TRIAL

Pursuant to this Court's Docket Control Order, Defendant Apple Inc. ("Apple") hereby submits the following exhibit list.

| Def.<br>Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 001 | | WITHDRAWN | | | |
| DX-APL 002 | | WITHDRAWN | | | |
| DX-APL 003 | | WITHDRAWN | | | |
| DX-APL 004 | | WITHDRAWN | | | |
| DX-APL 005 | | WITHDRAWN | | | |
| DX-APL 006 | | WITHDRAWN | | | |
| DX-APL 007 | | WITHDRAWN | | | |
| DX-APL 008 | | WITHDRAWN | | | |
| DX-APL 009 | | WITHDRAWN | | | |
| DX-APL 010 | 2/19/2015 | FairPlay Next Generation. T. Dowdy et al. | 7/11/2005 | APP-SF_00212853 | APP-SF_00212897 |
| DX-APL 011 | | WITHDRAWN | | | |
| DX-APL 012 | | WITHDRAWN | | | |
| DX-APL 013 | | WITHDRAWN | | | |
| DX-APL 014 | | WITHDRAWN | | | |
| DX-APL 015 | | WITHDRAWN | | | |
| DX-APL 016 | | WITHDRAWN | | | |
| DX-APL 017 | | WITHDRAWN | | | |
| DX-APL 018 | | WITHDRAWN | | | |
| DX-APL 019 | | WITHDRAWN | | | |
| DX-APL 020 | | WITHDRAWN | | | |
| DX-APL 021 | 2/18/2015 | U.S. Patent No. 6,367,019 (Ansell et al.) | 4/2/2002 | APP-SF_00276597 | APP-SF_00276621 |
| DX-APL 022 | | WITHDRAWN | | | |
| DX-APL 023 | 2/19/2015 | U.S. Patent No. 6,389,538 (Gruse et al.) | 5/14/2002 | SAM00000305 | SAM00000376 |
| DX-APL 024 | | WITHDRAWN | | | |
| DX-APL 025 | | WITHDRAWN | | | |
| DX-APL 026 | 2/19/2015 | Big Blue, Big Five to unveil Net music system, The Register (Aug. 2, 1999) | 8/2/1999 | APP-SF_00277154 | APP-SF_00277155 |
| DX-APL 027 | 2/19/2015 | "IBM's Project Madison the music industry's Manhattan Project" The Register (Feb. 9, 1999) | 2/9/1999 | APP-SF_00277156 | APP-SF_00277157 |
| DX-APL 028 | 2/19/2015 | "RealNetworks and IBM To Collaborate On Secure Digital Music Distribution Applications" (April 12, 1999) | 4/12/1999 | APP-SF_00277158 | APP-SF_00277159 |
| DX-APL 029 | 2/19/2015 | "IBM and Sony to Collaborate on Copyright Management Technologies for Digital Music Content." IBM News Room (April 15, 1999) | 4/15/1999 | APP-SF_00277160 | APP-SF_00277161 |
| DX-APL 030 | | WITHDRAWN | | | |
| DX-APL 031 | 2/19/2015 | William Auckerman, "NTT DoCoMo To Offer Mobile Music Downloads," October 8, 1999; | 10/8/1999 | APP-SF_00277167 | APP-SF_00277168 |
| DX-APL 032 | | WITHDRAWN | | | |
| DX-APL 033 | 2/19/2015 | "Five Major Music Companies and IBM Successfully Complete Electronic Music Distribution Trial  United States " IBM Press Release. (Feb. 2. 2000) | 2/2/2000 | APP-SF_00277171 | APP-SF_00277173 |

| Def. Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 034 | | WITHDRAWN | | | |
| DX-APL 035 | 2/19/2015 | Publication No. EP0809221A. (Poggio et al.) | 11/26/2011 | APP-SF_00277208 | APP-SF_00277227 |
| DX-APL 036 | | WITHDRAWN | | | |
| DX-APL 037 | | WITHDRAWN | | | |
| DX-APL 038 | | WITHDRAWN | | | |
| DX-APL 039 | 2/19/2015 | U.S. Patent No. 5,629,980 (Stefik et al.) | 5/13/1997 | APP-SF_00277480 | APP-SF_00277524 |
