# EXHIBIT A



Plaintiffs' Smartflash Exhibit

Smartflash LLC v. Apple Inc. et al.

**PX103.028**

C.A. 6:13-cv-00447

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00194205

**PX103.028-1**



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY11 – Q1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**PX103.028-2**

# Reasons for purchase center around the benefits of owning a smartphone – a notable percentage mentioned being a



C5. What was the main reason you purchased an iPhone [3GS/4] at this time? (Base: iPhone buyers; up to 3 reasons could be selected)          9

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00194214

**PX103.028-10**



Tuesday, August 28, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00194793

**PX103.028-212**



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY11 - Q4

Tuesday, August 28, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00194794

**PX103.028-213**

# Importance of features and attributes in iPhone purchase decision

| Importance of feature/attribute in decision to purchase iPhone (top-2 box summary) |  1017 |  1584 |  960 |  1081 |  1369 |  2264 |  1556 |  1124 |  926 | 1003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Easy to use | 94% | 95% | 95% | 90% | 91% | 92% | 76% | 92% | 52% | 94% |
| Battery life | 91% | 85% | 81% | 62% | 64% | 75% | 45% | 83% | 19% | 84% |
| Trust the Apple brand | 88% | 86% | 86% | 86% | 69% | 90% | 62% | 88% | 65% | 86% |
| Value for price paid | 85% | 84% | 82% | 59% | 53% | 73% | 62% | 77% | 35% | 82% |
| Service and support | 85% | 81% | 82% | 55% | 51% | 82% | 42% | 81% | 25% | 82% |
| Quality of apps available | 83% | 85% | 85% | 85% | 78% | 93% | 64% | 93% | 60% | 81% |
| Attractive appearance and design | 82% | 82% | 86% | 82% | 85% | 84% | 73% | 93% | 77% | 80% |
| Ability to sync iPhone content using iTunes | 78% | 74% | 75% | 61% | 58% | 72% | 46% | 62% | 27% | 79% |
| 5MP camera with LED flash | 77% | 75% | 74% | 70% | 57% | 80% | 39% | 74% | 39% | 75% |
| Quantity of apps available | 77% | 80% | 81% | 84% | 70% | 91% | 65% | 93% | 71% | 76% |
| Retina Display | 60% | 59% | 57% | 67% | 65% | 84% | 43% | 91% | 43% | 55% |
| HD video recording | 53% | 55% | 55% | 49% | 42% | 74% | 27% | 78% | 36% | 48% |
| FaceTime video calling | 48% | 43% | 40% | 30% | 23% | 44% | 17% | 53% | 25% | 31% |

C6. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers; Note: Features only available on iPhone 4 were asked only of those model owners)

<10% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

18

Tuesday, August 28, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00194811

PX103.028-230

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00218257

**PX103.028-1150**



# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY11 – Q1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00218258

**PX103.028-1151**

# Many features are important in the purchase decision. However, Web capabilities, Ease of use, and Apps are rated highest.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00218273

