# EXHIBIT B



# iTunes Store Gift Cards

**The information in this and related documents is strictly**
**Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
December, 2008



CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00347896

**PX756-1**



# Controlling spending and convenience are main drivers for personal-use purchases

**Purchase motivations for self**

Purchased gift card for self, N=363

Q14. What motivated you to purchase an iTunes Gift Card for yourself?
Note: Chart labels of less than 3% have been removed.



# iTunes Gift Cards

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

For further information on this presentation, contact:

Jonathan Ross
Market Research Manager
jross@apple.com

Apple Market Research & Analysis
November 2008

CONFIDENTIAL - ATTORNEYS' EYES ONLY

APP-SF_00347917

**PX756-22**