IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC and SMARTFLASH TECHNOLOGIES LIMITED,<br><br>                Plaintiffs,<br><br>     v.<br><br>APPLE INC., ROBOT ENTERTAINMENT, INC., KINGSISLE ENTERTAINMENT, INC., and GAME CIRCUS LLC,<br><br>                Defendants. | Civil Action No. 6:13-cv-447-JRG-KNM<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT APPLE INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Apple Inc. submits this notice of supplemental authority to apprise the Court of a recent Federal Circuit decision, *Intellectual Ventures I LLC v. Capital One Bank (USA), Nat'l Ass'n*, No. 2014-1506 (Fed. Cir. July 6, 2015) (attached as Exhibit A), that bears on the question of patent-eligibility currently before this Court.  *See* Dkt. 550.  The Federal Circuit rejected the patentee's reliance on *DDR Holdings, LLC v. Hotels.com, L.P.*, 773 F.3d 1245 (Fed. Cir. 2014), explaining that where patent claims "do not address problems unique to the Internet … *DDR* has no applicability."  Slip op. at 15.  The business problem Smartflash's patents address—"data piracy"—pre-dates the Internet.  *See* Dkt. 550 at 8–10; Dkt. 565 at 3–4; *see also, e.g.*, *Samsung Elecs. Am., Inc. v. Smartflash, LLC*, No. CBM2014-00194, 2015 WL 1456211, at *7 (P.T.A.B. Mar. 30, 2015) (concluding that "the problem being solved by claim 32 [of the '221 patent] is a business problem—data piracy" and that "claim 32 does not recite a technological innovation").

Dated: July 8, 2015                    By: */s/ Ching-Lee Fukuda*
                                                Ching-Lee Fukuda
                                                NY Bar No. 2884088
                                                (Eastern District of Texas Member)
                                                Ching-Lee.Fukuda@ropesgray.com
                                                Kevin J. Post (*pro hac vice*)
                                                Kevin.Post@ropesgray.com
                                                **ROPES & GRAY LLP**
                                                1211 Avenue of the Americas
                                                New York, NY 10036-8704
                                                Telephone: (212) 596-9000
                                                Facsimile: (212) 596-9050

                                                James R. Batchelder
                                                CA Bar No. 136347
                                                (Eastern District of Texas Member)
                                                James.Batchelder@ropesgray.com
                                                Lauren N. Robinson
                                                CA Bar No. 255028
                                                (Eastern District of Texas Member)
                                                Lauren.Robinson@ropesgray.com
                                                **ROPES & GRAY LLP**
                                                1900 University Ave 6th Floor
                                                East Palo Alto, CA 94303-2284
                                                Telephone:  (650) 617-4000
                                                Facsimile:  (650) 617-4090

                                                Douglas H. Hallward-Driemeier
                                                (*pro hac vice*)
                                                Douglas.Hallward-Driemeier@ropesgray.com
                                                Megan F. Raymond (*pro hac vice*)
                                                Megan.Raymond@ropesgray.com
                                                **ROPES & GRAY LLP**
                                                700 12th St. NW Suite 900
                                                Washington, DC 20005
                                                Telephone: (202) 508-4600
                                                Facsimile: (202) 508-4650

                                                Mark A. Perry
                                                (*pro hac vice*)
                                                mperry@gibsondunn.com
                                                **GIBSON, DUNN & CRUTCHER LLP**
                                                1050 Connecticut Avenue, N.W.
                                                Washington, DC 20036
                                                Telephone: (202) 955-8500

Facsimile: (202) 467-0539

Melissa Smith
TX Bar No. 24001351
**GILLIAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gilliamsmithlaw.com

*Attorneys for Defendant Apple Inc.*