# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC and SMARTFLASH TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC., ROBOT ENTERTAINMENT, INC., KINGSISLE ENTERTAINMENT, INC., and GAME CIRCUS LLC,<br><br>    Defendants. | Civil Action No. 6:13-cv-447-JRG-KNM<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT APPLE INC.'S NOTICE OF THE
### FEDERAL CIRCUIT'S ISSUANCE OF A TEMPORARY STAY

Defendant Apple Inc. ("Apple") submits this notice to apprise the Court that on July 10, 2015, the Federal Circuit issued an order in which it vacated its prior denial of motions for a temporary stay filed by both Apple and the Defendants in *Smartflash LLC, et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. 6:13-cv-00448-JRG-KNM ("Samsung Case"), and granted the motions for temporary stay pending disposition of Apple and the Samsung Defendants' appeal of this Court's denial of a stay under Section 18 of the America Invents Act (Dkt. 558, Case No.6:13-cv-447; Dkt. 510, Case No. 6:13-cv-448).  The order is attached as Exhibit A.  In light of the Federal Circuit's order, the Court issued the Order attached as Exhibit B in the Samsung Case.  Apple respectfully requests that the Court enter the same order in this case to reflect that all further proceedings in this case—including but not limited to the new trial on damages previously set for September 14—are taken off calendar until after the Federal Circuit has resolved the appeal.

As set forth in the correspondence attached as Exhibit C, Apple has sought to meet and confer with counsel for Plaintiffs about further proceedings in light of the Federal Circuit's stay order since it was entered on July 10. Plaintiffs have refused to discuss this issue with Apple and have refused to provide any substantive response to Apple's request to implement the stay in this Court. Instead, Plaintiffs have asked Apple to state their position thusly: "*Smartflash's position is that Apple's present request is premature given that only a temporary stay is in place. Smartflash believes that the parties should promptly confer amongst themselves and with the Court upon further developments affecting the temporary stay and/or the appeal.*"

Dated: July 15, 2015

By: */s/ Ching-Lee Fukuda*

Ching-Lee Fukuda
NY Bar No. 2884088
(Eastern District of Texas Member)
Ching-Lee.Fukuda@ropesgray.com
Kevin J. Post (*pro hac vice*)
Kevin.Post@ropesgray.com
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9050

James R. Batchelder
CA Bar No. 136347
(Eastern District of Texas Member)
James.Batchelder@ropesgray.com
Lauren N. Robinson
CA Bar No. 255028
(Eastern District of Texas Member)
Lauren.Robinson@ropesgray.com
**ROPES & GRAY LLP**
1900 University Ave 6th Floor
East Palo Alto, CA 94303-2284
Telephone:  (650) 617-4000
Facsimile:  (650) 617-4090

Douglas H. Hallward-Driemeier
(*pro hac vice*)
Douglas.Hallward-Driemeier@ropesgray.com
Megan F. Raymond (*pro hac vice*)
Megan.Raymond@ropesgray.com
**ROPES & GRAY LLP**
700 12th St. NW Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

Mark A. Perry
(*pro hac vice*)
mperry@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

H. Mark Lyon
mlyon@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Melissa Smith
TX Bar No. 24001351
**GILLIAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gilliamsmithlaw.com

*Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Ching-Lee Fukuda*
Ching-Lee Fukuda