# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED: **6/19/17**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

16-1059

**SMARTFLASH LLC, SMARTFLASH TECHNOLOGIES LIMITED,**

*Plaintiffs - Appellees*

v.

**APPLE INC.,**

*Defendant - Appellant*

Appeal from the United States District Court for the Eastern District of Texas in No. 6:13-cv-00447-JRG, Judge J. Rodney Gilstrap.

## MANDATE

In accordance with the judgment of this Court, entered March 1, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $1517.52 were determined and taxed against the appellee.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: James Richard Batchelder
Brian Buroker
Bradley Wayne Caldwell
Jason Dodd Cassady
Clerk of Court, Eastern District of Texas (Tyler)
John Austin Curry
Blaine H. Evanson
Shubha Ghosh
Douglas Hallward-Driemeier
Hamad M. Hamad
Nicholas O. Hunter
Hervey Mark Lyon
Aaron Martin Panner
Mark Andrew Perry
Kevin John Post
Jennifer Rho

Brett Rosenthal
John Franklin Summers