| DX-APL 040 | 2/19/2015 | U.S. Patent No. 5,915,019 (Ginter et al.) | 6/22/1999 | SAM00033237 | SAM00033553 |
| DX-APL 041 | | WITHDRAWN | | | |
| DX-APL 042 | 2/19/2015 | U.S. Patent No. 6,223,291 (Puhl et al.) | 4/24/2001 | APP-SF_00278407 | APP-SF_00278423 |
| DX-APL 043 | | WITHDRAWN | | | |
| DX-APL 044 | 2/19/2015 | The Sony Memory Stick Walkman (NW-MS7) and CD | N/A | APP-SF_00278492 | APP-SF_00278494 |
| DX-APL 045 | 2/19/2015 | Sony Memory Stick Walkman CD Contents | N/A | APP-SF_00278495 | APP-SF_00278495 |
| DX-APL 046 | | WITHDRAWN | | | |
| DX-APL 047 | | WITHDRAWN | | | |
| DX-APL 048 | | WITHDRAWN | | | |
| DX-APL 049 | | U.S. Patent No. 8,291,320 (Robbin et al.) | 10/16/2012 | APP-SF_00980792 | APP-SF_00980835 |
| DX-APL 050 | | WITHDRAWN | | | |
| DX-APL 051 | | WITHDRAWN | | | |
| DX-APL 052 | | WITHDRAWN | | | |
| DX-APL 053 | | WITHDRAWN | | | |
| DX-APL 054 | | WITHDRAWN | | | |
| DX-APL 055 | | WITHDRAWN | | | |
| DX-APL 056 | | WITHDRAWN | | | |
| DX-APL 057 | | WITHDRAWN | | | |
| DX-APL 058 | | WITHDRAWN | | | |
| DX-APL 059 | 2/18/2015 | Whats New In iPhone OS - Developer | 3/10/2014 | APP-SF_03226741 | APP-SF_03226829 |
| DX-APL 060 | | WITHDRAWN | | | |
| DX-APL 061 | | WITHDRAWN | | | |
| DX-APL 062 | | WITHDRAWN | | | |
| DX-APL 063 | | WITHDRAWN | | | |
| DX-APL 064 | | WITHDRAWN | | | |
| DX-APL 065 | 2/18/2015 | Clarke, Joise. "Apple wins Best Gadget Award for iPad" DowJones - Press Association. (Nov. 11, 2010) | 11/11/2010 | APP-SF_04043234 | APP-SF_04043234 |
| DX-APL 066 | | WITHDRAWN | | | |
| DX-APL 067 | 2/18/2015 | Sweney, Mark. " Apple Wins Two Design Awards" Guardian.co.uk. (May 16, 2008) | 5/16/2008 | APP-SF_04043236 | APP-SF_04043237 |
| DX-APL 068 | 2/18/2015 | Mills, Elinor. "Apple's iPhone 4 Wins Best Mobile Device Award" CNET Reviews. (Feb. 17, 2011) | 2/17/2011 | APP-SF_04043238 | APP-SF_04043239 |
| DX-APL 069 | | WITHDRAWN | | | |
| DX-APL 070 | 2/18/2015 | "J.D. Power and Associates Reports: Apple Ranks Highest Among Smartphone Consumers, While LG Ranks Highest Among Traditional Mobile Phone Consumers" JD Power and Associates, Press Release. (Apr. 30, 2009) | 4/30/2009 | APP-SF_04043248 | APP-SF_04043251 |
| DX-APL 071 | | WITHDRAWN | | | |
| DX-APL 072 | | WITHDRAWN | | | |
| DX-APL 073 | | WITHDRAWN | | | |
| DX-APL 074 | | WITHDRAWN | | | |
| DX-APL 075 | | WITHDRAWN | | | |
| DX-APL 076 | | WITHDRAWN | | | |
| DX-APL 077 | | WITHDRAWN | | | |
| DX-APL 078 | | WITHDRAWN | | | |
| DX-APL 079 | | WITHDRAWN | | | |
| DX-APL 080 | | WITHDRAWN | | | |
| DX-APL 081 | 2/19/2015 | "Compact Download," Sun-Sentinel, February 23, 1999 | 2/23/1999 | APP-SF_06522001 | APP-SF_06522003 |
| DX-APL 082 | | WITHDRAWN | | | |
| DX-APL 083 | | WITHDRAWN | | | |
| DX-APL 084 | | WITHDRAWN | | | |
| DX-APL 085 | | WITHDRAWN | | | |
| DX-APL 086 | | WITHDRAWN | | | |