**PX103.028-1166**



Tuesday, August 28, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00218340

**PX103.028-1233**



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY11 - Q3

Tuesday, August 28, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00218341

**PX103.028-1234**

# Reasons for purchasing an iPhone vary by country

| Main reason for purchase | US | CAN | UK | FR | GE | IT | JP | CH | KOR | AUS |
|---|---|---|---|---|---|---|---|---|---|---|
| n= | 1184 | 1551 | 1104 | 1165 | 1550 | 2384 | 1740 | 1260 | 1108 | 1144 |
| Wanted a phone that combined music, email, Web, and downloaded games and | 43% | 48% | 45% | 41%↓ | 42% | 34% | 33%↓ | 38% | 28% | 44% |
| Fan of Apple products | 37% | 35% | 36% | 23%↓ | 26%↓ | 16%↓ | 19% | 33% | 25% | 30% |
| Wanted to use apps | 29%↑ | 35%↑ | 33% | 25% | 33% | 25%↑ | 34% | 28% | 40% | 32% |
| Wanted mobile Web and email access | 24% | 26% | 25% | 31% | 34% | 26% | 23% | 12% | 8% | 27% |
| Wanted an iPhone/iPhone 4 feature | 20% | 18% | 15% | 16% | 12% | 37% | 36% | 51% | 28% | 16% |
| Wanted the best mobile phone on the market | 18% | 18% | 21% | 23% | 15% | 26% | 6% | 17% | 14% | 16% |
| It has the best reputation | 18%↑ | 15%↑ | 21%↑ | 21%↑ | 14%↑ | 17%↑ | 13% | 13% | 24% | 16% |
| Wanted the newest iPhone | 15% | 13% | 21% | 21% | 24% | 20%↓ | 29% | 24% | 25% | 20% |
| Wanted to be better organized | 9% | 10%↓ | 8% | 7% | 12% | 12% | 6% | 4% | 2% | 10% |
| Always have the latest electronic devices | 3% | 3% | 5% | 3%↓ | 5% | 7% | 2% | 8% | 3% | 4% |
| It was a gift | 3% | 1% | 1% | 2% | 2% | 3% | 0% | 5% | 1% | 2% |
| It became available from my employer | 3% | 3% | 2% | 2% | 4% | 2% | 1% | 1% | 1% | 3% |
| Other | 19% | 15% | 11% | 11% | 13%↑ | 10%↑ | 19% | 7% | 13% | 14% |

**1st highest**   **2nd highest**   **3rd highest**

C5. What was the main reason you purchased an iPhone [3GS/4] at this time? (Base: iPhone buyers; up to 3 reasons could be selected)

9

Tuesday, August 28, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00218349

**PX103.028-1242**



CONFIDENTIAL - ATTORNEYS' EYES ONLY



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY10 – Q4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00221396

**PX103.028-1329**

# Web capabilities, ease of use, and apps are key features in the decision to purchase an iPhone

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00221412

**PX103.028-1345**

# Web capabilities is highest in overall importance in all countries except Japan



| | US | CAN | UK | FR | GE | IT | SP | JP | AUS | Top-2 box |
|---|---|---|---|---|---|---|---|---|---|---|
| | 96% | 96%↑ | 97%↑ | 94% | 95%↑ | 93%↓ | 90%↓ | 79%↓ | 94%↑ | FY10–Q4 |
| | 96% | 94% | 95% | 92% | 93% | 96% | 95% | 83%↓ | 89% | FY10–Q3 |

**Importance of web capabilities**

Don't know
Very unimportant
Somewhat unimportant
Neither important nor unimportant
Somewhat important
Very important

| | US | CAN | UK | FR | GE | IT | SP | JP | AUS |
|---|---|---|---|---|---|---|---|---|---|
| n= | 1696 | 2383 | 1806 | 2314 | 3194 | 3938 | 3526 | 3353 | 1923 |

C6_C. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)     12

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Ease of use is also high in importance



| | US | CAN | UK | FR | GE | IT | SP | JP | AUS | Top-2 box |
|---|---|---|---|---|---|---|---|---|---|---|
| FY10-Q4 | 94% | 95% | 92% | 90% | 93% ↑ | 92% ↑ | 83% ↓ | 81% ↑ | 95% | |
| FY10-Q3 | 95% | 93% | 93% | 89% | 91% | 87% | 87% | 77% | 93% | |

n= 1696  2383  1806  2314  3194  3938  3526  3353  1923

Legend:
- Don't know
- Very unimportant
- Somewhat unimportant
- Neither important nor unimportant
- Somewhat important
- Very important

Importance of ease of use

C6_B. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)    14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Importance of The ability to download and use apps is very high in all countries except



C6_F. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)
Question added FY10-Q4

16

CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00221490

**PX103.028-1423**



# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY11 – Q1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Purchase decision making

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00221497

**PX103.028-1430**

# Reasons for purchase center around the benefits of owning a smartphone – a notable percentage mentioned being a



C5. What was the main reason you purchased an iPhone [3GS/4] at this time? (Base: iPhone buyers; up to 3 reasons could be selected)                    9

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00221499

**PX103.028-1432**



TM and © 2010 Apple Computer, Inc. All rights reserved.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00263893

**PX103.028-3503**