| DX-APL 087 | | WITHDRAWN | | | |
| DX-APL 088 | | WITHDRAWN | | | |
| DX-APL 089 | | WITHDRAWN | | | |
| DX-APL 090 | | WITHDRAWN | | | |
| DX-APL 091 | 2/23/2015 | 2010 World's Most Admired Companies, forbes.com, accessed September 9, 2014 | 9/9/2014 | APP-SF_06526036 | APP-SF_06526037 |
| DX-APL 092 | | WITHDRAWN | | | |
| DX-APL 093 | 2/18/2015 | Apple iPhone-Gadget of the Year, time.com, November 1, 2007 | 11/1/2007 | APP-SF_06528148 | APP-SF_06528148 |

| Def. Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 094 | | WITHDRAWN | | | |
| DX-APL 095 | | WITHDRAWN | | | |
| DX-APL 096 | | WITHDRAWN | | | |
| DX-APL 097 | | WITHDRAWN | | | |
| DX-APL 098 | | WITHDRAWN | | | |
| DX-APL 099 | | WITHDRAWN | | | |
| DX-APL 100 | 2/18/2015 | Invention of the Year, time.com, November 16, 2003 | 11/16/2003 | APP-SF_06532354 | APP-SF_06532356 |
| DX-APL 101 | 2/18/2015 | iPad - The 50 Best Inventions of 2010, time.com, November 11, 2010 | 11/11/2010 | APP-SF_06532388 | APP-SF_06532389 |
| DX-APL 102 | 2/23/2015 | Millward and Brown, The Top 100 Most Powerful Brands 2008, millwardbrown.com, accessed 9-9-2014 | 12/31/2007 | APP-SF_06535236 | APP-SF_06535265 |
| DX-APL 103 | | WITHDRAWN | | | |
| DX-APL 104 | | WITHDRAWN | | | |
| DX-APL 105 | | WITHDRAWN | | | |
| DX-APL 106 | | WITHDRAWN | | | |
| DX-APL 107 | | WITHDRAWN | | | |
| DX-APL 108 | | WITHDRAWN | | | |
| DX-APL 109 | | WITHDRAWN | | | |
| DX-APL 110 | | WITHDRAWN | | | |
| DX-APL 111 | | WITHDRAWN | | | |
| DX-APL 112 | | WITHDRAWN | | | |
| DX-APL 113 | | WITHDRAWN | | | |
| DX-APL 114 | | WITHDRAWN | | | |
| DX-APL 115 | | WITHDRAWN | | | |
| DX-APL 116 | | WITHDRAWN | | | |
| DX-APL 117 | | WITHDRAWN | | | |
| DX-APL 118 | | WITHDRAWN | | | |
| DX-APL 119 | | WITHDRAWN | | | |
| DX-APL 120 | | WITHDRAWN | | | |
| DX-APL 121 | | WITHDRAWN | | | |
| DX-APL 122 | | WITHDRAWN | | | |
| DX-APL 123 | | WITHDRAWN | | | |
| DX-APL 124 | | WITHDRAWN | | | |
| DX-APL 125 | | WITHDRAWN | | | |
| DX-APL 126 | 2/17/2015 | Akamai and Apple Agreements | 1/1/2014 | AKAM-0001 | AKAM-0093 |
| DX-APL 127 | | WITHDRAWN | | | |
| DX-APL 128 | | WITHDRAWN | | | |
| DX-APL 129 | | WITHDRAWN | | | |
| DX-APL 130 | | WITHDRAWN | | | |
| DX-APL 131 | | WITHDRAWN | | | |
| DX-APL 132 | | WITHDRAWN | | | |
| DX-APL 133 | | WITHDRAWN | | | |
| DX-APL 134 | | WITHDRAWN | | | |
| DX-APL 135 | | WITHDRAWN | | | |
| DX-APL 136 | | WITHDRAWN | | | |
| DX-APL 137 | | WITHDRAWN | | | |
| DX-APL 138 | | WITHDRAWN | | | |
| DX-APL 139 | 2/16/2015 | 2003.03.31 Letter from Eco3 Capital Ltd. to M. Simpson re Investments in Internet PLC | 3/31/2003 | SF00002743 | SF00002745 |
| DX-APL 140 | 2/16/2015 | Eco3 Capital – Special Financial Instrument in relation to an Investment in Internet PLC | 2/1/2003 | SF00002935 | SF00003064 |
| DX-APL 141 | | WITHDRAWN | | | |
| DX-APL 142 | | WITHDRAWN | | | |
| DX-APL 143 | | WITHDRAWN | | | |
| DX-APL 144 | | WITHDRAWN | | | |
| DX-APL 145 | | WITHDRAWN | | | |
| DX-APL 146 | 2/16/2015 | Dream within a Dream Tour 2002 - Smartflash Marketing Proposal | 5/6/2002 | SF00005302 | SF00005306 |
| DX-APL 147 | | WITHDRAWN | | | |
| DX-APL 148 | | WITHDRAWN | | | |
| DX-APL 149 | | WITHDRAWN | | | |
| DX-APL 150 | | WITHDRAWN | | | |
| DX-APL 151 | | WITHDRAWN | | | |
| DX-APL 152 | | WITHDRAWN | | | |
| DX-APL 153 | | WITHDRAWN | | | |
| DX-APL 154 | 2/16/2015 | 2001.10.26 Email from P. Racz re: Executive Summary | 10/26/2001 | SF00013552 | SF00013554 |
| DX-APL 155 | | WITHDRAWN | | | |
| DX-APL 156 | | WITHDRAWN | | | |
| DX-APL 157 | | WITHDRAWN | | | |
| DX-APL 158 | | WITHDRAWN | | | |
| DX-APL 159 | | WITHDRAWN | | | |
| DX-APL 160 | | WITHDRAWN | | | |

| Def. Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 161 | | WITHDRAWN | | | |
| DX-APL 162 | | WITHDRAWN | | | |
| DX-APL 163 | | WITHDRAWN | | | |
| DX-APL 164 | | WITHDRAWN | | | |
| DX-APL 165 | | WITHDRAWN | | | |
| DX-APL 166 | | WITHDRAWN | | | |
| DX-APL 167 | | WITHDRAWN | | | |
| DX-APL 168 | | WITHDRAWN | | | |
| DX-APL 169 | | WITHDRAWN | | | |
| DX-APL 170 | | WITHDRAWN | | | |
| DX-APL 171 | | WITHDRAWN | | | |
| DX-APL 172 | | WITHDRAWN | | | |
| DX-APL 173 | | WITHDRAWN | | | |
| DX-APL 174 | | WITHDRAWN | | | |
| DX-APL 175 | 2/16/2015 | eBritney Spears: About (http://www.geocities.com/ebritneyspears/about/review.html) | 10/9/2002 | SF00027350 | SF00027350 |
| DX-APL 176 | | WITHDRAWN | | | |
| DX-APL 177 | | WITHDRAWN | | | |
| DX-APL 178 | | WITHDRAWN | | | |
| DX-APL 179 | | WITHDRAWN | | | |
| DX-APL 180 | | WITHDRAWN | | | |
| DX-APL 181 | | WITHDRAWN | | | |
| DX-APL 182 | | WITHDRAWN | | | |
| DX-APL 183 | | WITHDRAWN | | | |
| DX-APL 184 | | WITHDRAWN | | | |
| DX-APL 185 | | WITHDRAWN | | | |
| DX-APL 186 | | WITHDRAWN | | | |
| DX-APL 187 | | WITHDRAWN | | | |
| DX-APL 188 | | WITHDRAWN | | | |
| DX-APL 189 | 2/16/2015 | Internet PLC Financial Advisory Report. | N/A | SF00041841 | SF00041856 |
| DX-APL 190 | | WITHDRAWN | | | |
| DX-APL 191 | | WITHDRAWN | | | |
| DX-APL 192 | | WITHDRAWN | | | |
| DX-APL 193 | | WITHDRAWN | | | |
| DX-APL 194 | | WITHDRAWN | | | |
| DX-APL 195 | | WITHDRAWN | | | |
| DX-APL 196 | | WITHDRAWN | | | |
| DX-APL 197 | | WITHDRAWN | | | |
| DX-APL 198 | 2/16/2015 | 2008.10.21 Email series ending October 21, 2008, between Patrick Racz and Oliver Mills with attachment | 10/21/2008 | SF-APL00000108 | SF-APL00000111 |
| DX-APL 199 | | WITHDRAWN | | | |
| DX-APL 200 | 2/16/2015 | 2009.09.30 Email from Racz to Ronaldi Re: Triangular email Intro | 9/30/2009 | SF-APL00000248 | SF-APL00000257 |
| DX-APL 201 | 2/23/2015 | 2009.10.01 Email from P. Racz to J. Ronaldi. Re: Smartflash Patent Supporting Documents and All Attachments | 10/1/2009 | SF-APL00000342 | SF-APL00000632 |
| DX-APL 202 | | WITHDRAWN | | | |
| DX-APL 203 | | WITHDRAWN | | | |
| DX-APL 204 | | WITHDRAWN | | | |
| DX-APL 205 | 2/23/2015 | Intellectual Property Purchase and Sale Agreement between Seronite Devices LLC and Patrick Racz (not endorsed) | 11/19/2009 | SF-APL00001504 | SF-APL00001512 |
| DX-APL 206 | | WITHDRAWN | | | |
| DX-APL 207 | | WITHDRAWN | | | |
| DX-APL 208 | | WITHDRAWN | | | |
| DX-APL 209 | | WITHDRAWN | | | |
| DX-APL 210 | | WITHDRAWN | | | |
| DX-APL 211 | | WITHDRAWN | | | |
| DX-APL 212 | | WITHDRAWN | | | |
| DX-APL 213 | | WITHDRAWN | | | |
| DX-APL 214 | 2/23/2015 | Patent Development and Licensing Opportunity Briefing Document | N/A | SF-APL00003754 | SF-APL00003755 |
| DX-APL 215 | 2/23/2015 | 2005.10.19 Email From P. Racz to Vicky et al. Re: Moving Forwards on Celebrity Kiss | 10/19/2005 | SF-APL00004819 | SF-APL00004821 |
| DX-APL 216 | | WITHDRAWN | | | |
| DX-APL 217 | | WITHDRAWN | | | |
| DX-APL 218 | | WITHDRAWN | | | |
| DX-APL 219 | | WITHDRAWN | | | |
| DX-APL 220 | | WITHDRAWN | | | |
| DX-APL 221 | | WITHDRAWN | | | |
| DX-APL 222 | | WITHDRAWN | | | |
| DX-APL 223 | | WITHDRAWN | | | |
| DX-APL 224 | | WITHDRAWN | | | |

| Def. Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 225 | 2/16/2015 | 2008.11.20 Email Exchange Between Patrick Racz and Oliver Mills Re: Following Up | 11/20/2008 | SF-SAM00000117 | SF-SAM00000119 |
| DX-APL 226 | | WITHDRAWN | | | |
| DX-APL 227 | | WITHDRAWN | | | |
| DX-APL 228 | | WITHDRAWN | | | |
| DX-APL 229 | | WITHDRAWN | | | |
| DX-APL 230 | | WITHDRAWN | | | |
| DX-APL 231 | | WITHDRAWN | | | |
| DX-APL 232 | | WITHDRAWN | | | |
| DX-APL 233 | | WITHDRAWN | | | |
| DX-APL 234 | | WITHDRAWN | | | |
| DX-APL 235 | | WITHDRAWN | | | |
| DX-APL 236 | | WITHDRAWN | | | |
| DX-APL 237 | | WITHDRAWN | | | |
| DX-APL 238 | | WITHDRAWN | | | |
| DX-APL 239 | | WITHDRAWN | | | |
| DX-APL 240 | 2/19/2015 | Physical Evidence: Sony Memory Stick Walkman (NW-MS7) and CD | N/A | | |
| DX-APL 241 | | WITHDRAWN | | | |
| DX-APL 242 | | WITHDRAWN | | | |
| DX-APL 243 | | WITHDRAWN | | | |
| DX-APL 244 | | WITHDRAWN | | | |
| DX-APL 245 | | WITHDRAWN | | | |
| DX-APL 246 | | WITHDRAWN | | | |
| DX-APL 247 | | WITHDRAWN | | | |
| DX-APL 248 | | WITHDRAWN | | | |
| DX-APL 249 | 2/16/2015 | Smartflash's Third Supplemental Responses to Defendants' First set of Common Interrogatories (1-12) | 8/11/2014 | | |
| DX-APL 250 | | WITHDRAWN | | | |
| DX-APL 251 | | WITHDRAWN | | | |
| DX-APL 252 | | WITHDRAWN | | | |
| DX-APL 253 | | WITHDRAWN | | | |
| DX-APL 254 | | WITHDRAWN | | | |
| DX-APL 255 | | WITHDRAWN | | | |
| DX-APL 256 | | WITHDRAWN | | | |
| DX-APL 257 | | WITHDRAWN | | | |
| DX-APL 258 | | WITHDRAWN | | | |
| DX-APL 259 | | WITHDRAWN | | | |
| DX-APL 260 | | WITHDRAWN | | | |
| DX-APL 261 | | WITHDRAWN | | | |
| DX-APL 262 | | WITHDRAWN | | | |
| DX-APL 263 | | WITHDRAWN | | | |
| DX-APL 264 | | WITHDRAWN | | | |
| DX-APL 265 | | WITHDRAWN | | | |
| DX-APL 266 | | WITHDRAWN | | | |
| DX-APL 267 | | WITHDRAWN | | | |
| DX-APL 268 | | WITHDRAWN | | | |
| DX-APL 269 | | WITHDRAWN | | | |
| DX-APL 270 | | WITHDRAWN | | | |
| DX-APL 271 | | WITHDRAWN | | | |
| DX-APL 272 | | WITHDRAWN | | | |
| DX-APL 273 | | WITHDRAWN | | | |
| DX-APL 274 | | WITHDRAWN | | | |
| DX-APL 275 | | WITHDRAWN | | | |
| DX-APL 276 | | WITHDRAWN | | | |
| DX-APL 277 | | WITHDRAWN | | | |
| DX-APL 278 | | WITHDRAWN | | | |
| DX-APL 279 | | WITHDRAWN | | | |
| DX-APL 280 | | WITHDRAWN | | | |
| DX-APL 281 | | WITHDRAWN | | | |
| DX-APL 282 | | WITHDRAWN | | | |
| DX-APL 283 | | WITHDRAWN | | | |
| DX-APL 284 | | WITHDRAWN | | | |
| DX-APL 285 | | WITHDRAWN | | | |
| DX-APL 286 | | WITHDRAWN | | | |
| DX-APL 287 | | WITHDRAWN | | | |
| DX-APL 288 | | WITHDRAWN | | | |
| DX-APL 289 | | WITHDRAWN | | | |
| DX-APL 290 | | WITHDRAWN | | | |
| DX-APL 291 | | WITHDRAWN | | | |
| DX-APL 292 | | WITHDRAWN | | | |
| DX-APL 293 | | WITHDRAWN | | | |
| DX-APL 294 | | WITHDRAWN | | | |
| DX-APL 295 | | WITHDRAWN | | | |

| Def. Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 296 | | WITHDRAWN | | | |
| DX-APL 297 | | WITHDRAWN | | | |
| DX-APL 298 | | WITHDRAWN | | | |
| DX-APL 299 | | WITHDRAWN | | | |
| DX-APL 300 | | WITHDRAWN | | | |
| DX-APL 301 | | WITHDRAWN | | | |
| DX-APL 302 | 2/17/2015 | [source code] Rental.h<br>Interface file for rental bag management functions | N/A | APP-SF-SC_00000053 | APP-SF-SC_00000065 |
| DX-APL 303 | 2/19/2015 | [source code] module ML3ContentRestriction.mm<br>Music Library (iOS 7) | N/A | APP-SF-SC_0000774 | APP-SF-SC_0000778 |
| DX-APL 304 | 2/19/2015 | [Source Code] FairPlayPublicImp.h for Mac OS | N/A | APP-SF-SC_00001100 | APP-SF-SC_00001257 |
| DX-APL 305 | 2/18/2015 | Business Conduct Policy document | | APP-SF_03932783 | APP-SF_03932799 |
| DX-APL 306 | | WITHDRAWN | | | |
| DX-APL 307 | | WITHDRAWN | | | |
| DX-APL 308 | | WITHDRAWN | | | |
| DX-APL 309 | | WITHDRAWN | | | |
| DX-APL 310 | | WITHDRAWN | | | |
| DX-APL 311 | | WITHDRAWN | | | |
| DX-APL 312 | | WITHDRAWN | | | |
| DX-APL 313 | | WITHDRAWN | | | |
| DX-APL 314 | | WITHDRAWN | | | |
| DX-APL 315 | | WITHDRAWN | | | |
| DX-APL 316 | | WITHDRAWN | | | |
| DX-APL 317 | | WITHDRAWN | | | |
| DX-APL 318 | | WITHDRAWN | | | |
| DX-APL 319 | | WITHDRAWN | | | |
| DX-APL 320 | | WITHDRAWN | | | |
| DX-APL 321 | | WITHDRAWN | | | |
| DX-APL 322 | 2/16/2015 | 2010.02.08 Email from T. Moore to P. Racz re Patent | 2/8/2010 | SF-APL00003751 | SF-APL00003752 |
| DX-APL 323 | | WITHDRAWN | | | |
| DX-APL 324 | 2/16/2015 | 2010.01.26 Email from P. Racz to T. Moore re SmartFlash, further questions | 1/26/2010 | SF-APL00003472 | SF-APL00003474 |
| DX-APL 325 | | WITHDRAWN | | | |
| DX-APL 326 | | WITHDRAWN | | | |
| DX-APL 327 | | WITHDRAWN | | | |
| DX-APL 328 | | WITHDRAWN | | | |
| DX-APL 329 | | WITHDRAWN | | | |
| DX-APL 330 | | WITHDRAWN | | | |
| DX-APL 331 | | WITHDRAWN | | | |
| DX-APL 332 | | WITHDRAWN | | | |
| DX-APL 333 | | WITHDRAWN | | | |
| DX-APL 334 | | WITHDRAWN | | | |
| DX-APL 335 | | WITHDRAWN | | | |
| DX-APL 336 | | WITHDRAWN | | | |
| DX-APL 337 | | WITHDRAWN | | | |
| DX-APL 338 | | WITHDRAWN | | | |
| DX-APL 339 | | WITHDRAWN | | | |
| DX-APL 340 | | WITHDRAWN | | | |
| DX-APL 341 | | WITHDRAWN | | | |
| DX-APL 342 | | WITHDRAWN | | | |
| DX-APL 343 | | WITHDRAWN | | | |
| DX-APL 344 | | WITHDRAWN | | | |
| DX-APL 345 | | WITHDRAWN | | | |
| DX-APL 346 | 2/23/2015 | Curriculum Vitae of Stephen L. Becker, Ph.D. | | | |
| DX-APL 347 | 2/19/2015 | Curriculum Vitae of Ravi Dhar | | | |
| DX-APL 348 | 2/19/2015 | Curriculum Vitae of George T. Ligler | | | |
| DX-APL 349 | | WITHDRAWN | | | |
| DX-APL 350 | 2/23/2015 | 2010.04.28 Letter Agreement between P. Racz and Latitude Investments Ltd. re Smartflash Project | 4/28/2010 | SF00028679 | SF00028686 |
| DX-APL 351 | | WITHDRAWN | | | |
| DX-APL 352 | | WITHDRAWN | | | |
| DX-APL 353 | | WITHDRAWN | | | |
| DX-APL 354 | | WITHDRAWN | | | |

| Def. Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 355 | | WITHDRAWN | | | |
| DX-APL 356 | | WITHDRAWN | | | |
| DX-APL 357 | | WITHDRAWN | | | |
| DX-APL 358 | | WITHDRAWN | | | |
| DX-APL 359 | | WITHDRAWN | | | |
| DX-APL 360 | | WITHDRAWN | | | |
| DX-APL 361 | | WITHDRAWN | | | |
| DX-APL 362 | | WITHDRAWN | | | |
| DX-APL 363 | | WITHDRAWN | | | |
| DX-APL 364 | | WITHDRAWN | | | |
| DX-APL 365 | | WITHDRAWN | | | |
| DX-APL 366 | | WITHDRAWN | | | |
| DX-APL 367 | | WITHDRAWN | | | |
| DX-APL 368 | | WITHDRAWN | | | |
| DX-APL 369 | | WITHDRAWN | | | |
| DX-APL 370 | | WITHDRAWN | | | |
| DX-APL 371 | | WITHDRAWN | | | |
| DX-APL 372 | | WITHDRAWN | | | |
| DX-APL 373 | | WITHDRAWN | | | |
| DX-APL 374 | | WITHDRAWN | | | |
| DX-APL 375 | | WITHDRAWN | | | |
| DX-APL 376 | | WITHDRAWN | | | |
| DX-APL 377 | | WITHDRAWN | | | |
| DX-APL 378 | | WITHDRAWN | | | |
| DX-APL 379 | | WITHDRAWN | | | |
| DX-APL 380 | | WITHDRAWN | | | |
| DX-APL 381 | | WITHDRAWN | | | |
| DX-APL 382 | | WITHDRAWN | | | |
| DX-APL 383 | | WITHDRAWN | | | |
| DX-APL 384 | | WITHDRAWN | | | |
| DX-APL 385 | | WITHDRAWN | | | |
| DX-APL 386 | | WITHDRAWN | | | |
| DX-APL 387 | | WITHDRAWN | | | |
| DX-APL 388 | | WITHDRAWN | | | |
| DX-APL 389 | | WITHDRAWN | | | |
| DX-APL 390 | | WITHDRAWN | | | |
| DX-APL 391 | | WITHDRAWN | | | |
| DX-APL 392 | | WITHDRAWN | | | |
| DX-APL 393 | | WITHDRAWN | | | |
| DX-APL 394 | | WITHDRAWN | | | |
| DX-APL 395 | | WITHDRAWN | | | |
| DX-APL 396 | | WITHDRAWN | | | |
| DX-APL 397 | | WITHDRAWN | | | |
| DX-APL 398 | | WITHDRAWN | | | |
| DX-APL 399 | | WITHDRAWN | | | |
| DX-APL 400 | | WITHDRAWN | | | |
| DX-APL 401 | | WITHDRAWN | | | |
| DX-APL 402 | | WITHDRAWN | | | |
| DX-APL 403 | | WITHDRAWN | | | |
| DX-APL 404 | | WITHDRAWN | | | |
| DX-APL 405 | | WITHDRAWN | | | |
| DX-APL 406 | | WITHDRAWN | | | |
| DX-APL 407 | | WITHDRAWN | | | |
| DX-APL 408 | | WITHDRAWN | | | |
| DX-APL 409 | | WITHDRAWN | | | |
| DX-APL 410 | | WITHDRAWN | | | |
| DX-APL 411 | | WITHDRAWN | | | |
| DX-APL 412 | | WITHDRAWN | | | |
| DX-APL 413 | | WITHDRAWN | | | |
| DX-APL 414 | | WITHDRAWN | | | |
| DX-APL 415 | | WITHDRAWN | | | |
| DX-APL 416 | | WITHDRAWN | | | |
| DX-APL 417 | | WITHDRAWN | | | |

| Def. Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-APL 418 | | WITHDRAWN | | | |
| DX-APL 419 | | WITHDRAWN | | | |
| DX-APL 420 | | WITHDRAWN | | | |
| DX-APL 421 | | WITHDRAWN | | | |
| DX-APL 422 | | WITHDRAWN | | | |
| DX-APL 423 | | WITHDRAWN | | | |
| DX-APL 424 | | WITHDRAWN | | | |
| DX-APL 425 | | WITHDRAWN | | | |
| DX-APL 426 | | WITHDRAWN | | | |
| DX-APL 427 | | WITHDRAWN | | | |
| DX-APL 428 | | WITHDRAWN | | | |
| DX-APL 429 | | WITHDRAWN | | | |
| DX-APL 430 | | WITHDRAWN | | | |
| DX-APL 431 | | WITHDRAWN | | | |
| DX-APL 432 | | WITHDRAWN | | | |
| DX-APL 433 | | WITHDRAWN | | | |
| DX-APL 434 | | WITHDRAWN | | | |
| DX-APL 435 | | WITHDRAWN | | | |
| DX-APL 436 | | WITHDRAWN | | | |
| DX-APL 437 | | WITHDRAWN | | | |
| DX-APL 438 | | WITHDRAWN | | | |
| DX-APL 439 | | WITHDRAWN | | | |
| DX-APL 440 | | WITHDRAWN | | | |
| DX-APL 441 | | WITHDRAWN | | | |
| DX-APL 442 | | WITHDRAWN | | | |
| DX-APL 443 | | WITHDRAWN | | | |
| DX-APL 444 | | WITHDRAWN | | | |
| DX-APL 445 | | WITHDRAWN | | | |
| DX-APL 446 | | WITHDRAWN | | | |
| DX-APL 447 | 2/19/2015 | Exhibits 3 through 5.7 of the 01.21.2015 Second Supplemental Expert Report of Ravi Dhar | | | |
| DX-APL 448 | 2/19/2015 | Exhibits 6 through 8.7 of the 1.21.2015 Second Supplemental Expert Report of Ravi Dhar | | | |
| DX-APL 449 | 2/19/2015 | Exhibit 3 through 5.3 of the 2.05.2015 Third Supplemental Expert Report of Ravi Dhar | | | |
| DX-APL 450 | | WITHDRAWN | | | |
| DX-APL 451 | 2/23/2015 | 2010.03.18 - DECLARATION OF MARK T. JONES, PH.D from Digital Vending Services Int. v. The University of Phoenix (2:09 cv 555 -JBF-TEM) | | | |
| DX-APL 452 | | WITHDRAWN | | | |

| Def.<br>Ex. No | Admitted | Description | Document Date | Bates Begin | Bates End |
|---|---|---|---|---|---|
| DX-GC 001 | | WITHDRAWN | | | |
| DX-GC 002 | | WITHDRAWN | | | |
| DX-GC 003 | | WITHDRAWN | | | |
| DX-GC 004 | | WITHDRAWN | | | |
| DX-GC 005 | | WITHDRAWN | | | |
| DX-GC 006 | | WITHDRAWN | | | |
| DX-GC 007 | | WITHDRAWN | | | |
| DX-GC 008 | | WITHDRAWN | | | |
| DX-GC 009 | | WITHDRAWN | | | |
| DX-GC 010 | | WITHDRAWN | | | |
| DX-GC 011 | | WITHDRAWN | | | |
| DX-GC 012 | | WITHDRAWN | | | |